**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **American Solar Direct, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:17-bk-16804-BR** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Verification of Master Mailing List of Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 16, 2017**        X **/s/ Andrew Schneider**
_____          _____
                                 Signature of individual signing on behalf of debtor

                                 **Andrew Schneider**
                                 _____
                                 Printed name

                                 **President and Chief Executive Officer**
                                 _____
                                 Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:     **June 16, 2017** _____

**/s/ Andrew Schneider**
**Andrew Schneider**
Signature of Debtor

_____

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                         *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   **American Solar Direct, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   **2:17-bk-16804-BR**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

---

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................   $                    0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..............................................................................   $             57,367.62

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................   $             57,367.62

---

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $          8,400,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $                    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$          9,199,664.31

4.   **Total liabilities** ...................................................................................................
     Lines 2 + 3a + 3b                                                                                          $         17,599,664.31

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **American Solar Direct, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:17-bk-16804-BR**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: * | 0.00 | - | 0.00 | = .... | **Unknown** |
| 11b. Over 90 days old:** | 0.00 | - | 0.00 | = .... | **Unknown** |
| 11b. Over 90 days old:*** | 30,147.62 | - | 0.00 | = .... | **$30,147.62** |

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

       **$30,147.62**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

*Account receivable due from L.P. Daniel Engineers & Contractors d/b/a Hibridhome (for repayment of unearned fees advanced by Debtor) in the face amount of $912,176.47
**Account receivable due from SunEdison Inc. in the face amount of $485,222.60 (Debtor has filed a Proof of Claim to assert this claim in SunEdison Inc.'s Chapter 11 bankruptcy case, which is currently pending in the United States Bankruptcy Court for the Southern District of New York and bears the case number 16-10992.)
***Customer accounts receivable

| Debtor | **American Solar Direct, Inc.** | Case number *(If known)* **2:17-bk-16804-BR** |
|---|---|---|
| | Name | |

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                    % of ownership | | |
| 15.1. | **Membership interest in Solar Direct LLC, a Delaware limited liability company**<br><br>**(Solar Direct LLC, in turn, is a general partner of ASD Solar LP, a Delaware limited partnership formed to own and operate a portfolio of solar projects that include rooftop solar photovoltaic power generation systems to be located on property throughout the State of California)**     100%   % | N/A | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | $0.00 |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* **2:17-bk-16804-BR** |
|---|---|---|
| | Name | |

**Inventory:**
**- various older &**
**obsolete solar panels**
**(estimated market value**
**$11,000)**
**- SMA obsolete inverters**
**(estimated market value**
**$1,200)**
**- Enphase trunk cables**
**(estimated market value**
**$1,500)**
**- Flex conduit (estimated**
**market value $500)**
**- Various wire**
**(estimated market value**
**$800)**
**- Various BOS**
**(estimated market value**
**$2,000)**                                     **Unknown**    **Liquidation**              **$17,000.00**

23.   **Total of Part 5.**

| | **$17,000.00** |
|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.   **Office furniture**

| Debtor | American Solar Direct, Inc. | Case number *(If known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

**Office equipment and furniture:**
**- Various ladders (estimated market value**
**$120)**
**- Various tools (estimated market value $300)**
**- Warehouse racking (estimated market value**
**$2,000)**
**- Various case goods office furniture**
**(estimated market value $2,000)**
**- Office cubicles (estimated market value**
**$2,000)**
**- Filing cabinets (estimated market value $500)**
**- Computer servers (estimated market value**
**$500)**
**- Various printers/computer equipment**
**(estimated market value $2,000)**
**- Chairs (estimated market value $800)**                    **Unknown**                    **$10,220.00**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**
**communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                    **$10,220.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number *(If known)* **2:17-bk-16804-BR** |
|--------|-------------------------------|-----------------------------------------------|
|        | Name                          |                                               |

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

**Current value of debtor's interest**

| 71. | **Notes receivable** | | | |
|-----|----------------------|---|---|---|
| | Description (include name of obligor) | | | |
| | **First Promissory Note dated April 25, 2017, in the principal sum of up to $2,000,000, from Solar Alliance Services, Inc., a Delaware corporation** | 0.00<br>Total face amount | − | 0.00<br>doubtful or uncollectible amount | = | **Unknown** |
| | **Second Promissory Note dated April 25, 2017, in the principal sum of up to $2,000,000, from Solar Alliance Services, Inc., a Delaware corporation** | 0.00<br>Total face amount | − | 0.00<br>doubtful or uncollectible amount | = | **Unknown** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|-----|--------------------------------------------------------|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** |
|-----|--------------------------------------------------|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|-----|--------------------------------------------------------------------------------------|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|-----|-----|-----|
| | **Potential claim against ASD Solar LP for service/management fees** | **Unknown** |
| | **Nature of claim** | |
| | **Amount requested** | **$0.00** |

| 76. | **Trusts, equitable or future interests in property** |
|-----|-------------------------------------------------------|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|-----|------------------------------------------------------------------------------------------------------|

| 78. | **Total of Part 11.** | **$0.00** |
|-----|------------------------|-----------|
| | Add lines 71 through 77. Copy the total to line 90. | |

| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
|-----|------------------------------------------------------------------------------------------------------|
| | ■ No | |
| | ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **American Solar Direct, Inc.** | Case number *(If known)* **2:17-bk-16804-BR** |
|---|---|---|
| | Name | |

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$30,147.62** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$17,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,220.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$57,367.62** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$57,367.62** |

**Fill in this information to identify the case:**

Debtor name **American Solar Direct, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:17-bk-16804-BR**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Comerica Bank** <br> Creditor's Name <br><br> **39200 W. Six Mile Road** <br> **MC 7512** <br> **Livonia, MI 48152** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br> **8/03/2011** <br> Last 4 digits of account number <br><br> **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br> **Substantially all assets of the Debtor** <br><br><br> Describe the lien <br> **UCC Financing Statement** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ☐ No <br> ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br> As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$8,400,000.00** | **Unknown** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$8,400,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **American Solar Direct, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:17-bk-16804-BR**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |

**2.1**

Priority creditor's name and mailing address

**Employment Development Dept.
800 Capital Mall MIC 3A
Sacramento, CA 94230-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2**

Priority creditor's name and mailing address

**Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    26717                    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Aaron G. Vawter
2043 Sequoia Drive
Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron G. Vawter
2043 Sequoia Drive
Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron J. & Melissa B. Franz
481 N Seranado Street
Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aaron M. Nguyen-White & Liza A. White
1167 Whispering Water Drive
San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,904.31** |
|---|---|---|---|

**ABC Supply Co. Inc.
PO Box 748242
Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Abdo Akil & Australia Howard**
**58 Elderwood**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Abel G & Ana M. Hurtado**
**550 Scenic Trail Place**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Abraham & Anita Yazbek**
**121 Melrose Drive**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Abraham & Hermine Maissian**
**18144 Guildford Lane**
**Northridge, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Actsoft Inc.**
**10006 N. Dale Mabry Hwy, Ste. 100**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Lesh**
**5444 Gentry Avenue**
**North Hollywood, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adelynn L. & Eric E. Spiecker**
**24409 El Molina Avenue**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Adenium Energy Capital Ltd.**
**Emirates Fin. Towers/S. Tower/6th F**
**Dubai Int'l Fin. Ctr., POB 506773**
**Dubai, United Arab Emirates**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$35,000.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Aditya & Kavita Soni**
**4738 San Lucas Way**
**San Jose, CA 95135**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Adrian Perez**
**17632 Mayall Street**
**Northridge, CA 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Adriana Sanchez-Aldana**
**4326 Adams Avenue**
**San Diego, CA 92116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Adrienne Wilke**
**7618 Windflower Court**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**AEE Solar, Inc.**
**775 Fiero Lane, Suite 200**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$119.34**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Aflac Insurance**
**World Headquarters**
**Columbus, GA 31999**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,413.56**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|
| **Agapito & Leonila Mallari**<br>**21205 Anza Avenue**<br>**Torrance, CA 90503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|
| **Agapito & Leonila Mallari**<br>**7917 Melita Avenue**<br>**North Hollywood, CA 91605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Agapito & Leonila Mallari**<br>**7917 Melita Avenue**<br>**North Hollywood, CA 91605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|
| **Aguilar Construction Co.**<br>**P.O. Box 21027**<br>**El Cajon, CA 92021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Agustin & Martha Flores**<br>**903 Moro Court**<br>**Gilroy, CA 95020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ahmad Brooks**<br>**2210 Terra Nova Lane**<br>**San Jose, CA 95121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ahmad Shirehjini & Aghdas Haghi**<br>**23001 Brenford Street**<br>**Woodland Hills, CA 91364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Ahmed Kris Abadilla**<br>**21319 Island Avenue**<br>**Carson, CA 90745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Aiden Avila**<br>**42712 56th Street W**<br>**Lancaster, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Akil Mcelhannon & Christina C. Ramirez**<br>**6023 W Avenue K1**<br>**Lancaster, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Al H Abraham & Hamideh F. Panahi**<br>**7409 Circulo Sequoia**<br>**Carlsbad, CA 92009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Alan & Anahita Bunce**<br>**6515 Avenida Del Paraiso**<br>**Carlsbad, CA 92009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Alan & Victoria Cullen**<br>**6436 Hayes Drive**<br>**Los Angeles, CA 90048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Alan Auyeung & Surinna N. Yeung**<br>**1600 Cabrillo Avenue**<br>**Alhambra, CA 91803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Alan E. Stansberry**
**3518 Tanglewood Avenue**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan E. Stansberry**
**3518 Tanglewood Avenue**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan G. & Barbara B. Knox**
**217 North Milton Avenue**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan W. & Donna M. Howerton**
**43635 Castle Circle**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alazar Tesfamariam**
**4204 Cobalt Drive**
**La Mesa, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albert & Vivian Wong**
**1637 East Gate Way**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Albert G. & Kathleen L. Gratton**
**1430 Whispering Pines Drive**
**Scotts Valley, CA 95066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Albert L. & Glenda C. Alfante**
**6912 San Paco Circle**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Albert P. & Jocelyn M. Manabat**
**1323 Greenwood Avenue**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alberto & Aimee N. Acosta**
**18202 Heather Way**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alberto & Felicitas Ulloa**
**625 Via Porlezza**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alberto C. Alvarado**
**13747 Camino Cinco**
**Victorville, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alberto T. & Jeany A. Mendoza**
**21190 John Irwin Drive**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alejandro Umansky**
**2610 31st Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex & Sara Lehmann**
**24009 Via Cresta**
**Valencia, CA 91354**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex A. Martinez & Vanessa N. Villa**
**44465 Ranchwood Avenue**
**Lancaster, CA 93536**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Berrocal**
**5536 Morella Avenue**
**Valley Village, CA 91607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Loewenthal & Patricia Chamness**
**c/o Law Offices of Michael Tudzin**
**5700 Canoga Avenue, Suite 300**
**Woodland Hills, CA 91367-6572**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice purposes only.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Luevano**
**1103 Novarro Street**
**West Covina, CA 91791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alex Morales & David N. Connors**
**13346 Valley Vista Boulevard**
**Sherman Oaks, CA 91423**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alexandra & Michael Traxler**
**2148 Stoneman Street**
**Simi Valley, CA 93065**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alexis Tovar & Xochilt Gonzalez**
**1140 Caperton Street**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfonso B. & Palmyra R. Villamora**
**10091 Jacoby Road**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfonso O. & Rufina S. Perez**
**2292 Grafton Street**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfred A. & Barbara L. Hepner**
**1820 Paseo del Cajon**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfredo & Ana L. Villegas**
**14105 Lemon Valley Avenue**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfredo & Timothy Lopez**
**230 East Mount Diablo Avenue**
**Tracy, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alfredo J. Capetillo**
**2766 Sadlers Creek Road**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alfredo Jimenez & Justina Meza**
**6423 Creighton Circle**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ali Akbar Mohajeri**
**20006 Gypsy Lane**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Alicia Frausto & Rachel Frausto**
**8596 Hemlock Way**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alison M. Mefferd**
**627 Shaw Court**
**Tracy, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alita A. & Fernando Baysac**
**2811 Caspian Avenue**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Allan & Catherine Lozada**
**2890 Oregold Lane**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Allan & Maureen Herrod**
**26741 Cuenca Drive**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allan & Ritchie Q. Zaraspe**
**36875 Quasar Place**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen & Lorene Myles**
**1399 Sunflower Lane**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen Anderson**
**26825 Elk Creek Court**
**Sun City, CA 92586**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allen J. & Anita R. Fleming**
**33648 Rosewood Circle**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Allison M Lane**
**12212 Hatteras Street**
**North Hollywood, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allison M Lane**
**12212 Hatteras Street**
**North Hollywood, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alma Lara**
**721 2nd Street**
**Fillmore, CA 93015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Alvin & Salwyn Hardy**
**6264 El Palomino Drive**
**Riverside, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alvin & Salwyn Hardy**
**6264 El Palomino Drive**
**Riverside, CA 92509**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alvin Baldado & Maria T. Plamenco**
**41126 Pascali Lane**
**Lake Elsinore, CA 92532**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Amber Lyles & Joel Crotzer**
**43410 Alep Street**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amber Lyles & Joel Crotzer**
**43410 Alep Street**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$538.28** |
|---|---|---|---|

**American Beverage Equipment, Inc.**
**P.O. Box 28646**
**San Jose, CA 95159-8646**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amir Omerbegovic**
**29 Maduro Street**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Amit & Sara Ghoshal**
**24368 El Molina Avenue**
**Valencia, CA 91355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amit & Sara Ghoshal**
**24361 El Molina Avenue**
**Valencia, CA 91355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amos & Tina Travis**
**406 Calle Macho**
**San Clemente, CA 92673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.44** |
|---|---|---|---|

**Amur Equipment Finance**
**P.O. Box 979285**
**Miami, FL 33197-9285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Amy & Joey Wang**
**521 N Morris Avenue**
**West Covina, CA 91790**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy & Joey Wang**
**521 N Morris Avenue**
**West Covina, CA 91790**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amy Hiestand & Michael Casendino**
**122 Fiesta Circle**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.90** | **Nonpriority creditor's name and mailing address**
Amy S. & Kenten A. Dawson
1342 Guerrero Court
Milpitas, CA 95035

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.91** | **Nonpriority creditor's name and mailing address**
Ana Flora
37439 Pippin Lane
Palmdale, CA 93551

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.92** | **Nonpriority creditor's name and mailing address**
Ana Flora
37439 Pippin Lane
Palmdale, CA 93551

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.93** | **Nonpriority creditor's name and mailing address**
Ana Marie & Jonathan A. Molo
25233 Coral Canyon Road
Corona, CA 92883

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.94** | **Nonpriority creditor's name and mailing address**
Anaheim Public Utilities
Anaheim Fire & Rescue
Attn: Accounts Receivable
Anaheim, CA 92805

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,860.03**

---

**3.95** | **Nonpriority creditor's name and mailing address**
Analynn L. & Riko C. Quinones
2292 Orchard Circle
Corona, CA 92882

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.96** | **Nonpriority creditor's name and mailing address**
Andrea Arhelger
43935 Encanto Way
Lancaster, CA 93536

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrea Arhelger**
**4737 West Avenue L13**
**Quartz Hill, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrea L. & Neil G. Cascia**
**2117 Sun Valley Road**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrea Leandro & Perry Chicaine**
**1369 Stonehaven Drive**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andres & Laura Maria Huerta**
**1503 Arguello Street**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andres G. Tejeda & Laysha C. Collins**
**6216 Tangelo Place**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew & Karen T. Paterno**
**4858 Bannock Circle**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew & Rosemary Schneider**
**16042 Valley Meadow Pl**
**Van Nuys, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew Gary & Karen Lynn Malkin**
**7559 Agua Dolce Court**
**Carlsbad, CA 92009**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew J. & Cheryl K. Zimmerman**
**16613 Berryheath Court**
**Chino Hills, CA 91709**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew K. Madison**
**37716 Adela Court**
**Palmdale, CA 93552**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew P. & Brandi K. Brotherton**
**2031 Costero Hermoso**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew Rodriguez**
**938 Chestnut Street**
**Ontario, CA 91762**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Andrew T. & Jessica B. Chambers**
**29265 Quincy Street**
**Castaic, CA 91384**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Andrew Y. Wong & Hang C. Kwong**
**6833 San Rafael Court**
**Fontana, CA 92336**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrew Y. Wong & Hang C. Kwong**
**6833 San Rafael Court**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andrey Gerasimov & Alena Klimianok**
**4715 Lindblade Drive**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andy A. Vinh & Nonny T. Huynh**
**10617 Rose Circle**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andy Anh Quang**
**5479 Bergen Street**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andy Bigbee**
**1249 Gamble Street**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andy Grimm & Sonya Salame**
**736 Iris Avenue**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Andy J. Horney**
**3440 Granite Court**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andy Quang**
**5479 Bergen Street**
**San Diego, CA 92117**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angel & Brandae Rossini**
**2830 McCulloch Street**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angel & Maria G. Alvarado**
**2925 Tumbleweed Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angel & Yolanda Serrano**
**1594 Woodlark Court**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angel Bravo**
**1130 W Occidental Street**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Angel L. Ramos-Rojas**
**172 Sierra Way**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Angel L. Ramos-Rojas**
**513 Sequoia Street**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.125** Nonpriority creditor's name and mailing address

**Angel Valdes & Lourdes Tesisteco**
**6159 Vista San Rufo**
**San Diego, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126** Nonpriority creditor's name and mailing address

**Angela & Alan Hua Nan Hsu**
**1183 Misty Creek Court**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.127** Nonpriority creditor's name and mailing address

**Angela & Alan Hua Nan Hsu**
**1183 Misty Creek Court**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128** Nonpriority creditor's name and mailing address

**Angela Hartshorn**
**2641 Meadowlark Lane**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129** Nonpriority creditor's name and mailing address

**Angela Lara**
**861 Kirkwood Lane**
**La Habra, CA 90631**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130** Nonpriority creditor's name and mailing address

**Angelica Enriquez & Milton Orellana**
**17261 Boswell Place**
**Granada Hills, CA 91344**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131** Nonpriority creditor's name and mailing address

**Angelica Guzman & Jose Morelos**
**1056 Hook Avenue**
**Rosamond, CA 93560**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.132** Nonpriority creditor's name and mailing address

**Anhson V. Nguyen & Thi Bich Cam**
**5862 Hillview Park Ave**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133** Nonpriority creditor's name and mailing address

**Anil & Sapna Sareen**
**32 Rimani Drive**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134** Nonpriority creditor's name and mailing address

**Anita & Vincent Anello**
**9 Calle Tejado**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.135** Nonpriority creditor's name and mailing address

**Anita & Vincent Anello**
**9 Calle Tejado**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136** Nonpriority creditor's name and mailing address

**Anita M. & John R. Alkire**
**4331 Summit Drive**
**La Mesa, CA 91941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137** Nonpriority creditor's name and mailing address

**Ann L. & James J. Krauter**
**12583 Winery Drive**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.138** Nonpriority creditor's name and mailing address

**Ann L. & James J. Krauter**
**12583 Winery Drive**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ann Stubblefield**
**226 Lento Lane**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anna & Hubaldo Rodriguez**
**445 Wagner Avenue**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anna Carlson & William Richard Levine**
**510 Playa Boulevard**
**La Selva Beach, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anna P. & Alex M. Adan**
**4785 Mildred Drive**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Annette & Peter Nemes**
**2305 Newell Drive**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,833.22** |
|---|---|---|---|

**AnswerNet, Inc**
**1729 W Tilghman St.**
**Suite 2**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,164.55** |
|---|---|---|---|

**Anthem Blue Cross**
**PO Box 511300**
**Los Angeles, CA 90051-7855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony & Ofelia Gandarilla**
**3759 Adobe Drive**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony D. & Patricia A. Davis**
**829 Van Ness Court**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony Flores & Marilynne T. Poumele-Fl**
**862 Gallery Drive**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony Garcia**
**29314 Links**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony J Cardaropoli Jr.**
**39435 Daylily Place**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony J. & Crystal R. Ruocchio**
**796 Sunset Glen Drive**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anthony L. & Lida L. Ramos**
**954 Mount Whitney Court**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Martinez**
**2630 Space Court**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Mistretta III & Lori M. Mistrett**
**3216 East Charlinda Street**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Netto**
**837 Granada Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony Nguyen**
**33806 Mossy Glen**
**Lake Elsinore, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony V. & Judith P. Rizzuto**
**5672 Park Crest Drive**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antonio A. & Susan Z. Arcillas**
**494 Island Breeze Lane**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antonio Galisteo Gonzalez & Thaian N. To**
**10 Prosa**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antonio Tovar & Gabriela Navarrete**
**37727 Chaparrel Lane**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Antonios & Lesia Tontisakis**
**28481 La Plumosa**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Apex**
**215 W. Palm Ave #204**
**Burbank, CA 91502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,380.00** |
|---|---|---|---|

**AppExtremes, Inc**
**P.O. Box 7839**
**Broomfield, CO 80021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aprilynn Garcia & Silverio Garcia Jr.**
**561 McDowell Way**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Araceli Cahue**
**234 Rogers Avenue**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Archie M. & Melanie R. Dawson**
**6807 Xana Way**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ariel Y. & Stella Wiener**
**13134 Margate Street**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Armine Karayan**
**17053 Paulette Place**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$910.74**

**Arnold & Porter LLP**
**P.O Box 37116**
**Baltimore, MD 21297-3116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arnold De Lima**
**2223 Cranberry Court**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Arnold Shurin & Tina Montano**
**1840 Elizabeth Way**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aron Mark & Kristen M. Oliner**
**1755 Oro Valley Circle**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86.95**

**Arrowhead Mountain Spring Water Co.**
**P.O. Box 856158**
**Louisville, KY 40285-6158**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.174** **Nonpriority creditor's name and mailing address**

**Art Young**
**3031 Bellworth Court**
**San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175** **Nonpriority creditor's name and mailing address**

**Arthur Corish**
**25291 Derby Hill Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.176** **Nonpriority creditor's name and mailing address**

**Arthur Corish**
**25131 Buckboard Lane**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177** **Nonpriority creditor's name and mailing address**

**Arthur Gradstein**
**6501 Olympic Place**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178** **Nonpriority creditor's name and mailing address**

**Arthur Katrdzhyan**
**7026 Bellaire Avenue**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179** **Nonpriority creditor's name and mailing address**

**Arturo & Elia Ortiz**
**2866 S Walker Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.180** **Nonpriority creditor's name and mailing address**

**Arturo & Elia Ortiz**
**2866 S Walker Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.181**

**Nonpriority creditor's name and mailing address**
**Arturo Gonzalez Jr. & Soila Gonzalez**
**14793 Maclay Street**
**Mission Hills, CA 91345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**

**Nonpriority creditor's name and mailing address**
**Arturo S & Linda M Meza**
**14288 Lucian Avenue**
**San Jose, CA 95127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183**

**Nonpriority creditor's name and mailing address**
**Arun G. Sharma**
**14282 Palisades Drive**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**

**Nonpriority creditor's name and mailing address**
**Arun Rao**
**498 Chaucer Cir**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185**

**Nonpriority creditor's name and mailing address**
**Asha & Ashlin Wilbun**
**3020 Corte Tilo**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.186**

**Nonpriority creditor's name and mailing address**
**Asha & Ashlin Wilbun**
**3011 Corte Tilo**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.187**

**Nonpriority creditor's name and mailing address**
**Ashok Ganesan & Radha Subrahmanyan**
**3196 Cortona Drive**
**San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (*if known*) | **2:17-bk-16804-BR** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,640.81** |
| --- | --- | --- | --- |

**Asoka USA Corporation**
**2400 Camino Ramon, Suite 370**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,952.13** |
| --- | --- | --- | --- |

**Assurant Employee Benefits**
**PO Box 843300**
**Kansas City, MO 64184-3300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,662.97** |
| --- | --- | --- | --- |

**AT & T**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Ausencio Marquez**
**3633 Avocado Lane**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Austin Verive & Shana & Ellen Peete**
**5459 Kathy Way**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Autumn Hairston**
**4048 Aero Way**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Ava M. Fraser**
**43658 Rialto Drive**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.195**

**Nonpriority creditor's name and mailing address**

**Axis Capital, Inc.**
**308 N. Locust Street, Suite 100**
**Grand Island, NE 68801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196**

**Nonpriority creditor's name and mailing address**

**Azila K. Ortiz**
**15158 Jenell Street**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.197**

**Nonpriority creditor's name and mailing address**

**Babar Saeed**
**4693 Ambruzzi Drive**
**Cypress, CA 90630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198**

**Nonpriority creditor's name and mailing address**

**Baili Zhang & Thuy A. Tran**
**4833 Fairport Way**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199**

**Nonpriority creditor's name and mailing address**

**Bantry Holdings**
**16 Ingleview Drive**
**Caledon, Ontario**
**L7C 1P3**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.200**

**Nonpriority creditor's name and mailing address**

**Barbara & Matthew Yunker**
**3251 Mountainside Drive**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.201**

**Nonpriority creditor's name and mailing address**

**Barbara Baguhn**
**24140 Crowned Partridge Lane**
**Murrieta, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barbara Oganesov**
**1603 Adna Avenue**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barry & Anna Weiss**
**1777 Fisk Court**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Barry F. & Erin S. Moss**
**352 Springpark Circle**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$731.04**

**Bay Alarm Company**
**P.O. Box 7137**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.00**

**Bay Breakers**
**1095 N. 7th St**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,081.36**

**BayWa r.e. Solar Systems LLC**
**1730 Camino Carlos Rey**
**Suite 201**
**Santa Fe, NM 87507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,400.00**

**BDO USA, LLP**
**770 Kenmoor SE., Suite 300**
**Grand Rapids, MI 49556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Behrooz Bernous**
28611 Rancho Maralena
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ben J. & Lydia D. Montano**
13214 Hedda Place
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benedek**
6565 Calle Reina
Rancho Santa Fe, CA 92067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin & Danielle Kallin**
28724 Startree Lane
Santa Clarita, CA 91390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin & Ines Reyes**
10530 Kester Avenue
Mission Hills, CA 91345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin A & Katie T Lam**
479 Chinook Lane
San Jose, CA 95123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Benjamin Megel & Andrea R. Megel**
42716 71st Street West
Lancaster, CA 93536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Benjamin S. & Emelita H Totanes** | ☐ Contingent | |
| | **1180 Manley Drive** | ☐ Unliquidated | |
| | **Tracy, CA 95377** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,125.00** |
|---|---|---|---|
| | **Berkowitz Klein LLP** | ☐ Contingent | |
| | **629 B. Swedesford Road** | ☐ Unliquidated | |
| | **Swedesford Corporate Center** | ☐ Disputed | |
| | **Malvern, PA 19355-1530** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bernard & Cecilia Calangian** | ☐ Contingent | |
| | **10655 Calston Way** | ☐ Unliquidated | |
| | **San Diego, CA 92126** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bernard T. Fernando** | ☐ Contingent | |
| | **153 East Jay Street** | ☐ Unliquidated | |
| | **Carson, CA 90745** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bertha Shum & Bobby Lo** | ☐ Contingent | |
| | **19041 Summit Ridge Drive** | ☐ Unliquidated | |
| | **Walnut, CA 91789** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Berton A. & Dottie Dickler** | ☐ Contingent | |
| | **13052 Chaplet Place** | ☐ Unliquidated | |
| | **Tustin, CA 92780** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bette A. Bahni** | ☐ Contingent | |
| | **3830 Melton Street** | ☐ Unliquidated | |
| | **Santa Cruz, CA 95062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.223**

**Nonpriority creditor's name and mailing address**
**Better Business BUreau**
**4747 Viewridge Ave #200**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.224**

**Nonpriority creditor's name and mailing address**
**Betty & Larry Price**
**4382 Sungate Drive**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**

**Nonpriority creditor's name and mailing address**
**Betty Shen & Dominic C. Soller**
**25 Lookout**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226**

**Nonpriority creditor's name and mailing address**
**Beverly Blomley**
**42278 Oregon Trail**
**Murrieta, CA 92562**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**

**Nonpriority creditor's name and mailing address**
**Beverly Watson**
**299 Dolo Street**
**San Diego, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**Bill & Lindy Epstein**
**12475 Woodhall Way**
**Tustin, CA 92782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.229**

**Nonpriority creditor's name and mailing address**
**Bill & Lindy Epstein**
**12475 Woodhall Way**
**Tustin, CA 92782**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bill S. Tsai**
**35813 Blair Place**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bina Pimentel & Rebecca I Serna**
**4175 Biscayne Street**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,140,225.23** |
|---|---|---|---|

**binnj, inc**
**300-717-Richmond St**
**London, Ontario**
**N6A1S2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,738.37** |
|---|---|---|---|

**Black & Decker US Inc**
**Dept 1165 PO Box 121165**
**Dallas, TX 75312-1165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blake & Laura Lander**
**2 Corte Estante**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$38,709.27** |
|---|---|---|---|

**BlueVine**
**550 Hamilton Av Suite 220**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blyth Bartos & Michael McGirr**
**233 Joaquin Drive**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Blythe A. & Jason M. Lind**<br>**740 Summer Circle**<br>**Brentwood, CA 94513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bo Gao**<br>**4660 Lemona Avenue**<br>**Sherman Oaks, CA 91403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bob & Joyce Gural**<br>**1058 Straightaway Court**<br>**Oceanside, CA 92057** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bobby & Jo Brackney**<br>**1032 Prescott Avenue**<br>**El Cajon, CA 92020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Bobby Hansen**<br>**24368 El Molina Avenue**<br>**Valencia, CA 91355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bobby Hansen**<br>**2762 Fallon Circle**<br>**Simi Valley, CA 93065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bonnie M. Testerman**<br>**758 Horseshoe Circle**<br>**Vista, CA 92081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley F. Mclain & Shirley M. Seroo-McL**
**701 Flume Court**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandon G. & Erin S. McCracken**
**14800 Excaliber Drive**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brandy & Luis Hallman**
**42641 66th Street**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandy & Luis Hallman**
**6551 La Sarra Drive**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bren B. & Curtis R. Dahl**
**31962 Doverwood Court**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brenda Depaz**
**2065 Denny Street**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brenda Simonian**
**415 N Mountain Avenue**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brenda Simonian**
**415 N Mountain Avenue**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brent & Kelly Morgan**
**834 Scenic Terrace Place**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brent D. & Monica Frame**
**795 Sunset Glen Drive**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Brentwood Subsidiary LLC**
**P.O. Box 403789-001**
**Atlanta, GA 30384-3789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bret & Cristina M. Argenbright**
**31914 Cercle Chambertin**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brett & Helen Robinette**
**1015 Via Reata**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brett & Shannon Wilson**
**3391 Corte Terral**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brett & Shannon Wilson**
**4690 Huggins Street**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Bonnie Krueger**
**1567 Hazelwood Avenue**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Diane Hill**
**281 Mount Vernon Way**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Fabiola Begun**
**23106 Valerio Street**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Gina M. Perry**
**2568 Marigold Cir**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Janelle R. Waterman**
**15574 New Park Terrace**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian & Jenny Davidian**
**4349 Kraft Avenue**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.265**

**Nonpriority creditor's name and mailing address**

**Brian & Michelle Suggs**
**10 Laurelhurst Drive**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.266**

**Nonpriority creditor's name and mailing address**

**Brian & Misti Hauser**
**26672 Alamanda**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.267**

**Nonpriority creditor's name and mailing address**

**Brian B. Richter & Valentine J. Viannay**
**2139 Clematis Street**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.268**

**Nonpriority creditor's name and mailing address**

**Brian C. & Jandi L. Steele**
**15520 Via Montego Street**
**Hesperia, CA 92345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.269**

**Nonpriority creditor's name and mailing address**

**Brian J. & Kimberly M. Tweedt**
**458 Augusta Lane**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.270**

**Nonpriority creditor's name and mailing address**

**Brian Jamrus**
**294 Swanton Boulevard**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.271**

**Nonpriority creditor's name and mailing address**

**Brian Kalinowski**
**180 Putter Drive**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian L. Glenn & Terry A. Leppo**
**861 Burlington Street**
**Fillmore, CA 93015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Luttrell & Melinda Chance**
**21061 Ashley Lane**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian M. Quinn & Jeanette P. Carrillo**
**1772 Irvine Blvd**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Meyer**
**1526 Green Acres Rd**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian Moffet & Naomi Brokaw**
**143 Peyton Street**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian R. Force & Kristi J. Force**
**5892 Ohio Street**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian S. & Jamie L. Agrelius**
**12799 Canter Court**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian S. & Janette E. Smith**
**11950 Thomas Hayes Lanes**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brian T. Shaughnessy**
**3028 Adirondack Court**
**Westlake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Brice & Mandy L. Williams**
**5525 Cantaloupe Avenue**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brice & Mandy L. Williams**
**5525 Cantaloupe Avenue**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**BrightCurrent, Inc**
**426 17th Street #700**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Broderick & Olga Perkins**
**10024 Jacoby Road**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Broderick & Olga Perkins**
**10024 Jacoby Road**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bronte A. & Judith M. Stone**
**20172 Santa Rita Street**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Bruce D. & Veronica G. Pirl**
**413 5th Street**
**San Juan Bautista, CA 95045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bruce D. & Veronica G. Pirl**
**413 5th Street**
**San Juan Bautista, CA 95045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bruce John & Deborah Ruth Raglin**
**1676 Harvard Street**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan & Crystal Hunt**
**26955 Safiro**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan & Petra Fetters**
**31882 Old Hickory Road**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan & Roberta Nyce**
**28511 Casanal**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bryan & Tina J. Oh**
**30161 Branding Iron Road**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bryan K. & Crystal J. Arellano**
**1554 Cumbre View**
**Chula Vista, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Bryan Sun & Jean Ho**
**50 Carver**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bryan Sun & Jean Ho**
**50 Carver**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Bryan T. & Jaye L. Thompson**
**1 Parliament Place**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bryan T. & Jaye L. Thompson**
**2 Parliament Place**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$224.64**

**Burrtec Waste Industries, Inc**
**BWI - Santa Clarita**
**Payment Process Center**
**Buena Park, CA 90622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.300**

**Nonpriority creditor's name and mailing address**

**C.H. Robinson Company**
**PO Box 9121**
**Minneapolis, MN 55480-9121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,591.32**

---

**3.301**

**Nonpriority creditor's name and mailing address**

**Caleb & Brenda Willis**
**1737 Manor Drive**
**Vista, CA 92084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.302**

**Nonpriority creditor's name and mailing address**

**California Office Maintenance, Inc.**
**13100 Kirkham Way**
**Suite 206**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

**3.303**

**Nonpriority creditor's name and mailing address**

**California Solar Energy Industries Assoc**
**11370 Trade Center Dr, Ste 3**
**Rancho Cordova, CA 95742**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,600.00**

---

**3.304**

**Nonpriority creditor's name and mailing address**

**Calvin & Debra Montgomery**
**10817 Almond Street**
**Adelanto, CA 92301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.305**

**Nonpriority creditor's name and mailing address**

**Calvin O. & Kristina R. Ellis**
**3956 Roswell Court**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.306**

**Nonpriority creditor's name and mailing address**

**Canadian Solar (USA) Inc.**
**2420 Camino Ramon, Suite 125**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$651,277.30**

**Canadian Solar (USA) Inc.**
**2430 Camino Ramon**
**Ste 240**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Candice M. & Alex V. Akilov**
**1203 Granite Hills Drive**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**CareerIntro**
**PO Box 530651**
**Henderson, NV 89053-0651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carl & Jean Braun**
**958 Sunny Hill Court**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carl G. Gerber & Judith A. Bennett**
**7403 Phinney Way**
**San Jose, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Carla & Edward DeFraine**
**21 Calle Cabrillo**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carla & Edward DeFraine**
**21 Calle Cabrillo**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.314** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlann Paul**
37515 48th Street
Palmdale, CA 93552

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlee Roche**
24645 Watt Road
Ramona, CA 92065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos & Martha Rivas**
1908 Lawndale Street
San Diego, CA 92154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Carlos & Olivia Carranza**
916 E Alwood Street
West Covina, CA 91790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos & Olivia Carranza**
916 E Alwood Street
West Covina, CA 91790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Carlos & Veronica Ramirez**
26685 Calle Los Alamos
Capistrano Beach, CA 92624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos & Veronica Ramirez**
26685 Calle Los Alamos
Capistrano Beach, CA 92624

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | **2:17-bk-16804-BR** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos & Yesenia Najera**
**2620 W Lumber Street**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos A. & Chrisa L. Ottolia**
**27914 Skycrest Circle**
**Santa Clarita, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos A. & Liduina C. Reis**
**3826 Canyon Ridge Drive**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos A. Pongo**
**6317 Katherine Road**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos C. M. Pereira & Marcia I. Ribeiro**
**595 Minor Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos E. Prado**
**1990 Christine Avenue**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos G. & Gloria E. Ibarra**
**633 East Spruce Street**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlos Hernandez**
**11712 Palmwood Drive**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carlos Quentin**
**1223 Crestview Dr.**
**Cardiff, CA 92007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carmen A. Sanchez & Carlos Jimenez**
**713 Paradise Road**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Carmen Hsu**
**1816 16th Avenue**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carmen Hsu**
**1816 16th Avenue**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Carol & Edward Ramirez**
**1901 Laurel Road**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carol & Edward Ramirez**
**2434 Carriage Circle**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Carol Van Gelder**
**3306 Kellie Avenue**
**Rosamond, CA 93560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carole A. Rossiter**
**2437 Ridgebrook Place**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carolee A. Hall**
**3035 Camino Hermanos Street**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Carolyn Aday**
**26745 Pariso Drive**
**CA, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00**

**Carolyn Aday**
**26311 Verdura Circle**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carolyn Aday**
**26311 Verdura Circle**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carrie Post**
**2850 Hollister Street**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carryl Johnson**
**620 South Eastbury Avenue**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carter J. & Ginny L. Chee**
**1015 Lynwood Drive**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Cary Stevens & Allen H. Green**
**3664 Willowcrest Avenue**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cary Stevens & Allen H. Green**
**3664 Willowcrest Avenue**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cary Winden**
**545 Cobb Road**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cassandra Trice**
**3618 Apollo Avenue**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cassie M. Paulsen & Clint Ingalls**
**1609 Gustavo Street**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Catherine G. & Charles L. Lozier**
**177 Hart Lane**
**Ben Lomond, CA 95005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Catherine R. Thrasher**
**285 Rancho Rio Avenue**
**Ben Lomond, CA 95005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Ceazar & Cindy Javellana**
**240 S Homerest Avenue**
**West Covina, CA 91791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ceazar & Cindy Javellana**
**240 S Homerest Avenue**
**West Covina, CA 91791**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cecilia & Milton Mather**
**2202 Ventia**
**Tustin, CA 92782**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$106.98**

**CED - RIVERSIDE**
**PO Box 339**
**Rancho Cucamonga, CA 91729**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,481.96**

**CED - SANTA CLARA**
**PO Box 4157**
**Walnut Creek, CA 94596**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Celso V. & Emelita T. Cayanan** | ☐ Contingent | |
| | **2607 Oak Springs Dr** | ☐ Unliquidated | |
| | **Chula Vista, CA 91915** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Central Court Newark LLC** | ☐ Contingent | |
| | **c/o Mercedes A. Gavin, Esq.** | ■ Unliquidated | |
| | **145 Corte Madera Town Center #593** | ☐ Disputed | |
| | **Corte Madera, CA 94925** | | |
| | Date(s) debt was incurred  **March 24, 2017** | **Basis for the claim:**  **Unpaid rent** | |
| | Last 4 digits of account number  **4343** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cesar & Marilyn Reguindin** | ☐ Contingent | |
| | **716 Casita Lane** | ☐ Unliquidated | |
| | **San Marcos, CA 92069** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cesar & Patricia Armenta** | ☐ Contingent | |
| | **91 Jicama Way** | ☐ Unliquidated | |
| | **Chula Vista, CA 91911** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cesar Hernandez** | ■ Contingent | |
| | **c/o Law Offices of Richard Staskus** | ■ Unliquidated | |
| | **84 W. Santa Clara Street, Suite 840** | ■ Disputed | |
| | **San Jose, CA 95113-1810** | | |
| | Date(s) debt was incurred  **10/16/2013** | **Basis for the claim:**  **Personal injury claim** | |
| | Last 4 digits of account number  **3852** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cesar Perez & Leticia Viera-Perez** | ☐ Contingent | |
| | **778 Dorothea Avenue** | ☐ Unliquidated | |
| | **San Marcos, CA 92069** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Chad & Andrea Carter** | ☐ Contingent | |
| | **29272 Las Brisas Road** | ☐ Unliquidated | |
| | **Valencia, CA 91354** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known)   **2:17-bk-16804-BR** |
|---|---|---|
| | Name | |

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Chad & Heather Wescott**
**74 W Catalina Drive**
**Oak View, CA 93022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad & Heather Wescott**
**74 W Catalina Drive**
**Oak View, CA 93022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad & Shawna Kenan**
**8221 Stewart Avenue**
**Westchester, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad & Tiffany Bethel**
**3444 Racquet Lane**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad Irvin & Dominique Spinelli-Irvin**
**2141 Taylor Place**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chanette & Hal J. Armstrong**
**64 Heirloom**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Charlene L. Friedman**
**5620 Murietta Avenue**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Charlene L. Friedman**
**5624 Murietta Avenue**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charlene L. Friedman**
**5624 Murietta Avenue**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charlene R. Swiney**
**3551 West Avenue J6**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles & Lynelle M. Boamah**
**10925 Breckenridge Drive**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles A. & Patricia Holguin**
**25 Cedar Crest Court**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Brown**
**3733 E Avenue Q12**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles F. & Janet Geraci**
**307 Via Promesa**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.377** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Howard Creeger & Nellie C. Weber**
**8973 Wren Circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Charles Nelson & Wendy Tzeng**
**799 Triunfo Canyon Road**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Nelson & Wendy Tzeng**
**799 Triunfo Canyon Road**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles T. & Karen E. Barth**
**494 Camino Manzanas**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles T. & Laura P. Eisenstein**
**28918 Bennett Court**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles T. & Lori E. Marshall**
**27462 Maverick Cir**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charlotte L. McMillan & Siobhan L. Hill**
**1334 De Soto Avenue**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.384** | Nonpriority creditor's name and mailing address

**Chas H. & Kara L. Bauer**
**12474 Rosey Road**
**El Cajon, CA 92021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.385** | Nonpriority creditor's name and mailing address

**Cheryl Denny**
**13411 Paoha Road**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.386** | Nonpriority creditor's name and mailing address

**Chi Que Tran**
**10352 Brookhurst Lane**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.387** | Nonpriority creditor's name and mailing address

**Chi Thien Dao & Trinh T. Nguyen**
**9942 Lenore Drive**
**Garden Grove, CA 92841**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.388** | Nonpriority creditor's name and mailing address

**Chien-Ping Lu & Charlene S. Lee**
**888 Candlewood Drive**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.389** | Nonpriority creditor's name and mailing address

**Chienwang Chiang & Kueimei Lai**
**13831 Campus Drive**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.390** | Nonpriority creditor's name and mailing address

**China Arai & Brian Meisenheimer**
**5733 Colbath Avenue**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris & Felicia Bennett**
**48 Drover Court**
**Coto de Caza, CA 92679**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Chris & Jenny Bussert**
**34242 Hourglass Street**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris & Jenny Bussert**
**34242 Hourglass Street**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris & Lisa Settle**
**3520 King Place**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris & Mana S. Shieh**
**220 Laurelwood Avenue**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris & Melanie Pagliaro**
**43343 Haven Place**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chris & Nancy J. Cavanaugh**
**236 North Lang Avenue**
**West Covina, CA 91790**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris & Rebecca Devoto**
**43030 Flag Street**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris & Ruthann Walker**
**8505 El Matador Drive**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris & Shawna Hook**
**985 Brook Way**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris & Traci L. Jones**
**1720 Red Dawn View Circle**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris & Tracie Moehl**
**1386 Via Cibola**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris A. & Cheri L. Brundage**
**28457 Winterdale Drive**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Chris Berman**
**2014 Glyndon Avenue**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.405** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Chris Dunn**
**24074 Crowned Partridge Lane**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chris Dunn**
**24074 Crowned Partridge Lane**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chris Robert & Lynn Marie Anderson**
**23851 Rosehedge Street**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Christian & Carin Hoffman**
**2713 Prospect Ave**
**La Crescenta-Montrose, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Christian & Shannon L. Prynoski**
**11501 Duque Drive**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,072.17**

**Christian Building Materials**
**1841 N. Batavia St**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Christian Moreno**
**2255 Thorncroft Circle**
**Palmdale, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Christina & Thomas Kamfonik**
**5417 Bergen Street**
**San Diego, CA 92117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christina & Thomas Kamfonik**
**5417 Bergen Street**
**San Diego, CA 92117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christina F. & Cary M. Diamond**
**16 Maple Drive**
**Aliso Viejo, CA 92656**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christine & Gregory Olson**
**101 Kelly Way**
**Scotts Valley, CA 95066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christine & Matt Clyne**
**4879 Surrealist Court**
**Oceanside, CA 92057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christine Nichols**
**2207 Clanfield Street**
**Acton, CA 93510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Christinia Prescott**
**287 Slack Place**
**Calimesa, CA 92320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Christopher & Cynthia Meade**
**11029 McKinley Avenue**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher & Cynthia Meade**
**11029 McKinley Avenue**
**Adelanto, CA 92301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher & Elizabeth Ponce**
**4704 Halen Street**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher & Erin Ard**
**19482 Misty Ridge Lane**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher & Soyoung Kim**
**29 Lewis**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher & Staci P. Taylor**
**1465 Alta Avenue**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher A. Nelson & Taryn B. Doyle**
**4070 Castlewood Court**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.426**

**Nonpriority creditor's name and mailing address**

**Christopher C. & Ariana D. Lightner**
**12133 Tartan Way**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.427**

**Nonpriority creditor's name and mailing address**

**Christopher D. & Bonnie Keller**
**2819 East Newgrove Street**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.428**

**Nonpriority creditor's name and mailing address**

**Christopher D. & Linda P. James**
**16340 Cool Breeze Court**
**Riverside, CA 92503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.429**

**Nonpriority creditor's name and mailing address**

**Christopher G. & Laurel E. Lofland**
**28165 Chucker Court**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.430**

**Nonpriority creditor's name and mailing address**

**Christopher J. & Carolyn K. Bialozynski**
**1321 Norman Avenue**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.431**

**Nonpriority creditor's name and mailing address**

**Christopher J. & Melissa N. Zimmerman**
**42308 Aaron Court**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.432**

**Nonpriority creditor's name and mailing address**

**Christopher J. Kantmann**
**7182 Langley Court**
**Salinas, CA 93907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher K. Williams & Elisa K. Langs**
**11203 Poche Point**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher R. Gutierrez & Nicole Ortega**
**916 E Lemon Avenue**
**Glendora, CA 91741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher S. & Kellie L. Van Atta**
**3073 Blondell Place**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Shumaker**
**26504 Royal Vista Court**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Stutts**
**19520 Castille Lane**
**Saugus, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher T. & Helena H. Chang**
**32412 Lake Pleasant Drive**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher W. Susan M. Roach**
**6299 Calle Bonita**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.440** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Christy & Robert Eggers**
**360 Majestic Drive**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Chuck & Melinda Schultz**
**22 Amarante**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Chuck & Melinda Schultz**
**16 Amarante**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chuck & Melinda Schultz**
**16 Amarante**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chuefeng Moua**
**411 G Street**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chuong V. & Thuy B. Tran**
**1705 Wickham Road**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cindy Mirabile-Cayou & James Allred**
**731 Campanello Way**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.447**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,225.00 |
|---|---|---|
| **Circle Hub** | ☐ Contingent | |
| **19849 Nordhoff Street** | ☐ Unliquidated | |
| **Northridge, CA 91324** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.448**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,052.29 |
|---|---|---|
| **Circuit Assembly** | ☐ Contingent | |
| **18 Thomas St** | ☐ Unliquidated | |
| **Irvine, CA 92618** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.449**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $983.78 |
|---|---|---|
| **City of Upland (Trash)** | ☐ Contingent | |
| **P.O. Box 5909** | ☐ Unliquidated | |
| **Buena Park, CA 91786** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.450**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9.60 |
|---|---|---|
| **City of Upland (Water)** | ☐ Contingent | |
| **PO Box 101115** | ☐ Unliquidated | |
| **Pasadena, CA 91189** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.451**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clarence & Marion Cudanes** | ☐ Contingent | |
| **11359 Stable Glen Place** | ☐ Unliquidated | |
| **San Diego, CA 92130** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.452**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clarence P. Alano** | ☐ Contingent | |
| **8419 Cherokee Drive** | ☐ Unliquidated | |
| **Downey, CA 90241** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.453**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Clark K. & Leslie M. Kegley** | ☐ Contingent | |
| **40751 Carmelita Circle** | ☐ Unliquidated | |
| **Temecula, CA 92591** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudia & Raul Moya**
**2222 W. Avenue J3**
**Lancaster, CA 93536**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Claudia M. Aguilar**
**13512 Utt Drive**
**Tustin, CA 92780**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00** |
|---|---|---|---|

**ClearSlide, Inc.**
**Dept. 3392**
**P.O. Box 123392**
**Dallas, TX 75312-3392**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cleber Gandra & Lizbeth Ochoa**
**22625 La Quinta Drive**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cleotilde N. & Richard Smith**
**25890 Lazy Cloud Way**
**Sun City, CA 92585**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clinton & Nancy Gee**
**25242 Buckskin Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Clive J. Jordan**
**21 Hallcrest Drive**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clive J. Jordan**
**21 Hallcrest Drive**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Clyde P. & Deborah M. Abad**
**1013 Gentle Circle**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,024.25**

**CNC Signs Werks**
**301 E. Kenwood Street**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cole & Chieng Loc**
**7546 Wellington Place**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Coley Kyman**
**5 Lyon Ridge**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colin & Michelle Weber**
**42641 66th Street**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colin L. Cox & Frances R. De Leon**
**5504 Tyrone Avenue**
**Van Nuys, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Colin Martin McKinney & Mary Theresa Hud** | ☐ Contingent | |
| | **19811 Venecia Lane** | ☐ Unliquidated | |
| | **Yorba Linda, CA 92886** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|
| | **Collins Boampong** | ☐ Contingent | |
| | **6882 Hop Clover Road** | ☐ Unliquidated | |
| | **Corona, CA 92880** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Collins Boampong** | ☐ Contingent | |
| | **6882 Hop Clover Road** | ☐ Unliquidated | |
| | **Corona, CA 92880** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150,603.85** |
|---|---|---|---|
| | **Commerce And Industry Insurance Co.** | ■ Contingent | |
| | **c/o Shook, Hardy & Bacon L.L.P.** | ☐ Unliquidated | |
| | **One Montgomery, Suite 2700** | ■ Disputed | |
| | **San Francisco, CA 94104-4505** | | |
| | Date(s) debt was incurred  11/10/2016 | **Basis for the claim:**  Litigation claim | |
| | Last 4 digits of account number  0539 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Concord Center Investors, LLC** | ☐ Contingent | |
| | **2300 Clayton Road** | ☐ Unliquidated | |
| | **Suite 110** | ☐ Disputed | |
| | **Concord, CA 94520** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,125.00** |
|---|---|---|---|
| | **Concur** | ☐ Contingent | |
| | **62157 Collections Center Dr.** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Conrado & Jennifer Fernandez** | ☐ Contingent | |
| | **6620 Beeman Avenue** | ☐ Unliquidated | |
| | **North Hollywood, CA 91606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Consolacion Sano**
**4221 Opal Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Consolacion Sano**
**4221 Opal Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380,000.00** |
|---|---|---|---|

**Consolidated Electrical Distributor**
**c/o Law Offices of Michael Wayne**
**149 S. Barrington Avenue**
**Los Angeles, CA 90049-3310**

Date(s) debt was incurred  **7/13/2016**

Last 4 digits of account number  **6128**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation claim**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Core Logic, LLC.**
**Information Solutions**
**P.O. Box 847239**
**Dallas, TX 75284-7239**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Corey Saathoff**
**2755 E Newgrove Street**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corey Saathoff**
**2755 E Newgrove Street**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$551.81** |
|---|---|---|---|

**Cornelius Van & Lawanda Reed**
**2183 Chesterton Street**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.482** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cornelius Van & Lawanda Reed**
**2183 Chesterton Street**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Corrine Sparkman**
**2621 Moundtop Lane**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cory Ballum & Erica C. Contreras**
**527 N Broadmoor Avenue**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$153.79**

**County of Santa Clara**
**70 West Hedding St.**
**East Wing, 1st Fl**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$543.61**

**Cox Communications**
**P.O. Box 53280**
**Phoenix, AZ 85072-3280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Craig & Patricia Takeuchi**
**1860 W 178th Street**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Craig & Patricia Takeuchi**
**1860 W 178th Street**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Craig Wallace**<br>**1130 Alma Court**<br>**Claremont, CA 91711** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cresencio C. & Agnes A. Rimorin**<br>**603 Poets Square**<br>**Fallbrook, CA 92028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$438.43** |
|---|---|---|---|
| | **Crimson IT Services, Inc.**<br>**10866 Washington Blvd #713**<br>**Culver City, CA 90232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cristian & Jay Pimentel**<br>**362 Calle la Quinta**<br>**Chula Vista, CA 91914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Cristian Baldini & Omar Gonzalez**<br>**2529 Crocker Way**<br>**Antioch, CA 94531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,318.64** |
|---|---|---|---|
| | **Crius Energy, LLC**<br>**535 Connecticut Avenue, 6th Floor**<br>**Norwalk, CT 06854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,690.51** |
|---|---|---|---|
| | **CT Corporation**<br>**PO Box 4349**<br>**Carol Stream, IL 60197-4349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia & Gunther Galle**
**43103 Rucker Street**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia D. Villalobos**
**2145 Rose Fern Lane**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia Howard**
**1839 Thomas Drive**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia L. Hoek**
**436 N Irving Boulevard**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cyrus D. Groeneveld**
**1911 Centennial Way**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale & Courtney Brockmeyer**
**180 Derby Lane**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale & Joyce L. Blanchard**
**1824 Nowak Avenue**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale & Marcia Donmoyer**
**1772 Gabriella Lane**
**Brentwood, CA 94513**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale A. Duggan**
**28920 Erickson Court**
**Highland, CA 92346**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale G. Gerds**
**2580 Russell Street**
**Tracy, CA 95376**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Damien & Kelly Cortese**
**976 Spyglass Place**
**Placentia, CA 92870**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dan & Allison Elggren**
**19542 Misty Ridge Lane**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dan Robert Heiser**
**325 34th Avenue**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dana & Jeffery Boyer**
**299 Pebble Beach Drive**
**Brentwood, CA 94513**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Daniel & Evelyn L. Muro**
**788 Redriver Way**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel & Evelyn L. Muro**
**788 Redriver Way**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel & Julie Murphy**
**1829 S Holt Avenue**
**Los Angeles, CA 90035**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Daniel & Peter Yat Woon Pau**
**14102 Chagall Avenue**
**Irvine, CA, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel & Peter Yat Woon Pau**
**14141 Chagall Ave**
**Irvine, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel & Solangel Reveles**
**1769 O'Connor Avenue**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel & Therese Delaney**
**12247 Oakview Way**
**San Diego, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.517** | Nonpriority creditor's name and mailing address

**Daniel A. & Kathleen M. Chiariello**
**4077 Mira Costa Street**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518** | Nonpriority creditor's name and mailing address

**Daniel A. Bahena**
**3367 Whisper Sands Avenue**
**Rosamond, CA 93560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.519** | Nonpriority creditor's name and mailing address

**Daniel A. Elliot & Sharon H. Kim**
**2210 Shapiro Street**
**Fullerton, CA 92833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.520** | Nonpriority creditor's name and mailing address

**Daniel and Patricia MacLeith**
**12102 LeAnn Drive**
**Garden Grove, CA 92840**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid rent**

Is the claim subject to offset? ■ No ☐ Yes

**$10,500.00**

---

**3.521** | Nonpriority creditor's name and mailing address

**Daniel Bodell**
**Harrison & Bodell LLP**
**11455 El Camino Real, Suite 480**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.522** | Nonpriority creditor's name and mailing address

**Daniel Boersch & Haylee Gump-Boersch**
**37619 Clark Court**
**Palmdale, CA 93552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.523** | Nonpriority creditor's name and mailing address

**Daniel Burns & Jeannie Burns**
**18 Scrub Oak**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.524**

**Nonpriority creditor's name and mailing address**

**Daniel Christian Jr & Denise L. Hall**
**9450 Newell Creek Road**
**Ben Lomond, CA 95005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.525**

**Nonpriority creditor's name and mailing address**

**Daniel H. II Brooks**
**37 Coronel Place**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.526**

**Nonpriority creditor's name and mailing address**

**Daniel Herrera**
**3341 Firebush Avenue**
**Rosamond, CA 93560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.527**

**Nonpriority creditor's name and mailing address**

**Daniel J. & Carmin Jewell**
**8951 Carnation Drive**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.528**

**Nonpriority creditor's name and mailing address**

**Daniel J. Moen**
**4530 Mataro Drive**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.529**

**Nonpriority creditor's name and mailing address**

**Daniel L. & Adele M. Rancourt**
**12428 Kestrel Street**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.530**

**Nonpriority creditor's name and mailing address**

**Daniel S. & Edith Perez**
**14612 Charter Oak Boulevard**
**Salinas, CA 93907**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel S. & Edith Perez**
**14612 Charter Oak Boulevard**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danilo Manalad**
**20522 Devlin Avenue**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danna Moreno**
**4725 Jewel Street**
**Capitola, CA 95010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danny Devitt**
**471 Ariel Court**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danny Nguyen**
**10252 Parkview Avenue**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dante & Michele Simi**
**41702 Sherry Way**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danyal Ibrahim & Magda Sedarous**
**3143 Crestview Court**
**Marina, CA 93933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Darian Wilcox**<br>**894 Borden Road**<br>**San Marcos, CA 92069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Darlene & Steven Schogel**<br>**2640 Bristow Lane**<br>**Tustin, CA 92782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Darlene & Steven Schogel**<br>**2640 Bristow Lane**<br>**Tustin, CA 92782** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Darlene Dumke & Scott W. Dumke**<br>**610 Brightwood Street**<br>**Monterey Park, CA 91754** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Darrel D. Kincaid**<br>**1782 39th Street**<br>**San Diego, CA 92105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Darrel Harlan**<br>**512 Hilltop Court**<br>**Taft, CA 93268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Darrell A Roemer**<br>**6020 Country Lane**<br>**Lancaster, CA 93536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Darren & Julie Devito**
**24512 Alta Loma Court**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darren & Julie Devito**
**24512 Alta Loma Court**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darryl R. Ruiz**
**7203 Tiburon Drive**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daryl & Adrianna McDonald**
**3961 Apore Street**
**La Mesa, CA 91941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daryll Dothard**
**3822 Pelona Vista Drive**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dave A. & Karen C. Stewart**
**21305 Via de la Espuela**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dave Andersen**
**70 Elderwood**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David & Alexis L. Wilson**
**971 Primrose Lane**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David & Atraya Chambers**
**32951 Danapine**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David & Atraya Chambers**
**32951 Danapine**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David & Cameron Brownson**
**9 Salt Spray Drive**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David & Cameron Brownson**
**9 Salt Spray Drive**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David & Cynthia Cantu**
**5030 W Avenue M12**
**Quartz Hill, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David & Georgina Greene**
**16 5th Avenue**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Karen Rose**
**570 Risso Court**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Lisa J. Raphael**
**18548 Oakmoor Avenue**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Lisa Zavala**
**912 Occidental Drive**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Marilyn Wolf**
**904 Avenida Ysidora**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Renee Lau**
**1217 Vernon Terrace**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David & Ruth Stanke**
**21622 Glen Canyon Place**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David A. & Sharon M. Krolikowski**
**4340 Lombardy Court**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.566**

**Nonpriority creditor's name and mailing address**

**David Camplin**
**366 Barrow Street**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.567**

**Nonpriority creditor's name and mailing address**

**David Curfiss**
**8444 Rumson Drive**
**Santee, CA 92071**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.568**

**Nonpriority creditor's name and mailing address**

**David D. Tran & Thanh-Tam Thi Le**
**7048 Bethany Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.569**

**Nonpriority creditor's name and mailing address**

**David E & Karen N Erwin**
**20970 Via Casco**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.570**

**Nonpriority creditor's name and mailing address**

**David E. & Karen L. Bohrk**
**203 Leonard Street**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.571**

**Nonpriority creditor's name and mailing address**

**David E. & Steffani A. Platt**
**748 West Carroll Avenue ADD-ON**
**Glendora, CA 91741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.572**

**Nonpriority creditor's name and mailing address**

**David Gastelum**
**3145 Fairgreen Lane**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David H. Nguyen & Suzanie Q. Pham**
**3920 Avignon Lane**
**San Jose, CA 95135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David Hui & Xiafang Zhao**
**6833 San Rafael Court**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David Hui & Xiafang Zhao**
**20421 Flint Gate Drive**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Hui & Xiafang Zhao**
**20421 Flint Gate Drive**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David J. Lopez**
**1810 West 242nd Place**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**David Koong & Miyeon Kim**
**32415 Magenta Court**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Koong & Miyeon Kim**
**32431 Magenta Court**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.580** | **Nonpriority creditor's name and mailing address**
**David L & Tonya R Mcpherrin**
**1127 Connecticut Drive**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.581** | **Nonpriority creditor's name and mailing address**
**David M. & Felomina F. Green**
**31409 Chemin Chevalier**
**Temecula, CA 92591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.582** | **Nonpriority creditor's name and mailing address**
**David M. & Janean McBride**
**559 Silverado Drive**
**Lafayette, CA 94549**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.583** | **Nonpriority creditor's name and mailing address**
**David N. & LInda I. Slagerman**
**6792 Banyan Avenue**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.584** | **Nonpriority creditor's name and mailing address**
**David Paktor**
**967 Bermuda Court**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.585** | **Nonpriority creditor's name and mailing address**
**David Richter**
**880 Autumn Drive**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.586** | **Nonpriority creditor's name and mailing address**
**David Skelton**
**9901 Apple St**
**Spring Valley, CA 91977**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.587**

**Nonpriority creditor's name and mailing address**

**David Traxler & Eileen J Lundy-Traxler**
**1023 Richardson Avenue**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.588**

**Nonpriority creditor's name and mailing address**

**Davina R. Polanco & Julie A. Montoro**
**40 Camille Lane**
**Santa Cruz, CA 95065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.589**

**Nonpriority creditor's name and mailing address**

**Davis Wholesale Electric**
**11581 Vanowen Street**
**North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$292,367.44**

---

**3.590**

**Nonpriority creditor's name and mailing address**

**Dawn Ostrowski & Carson Sheckler**
**921 Hillside Lane**
**Norco, CA 92860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.591**

**Nonpriority creditor's name and mailing address**

**De Lage Landen Financial Services**
**1111 Old Eagle School Road**
**Wayne, PA 19087**

Date(s) debt was incurred _

Last 4 digits of account number  **6489**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$218,324.98**

---

**3.592**

**Nonpriority creditor's name and mailing address**

**Dea Serrano**
**14523 Cabinda Drive**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.593**

**Nonpriority creditor's name and mailing address**

**Dean & Hiromi Y. Goodman**
**20014 Gypsy Lane**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Dean & Melissa May**
**6433 Grandsen Court**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean & Melissa May**
**6433 Grandsen Court**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean & Tanya Money**
**28049 Keepsake Way**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Deb & Greg Reynolds**
**12851 Barrett Lane**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deb & Greg Reynolds**
**12851 Barrett Lane**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debbie H. & Jacob K. Chung**
**28325 Tamarack Lane**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Debbie Pari**
**1108 Salem Drive**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Deborah P. Brown** | ☐ Contingent | |
| | **17397 Pear Street** | ☐ Unliquidated | |
| | **Fontana, CA 92337** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Deborah S Bell** | ☐ Contingent | |
| | **341 John Street** | ☐ Unliquidated | |
| | **Santa Cruz, CA 95060** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Debra S. Ryder** | ☐ Contingent | |
| | **2910 Estancia** | ☐ Unliquidated | |
| | **San Clemente, CA 92673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Deirdre M. Kelly & Andrew W. Edwards** | ☐ Contingent | |
| | **31 Sandstone** | ☐ Unliquidated | |
| | **Irvine, CA 92604** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Del Mar Thoroughbred Club** | ☐ Contingent | |
| | **2260 Jimmy Durante Blvd** | ☐ Unliquidated | |
| | **Del Mar, CA 92014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,065.39** |
|---|---|---|---|
| | **Dell Business Credit** | ☐ Contingent | |
| | **Payment Processing Center** | ☐ Unliquidated | |
| | **PO Box 5275** | ☐ Disputed | |
| | **Carol Stream, IL 60197-5275** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Dell Financial Services** | ☐ Contingent | |
| | **P.O. Box 5292** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-5292** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denise & Brian Walters**
**1044 Webster Street**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denise Anne Fontaine**
**1439 Detroit Street**
**Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denise LeMay-Zambrano & Jacqueline M. Le**
**1111 Emerald Street**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denise M. Ptak-Shaver & James W. Shaver**
**4733 Meadowbrook Drive**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Denisse Maldonado**
**1628 Normandy Terrace**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis & Dinora Drgon**
**52 W Avenida De Las Flores**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis & Donna Clark**
**34442 Aspen Street**
**Acton, CA 93510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis A. Busse**
**4447 Stoneyglen Court**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis D. Ward**
**28868 Cedar Ridge Court**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis K. & Susan L. Nyberg**
**4590 Oak Tree Way**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis M. & Marilyn Taft Odin**
**29155 Woodfall Drive**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis W. Blair**
**13039 Chippewa Street**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Derek & Lily Chin**
**5006 Redwillow Lane**
**La Ca ada Flintridge, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derek & Lily Chin**
**5006 Redwillow Lane**
**La Ca ada Flintridge, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derek F. & Mary M. Osborne**
**24403 Ridgewood Drive**
**Murrieta, CA 92562**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desiree & Brandon Kiefer**
**3793 Citronella Street**
**Simi Valley, CA 93063**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Deuntaye A. Galeas**
**938 Chestnut Street**
**Ontario, CA 91762**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deuntaye A. Galeas**
**15700 Ramona Drive**
**Fontana, CA 92336**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dexter Baga**
**7452 New Salem Street**
**San Diego, CA 92126**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Diamond Ice Equipment**
**P.O. Box 206**
**Venice, CA 90294**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Diana Meyer**
**5216 Clemens Court**
**Carlsbad, CA 92008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Diane L. Knight**
**22801 Marlin Place**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Diane L. Moss**
**34385 Camino El Molino**
**Dana Point, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Diane Llera**
**569 Fifield Street**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |

**Diann Smith**
**41425 Myrtle Street**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Diann Smith**
**41425 Myrtle Street**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dianne Paulette Lewis**
**15430 Poppyseed Lane**
**Canyon Country, CA 91387**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consumer complaint**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dieter & Valdine Gerlach**
**739 S Montezuma Way**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dimas J. & Maria G. Alvarez**
**19029 Karen Drive**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,525.00** |
|---|---|---|---|

**DIN Engineering Services LLP**
**B-106, Sector-2**
**Noida-201301**
**Uttar Pradesh, INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dina N. & Carras C. Paton**
**7261 Pinewood Court**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dionne Huston & Jean Gillespie**
**6440 Montgomery Ave**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dolores E. Cancel**
**8304 Aqua View Court**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don & Lisa Tylski**
**5140 Bowden Avenue**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don & Theresa Markert**
**2936 Simba Place**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don & Tina Berryman**
**32572 Quicksilver Road**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don C. Dildine & Khin K. Saw**
**24319 Calle Terraza**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Don Ngo & Thuy K. Nguyen**
**16774 Summit Vista Drive**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don Ngo & Thuy K. Nguyen**
**16774 Summit Vista Drive**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Don Sullivan**
**1713 Grover Circle**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donald C & Peggy Murray**
**316 Bedford Place**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donald E. & Rose M. Mouradian**
**11655 Cypress Canyon Park Drive**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.650**

**Nonpriority creditor's name and mailing address**

**Donald L. & Brigitte Fisk**
**25072 Buckskin Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.651**

**Nonpriority creditor's name and mailing address**

**Donald L. & Dianne P. Lewis**
**15430 Poppyseed Lane**
**Santa Clarita, CA 91387**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.652**

**Nonpriority creditor's name and mailing address**

**Donald L. Foulks & Eunice B. Diehl**
**4207 Calle Juno**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.653**

**Nonpriority creditor's name and mailing address**

**Donald W. & Margaret J. Chapman**
**31752 Blue Meadow Lane**
**Westlake Village, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,000.00**

---

**3.654**

**Nonpriority creditor's name and mailing address**

**Donald W. & Margaret J. Chapman**
**31752 Blue Meadow Lane**
**Westlake Village, CA 91361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.655**

**Nonpriority creditor's name and mailing address**

**Donna A Kimura**
**332 Marjori Avenue**
**Thousand Oaks, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.656**

**Nonpriority creditor's name and mailing address**

**Donna Berglas-Hess & Art J. Hess**
**1441 Carol Street**
**La Habra, CA 90631**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donna M. Meier**
**13185 Haven Rock Court**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Donnatila Barkhimer & Tom Rohl**
**3071 Sprucewood Lane**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dora O. & Nestor S. Murgas**
**22552 Pecan Place**
**Santa Clarita, CA 91390**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Dorene A. & Terrence D. Lee**
**3223 S Barcelona Street**
**Spring Valley, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dorene A. & Terrence D. Lee**
**3223 S Barcelona Street**
**Spring Valley, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Doris M. & Robert E. Tabieros**
**2615 La Paloma Lane**
**Santa Cruz, CA 95062**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Doug & Cathy Loop**
**24200 Rosita Dr**
**Wildomar, CA 92595**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Doug & Mary Lou Morton**
**1620 Forest View Avenue**
**Burlingame, CA 94010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Doug Han**
**4900 La Crescenta Avenue**
**La Crescenta, CA 91214**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Doug Wutschke**
**3010 Vina Vial**
**San Clemente, CA 92673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas A. & Rosemary S. Sholders**
**4329 Bromfield Avenue**
**San Diego, CA 92122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas I Jr & Maria Holmes**
**11835 Maple Crest Street**
**Moorpark, CA 93021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas M. & Paulette M. Yedwabnick**
**28744 Woodside Drive**
**Santa Clarita, CA 91390**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas Schatz & Jennifer Leos**
**29483 Piazza Court**
**Menifee, CA 92584**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.671** | **Nonpriority creditor's name and mailing address**

**Duane Ruth**
c/o David N. Lake, Esq.
16130 Ventura Blvd., Suite 650
Encino, CA 91436

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$40,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation settlement__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address**

**Duane Svoboda**
6105 W Avenue L12
Lancaster, CA 93536

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address**

**Dulce M. Cruz Perez & Carmen Perez Trejo**
1270 Bacchus Drive
San Jose, CA 95122

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address**

**Dumas E. McGawley**
74 F Street
Chula Vista, CA 91910

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  __Litigation claim__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address**

**Dustin J. & Joanna Salceda**
4233 Hartshorn Ranch Place
La Verne, CA 91750

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**

**Dustin Stanley**
3552 Ben Street
San Diego, CA 92111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address**

**Dwayne Jones & Mario Ascencio**
168 South Harvard Boulevard
Los Angeles, CA 90004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dylan Neal & Becky Southwell**
**5517 Gladehollow Court**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Earl E. & Marion Genter**
**21761 Ojai Road**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Earl E. & Marion Genter**
**21761 Ojai Road**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,575.00** |
|---|---|---|---|

**Earthstar Electric**
**170 Malet St**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Eddie Moreno**
**7650 Alderwood Ave**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eddie Nebria**
**14971 Piper Circle**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eder Estrada**
**2151 Beechwood Street**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edgar M. & Kelly A. Arias**
**3553 Rosewood Avenue**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edgardo & Marilyn Marestaing**
**25041 Meadowbrook**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eduardo C. & Lorna Teodoro**
**2718 E 219th. Place**
**Long Beach, CA 90801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Eduardo Calderon**
**3253 W 134th Place**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Eduardo Calderon**
**8360 Greenwood Avenue**
**California City, CA 93505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eduardo Calderon**
**8360 Greenwood Avenue**
**California City, CA 93505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Edward & Gloria Holguin**
**41533 Jacaranda Street**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward & Gloria Holguin**
**41533 Jacaranda Street**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward & Hortencia Brown**
**688 Briar Cliff Road**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward & Julia HW Cable**
**17239 Grandee Place**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward & Nancy J. Linn**
**13428 Little Dawn Lane**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward & Tina T. Chow**
**13581 Onkayha Circle**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward A. Alexander**
**7563 Midfield Avenue**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edward B. Bondarczuk**
**19514 Castille Lane**
**Saugus, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.699** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward C. Roe**
**2144 Sunset Drive**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward D. & Dawn R. Sibby**
**46322 Kohinoor Way**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward D. Arias**
**1657 Harrod Way**
**Salinas, CA 93906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward Del Rio & Yiu Yun Hsieh**
**1116 Teal Court**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward J. & Martina Leveque**
**1122 Santa Fe Way**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward M. & Georgina R. Meda**
**2162 Cumbre Place**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Edward M. Stangel**
**28309 Tamarack Lane**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Saunders**
**611 Gabriele Ct**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Tien**
**19458 Canter Lane**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edwin Boyer Jr. & Sally Sams**
**231 Sherman Drive**
**Scotts Valley, CA 95066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edwin Miguens**
**2024 Sargent Avenue**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Efrain M. & Carmen Gonzalez**
**28834 Garnet Canyon Drive**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Efrain Reyes**
**5762 Los Amigos Street**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Egbert A. & Barbara A. Smalling**
**13831 Camino Cinco**
**Victorville, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eli Jackson**
**4050 Marianne Drive**
**Layfayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eli Montero & Mary Helen Ortega-Montero**
**534 Arcadia Way**
**Salinas, CA 93906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eli Stevens**
**7089 Via Pacifica**
**San Jose, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eliam A. & Maria S. Lim**
**3436 Norwood Avenue**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eligio Ysaguirre**
**7949 La Habra Circle**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eliseo & Guadalupe Vera**
**11457 Montecito Drive**
**El Monte, CA 91731**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eliseo & Katherine J Lara**
**9 Del Pizzoli**
**Lake Elsinore, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Elizabeth & Rafer Johnson** | ☐ Contingent | |
| | **4217 Woodcliff Road** | ☐ Unliquidated | |
| | **Sherman Oaks, CA 91403** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Elizabeth & William Nielsen** | ☐ Contingent | |
| | **2057 Flickering Path** | ☐ Unliquidated | |
| | **San Jacinto, CA 92582** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Elizabeth Cullen** | ☐ Contingent | |
| | **12952 Greenleaf Street** | ☐ Unliquidated | |
| | **North Hollywood, CA 91604** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Elizabeth Gonzales** | ☐ Contingent | |
| | **125 Oxford Drive** | ☐ Unliquidated | |
| | **Watsonville, CA 95076** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Elizabeth Riestra & Barnard Diaz** | ☐ Contingent | |
| | **11250 South Benson Avenue** | ☐ Unliquidated | |
| | **Ontario, CA 91762** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ellery C. & Luz S. Manes** | ☐ Contingent | |
| | **19800 Gilmore Street** | ☐ Unliquidated | |
| | **Woodland Hills, CA 91367** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Elliot & Ebru Schroeder** | ☐ Contingent | |
| | **4408 Longshore Way** | ☐ Unliquidated | |
| | **San Diego, CA 92130** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **American Solar Direct, Inc.**                                    Case number (if known)   **2:17-bk-16804-BR**
_____
Name

| | | |
|---|---|---|
| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Eloisa A. Escalante**
**35606 Desert Rose Way**
**Lake Elsinore, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.728  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Elsa & Morgan A. Smith**
**40661 Chianti Circle**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.729  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Emil & Elenita Llacuna**
**117 Palawan Way**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.730  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Emilio N. Ordonez & Elizabeth V. Gonzale**
**17358 Coast Redwood Lane**
**Canyon Country, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.731  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$500.00**

**Emma Khodabakhshyan & Yegish**
**Ambartsumya**
**13134 Margate Street**
**Sherman Oaks, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.732  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Emma Khodabakhshyan & Yegish**
**Ambartsumya**
**10447 Glory Avenue**
**Tujunga, CA 91042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.733  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$500.00**

**Enmanuel & Erin C. Tejada**
**3637 Lake Shore Road**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Enmanuel & Erin C. Tejada**
**3637 Lake Shore Road**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Enoch Wang & Jenessy Elshire**
**1344 Skyros Way**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Enrique & Laura Villasenor**
**1373 Tierra Bonita Place**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Enrique & Laura Villasenor**
**1373 Tierra Bonita Place**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Enrique & Leticia Abitia**
**22702 Cheryl Way**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.05** |
|---|---|---|---|

**Enterprise**
**P.O. Box 403328**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.94** |
|---|---|---|---|

**Enterprise FM Trust**
**Attn: Accounts Receivable**
**PO Box 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.741** | Nonpriority creditor's name and mailing address

**Enterprise Rent a Truck**
**14544 Valley Blvd**
**La Puente, CA 91746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$21,250.68**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** | Nonpriority creditor's name and mailing address

**Enterprise Tolls**
**PO Box 30**
**Roslyn Heights, NY 11577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$14.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743** | Nonpriority creditor's name and mailing address

**Eric & Christine Brothwell**
**1752 Bent Twig lane**
**ustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** | Nonpriority creditor's name and mailing address

**Eric & Christine Brothwell**
**1752 Bent Twig lane**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745** | Nonpriority creditor's name and mailing address

**Eric & Karlyn K. Aasen**
**106 Paseo del Mar**
**Santa Cruz, CA 95065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** | Nonpriority creditor's name and mailing address

**Eric & Katherine Marx**
**26775 Pariso Drive**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747** | Nonpriority creditor's name and mailing address

**Eric & Lora R. Papp**
**810 Shepard Crest Drive**
**Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Eric & Sandee Koyanagi**
**17910 Manhattan Place**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric & Sandee Koyanagi**
**17910 Manhattan Place**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric A. & Jill M. Baker**
**410 Calle Macho**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Aubort**
**25021 Katie Avenue**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Billiot**
**15206 Tidewater Circle**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric G. Vigilia & Suzanne Lee-Vigilia**
**12110 Coldwater Court**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric J. Nava**
**6685 Jasper Drive**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Kimes**
**4354 Vangold Avenue**
**Lakewood, CA 90712**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric L. & Jennifer W. Cox**
**2460 Wagon Wheel Road**
**Norco, CA 92860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Lewis & Brenda Marie Cooper**
**31042 Via Limon**
**San Juan Capistrano, CA 92675**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric S. & Jennifer Penrod**
**2463 Berkshire Lane**
**Brentwood, CA 94513**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Scott & Susann S. Sills**
**11 Via Cancion**
**San Clemente, CA 92673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric Springer**
**30220 Goldenrain Drive**
**Menifee, CA 92584**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eric W. &Tina Schweitzer**
**23044 Mobile Street**
**West Hills, CA 91307**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erica J. Malveaux & Sylvia J. Johnson**
**39969 Banyan Street**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erick A. Raposa & Mayra L. Del Rio-Rapos**
**3201 San Carlos Drive**
**Spring Valley, CA 91978**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erik & Lori Hanson**
**40 Bel Flora**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erik & Pamela Hanson**
**14 Sherman Court**
**Scotts Valley, CA 95066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erika & Clint Westrich**
**30289 Trois Valley Street**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erin A. & Sahin B. Sahinler**
**14231 Ryan Street**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erin E. & Richard A. Welch**
**14117 Fairchild Dr.**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erma E. Paddack**
**3641 Montrose Pl**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ermie Z. Zabala**
**23024 Delford Avenue**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernest & Alexandra Luckhardt**
**3899 Creekside Way**
**Oakley, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernest A. Rodriquez**
**28550 Haskell Canyon Road**
**Santa Clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernesto & Avelina Sierra**
**6909 Rio Grande Drive**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernesto F. Velazquez & Johnneen Jones**
**28042 Caraway Lane**
**Saugus, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ernie & Diane Schrepfer**
**3243 Canyon View Drive**
**Oceanside, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Esteban & Rosa Orozco**
**1415 S Spruce Street**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Estela Vargas**
**124 Buena Vista Drive**
**Freedom, CA 95019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Esther & Jeff Phillips**
**6455 Park Ridge Boulevard**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Esther Platner-Callison**
**1845 Capistrano Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ethan Remington**
**8502 Merle Circle**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eugene Overbey**
**102 Arroyo Drive**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Eugenio H. Sanchez**
**27240 Trenton Place**
**Santa Clarita, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.783**

**Nonpriority creditor's name and mailing address**

**Eugenio H. Sanchez**
**27240 Trenton Place**
**Santa Clarita, CA 91354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.784**

**Nonpriority creditor's name and mailing address**

**Eun Mi & Cheol Ho Song**
**1628 Tyler Drive**
**Fullerton, CA 92835**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.785**

**Nonpriority creditor's name and mailing address**

**Eusebio & Daisy Santos**
**2535 Crooked Trail Road**
**Chula Vista, CA 91914**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.786**

**Nonpriority creditor's name and mailing address**

**Eusebio & Pilar Delacruz**
**7399 Canyon Peak Lane**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.787**

**Nonpriority creditor's name and mailing address**

**Eva & Frank Honesto**
**2372 Pentland Way**
**San Jose, CA 95148**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.788**

**Nonpriority creditor's name and mailing address**

**Evan D. & Michelle Macleod**
**386 Call of the Wild**
**Livermore, CA 94550**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.789**

**Nonpriority creditor's name and mailing address**

**Evan R. Richardson & Caitlin A. McBee-Ri**
**8669 Lynx Road**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evelyn M. & Armando J. Cifuentes**
**1215 Mill Valley Road**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Everton & Yvonne Rowe**
**2750 Pikake Street**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Excell Construction, Inc.**
**1916 E. Boca Raton Ct.**
**Ontario, CA 91761**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **5/12/2017**

**Basis for the claim:** __ **Litigation claim** __

**Last 4 digits of account number** **9854**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $306.62 |
|---|---|---|---|

**Experian**
**PO Box 881971**
**Los Angeles, CA 90088-1971**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ezra & Emily Medico**
**17031 Palacio Place**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Farjad Sarafian**
**18761 Portofino Drive**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5.00 |
|---|---|---|---|

**FasTrak Violation Processing Department**
**PO Box 26925**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Fausto & Andrea Flores**
**1431 Annajeane Drive**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fausto & Andrea Flores**
**1431 Annajeane Drive**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Felicitas R. & Melchor Quitoriano**
**10953 Barbados Way**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Felipe H. & Mary K. Razo**
**9681 Follett Drive**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Felix E. Schweizer & Stephanie A. White**
**10610 Rochester Avenue**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fernando & Alicia P. Nunez**
**11794 Snyder Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fernando Arevalo**
**10781 La Batista Avenue**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,052.31** |
|---|---|---|---|

**First Class Solar**
**2625 Townsgate Rd**
**Westlake Village, CA 91361**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Flash & Liz Ayodeji**
**4606 Appleglen Street**
**Antioch, CA 94531**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Flash & Liz Ayodeji**
**4606 Appleglen Street**
**Antioch, CA 94531**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,847.50** |
|---|---|---|---|

**Flash Solar Installers**
**9530 Owensworth Ave #6**
**Chatsworth, CA 91311**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,035.20** |
|---|---|---|---|

**Fleetmatics USA LLC**
**PO Box 347472**
**Pittsburgh, PA 15251-4472**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,661.40** |
|---|---|---|---|

**Fleetwash, Inc.**
**PO Box 36014**
**Newark, NJ 07188-6014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$234.63** |
|---|---|---|---|

**Fleisher Products & Signs**
**PO Box 235199**
**Encinitas, CA 92023-5199**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florence L. Lamb & Theresa A. Dobrick**
**5083 Grand Avenue**
**Montclair, CA 91763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Florito Estiva**
**1128 E Jay Street**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Florito Estiva**
**1128 E Jay Street**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Forest & Meko Alban**
**1235 Old Hickory Road**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Forrest Newhall**
**30971 Marbella Vista**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,986.86** |
|---|---|---|---|

**Fortune Energy Inc**
**241 N. 10th Street**
**Unit 4**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francis & Monique Sawa**
**738 Golden Sands Place**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francis C. & Toby A. Cronin**
**8748 Dorrington Avenue**
**West Hollywood, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco & Ana E Lara**
**2047 Miramonte Court**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco & Guadalupe Gutierrez**
**11542 Garrick Avenue**
**Lake View Terrace, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco & Patricia Pi a**
**421 West Doncrest Street**
**Monterey Park, CA 91754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francisco M. & Maria Lina J. Joaquin**
**20336 Via Marwah**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Franco Yap & Katerina G. Vicencio**
**1310 San Domar Drive**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank & Jennifer Scordia**
**31229 Cherry Drive**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.825 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank & Kathy M. Bartaldo**
**150 Trimaran Court**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank & Mona Alfano**
**7138 Scarborough Peak Drive**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank C. Stillman**
**1512 East Thackery Avenue**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank K. & Joyce T. Yada**
**18 Valente**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank Sales & Silvia Leos**
**3553 East Miriam Drive**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Frank W. & Tuesday T. Casados**
**2372 Joseph Damon Court**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Franklin Alan & Merlene Travis Maggini**
**29438 Greengrass Court**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.832** | Nonpriority creditor's name and mailing address

**Fred & Kim C. Reichert**
**1225 Llano**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.833** | Nonpriority creditor's name and mailing address

**Fred & Laura A. Murillo**
**11270 Calle Jalapa**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.834** | Nonpriority creditor's name and mailing address

**Fred Dalessi**
**2501 Via Durazno**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.835** | Nonpriority creditor's name and mailing address

**Fred Dalessi**
**2104 Via Viejo**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.836** | Nonpriority creditor's name and mailing address

**Fred Pascua & Barbara Nocheck Pascua**
**25010 Boxelder Court**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.837** | Nonpriority creditor's name and mailing address

**Freddie Rodriguez & Maria C. Menera**
**10222 Saluda Avenue**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.838** | Nonpriority creditor's name and mailing address

**Fredric & Marcia Brous**
**1173 S Point View Street**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Fredric & Marcia Brous** | ☐ Contingent | |
| | **1173 S Point View Street** | ☐ Unliquidated | |
| | **Los Angeles, CA 90035** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356.04** |
|---|---|---|---|
| | **Frontier Communications** | ☐ Contingent | |
| | **PO Box 740407** | ☐ Unliquidated | |
| | **Cincinnati, OH 45274** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gabino & Concepcion Valencia** | ☐ Contingent | |
| | **38028 Palms Place** | ☐ Unliquidated | |
| | **Palmdale, CA 93552** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gabriel & Hellen Ramirez** | ☐ Contingent | |
| | **815 S Hillward Avenue** | ☐ Unliquidated | |
| | **West Covina, CA 91791** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gabriel & Kathleen E. Perez** | ☐ Contingent | |
| | **18660 Bainbury Street** | ☐ Unliquidated | |
| | **Canyon Country, CA 91351** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gabriel & Yesenia Tiscareno** | ☐ Contingent | |
| | **36072 Capri Dr.** | ☐ Unliquidated | |
| | **Winchester, CA 92596** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gaetano Amato & Janet E. Moro-Amato** | ☐ Contingent | |
| | **508 Sterling View Avenue** | ☐ Unliquidated | |
| | **Belmont, CA 94002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|--------|---------------------------------|------------------------|----------------------|
| | Name | | |

---

**3.846** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Gail & Jerry Doss**
**15401 Coleen Street**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gail & Jerry Doss**
**15401 Coleen Street**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gail & Mark Pimentel**
**795 Esperanza Place**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gail Pollock**
**2839 Rutgers Place**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gail T. Costello**
**538 Cathedral Drive**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.851** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Galina A. & Matt F. Oja**
**500 Filbert Street**
**Half Moon Bay, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.852** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Gardner S. & Lillian Jacobsen**
**41030 Chemin Coutet**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.853** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gardner S. & Lillian Jacobsen**
**41030 Chemin Coutet**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.854** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Garrett & Sarah Rough**
**43330 Windrose Lane**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.855** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gary & Dione Tomasetti**
**17 Raindance Street**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gary & Lynne C. Ford**
**2235 Kirsten Lee Drive**
**Westlake Village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.857** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gary A. & Wendy A. Doran**
**817 Paloma Avenue**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gary D. & Grace D. Dedios**
**2950 Makaha Way**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gary Nusbaum**
**101 Rooney Street**
**Santa Cruz, CA 95065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gary Schachter**
**37743 Westview Drive**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gary W. & Belinda M. Rubel**
**7 South Stonington Road**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gary W. & Marie B. Livick**
**5927 Abernathy Drive**
**Westchester, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gennison T. & Ignacio De Soto**
**3450 Mount Carol Drive**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Geoff Webberley**
**2307 Thorncroft Circle**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Geoffrey E. Theep**
**3682 Mabon Place**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Geoffrey W. & Holly A. Horn**
**2313 Old Ranch Road**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George Fernandez**
**747 Masterson Drive**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George McAllister**
**23409 Fern Place**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George O. & Vera M. Nazzal**
**3578 Grand View Boulevard**
**Los Angeles, CA 90066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George R. & Lan Phuong Kable**
**17340 Summer Oak Pl**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**George V. & Judith P. Lawry**
**21511 Rushford Drive**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**George V. & Judith P. Lawry**
**21511 Rushford Drive**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geovanni & Janette Arreola**
**28151 Tambora Dr**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerald & Sylvia Goodman**
**6121 West Avenue J15**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerald A. & Cheryl A. Amaral**
**39836 Ogden Drive**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerald R. Hamwi**
**1225 Carmona Avenue**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerard P. & Mary M. Kramer**
**3861 Malaga Street**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Gerardo & Annabel Armas**
**139 South Hyacinth Avenue**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerardo & Annabel Armas**
**139 South Hyacinth Avenue**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gerardo & Felicitas Reyes**
**12281 Maypole Drive**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.881** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Gerardo Rodriguez
34 Clarendon Road
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

German Sierra
2733 Burgundy Lace Lane
San Jacinto, CA 92582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Gerry S & Esther P Angeles
1336 Ponderosa Avenue
Fullerton, CA 92835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Gilbert & Angelita Gallardo
1115 Delight Way
Escondido, CA 92026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.885** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Gilbert Michael & Candace D Ashdown
755 Yorkshire Way
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Gina A. & Charlie T. Guerrero
1406 Baldwin Drive
Corona, CA 92881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Giovanni A. & Maria D. Avalos
5584 Ashbourne Way
Antioch, CA 94531

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.888** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gisela E. & William F. Troutman Jr**
**1470 Melanie Way**
**Livermore, CA 94550**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Glenn R. & Carryl-Ann Price**
**23345 Sandalwood St**
**West Hills, CA 91307**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Glenn R. & Carryl-Ann Price**
**23338 Sandalwood Street**
**West Hills, CA 91307**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Glenn R. & Carryl-Ann Price**
**23338 Sandalwood Street**
**West Hills, CA 91307**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Glenn Williams**
**21503 Alvar Place**
**Carson, CA 90745**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Glenn Williams**
**21503 Alvar Place**
**Carson, CA 90745**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gloria E. Nazario**
**12951 Romont Street**
**Sylmar, CA 91342**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gloria E. Sanchez**
**9614 Gainford Street**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Gloria Goh**
**625 North Danehurst Avenue**
**Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Gloria Goh**
**16253 Van Gogh Court**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gloria Goh**
**16253 Van Gogh Court**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Godwin Roberts**
**1994 Curtner Avenue**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,013.31** |
|---|---|---|---|

**Golden State Overnight Delivery Svcs.**
**7901 Stoneridge Drive, Suite 400**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gonzalo & Graciela Macias**
**1946 Morley Street**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gonzalo Jr. & Lebron Luz Lopez**<br>**10994 Marygold Way**<br>**Corona, CA 92883** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.903 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,229.02** |
|---|---|---|---|
| | **Google Inc.**<br>**Dept 34631**<br>**PO Box 39000**<br>**San Francisco, CA 94139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gordon Heinel & Deborah Cross**<br>**410 Hickman Court**<br>**Santa Cruz, CA 95062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.905 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gordon R. & Nancy W. Everett**<br>**5751 Balmoral Drive**<br>**Oakland, CA 94619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Govind & Deepa Balakrishnan**<br>**702 Bahama Ln**<br>**Foster City, CA 94404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Grace & Ruel De Leon**<br>**22030 Grovepark Drive**<br>**Santa Clarita, CA 91350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Grace & Yanni Nguyen**<br>**27 Crystalaire**<br>**Rancho Santa Margarita, CA 92688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.909** **Nonpriority creditor's name and mailing address**

**Grant L. Jeffers & Beatrice J. Cherene**
**1500 Homestead Avenue**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.910** **Nonpriority creditor's name and mailing address**

**Greg & Jody H. Cole**
**2240 Wallace Avenue**
**Aptos, CA 95003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.911** **Nonpriority creditor's name and mailing address**

**Greg Thiebaut**
**590 Bonnie View Court**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.912** **Nonpriority creditor's name and mailing address**

**Greg Yee**
**760 Pecan Way**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.913** **Nonpriority creditor's name and mailing address**

**Gregorio & Rosa M. Corona**
**2313 W Wisteria Place**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.914** **Nonpriority creditor's name and mailing address**

**Gregorio B. Chavez**
**37032 57th Street**
**Palmdale, CA 93552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.915** **Nonpriority creditor's name and mailing address**

**Gregory & Blanca Pegg**
**4050 Temescal Avenue**
**Norco, CA 92860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory & Cherie A. Head**
**3252 Whisper Sands Avenue**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory & Kathleen Rubens**
**805 Bauer Drive**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory & Tina Kurtz**
**1722 Brampton Place**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory A. Wikler & Deborah K. Tellier**
**856 Las Trampas Road**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory C. & Rita R. Gorham**
**62 Blanca Lane**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory G. & Lucille A. Raths**
**26551 Maside**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregory T. & Melanie J. Cox**
**15118 Pocahantas Street**
**Apple Valley, CA 92307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gregory W & Donna K Shears**<br>**1193 Matterhorn Drive**<br>**San Jose, CA 95132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Guadalupe & Corine Becerra**<br>**1559 Ambersweet Street**<br>**Corona, CA 92881** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Guadalupe & Juan Gonzalez**<br>**932 East Alwood Street**<br>**West Covina, CA 91790** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Guillermo & Gabriela Cota**<br>**3154 Anella Road**<br>**San Ysidro, CA 92173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Guillermo Salazar**<br>**308 Herman Avenue**<br>**Watsonville, CA 95076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Guljar & Satwant S. Hundal**<br>**12771 Spring Mountain Drive**<br>**Rancho Cucamonga, CA 91739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Gurdip S. & Daljit K. Hari**<br>**18 Indiana**<br>**Irvine, CA 92606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Gurindar & Gyan Singh Rai**
**1433 Cisneros Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gurindar & Gyan Singh Rai**
**1433 Cisneros Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gustavo & Aimee Pelayo**
**5852 Almond Valley Way**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gustavo & Beth Rey**
**7908 Merrington Place**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gustavo & Rosa E. Godinez**
**6117 Archwood Way**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gustavo J & Laura R Hernandez**
**128 San Simeon Drive**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gwen & Todd Ferguson**
**14872 Alder Lane**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gwendolyn B. Brumfield**
**2011 Stearns Drive**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,365.00** |
|---|---|---|---|

**H2 Environmental Consulting Services Inc**
**13122 6th Street**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Habib G. & Nabla S. Habib**
**4763 Bunnelle Avenue**
**La Verne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Hai Nguyen**
**724 Daisy Street**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hai Nguyen**
**324 East Lincoln Avenue**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hai Thinh**
**16314 Mount Nimbus Street**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Haibo Fan & Jianping Xu**
**58 Forbes**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Haik & Hilda Parkhani**
**12807 Meadowlark Avenue**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Halder M. Lopez & Wendy T. Robinson**
**2753 Fitzgerald Road**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Haley & Rickey Brisco**
**2525 Summerchase Avenue**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hany & Genevieve Benjamin**
**16 Cabrillo Terrace**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harold E. & Sara S. Williams**
**63 Las Flores Drive**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,250.00 |

**Harris & Forstot, Inc. dba HYFN, Inc.**
**1235 Hermosa Avenue**
**Suite 300**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harry Alan & Joanne Rosina Berry**
**5864 Jeffries Ranch Road**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.951**

**Nonpriority creditor's name and mailing address**

**Harvard Square Maintenance Association**
**27405 Puerta Real, #300**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25.00**

---

**3.952**

**Nonpriority creditor's name and mailing address**

**Hasler**
**P.O. Box 3808**
**Milford, CT 06460-8708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21.25**

---

**3.953**

**Nonpriority creditor's name and mailing address**

**Headland Communications**
**PO Box 7775 #23630**
**San Francisco, CA 94120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,294.73**

---

**3.954**

**Nonpriority creditor's name and mailing address**

**Heather & Christine Fax-Huckaby**
**5927 Steeplechase Road**
**Bonita, CA 91902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.955**

**Nonpriority creditor's name and mailing address**

**Heather & Cody Kennedy**
**32758 Ridge Top Lane**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.956**

**Nonpriority creditor's name and mailing address**

**Heather & John Bollman**
**3166 N Mountain View Drive**
**San Diego, CA 92116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.957**

**Nonpriority creditor's name and mailing address**

**Heather L. & Jon Peter F. Bartnek**
**11374 Alberni Court**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.958** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Heather L. Conklin**
**3648 Jasmine Avenue**
**Rosamond, CA 93560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Heather R. Rosenfeldt**
**11473 Sunshine Terrace**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Heathre & Matthew Wade**
**7242 Decanture Way**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

**Heba A. Hamouda**
**706 San Diego Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Heba A. Hamouda**
**706 San Diego Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Hector Aguilera**
**1200 El Paseo Street**
**Fillmore, CA 93015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Hector Avilez**
**211 West Rancho Road**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.965** | **Nonpriority creditor's name and mailing address**

**Hector G. & Martha A. Toscano**
**1980 Hibiscus Street**
**Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.966** | **Nonpriority creditor's name and mailing address**

**Heidi A & Damon W Huffman**
**523 Via El Risco**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.967** | **Nonpriority creditor's name and mailing address**

**Heinz J. Naas**
**6682 Greenbriar Court**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.968** | **Nonpriority creditor's name and mailing address**

**Helen & Frank J. Sullivan**
**1183 Cedarwood Drive**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.969** | **Nonpriority creditor's name and mailing address**

**Helen G. Contreras & Ricardo Garcia**
**40742 Chantaco Court**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.970** | **Nonpriority creditor's name and mailing address**

**Helene Landry**
**1441 Laguna Avenue**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.971** | **Nonpriority creditor's name and mailing address**

**Helene Landry**
**1441 Laguna Avenue**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.972**

**Nonpriority creditor's name and mailing address**

**Henrik Pedersen**
**2878 Spanish Bay Drive**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.973**

**Nonpriority creditor's name and mailing address**

**Henry & Rowena Ho**
**5150 Corte Playa Catalina**
**San Diego, CA 92124**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.974**

**Nonpriority creditor's name and mailing address**

**Henry A & Marla A Bachetti**
**696 N Temescal Street**
**Corona, CA 92879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.975**

**Nonpriority creditor's name and mailing address**

**Henry D. & Terri J. Dixon**
**7544 Woodstream Court**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.976**

**Nonpriority creditor's name and mailing address**

**Henry G. & Lynda D. Shugars**
**9963 Waldgrove Place**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.977**

**Nonpriority creditor's name and mailing address**

**Henry Theis**
**26291 Ibeza Road**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.978**

**Nonpriority creditor's name and mailing address**

**Hermelinda Contreras**
**1331 Bonnie View Road**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hien T. & Yen Nguyen**
**755 Macklin Court**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hillary & Frank Medina**
**824 Antilla Way**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Hin Lok Chu & Miu Yi Chung**
**131 N 3rd Street**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hin Lok Chu & Miu Yi Chung**
**131 N 3rd Street**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hiram Duran**
**609 Overlook Place**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,969.60** |
|---|---|---|---|

**HireRight, Inc.**
**PO Box 847891**
**Dallas, TX 75284-7891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hoa Hua**
**3116 Bartlett Avenue**
**Rosemead, CA 91770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |

**Hollwood Delivery Service / HDS**
**2828 S. Willow Avenue**
**Bloomington, CA 92316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holly & Robert E. Sjogren**
**17381 Madera Lane**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holly Bauer**
**8152 Pale Moon Road**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holly C. & Steve M. Traut**
**1447 Charleston Street**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holly Murphy & Kevin Aldrich**
**154 Wesley Street**
**Capitola, CA 95010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Holly N. & Justin J. Mullikin**
**5315 Sandra Way**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Homer & Frances Marshall**
**43910 42nd Street W**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hongfeng Liu & Yuhua Wang**
**39 W Naomi Avenue**
**Arcadia, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hongyun Ye & Guoqing Wang**
**48 West Camino Real Avenue**
**Arcadia, CA 91007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Howard P. & Susan Taekman**
**23306 Park Hacienda**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hugo Huazano**
**6072 Darlington Avenue**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hui Ling Deng**
**1141 Highland Oaks Drive**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hui Z. Yi**
**4300 Willow Tree Lane**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Huy Tran & Yen Quach**
**2639 Loganrita Ave**
**Arcadia, CA 91006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.100
0**

**Nonpriority creditor's name and mailing address**

**Huy V. Ngo & Huy Q. Nguyen
855 Cape York Place
San Jose, CA 95133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100
1**

**Nonpriority creditor's name and mailing address**

**Hyun-Ju Seow & Darren Seow
24421 Mira Vista Street
Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100
2**

**Nonpriority creditor's name and mailing address**

**Hyunguk Moon
88 Legacy Way
Irvine, CA 92602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100
3**

**Nonpriority creditor's name and mailing address**

**Ignacio & Rebecca Amezcua
802 Linda Court
Walnut, CA 91790**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100
4**

**Nonpriority creditor's name and mailing address**

**Igor & Oleksandra Altukhov
6706 Colbath Avenue
Van Nuys, CA 91405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100
5**

**Nonpriority creditor's name and mailing address**

**Ijhah Burton
2112 Robles Drive
Antioch, CA 94509**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100
6**

**Nonpriority creditor's name and mailing address**

**Imelda Zaragoza Albania
15955 Gault Street
Van Nuys, CA 91406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.100**
**7**

**Nonpriority creditor's name and mailing address**

**Independent Electric Supply, Inc**
PO Box 749793
Los Angeles, CA 90074

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Independent Electric Supply, Inc. v. American Solar Direct, Inc., et al., Case No. 17CIV01772

Is the claim subject to offset? ■ No ☐ Yes

$54,985.06

---

**3.100**
**8**

**Nonpriority creditor's name and mailing address**

**Indra L. & Lisa N. Ciccarelli**
5732 Cedros Avenue
Van Nuys, CA 91411

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.100**
**9**

**Nonpriority creditor's name and mailing address**

**Industrial Metal Supply**
8300 San Fernando Blvd
Sun Valley, CA 91352

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$194.67

---

**3.101**
**0**

**Nonpriority creditor's name and mailing address**

**Industrial Threaded Products**
515 N Puente St
Brea, CA 92821

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,616.72

---

**3.101**
**1**

**Nonpriority creditor's name and mailing address**

**Infinity Fasteners, Inc.**
11028 Strang Line Road
Lenexa, KS 66215

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,924.76

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**

**Inna & Sergey Polishchuk**
17144 Kingsbury Street
Granada Hills, CA 91344

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**

**InsideSales.com, Inc.**
1712 S. East Bay Blvd., Suite 100
Provo, UT 84606

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$8,223.00

---

Debtor **American Solar Direct, Inc.**
Name

Case number (if known) **2:17-bk-16804-BR**

---

| 3.101 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,425.04** |
|---|---|---|---|

**Intermedia.net, Inc.**
**815 East Middlefield Road**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,574.90** |
|---|---|---|---|

**Intratem**
**1990 S. Bundy Dr., Suite 325**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ioseph & Carolina Santana**
**424 North Mangrove Avenue**
**Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Iraj Masarati**
**915 Portswood Circle**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Iraj Masarati**
**915 Portswood Circle**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Irma Anderson**
**3628 Park Drive**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Irma Anderson**
**9631 Par Place**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.102**
**1**

**Nonpriority creditor's name and mailing address**
**Iron Mountain**
**PO Box 601002**
**Pasadena, CA 91189-1002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,589.33**

---

**3.102**
**2**

**Nonpriority creditor's name and mailing address**
**Isaias & Martha Sandoval**
**2124 E Merced Avenue**
**West Covina, CA 91791**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.102**
**3**

**Nonpriority creditor's name and mailing address**
**Isidoro Raponi & Nina Edelstein**
**6620 Matilija Avenue**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.102**
**4**

**Nonpriority creditor's name and mailing address**
**Ismael A. Mota**
**11370 Carriage Avenue**
**Montclair, CA 91763**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.102**
**5**

**Nonpriority creditor's name and mailing address**
**Itron**
**P.O Box 200209**
**Dallas, TX 75320-0209**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$149,060.60**

---

**3.102**
**6**

**Nonpriority creditor's name and mailing address**
**Jack & Marlene Board**
**12642 Kenwood Lane**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.102**
**7**

**Nonpriority creditor's name and mailing address**
**Jack & Tamra Converse**
**3511 Iron Bark Way**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.102<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack & Tamra Converse**
**3511 Iron Bark Way**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack D. Wininger Sr. & Beverley F. Winin**
**8807 Taurus Place**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackie & Maria C. Montemoino**
**3199 Rocky Lane**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Jackie G. & Marion Cullum**
**21440 Villena Street**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jackie G. & Marion Cullum**
**21440 Villena Street**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$283,015.27** |
|---|---|---|---|

**Jackson Lewis P.C.**
**P.O. Box 416019**
**Boston, MA 02241-6019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal fees and costs__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacky Lau & Wai Yin Wong**
**1760 Walnut Leaf Drive**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

**Jacque and Vanessa Keeslar**
**126 Orvil Way**
**Fallbrook, CA 92028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

**Jacques & Trina Slade**
**28108 Gibraltar Lane**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 7**

**Nonpriority creditor's name and mailing address**

**Jagdish Rashiyur & Nandini Balakrishnan**
**466 Latona Court**
**San Jose, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

**Jai-Put Enterprise, Inc.**
**2826 Hoya Common**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,575.00**

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

**Jaime Rodriguez**
**10 Forest Hill**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

**Jaime S. & Trinidelita G. Lao**
**658 Duncan Ranch Road**
**Chula Vista, CA 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**James & Francesca Wudel**
**2337 Indian Springs Court**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James & Liana Avis**
**11505 Chestnut Ridge Street**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James & Marisela Meraz**
**15361 Kadota Street**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James & Stephanie Schneider**
**2943 Calle Frontera**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James A. & Debra M. West**
**4270 Trotter Street**
**Capitola, CA 95010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James A. & Julisa H. McClellan**
**41721 Zinfandel Drive**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James A. Wingate & Alicia M. Lutz-Wingat**
**1985 Lark Ellen Drive**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**James B. & Heidi Pritchett**
**20303 Jay Carroll Drive**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**James C. & Traci L. Williams**
**4191 Mackin Woods Lane**
**San Jose, CA 95135**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**James D. & Liza D. Lara**
**1059 Strawberry Creek Street**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**James D. Buck**
**4468 Inverness Drive**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**James De La Pena & Nicole R. Marrone**
**27558 Cherry Creek Drive**
**Valencia, CA 91354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**James E. & Irene K. Chase**
**20 Hallcrest Drive**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**James E. Farrens**
**1395 Riviera Summit Road**
**San Diego, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**James Henderson**
**1303 Del Rio Way**
**Ontario, CA 91764**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**James J. & Ruby A. Chee**
**1368 Santa Olivia Road**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**James K. Bates & Victor C. Caponpon**
**4534 Radford Avenue**
**Studio City, CA 91607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**James L. & Maria E. Houser**
**44042 Sierra Vista Drive**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**James Leith**
**4062 Northpark Circle**
**Irvine, CA 92604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**James M Kadleck & Willie Cowart**
**185 Sheridan Road**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**James M. & Sally A. Griffith**
**8722 Page Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 2**

**Nonpriority creditor's name and mailing address**

**James P. Posey**
**25162 Campo Rojo**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 3**

**Nonpriority creditor's name and mailing address**
**James R. & Leah J. Green**
**22601 Marylee Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**James V. & Leila F. Kraxberger**
**27622 Hidden Trail Road**
**Laguna Hills, CA 92653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**James W. Jr. & Sheryl B. Gooden**
**6334 Lolly Lane**
**San Diego, CA 92114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**
**Jamie Soponrath**
**12491 Firebrand Street**
**Garden Grove, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 7**

**Nonpriority creditor's name and mailing address**
**Jamshid & Anita Karanjia**
**9 Montecilo**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.106 8**

**Nonpriority creditor's name and mailing address**
**Jan Pro Cleaning Systems Silicon Valley**
**4000 Moorpark Ave # 105**
**San Jose, CA 95117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.106 9**

**Nonpriority creditor's name and mailing address**
**Jan-Pro of San Diego**
**4125 Sorrento Valley Blvd Suite E**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**Jane Herico**
**5810 Redhaven Street**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**Janet Creech**
**735 S. Hillward Avenue**
**West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**Janet Creech**
**735 S. Hillward Avenue**
**West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1073**

**Nonpriority creditor's name and mailing address**

**Janet M. Sayers**
**2540 Luciernaga Street**
**Rancho La Costa, CA 92009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**Janette T. & Jose B. Espenida**
**2777 Rambling Vista Road**
**Chula Vista, CA 91915**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**Janice Torres**
**22925 Canyon View Drive**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1076**

**Nonpriority creditor's name and mailing address**

**Jared & Kimberly Balastrieri**
**11599 Cypress Canyon Park Drive**
**San Diego, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Jason & Amy Sabol**
**2414 Saipan Drive**
**San Diego, CA 92139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Jason & Kristy Hughes**
**5410 Brae Burn Place**
**Buena Park, CA 90621**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Jason & Rosa L. Baumann**
**13242 Cool Meadow Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Jason A. & Sara R. Scharf**
**5837 Gablewood Way**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Jason B.Traut**
**9392 Villa Vista Way**
**Villa Park, CA 92861**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Jason C. & Melanie M. Hamilton**
**27 Falkner Drive**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**Jason Castellanos**
**9333 Pebble Beach Drive**
**Santee, CA 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **American Solar Direct, Inc.**                                    Case number (if known)    **2:17-bk-16804-BR**

Name

| 3.108 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason Dunaway** | ☐ Contingent | |
| | **26275 Charmaine Place** | ☐ Unliquidated | |
| | **Menifee, CA 92584** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason E. & Danielle K. Berry** | ☐ Contingent | |
| | **1 Parliament Place** | ☐ Unliquidated | |
| | **Ladera Ranch, CA 92694** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason English** | ☐ Contingent | |
| | **28368 Westwood Way** | ☐ Unliquidated | |
| | **Menifee, CA 92584** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason Gerbino** | ☐ Contingent | |
| | **5063 Sea Mist Court** | ☐ Unliquidated | |
| | **San Diego, CA 92121** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason S & Brenda M Walker** | ☐ Contingent | |
| | **1353 Pebble Springs Lane** | ☐ Unliquidated | |
| | **Glendora, CA 91741** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason W. & Victoria T. Chang** | ☐ Contingent | |
| | **6304 West 79th Street** | ☐ Unliquidated | |
| | **Westchester, CA 90045** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Jason W. Pearce & Janette Arauz Pearce** | ☐ Contingent | |
| | **4457 Shelby Court** | ☐ Unliquidated | |
| | **Riverside, CA 92509** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.109**
**1**

**Nonpriority creditor's name and mailing address**

**Javier & Aide Borceguin**
**2773 Henessy Drive**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**2**

**Nonpriority creditor's name and mailing address**

**Javier & Magdalena Nava**
**13575 Hemingway Drive**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**3**

**Nonpriority creditor's name and mailing address**

**Javier Linares & Bianey Fabian**
**1517 Esperanza Way**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**4**

**Nonpriority creditor's name and mailing address**

**Javier Serrano & Gabriela Sandoval**
**6250 Bakman Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.109**
**5**

**Nonpriority creditor's name and mailing address**

**Javier Serrano & Gabriela Sandoval**
**6250 Bakman Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**6**

**Nonpriority creditor's name and mailing address**

**Jay B. Ward & Rachel Quijas**
**26466 Montecito Lane**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109**
**7**

**Nonpriority creditor's name and mailing address**

**Jay Bobby & Maxine Luna**
**2656 South Cucamonga Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.109 8**

**Nonpriority creditor's name and mailing address**

**Jay Debnath & Runi Chattopadhyay**
**1309 Cabrillo Avenue**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.109 9**

**Nonpriority creditor's name and mailing address**

**Jean M. Cappa**
**364 Shire Oaks Court**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 0**

**Nonpriority creditor's name and mailing address**

**Jean Wilkerson**
**5341 Allen Court**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 1**

**Nonpriority creditor's name and mailing address**

**Jeanette H. Cleaveland**
**27091 Valia**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 2**

**Nonpriority creditor's name and mailing address**

**Jeff & Alyssa Flynn**
**90 Dawnwood**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

**Jeff & Alyssa Flynn**
**90 Dawnwood**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Jeff & Heather Stevenson**
**28 Allbrook Ct**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Jeff & Patricia Stolze**
**182 Siesta Avenue**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**Jeff & Yvette Peterson**
**115 Piedmont Avenue**
**San Bruno, CA 94066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Jeff Bushman**
**1405 Corte Clasica**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Jeff Desrosier**
**46 Laurelhurst Drive**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Jeff E. & Suzanne M. Hoover**
**956 Calle Castano**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Jeff Gaines**
**14513 Caminito Santo Tomas**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Jeffery A. & Charlene S. Lorenz**
**5741 W Avenue J15**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey & Mary McCowin**
**202 Shandy Lane**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey A. Sudakin**
**3828 Albright Avenue**
**Culver City, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey B. & Alina J. Osborne**
**1429 Seabright Avenue**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey C Ferrell & Elise MacGregor**
**131 Hebard Street**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey E. & Tina M. Gagnon**
**7210 Lesina Place**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey F. Smith**
**27836 Caraway Lane**
**Saugus, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey J. & Erica Boles**
**2860 North Compass Circle**
**Chula Vista, CA 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey K. & Janice J. Schmaltz**
**843 English Holly Lane**
**San Marcos, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey M. & Laura A. Joy**
**3385 Whitehaven Drive**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

**Jeffrey M. & Valerie R. Lau**
**65 Circle Court**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey Olson**
**29809 Warm Sands Drive**
**Menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey S. & Khamphet O. Pease**
**10556 Dabney Drive**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey S. & Leigh A. Durant**
**2982 Rugby Court**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Stock & Sonya Newlyn**
**310 Nobel Drive**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**Jennie & Sun-Nain Ni**
**30 Antique Rose**
**Irvine, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**Jennifer A. Huang**
**21030 Sandpiper Street**
**Walnut, CA 91789**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**Jennifer E. & Daniel R. Doering**
**5951 Brannen Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**Jennifer L. & Wayne J. Reiter**
**2526 Fresh Waters Court**
**Spring Valley, CA 91978**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**Jennifer L. Edling-Russell & Eugene S. R**
**706 Natalie Drive**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

**Jennifer M. & Derick K. Kennington**
**8239 Water View Court**
**Spring Valley, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.113 2**

**Nonpriority creditor's name and mailing address**

**Jennifer S. Carolan**
**3659 Albury Avenue**
**Long Beach, CA 90808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.113 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeremiah E. Blodgett**
**18311 Avolinda Drive**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeremy & Hilary Ames**
**24368 El Molina Avenue**
**Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeremy D. & Heather C. Katt**
**8 Trovita**
**Irvine, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jeremy W. Spence**
**3509 W Avenue K4**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeremy W. Spence**
**3509 W Avenue K4**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerome Fischer & Scarlett A. Goumi EP Fi**
**3388 Woodside Lane**
**San Jose, CA 95121**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Jerrold M. & Linda L. Wolf**
**1036 Melody Lane**
**Fullerton, CA 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Jerrold M. & Linda L. Wolf**
**1036 Melody Lane**
**Fullerton, CA 92831**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Jerrold R. & Doris Caplan**
**428 Camino Manzanas**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**Jerry & Karen K. Ruiz**
**20661 Hopetown Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Jerry & Karen K. Ruiz**
**20661 Hopetown Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**Jerry & Myra Ann Behrens-Jadoo**
**25122 Modoc Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**Jerry & Patricia Bradford**
**14277 Nicoles Way**
**Adelanto, CA 92301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**Jerry Cheng**
**20852 Beachwood Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Jerry Fialkowski & Nicole Bentzen**
**768 East Leadora Avenue**
**Glendora, CA 91741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Jerry Morris**
**17487 Calle Mayor**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Jerry P. Hastings**
**494 Park View Court**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Jerry Trinh**
**11360 Delphinium Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Jerry Trinh**
**11360 Delphinium Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Jesse & Beth E. Duron**
**72 Monterey Vista Drive**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Jesse & Beth E. Duron**
**72 Monterey Vista Drive**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

**Jesse & Junita Aragon**
**13943 Laurelwood Avenue**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

**Jesse & Norma Madrid**
**1608 S Sheffield Avenue**
**West Covina, CA 91790**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**Jesse Sullivan**
**188 W Sidlee Street**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**Jessica E. Ballard**
**4181 Elmer Avenue**
**Studio City, CA 91602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Jessica Lancaster**
**1566 Faith Avenue**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Jessica Mclaurin**
**1803 W Avenue K9**
**Lancaster, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Jesus & Cruz Quintero**
**13745 Bluegrass Place**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.116**
**1**

**Nonpriority creditor's name and mailing address**

**Jesus & Cruz Quintero**
**13745 Bluegrass Place**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**
**2**

**Nonpriority creditor's name and mailing address**

**Jesus & Gabriela Corral**
**1236 Sea Reef Drive**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**
**3**

**Nonpriority creditor's name and mailing address**

**Jesus & Maria Candelario**
**15348 Aqueduct Lane**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**
**4**

**Nonpriority creditor's name and mailing address**

**Jesus & Ofelia H. Cate**
**1363 La Mancha Place**
**Chula Vista, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**
**5**

**Nonpriority creditor's name and mailing address**

**Jesus Garcia**
**1212 W Cubbon Street**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**
**6**

**Nonpriority creditor's name and mailing address**

**Jesus Morales- Resendiz**
**3019 W Lingan Lane**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116**
**7**

**Nonpriority creditor's name and mailing address**

**Jesus Q & Lupe R Flores**
**91 San Tomas Way**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.116
8**

**Nonpriority creditor's name and mailing address**

**Jiffy Lube
M.C. LLC
2940 Bowers Avenue
Santa Clara, CA 95054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$54.49**

---

**3.116
9**

**Nonpriority creditor's name and mailing address**

**Jill & Carson Holmes
2558 Tilden Avenue
Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117
0**

**Nonpriority creditor's name and mailing address**

**Jill E. Amistadi
3019 W Avenue M7
Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.117
1**

**Nonpriority creditor's name and mailing address**

**Jill E. Amistadi
5125 Pearl Court
Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.117
2**

**Nonpriority creditor's name and mailing address**

**Jill E. Amistadi
5125 Pearl Court
Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117
3**

**Nonpriority creditor's name and mailing address**

**Jim & Anna Lee
145 West Las Flores Avenue
Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117
4**

**Nonpriority creditor's name and mailing address**

**Jim & Dale Dorman
4517 Rose Avenue
Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**Jim Parks**
**5511 Sunnyslope Avenue**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**Jincy Kornhauser & Edward T. Kornhauser**
**964 Park Hill Drive**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Jiu Ying Zhou**
**4691 Calle Mar De Armonia**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Jo Ann & Charles E. Ferguson**
**1785 Lotman Drive**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**Joan & Scott Campbell**
**840 Rose Blossom Drive**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Joann & Carl L. Oke**
**44614 Lowtree Avenue**
**Lancaster, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**Joann Flaim**
**2363 Geode Lane**
**Carlsbad, CA 92009**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

**Joanna K. Klinert & Maciej Pawlicki**
**2116 Hillstone Drive**
**San Jose, CA 95138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

**Joanne Reynolds**
**409 Tidland Circle**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**Joe & Jennifer M. Botto**
**35889 Devonshire Lane**
**Wildomar, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**Joe & Julie Snell**
**28011 Gibraltar Lane**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**Joe & Shirlee Rende**
**2737 Highgate Place**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**Joe & Shirlee Rende**
**2737 Highgate Place**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

**Joe & Vicki Taylor**
**41005 Montelena Circle**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.1189**

Nonpriority creditor's name and mailing address

**Joe & Vicki Taylor**
**41005 Montelena Circle**
**Temecula, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1190**

Nonpriority creditor's name and mailing address

**Joe Curley**
**721 Avenida Loma Portal**
**Newbury Park, CA 91320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1191**

Nonpriority creditor's name and mailing address

**Joe Gilbert Jr. & Frances Gilbert**
**43511 Vista Serena Court**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1192**

Nonpriority creditor's name and mailing address

**Joe Nguyen & Denise N. Dinh**
**50 Nebraska**
**Irvine, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1193**

Nonpriority creditor's name and mailing address

**Joe Peralta**
**11156 Hamal Avenue**
**Mira Loma, CA 91752**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1194**

Nonpriority creditor's name and mailing address

**Joe R. Guerrero Jr. & Tracy Guerrero**
**707 Pueblo Place**
**Chula Vista, CA 91914**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1195**

Nonpriority creditor's name and mailing address

**Joe Rodriguez**
**16124 Central Street**
**Irwindale, CA 91706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Joe Rodriguez**
**16124 Central Street**
**Irwindale, CA 91706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**Joe V. & Yvette M. Vasquez**
**1274 Scott Avenue**
**Pomona, CA 91767**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Joey & Michelle Aucoin**
**5934 Vesper Avenue**
**Sherman Oaks, CA 91411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**Joey Swenson**
**520 West Avenue J-10**
**Lancaster, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**John & Barbara L. Matias**
**1053 Via Sinuoso**
**Chula Vista, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**John & Barbara L. Matias**
**1053 Via Sinuoso**
**Chula Vista, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**John & Carol Casale**
**12423 Rosey Road**
**El Cajon, CA 92021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.120
3**

**Nonpriority creditor's name and mailing address**

**John & Cinthya Harback
44235 Halcom Avenue
Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
4**

**Nonpriority creditor's name and mailing address**

**John & Dena Magana
1291 Newman Street
Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.120
5**

**Nonpriority creditor's name and mailing address**

**John & Dena Magana
1291 Newman Street
Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
6**

**Nonpriority creditor's name and mailing address**

**John & Denise L. Barry
28235 Corte Malbino
Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.120
7**

**Nonpriority creditor's name and mailing address**

**John & Denise L. Barry
28235 Corte Malbino
Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
8**

**Nonpriority creditor's name and mailing address**

**John & Elizabeth Redman
13149 Old West Avenue
San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120
9**

**Nonpriority creditor's name and mailing address**

**John & Kristi Angelopulos
28219 Gold Canyon Drive
Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.121 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John & Mary Belfield**
**54 Oxbow Creek Lane**
**Aliso Viejo, CA 92653**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.121 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John & Tracy Kane**
**46240 Durango Drive**
**Temecula, CA 92592**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.121 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John A. & Jennifer A. Carrillo**
**6515 Lotus Street**
**Corona, CA 92880**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.121 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John A. & Zita Greene**
**4135 Crooked Stick Lane**
**Corona, CA 92883**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.121 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John A.& Laurel J. Mullally**
**2212 Camino del Sol**
**Fullerton, CA 92833**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.121 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John B. Cason & Sheila A. Smith**
**46273 Durango Drive**
**Temecula, CA 92592**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.121 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Corney & Lauren Burris**
**27746 Desert Place**
**Castaic, CA 91384**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

**3.121 7**

**Nonpriority creditor's name and mailing address**

**John D. & Maria G. Davis**
**106 Bates View Court**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**John D. & Shanda M. Rimorin**
**1340 East Fallbrook Street**
**Fallbrook, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**John E. Hoffmann & Eloise Nelson**
**1655 Ellsmere Avenue**
**Los Angeles, CA 90019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**John G. & Joanne Petas**
**27782 Greenfield Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**John H. & Gina K. Corrow**
**17734 Cedarwood Drive**
**Riverside, CA 92503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**John J. & Lorraine F. Brode**
**1400 Roadrunner Drive**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**John Lopez & Gabriela Bibian**
**20257 Lakemore Drive**
**Santa Clarita, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.122
4**

**Nonpriority creditor's name and mailing address**

**John M & Cheryl Collins**
**24903 Manzanita Avenue**
**Moreno Valley, CA 92557**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122
5**

**Nonpriority creditor's name and mailing address**

**John Magnus & Genevieve A. Lindgren**
**16 Comet Trail**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122
6**

**Nonpriority creditor's name and mailing address**

**John Prusinovski**
**3944 Alpha Street**
**San Diego, CA 92113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122
7**

**Nonpriority creditor's name and mailing address**

**John R. Martinez & Lorinda F. Collier**
**30453 Dendy Sky Lane**
**Valley Center, CA 92082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.122
8**

**Nonpriority creditor's name and mailing address**

**John R. Martinez & Lorinda F. Collier**
**30453 Dendy Sky Lane**
**Valley Center, CA 92082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122
9**

**Nonpriority creditor's name and mailing address**

**John Ricotta & Thyra L. Briggs**
**1686 West Andes Drive**
**Upland, CA 91784**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123
0**

**Nonpriority creditor's name and mailing address**

**John Robert & Venora Lyn Pearce**
**3274 Ivy Court**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.123 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John S. & Karen B. Huffman**
**233 Vista Bella Drive**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Trone**
**247 Bard lane**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**John W. & Rosario T. McCrocklin**
**5852 Shirl Street**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John W. & Rosario T. McCrocklin**
**5852 Shirl Street**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John W. Rossotto**
**1613 Arabian Way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon & Jennifer G. Tyboroski**
**20043 Satsuma Circle**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jon R. Barnhart**
**3100 E Larkstone Drive**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan & Danielle Tuton- Gillette**
**32985 Lamtarra Loop**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan & Tina Hansen**
**43527 Grange Street**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan T. Angeles**
**1387 Gwerder Court**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonathan Thomas**
**13006 Falcon Place**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jonnie & Thomas C. Doyle**
**3160 Gingerwood Lane**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge & Juana Corona**
**11 Nona Avenue**
**Freedom, CA 95019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge & Roxana Tejeda**
**43809 Fallon Drive**
**Lancaster, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Jorge Marinez & Maria C. Uribe**
**416 J Street**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Jorge Morey**
**5628 Churchill Court**
**Palmdale, CA 93552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**Jorge V. & Silvia Dominguez**
**2887 Morning Creek Road**
**Chula Vista, CA 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Jose & Denise A. Ramirez**
**230 John Street**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Jose & Isabel Valenzuela**
**26202 Ridge Vale Drive**
**Newhall, CA 91321**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Jose & Maria Franco**
**1717 Irwin Street**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**Jose & Maria Franco**
**1717 Irwin Street**
**Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Jose & Wanda Vazquez**
**43642 Dana Drive**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Jose Barajas**
**23151 Tupelo Ridge Drive**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Jose C. Perez**
**7765 Hunthaven Road**
**San Diego, CA 92114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**Jose E. & Veronica Lemus**
**310 Salem Court**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Jose Estorga**
**104 Los Cabos Lane**
**Ventura, CA 93001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

**Jose F. Torres & Cynthia Ann Bergschneid**
**1672 Rivendel Drive**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Jose G. & Maria G. Madrigal**
**136 Las Lomas Drive**
**Royal Oaks, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

**Jose G. Martinez**
**1144 East Cottonwood Court**
**Ontario, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

**Jose Gonzalez**
**13045 Norfolk Lane**
**Victorville, CA 92395**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

**Jose Guadalupe & Luz Esmeralda Serrano**
**1434 South Jasmine Avenue**
**Ontario, CA 91762**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Jose I & Maria G Santana**
**16542 Celadon Court**
**Chino Hills, CA 91709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Jose L. Delgado**
**2065 Tammi Court**
**Tracy, CA 95377**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Jose M. Huerta**
**1200 South Bender Avenue**
**Glendora, CA 91740**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Jose Martinez & Kayli Sova**
**105 Bearing Lane**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Jose Orozco**
**12672 Blue Spruce Avenue**
**Garden Grove, CA 92840**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Jose Perez**
**19332 Ackerman Avenue**
**Newhall, CA 91321**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Jose Sanchez**
**959 45th Street**
**Oakland, CA 94608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Joselito De Lusong & Svetlana Gutierrez**
**3386 Westport Court**
**Walnut Creek, CA 94598**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Joseph & Brenda Daniel**
**635 Forest Hills Drive**
**Tracy, CA 95376**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**Joseph A. & Susan M. Kusumi**
**28219 Winterdale Drive**
**Canyon Country, CA 91387**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.127 2**

**Nonpriority creditor's name and mailing address**

**Joseph Dimacali**
**622 N Dodsworth Avenue**
**Covina, CA 91724**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Dimacali**
**622 N Dodsworth Avenue**
**Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph E. & Teri E. Schubert**
**108 Harvard Court**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph Hortillosa**
**1018 Silver Oak Place**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph M & Erin E Panian**
**1903 Galveston Street**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph M. & Dyan M. Molina**
**24 Feldspar Way**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Joseph M. Sirard**
**120 Eliot Street**
**Santa Paula, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Joseph M. Sirard**
**120 Eliot Street**
**Santa Paula, CA 93060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**Joseph McGee**
**4146 Greenbush Lane**
**Moorpark, CA 93021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**Joseph P. & Kari L. Fragassi**
**8 Homestead Drive**
**Coto de Caza, CA 92679**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

**Joseph S. Dews Jr. & Samantha M Shepard**
**111 Alta Mesa Drive**
**Vista, CA 92084**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**Joseph T. & Jo Anne Dandin**
**1123 Caperton Street**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Josh & Karen Okey**
**1735 Fitzgerald Road**
**Simi Valley, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**Josh & Leighanne Grava**
**751 Adirondack Avenue**
**Ventura, CA 93003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

**Josh Giles**
**4186 Havenridge Drive**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.128 7**

Nonpriority creditor's name and mailing address

**Joshua Fortenberry & Carylyn Peterkin**
**1210 Crestlake Avenue**
**Ventura, CA 93004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 8**

Nonpriority creditor's name and mailing address

**Joshua L. Fleetwood & Priyada Gomolvilas**
**1714 Manitou Court**
**San Jose, CA 95120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.128 9**

Nonpriority creditor's name and mailing address

**Joshua Moore**
**2614 Space Court**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 0**

Nonpriority creditor's name and mailing address

**Joshua N. & Jennifer L. Stephenson**
**32139 Copper Crest Lane**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 1**

Nonpriority creditor's name and mailing address

**Joshua P & Trisha Wilson**
**1813 Buena Vista Drive**
**Manteca, CA 95337**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 2**

Nonpriority creditor's name and mailing address

**Joshua Torres**
**616 Hunter Street,**
**Oceanside, CA 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.129 3**

Nonpriority creditor's name and mailing address

**Joshua Torres**
**616 Hunter Street**
**Oceanside, CA 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.129
4**

**Nonpriority creditor's name and mailing address**

**Joshua Ybarra & Diane Ybarra**
**1187 Gazania Court**
**San Marcos, CA 92078**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.129
5**

**Nonpriority creditor's name and mailing address**

**Joslyn Siminski & Jean-Paul Orpinas**
**24427 Mira Vista Street**
**Santa Clarita, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.129
6**

**Nonpriority creditor's name and mailing address**

**Jowil & Ruth Tan**
**1701 Camino Largo Street**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.129
7**

**Nonpriority creditor's name and mailing address**

**Joyce & Steven Lauterback**
**2734 Alabama Street**
**La Crescenta, CA 91214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.129
8**

**Nonpriority creditor's name and mailing address**

**Joyce & Steven Lauterback**
**2734 Alabama Street**
**La Crescenta, CA 91214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.129
9**

**Nonpriority creditor's name and mailing address**

**Joyce T. & Michael E. Gengler**
**28 Reynolds Court**
**Moraga, CA 94556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.130
0**

**Nonpriority creditor's name and mailing address**

**JPL Talent, Inc**
**27 Sandy Pond Road**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,596.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan & Sobeida Sanchez**
**315 Marigold Avenue**
**Freedom, CA 95019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan & Yolanda Maldonado**
**1111 Sunset Drive**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Manuel & Laura L. Garcia**
**38 Magnolia Drive**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan R. Gomez**
**5639 Tempe Drive**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juan Valles**
**1609 S Cypress Avenue**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juana Sincuir**
**9064 Myron Street**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Judi Ludewig**
**204 Clifford Drive**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

**Judith A. & Romald N. Nunes**
**2 San Carlos Drive**
**Salinas, CA 93901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

**Judy Kim-Cho**
**24368 El Molina Avenue**
**Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

**Judy Kim-Cho**
**24427 El Molina Avenue**
**Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$714.00**

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Judy Kim-Cho**
**24427 El Molina Avenue**
**Valencia, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Julia Karastoianova**
**5 Greene Pl.**
**Lafayette, CA 94549**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Julian E. & Lori Aragon**
**5572 Fox Hills Avenue**
**Buena Park, CA 90621**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Julie A. and Stephane Christiany**
**10732 Passerine Way**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Julie Avalos-Stark**
**1216 W Fern Drive**
**Fullerton, CA 92833**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Julie F. & Norman T. Nilson**
**22241 Evening Star Court**
**Santa Clarita, CA 91390**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Julie F. & Norman T. Nilson**
**22241 Evening Star Court**
**Santa Clarita, CA 91390**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**Julie Lakins**
**5500 Forest Cove Lane**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**Julie Lakins**
**5500 Forest Cove Lane**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**Julio A. & Ana P. Hernandez**
**1627 E Lingard Street**
**Lancaster, CA 93535**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

**Julio Torres**
**46274 Grass Meadow Way**
**Temecula, CA 92592**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.132 2**

**Nonpriority creditor's name and mailing address**

**Junjie Song & Rong Xu**
**6786 Annebury Drive**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

**Justin & Amanda J. Wilhelm**
**831 Granada Drive**
**Vista, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

**Justin & Crystal Magdaleno**
**748 Atherton Circle**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Justin & Elton Y Wong**
**5011 Crystal Ridge Court**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Justin Costa**
**900 Walnut Drive**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Justin Couvillion**
**15 Sachem Way**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**Justin Gillen & Nicolette Dugue**
**39112 Silverberry Lane**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**Justin Lin & Catherine Hung**
**22 Washington**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

**Justine & Bert Chantravat**
**13687 Kingsbridge Street**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

**Justine & Bert Chantravat**
**13687 Kingsbridge Street**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

**Juvy T. & Oliver H. Banal**
**136 Monroe Street**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

**Kacy Williams & Lesley E. Blankenship-Wi**
**788 Via Bahia**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**Kaiser Permanente**
**File 5915**
**Los Angeles, CA 90074-5915**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$68,516.60**

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

**Kamini Mehta**
**2352 Renfield Way**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.133 6**

Nonpriority creditor's name and mailing address

**Karen & Kevin Peltz**
**1327 Katherine Court**
**Brentwood, CA 94513**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 7**

Nonpriority creditor's name and mailing address

**Karen & Norly Paat**
**38340 Sierra Grande Avenue**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 8**

Nonpriority creditor's name and mailing address

**Karen & Ronald Odis Shamblin**
**6765 Blue Rose Lane**
**Oak Hills, CA 92344**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133 9**

Nonpriority creditor's name and mailing address

**Karen A. & Denis J. Tyrell**
**6497 Owl Way**
**Livermore, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.134 0**

Nonpriority creditor's name and mailing address

**Karen Erickson & Ken Sosa**
**411 6th Street**
**San Juan Bautista, CA 95045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.134 1**

Nonpriority creditor's name and mailing address

**Karen Marie Nance & David Cain**
**833 Deland Court**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.134 2**

Nonpriority creditor's name and mailing address

**Karen Soto & Sergio Gomez**
**6 Genoa Circle**
**Salinas, CA 93905**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

**Karl Iwahashi**
**17222 Tennyson Place**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

**Karl Kugel**
**2770 Parkview Drive**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

**Karl R. Rollins**
**40 Ranchito Court**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

**Karren L. Ganstwig**
**10525 Bloomfield Avenue**
**North Hollywood, CA 91602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 7**

**Nonpriority creditor's name and mailing address**

**Karson A. & D. Kupiec**
**8103 Pale Moon Road**
**Rancho Santa Fe, CA 92127**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

**Karthik Krishnaswami & Ranjana Narang**
**3964 Bouquet Park Lane**
**San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

**Katharine A. Potter**
**827 Kilarney Court**
**Lathrop, CA 95330**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.135
0**

**Nonpriority creditor's name and mailing address**

**Katherine & Matthew D. Shieman**
**30 Birkdale Pl**
**Moraga, CA 94556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
1**

**Nonpriority creditor's name and mailing address**

**Katherine F. Goforth**
**14980 Amso Street**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
2**

**Nonpriority creditor's name and mailing address**

**Katherine Grant**
**2524 Crocker Way**
**Antioch, CA 94531**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
3**

**Nonpriority creditor's name and mailing address**

**Katherine Vogen**
**8989 Trumpets Court**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
4**

**Nonpriority creditor's name and mailing address**

**Kathey J. Hartman**
**31210 Cherry Drive**
**Castaic, CA 91384**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
5**

**Nonpriority creditor's name and mailing address**

**Kathie & Rebecca C. McLaughlin**
**227 C Street**
**Redwood City, CA 94063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135
6**

**Nonpriority creditor's name and mailing address**

**Kathleen D. & Jason Scheideman**
**4910 Abbeyville Avenue**
**Woodland Hills, CA 91364**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.135 7**

**Nonpriority creditor's name and mailing address**
**Kathleen M. & Robert E. Hilbert**
**17307 Rising Dale Way**
**Ramona, CA 92065**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
**Kathleen Neville**
**8418 Belford Avenue**
**Westchester, CA 90045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
**Kathleen Richardson & Robert Johnson**
**47 Laurelhurst Drive**
**Ladera Ranch, CA 92694**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
**Kathy L. Cryer**
**8915 Odessa Avenue**
**Sepulveda, CA 91343**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
**Kay Sherman**
**2328 Frankfort Street**
**San Diego, CA 92110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
**Kaylene D. Keller**
**2021 Oak Avenue**
**Redwood City, CA 94061**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
**Keegan & Amelie Hicks**
**23962 Dory Drive**
**Laguna Niguel, CA 92677**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136
4**

**Nonpriority creditor's name and mailing address**

**Keening Young**
**12356 Tioga Court**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136
5**

**Nonpriority creditor's name and mailing address**

**Keith & Melanie Ameele**
**439 North Myrtle Avenue**
**Monrovia, CA 91016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136
6**

**Nonpriority creditor's name and mailing address**

**Keith & Orawan Bing**
**39448 Salinas Drive**
**Murrieta, CA 92563**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136
7**

**Nonpriority creditor's name and mailing address**

**Keith & Rachael Dornin**
**509 Peach Way**
**San Marcos, CA 92069**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136
8**

**Nonpriority creditor's name and mailing address**

**Keith A. & Lee Trahan**
**7630 Norcanyon Way**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.136
9**

**Nonpriority creditor's name and mailing address**

**Keith A. & Roxanne B. Smith**
**3 Spicewood**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137
0**

**Nonpriority creditor's name and mailing address**

**Keith T. Ng & Patricia Hui-Ng**
**4016 Greenwich Drive**
**San Ramon, CA 94582**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.137**
**1**

**Nonpriority creditor's name and mailing address**

**Kelli Aiello**
**1051 Meadow Brook Court**
**Brentwood, CA 94513**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**2**

**Nonpriority creditor's name and mailing address**

**Kelly Blake & Nancy R. Cervantes & Diann**
**410 North Shaftsbury**
**San Dimas, CA 91773**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**3**

**Nonpriority creditor's name and mailing address**

**Kelvin & Tomoko Lew**
**908 E Michelle St**
**West Covina, CA 91790**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**4**

**Nonpriority creditor's name and mailing address**

**Ken & Irene Howell**
**16460 Kings Canyon Court**
**Morgan Hill, CA 95037**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**5**

**Nonpriority creditor's name and mailing address**

**Ken & Linda Johnson**
**106 Kelly Way**
**Scotts Valley, CA 95066**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**6**

**Nonpriority creditor's name and mailing address**

**Ken & Marcy Kohler**
**107 Oak Creek Boulevard**
**Scotts Valley, CA 95066**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.137**
**7**

**Nonpriority creditor's name and mailing address**

**Kendra Lui & Jason Kerr**
**2011 Morningstar Court**
**Rosamond, CA 93560**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.137 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth & Constance Ash**
**12761 Bonita Heights Drive**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth & Karina Haskins**
**31716 Pompei Lane**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth B. Cummings & Paul Tutko**
**3415 Keston Court**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Brotherton**
**14 Via Cuenta Nueva**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth C. & Floresita P. Hoskins**
**4462 Walnut Avenue**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth Fitzpatrick**
**2932 Cardamon Lane**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kenneth J. & Nancy L. Rogers**
**3645 Snowdrift Drive**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**Kenneth V. & Elaine Punla**
**2625 Aspinwall Court**
**Fairfield, CA 94534**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**Kenneth W. & Irene D. Alpen**
**1028 Capuchino Avenue**
**Burlingame, CA 94010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**Kent Fung**
**2506 Woodruff Way**
**Arcadia, CA 91007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

**Kent Fung**
**8021 Lomas Court**
**Fontana, CA 92336**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

**Kent Lloyd & Carol Ann Bryan**
**27965 Hedgeline Drive**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

**Kerry & Elmer Alcantara**
**3639 Larchwood Drive**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

**Kerry G. Sheron**
**753 Buchanan Street**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.139 2**

**Nonpriority creditor's name and mailing address**

**Kerry L. & Daniel T. Giles**
**5133 Costa Rustico**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

**Kevin & Gabriela Kent**
**6248 Oakridge Road**
**San Diego, CA 92120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

**Kevin & Jennifer Marie Falciano**
**45184 Wiki Circle**
**Temecula, CA 92592**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

**Kevin & Meredith Keet and Mark A & Teres**
**750 36th Avenue**
**Santa Cruz, CA 95062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

**Kevin & Nancy Mitchell**
**3107 W Lumber Street**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 7**

**Nonpriority creditor's name and mailing address**

**Kevin & Sophea Meas**
**39113 White Fir Lane**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.139 8**

**Nonpriority creditor's name and mailing address**

**Kevin & Terry Lynn Hill**
**33245 Via Chapparo**
**Temecula, CA 92592**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

| 3.139 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Kevin Bauer**
**8152 Pale Moon Road**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Deferred bonus.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin C. Sutherland**
**14392 Purdy Street**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin L. & Betty Sowers**
**2820 Lancaster Lane**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin Lee & Lynette W. Blatter**
**1863 Renee Way**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin M. & Pamela A. Irwin**
**12 Estrade Lane**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin M. Osborne**
**2987 Las Posas Road**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Kevin T. & Rebecca A. Yamano**
**25 Calle De La Luna**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

| 3.140 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin W. Bissonnette & Mary T. Becket-Bi**
309 Calle Rica
San Clemente, CA 92672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Wan**
3550 Mendenhall Court
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Khalid & Dani C. Raja**
27516 Country Lane Road
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Khang Le & Ngoc T. Hoang**
12222 Papeete Street
Victorville, CA 92392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Khang Le & Ngoc T. Hoang**
12222 Papeete Street
Victorville, CA 92392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kim & Jason Lau**
3521 Chief Circle
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberly & Roger B. Murphy**
7704 Fostoria Street
Downey, CA 90241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

**Kimberly A. McInerney**
**4216 Isle Drive**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

**Kimberly A. Reeve**
**1649 American Beauty Drive**
**Concord, CA 94521**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

**Kimberly Sowders**
**2 Thornbird**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

**King & Spalding LLP**
**P.O. Box 116133**
**Atlanta, GA 30368-6133**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$45,686.00**

---

**3.141 7**

**Nonpriority creditor's name and mailing address**

**Kiranjit S. Sidhu**
**2516 Bentley Ridge Drive**
**San Jose, CA 95138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 8**

**Nonpriority creditor's name and mailing address**

**Kirby & Shirley Camarena**
**22 Cheltenham Way**
**San Jose, CA 95139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.141 9**

**Nonpriority creditor's name and mailing address**

**Kirk & Denise Philo**
**1144 Vantage Place**
**Fallbrook, CA 92028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.1420**

**Nonpriority creditor's name and mailing address**

**Kirk & Kristina P. Van Katwyk**
**4576 Oakridge Drive**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1421**

**Nonpriority creditor's name and mailing address**

**Kirk & Melissa Heinemann**
**28318 Roman Court**
**Saugus, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1422**

**Nonpriority creditor's name and mailing address**

**Kj Banuk**
**2926 Calle Heraldo**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1423**

**Nonpriority creditor's name and mailing address**

**Krannich Solar West LLC**
**3801 Ocean Ranch Blvd, Suite 103**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.1424**

**Nonpriority creditor's name and mailing address**

**Kristi D. Cabral-Carrasco**
**5455 Forestridge Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1425**

**Nonpriority creditor's name and mailing address**

**Kristian Griffen**
**807 Broadway Street**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1426**

**Nonpriority creditor's name and mailing address**

**Kristin L. & Nicholas Armitage**
**1461 Cresthaven Place**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Kristina & Jerry Konrad**
**12582 Spring Valley Parkway**
**Victorville, CA 92395**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Kristina L. Kennedy**
**6 Camarin Street**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Kristopher & Jamie Krigbaum**
**26856 Via Grande**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Kulashekar Raghavan & Gita Kulashekar**
**224 Calle Marguerita**
**Los Gatos, CA 95032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Kurt L. & Caitlin R. Woelfel**
**7730 Palacio Drive**
**Rancho La Costa, CA 92009**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**Kurt Smith**
**1437 Coker Way**
**El Cajon, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**Kyle Smith**
**835 Pearl Place**
**El Cajon, CA 92020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.143
4**

**Nonpriority creditor's name and mailing address**

**LAFMAC
15241 Laguna Canyon Road
Irvine, CA 92618**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$15.00**

---

**3.143
5**

**Nonpriority creditor's name and mailing address**

**Lan D. Vo & Christine Joy P. Vo
1074 Moonstone Pl
Chula Vista, CA 91913**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.143
6**

**Nonpriority creditor's name and mailing address**

**Lana J. Parker
17 Pacific Crest
Laguna Niguel, CA 92677**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.143
7**

**Nonpriority creditor's name and mailing address**

**Lana J. Parker
17 Pacific Crest
Laguna Niguel, CA 92677**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.143
8**

**Nonpriority creditor's name and mailing address**

**Lapton Lounge
1701 North California Blvd
Walnut Creek, CA 94596**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$367.50**

---

**3.143
9**

**Nonpriority creditor's name and mailing address**

**Larry & Beth Lyford
12459 Quail Terrace
Winter Gardens, CA 92021**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.144
0**

**Nonpriority creditor's name and mailing address**

**Larry & Beth Lyford
12459 Quail Terrace
Winter Gardens, CA 92021**

Date(s) debt was incurred  __

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.144**
**1**

**Nonpriority creditor's name and mailing address**

**Larry & Keisha T. Maxey**
**10172 California Waters Drive**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**
**2**

**Nonpriority creditor's name and mailing address**

**Larry E. & Christiane M. Shannon**
**6131 Sandy Hill Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**
**3**

**Nonpriority creditor's name and mailing address**

**Larry E. & Vicki Cobb**
**1456 West Francis Street**
**Ontario, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**
**4**

**Nonpriority creditor's name and mailing address**

**Larry J. & Vicki D. Ridenour**
**26 Downing Circle**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**
**5**

**Nonpriority creditor's name and mailing address**

**Larry L. & Clarabell A. Whitaker**
**4702 Mount Etna Drive**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.144**
**6**

**Nonpriority creditor's name and mailing address**

**Larry L. Glaves**
**7226 Pinewood Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.144**
**7**

**Nonpriority creditor's name and mailing address**

**Larry L. Glaves**
**7236 Pinewood Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 208 of 374**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1448**

**Nonpriority creditor's name and mailing address**

**Larry L. Glaves**
**7236 Pinewood Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1449**

**Nonpriority creditor's name and mailing address**

**Larry M. & Karen M. Mitchell**
**20781 Village Court**
**California City, CA 93505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1450**

**Nonpriority creditor's name and mailing address**

**Larry Peoples & Marcie Kohl Peoples**
**254 N Mayflower Avenue**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1451**

**Nonpriority creditor's name and mailing address**

**Larry Peoples & Marcie Kohl Peoples**
**254 N Mayflower Avenue (ADD-ON)**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1452**

**Nonpriority creditor's name and mailing address**

**Larry R. & Pauline Furman**
**21323 San Miguel Street**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1453**

**Nonpriority creditor's name and mailing address**

**Laura & Bart Leininger**
**6162 Lake Lindero Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1454**

**Nonpriority creditor's name and mailing address**

**Laura & Douglas Rose**
**5558 Aurelia Street**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

**Laura Delphina**
**31525 Arrow Point Drive**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

**Laura E. Silva-Scavo & Timothy M. Scavo**
**153 Church Place**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.145 7**

**Nonpriority creditor's name and mailing address**

**Laura E. Silva-Scavo & Timothy M. Scavo**
**153 Church Place**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 8**

**Nonpriority creditor's name and mailing address**

**Lauren Dionne**
**23701 Clarendon Street**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.145 9**

**Nonpriority creditor's name and mailing address**

**Lauren M & Francis T Rayburn**
**1139 E Avenue K13**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146 0**

**Nonpriority creditor's name and mailing address**

**Laurie A. & Mark H. Wheatley**
**700 Ellesmere Court**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146 1**

**Nonpriority creditor's name and mailing address**

**Lawrence R. Lundquist Sr. & Jie Y. Lundq**
**4804 Maureen Circle**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.146
2**

**Nonpriority creditor's name and mailing address**

**Leander P. Adan & Kathryn A. Sales**
**27 Georgia**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146
3**

**Nonpriority creditor's name and mailing address**

**Leandro A. & Vanessa M. Rivera**
**1703 Embassy Circle**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146
4**

**Nonpriority creditor's name and mailing address**

**Lee & Elaine Tavares**
**5572 Roundup Road**
**Norco, CA 92860**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146
5**

**Nonpriority creditor's name and mailing address**

**Lee & Judith D. Ellingson**
**10927 Hansom Lane**
**Spring Valley, CA 91978**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146
6**

**Nonpriority creditor's name and mailing address**

**Lee Ann Teaney & Stephanie B. Koehler**
**3657 Stoner Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146
7**

**Nonpriority creditor's name and mailing address**

**Lee Lichter & Julian Lichter**
**6126 Via Regla**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.146
8**

**Nonpriority creditor's name and mailing address**

**Legendary Staffing, Inc.**
**AmeriSource Funding, Inc.**
**P.O. Box 4738**
**Houston, TX 77210-4738**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,782.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.1469**

**Nonpriority creditor's name and mailing address**

**Leila Kraxberger & Homa Karimi**
**25771 La Serra**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1470**

**Nonpriority creditor's name and mailing address**

**Leo A. & Denise E. Faubion**
**8524 Golden Ridge Road**
**Lakeside, CA 92040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1471**

**Nonpriority creditor's name and mailing address**

**Leo Chen**
**41 Copper Leaf**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1472**

**Nonpriority creditor's name and mailing address**

**Leo J. & Kimberly A. Linesch**
**2262 Mark Place**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1473**

**Nonpriority creditor's name and mailing address**

**Leon H.& Shirley H. Ruther**
**21607 Canyon Heights Circle**
**Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1474**

**Nonpriority creditor's name and mailing address**

**Leonard C. Holder**
**5919 Steeplechase Road**
**Bonita, CA 91902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1475**

**Nonpriority creditor's name and mailing address**

**Leonard Salazar**
**5458 Katherine Street**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
**Leonard Z. Holtz & Sean Hunter**
**721 N Gardner Street**
**Los Angeles, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**
**Leonard Z. Holtz & Sean Hunter**
**721 N Gardner Street**
**Los Angeles, CA 90046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**
**Leonardo Madera**
**5763 Finchley Road**
**Palmdale, CA 93552**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**
**Leoncio F. & Guillermina Leal**
**1811 West Farlington Street**
**West Covina, CA 91790**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**
**Leopoldo Herrera**
**802 N Sherry Lane**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**
**Lesslie & Elizabeth McClain**
**26065 Ohara Lane**
**Stevenson Ranch, CA 91381**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 2**

**Nonpriority creditor's name and mailing address**
**Leticia A. Vejar**
**3510 Quail View Street**
**Spring Valley, CA 91977**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Levi & Jessica Gelineau**
**2423 College Street**
**Simi Valley, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Levora & James Winston**
**666 Mural Street**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Lidia Reumante**
**6625 Santa Rosa Road**
**Camarillo, CA 93012**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Lidia Reumante**
**4514 Cochran Street**
**Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Lien T. Giang & David A. Ford**
**6068 Zenako Court**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**Lilli F. & Duncan C. Rouleau**
**1336 Olive Ln**
**La Canada, CA 91011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

**Lilli F. & Duncan C. Rouleau**
**1336 Olive Lane**
**La Canada Flintridge, CA 91011**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.149
0**

**Nonpriority creditor's name and mailing address**

**Lina & Masis V. Sosoian
17007 Crest Heights Drive
Santa Clarita, CA 91387**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.149
1**

**Nonpriority creditor's name and mailing address**

**Linda & Mark Weber
14102 Chagall Avenue
Irvine, CA 92606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.149
2**

**Nonpriority creditor's name and mailing address**

**Linda A. Driscoll
11582 Arroyo Avenue
Santa Ana, CA 92705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.149
3**

**Nonpriority creditor's name and mailing address**

**Linda C. Jorgensen
7821 Westlawn Avenue
Los Angeles, CA 90045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.149
4**

**Nonpriority creditor's name and mailing address**

**Linda L. Fraguela
463 Odin Drive
Pleasant Hill, CA 94523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.149
5**

**Nonpriority creditor's name and mailing address**

**Linda M. Courtney
17050 Seaforth Street
Hesperia, CA 92345**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.149
6**

**Nonpriority creditor's name and mailing address**

**Lindsey James Mutuc & Mescina Pierce
24213 Governor Avenue
Harbor City, CA 90710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1497**

**Nonpriority creditor's name and mailing address**

**Lindsey James Mutuc & Mescina Pierce**
**24213 Governor Avenue**
**Harbor City, CA 90710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1498**

**Nonpriority creditor's name and mailing address**

**Lisa & Donald De Leo**
**13250 Mountain View Court**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1499**

**Nonpriority creditor's name and mailing address**

**Lisa & Donald De Leo**
**13250 Mountain View Court**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1500**

**Nonpriority creditor's name and mailing address**

**Lisa Graves-Gaal & Toran Gaal**
**28553 Sunset Road**
**Valley Center, CA 92082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1501**

**Nonpriority creditor's name and mailing address**

**Lisa M. Malenfant**
**12438 Cardinal Drive**
**Tustin, CA 92782**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1502**

**Nonpriority creditor's name and mailing address**

**Lissa Pearlman**
**2813 Putnam Street**
**Los Angeles, CA 90039**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1503**

**Nonpriority creditor's name and mailing address**

**Lissette & Antonio Solano**
**1149 S Auburn Drive**
**West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.150 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Liying Peng**
**1009 South Gaybar Avenue**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lizabeth L Cope**
**578 S Prospero Drive**
**Covina, CA 91723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lloyd & Andrea Mokler**
**5135 Costa Rustico**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,185.93** |
|---|---|---|---|

**Locus Energy, LLC**
**Bank of America Lockbox Services**
**MA5-527-02-07**
**Dorchester, MA 02125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Loren & Eric Ibarra**
**2016 Paseo Cresta**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lorena & Flavio Diaz**
**7436 Gloria Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lorenzo & Irma Gonzalez**
**39930 Falcon Way**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Lori & Terry Lee Mercer**
**1255 Old Hickory Road**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Lori Glasky**
**5536 E Valencia Drive**
**Orange, CA 92869**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Lori Glasky**
**5536 E Valencia Drive**
**Orange, CA 92869**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Lorna A. & Stanley L. Thomas**
**2941 Michael Drive**
**Newbury Park, CA 91320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Lorna C. Edquid**
**271 Sweetwood Street**
**San Diego, CA 92114**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Lorraine & Leif Wicks**
**906 W Las Palmas Drive**
**Fullerton, CA 92835**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**

**Lorraine & Peter H. Sim**
**202 N Lucerne Blvd**
**Los Angeles, CA 90004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1518**

Nonpriority creditor's name and mailing address

**Los Angeles County Tax Collector**
**PO Box 54888**
**Los Angeles, CA 90054-0888**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,360.96**

---

**3.1519**

Nonpriority creditor's name and mailing address

**Louie & Alicia V. Cruz**
**2139 Lyon Avenue**
**Riverside, CA 92503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1520**

Nonpriority creditor's name and mailing address

**Louie & April Ramirez**
**24023 Tango Drive**
**Valencia, CA 91354**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1521**

Nonpriority creditor's name and mailing address

**Louis D. Haag II & Vera L. Haag**
**8871 Covina Street**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1522**

Nonpriority creditor's name and mailing address

**Louise Roberts & Vu Dang**
**215 N Kingston Street**
**San Mateo, CA 94401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1523**

Nonpriority creditor's name and mailing address

**Lovonne Malneck**
**32689 The Old Road**
**Castaic, CA 91384**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1524**

Nonpriority creditor's name and mailing address

**Lowell D. Wilson**
**3141 Cavaletti Lane**
**Norco, CA 92860**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Loy Yam**
**11144 Bellflower Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Luc Phan & Hong An Nguyen**
**724 Daisy Street**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Luis & Maria Elena Del Rio**
**10948 Fury Lane**
**La Mesa, CA 91941**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Luis & Ofelia Magallon**
**525 Carlos Canyon Court**
**Chula Vista, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Luis A. & Debra S. Garcia**
**10061 Starboard Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**Luis A. & Debra S. Garcia**
**10342 Arundel Avenue**
**Westminster, CA 92683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**Luis A. Branco & Tonia M.**
**7481 Wild Rose Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.153
2**

**Nonpriority creditor's name and mailing address**

**Luis Espinoza & Raquel Galaz-Espinoza
1972 Rue Chateau
Chula Vista, CA 91913**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153
3**

**Nonpriority creditor's name and mailing address**

**Luis M. Moreta-Sainz & Margaret W. Moret
3251 Provon Lane
Los Angeles, CA 90034**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153
4**

**Nonpriority creditor's name and mailing address**

**Luis Marcano
25897 Fenda Way
Valencia, CA 91355**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153
5**

**Nonpriority creditor's name and mailing address**

**Lynelle & Perry Marcos
3229 Westfield Drive
Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153
6**

**Nonpriority creditor's name and mailing address**

**Lynette C. Hunter
7907 Deerfield Street
San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153
7**

**Nonpriority creditor's name and mailing address**

**Lynville & Michelle Lee
480 Twin Pines Drive
Scotts Valley, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.153
8**

**Nonpriority creditor's name and mailing address**

**Lyudmila Yesayev
12361 Cohasset Street
North Hollywood, CA 91605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Macarena Cardenaz**
**1052 Ardilla Place**
**Chula Vista, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Maciej J. Gruszka & Iwona Bednarek-Grusz**
**8 Via Destino**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Madeleine & Michael Carwin**
**1371 Westminster Place**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 2**

**Nonpriority creditor's name and mailing address**

**Mag-Trol Long Beach, LLC**
**c/o Poindexter & Doutre, Inc.**
**624 S. Grand Ave, Suite 2420**
**Los Angeles, CA 90017-3325**

Date(s) debt was incurred  05/02/2017

Last 4 digits of account number  0036

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation claim

Is the claim subject to offset? ■ No ☐ Yes

**$102,918.99**

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

**Magdalena D. Acain**
**10461 Bedfont Circle**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

**Magdalena M. Valencia**
**5004 El Mirlo Drive**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

**Magdalena Maciel**
**20 Melwood Court**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

| 3.154 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Magdalena Salas**<br>**2025 W Willow Avenue**<br>**Orange, CA 92868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Magdalena Valadez-Lopez**<br>**22771 Jubilo Place**<br>**Lake Forest, CA 92630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mahindra Bardwaj**<br>**1086 Via Vera Cruz**<br>**San Marcos, CA 92078** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,332.37** |
|---|---|---|---|
| | **Mail Finance**<br>**Dept. 3682**<br>**PO Box 123682**<br>**Dallas, TX 75312-3682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Majid Sadaghiani & Zoreh Izadpanah**<br>**4982 Seaford Circle**<br>**Irvine, CA 92604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Malcolm H. & Eleanor D. MacGregor**<br>**130 Handley Street**<br>**Santa Cruz, CA 95060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Malvin D. & Margaret W. Bruce**<br>**8029 Laurelridge Road**<br>**San Diego, CA 92120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.155 3**

**Nonpriority creditor's name and mailing address**
**Man Quang Vu & Rosemarie Mytien Dam-Vu**
**4478 Philbrook Square**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**
**Manigandan Thankappan**
**24358 Las Palmas Street**
**Santa Clarita, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**
**Manmeet & Husnal C. Shah**
**28035 Linda Lane**
**Santa Clarita, CA 91350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**
**Mansa Systems**
**P.O. Box 2728**
**Fremont, CA 94536-0728**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,587.50**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**
**Manu & Monica Harish**
**101 Teresita Way**
**Los Gatos, CA 95032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**
**Manuel & Hazel Gabon**
**717 East J Street**
**Chula Vista, CA 91910**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**
**Manuel & Hazel Gabon**
**360 W Carriagedale Drive**
**Carson, CA 90745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

**Manuel & Jennifer Ortega**
**45014 Bronze Star Road**
**Lake Elsinore, CA 92532**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

**Manuel & Patricia Rodriguez**
**4543 Calada Avenue**
**Pico Rivera, CA 90660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

**Manuel Favela**
**1616 Antares Drive**
**San Ysidro, CA 92173**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

**Manuel P. & E. L. Caalaman**
**11238 Gatemoore Way**
**San Diego, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

**Many & Lawrence Chang**
**33 Shea Ridge**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

**Maral Simonian**
**17318 Tennyson Place**
**Granada Hills, CA 91344**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

**Marc & Connie Foreman**
**23376 Ostronic Drive**
**Woodland Hills, CA 91367**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|---|
| | Name | | | |

---

**3.156 7**

**Nonpriority creditor's name and mailing address**

**Marc Attinasi & Sabrina Suarez**
**515 N Willowspring Drive**
**Encinitas, CA 92024**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

**Marc Chan-Kai**
**679 St Andrews Drive**
**Aptos, CA 95003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

**Marc E. & Jill H. Evensen**
**30 Parma**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

**Marc Marty**
**7588 Coralwood Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

**Marc V. & Joren Ayala-Bass**
**1056 Larch Avenue #A**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 2**

**Nonpriority creditor's name and mailing address**

**Marcario & Diane Christine Ortega**
**28031 Bena Court**
**Saugus, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Marcario & Diane Christine Ortega**
**28031 Bena Court**
**Saugus, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**Marcia Bertholf**
**939 Cherrystone Drive**
**Los Gatos, CA 95032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Marco & Anita Santarelli**
**3 Saint Croix**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Marco & Elizabeth Chavez**
**10903 Whippletree Lane**
**Spring Valley, CA 91978**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Marco Sanchez**
**777 Dovecrest Place**
**Chula Vista, CA 91914**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Marcos & Sara Gabriel**
**27907 Alta Vista Avenue**
**Santa Clarita, CA 91355**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Marcus & Nicole Creighton**
**1210 Silverado Drive**
**Chula Vista, CA 91915**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

**Marek & Joanna M. Skorupa**
**6352 Running Springs Road**
**San Jose, CA 95135**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

**Margaret & Chi-Chang Lu**
**2140 Lindsey Court**
**Tustin, CA 92782**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 2**

**Nonpriority creditor's name and mailing address**

**Margaret & Jason Smethers**
**71 Rhine Court**
**Oakley, CA 94561**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

**Margaret & Patrick Williams**
**3379 Meg Court**
**Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

**Margaret Moesch**
**3040 Roland Drive**
**Santa Cruz, CA 95062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

**Margarita Gonzalez & Graciela Espinoza**
**227 Shasta Street**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

**Marguerite DeAngelo**
**303 Coulson Avenue**
**Santa Cruz, CA 95060**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Margy & Akito Shikuma**
**23 Parkwood Drive**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

Debtor    **American Solar Direct, Inc.**                                                Case number (if known)    **2:17-bk-16804-BR**
_____
Name

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria & Mauro C. Mercado**
**13797 De Garmo Ave**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria & Valentin Eclevia**
**21809 Archibald Avenue**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria A. Castaneda**
**430 Fontanelle Drive**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Carmen Guevara**
**6037 Cartwright Avenue**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$500.00** |
|---|---|---|---|

**Maria De Avila**
**9629 E. Avenue S 12**
**Littlerock, CA 93543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$564.00** |
|---|---|---|---|

**Maria De Avila**
**36910 Hyacinth Court**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria De Avila**
**36910 Hyacinth Court**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

**Maria G Rios**
**4830 Liebel Court**
**San Diego, CA 92117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

**Maria Madrigal**
**2201 Rockrose Street**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.159 7**

**Nonpriority creditor's name and mailing address**

**Maria Madrigal**
**2201 Rockrose Street**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.159 8**

**Nonpriority creditor's name and mailing address**

**Maria Madrigal**
**2201 Rockrose Street**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.159 9**

**Nonpriority creditor's name and mailing address**

**Maria Martinez & Jorge Perez**
**136 San Benito Street**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 0**

**Nonpriority creditor's name and mailing address**

**Marianne & William Johnson**
**252 Holton Court**
**Walnut Creek, CA 94598**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**Mariano L. & Ligaya A. De La Cruz**
**640 Dunhill Drive**
**Danville, CA 94506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.160**
**2**

**Nonpriority creditor's name and mailing address**
**Mariano L. & Ligaya A. De La Cruz**
**640 Dunhill Drive**
**Danville, CA 94506**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160**
**3**

**Nonpriority creditor's name and mailing address**
**Marie P. & Edmun R. Anonuevo**
**9261 Lev Avenue**
**Arleta, CA 91331**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160**
**4**

**Nonpriority creditor's name and mailing address**
**Marily & Ernesto Figueroa**
**2001 South Grandview Lane**
**West Covina, CA 91792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160**
**5**

**Nonpriority creditor's name and mailing address**
**Marilynn M Kramar & Esther Garzon**
**15625 New Hampton Street**
**Hacienda Heights, CA 91745**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160**
**6**

**Nonpriority creditor's name and mailing address**
**Marina F. & Boris E. Berkman**
**2531 Amherst Avenue**
**Los Angeles, CA 90064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160**
**7**

**Nonpriority creditor's name and mailing address**
**Mario & Alicia L. Lopez**
**6399 East Rochelle Lane**
**Long Beach, CA 90815**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.160**
**8**

**Nonpriority creditor's name and mailing address**
**Mario & Georgina Olvera**
**27819 Tambora Drive**
**Canyon Country, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1609**

**Nonpriority creditor's name and mailing address**

**Mario & Maria T. Manalo**
**172 W. 234th Place**
**Carson, CA 90745**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1610**

**Nonpriority creditor's name and mailing address**

**Mario A. Lamas-Alfaro & Angelica Serrano**
**172 Sierra Way**
**Chula Vista, CA 91911**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1611**

**Nonpriority creditor's name and mailing address**

**Mario Alberto & Fanny Arriola**
**1662 Boston Street**
**Salinas, CA 93906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1612**

**Nonpriority creditor's name and mailing address**

**Mario Gonzalo & Marcela Ponce Vizcaya**
**7 Corte Pasillo**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1613**

**Nonpriority creditor's name and mailing address**

**Mario L. & Juanita A. Lara**
**28354 Santa Catarina Road**
**Santa Clarita, CA 91350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1614**

**Nonpriority creditor's name and mailing address**

**Marites & Edward J. Anonas**
**14723 Meadowsweet Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1615**

**Nonpriority creditor's name and mailing address**

**Mark & Albert Boyajian**
**4825 Newcastle Avenue**
**Encino, CA 91316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.161 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Cindy Lou Smith** | ☐ Contingent | |
| | **601 Sipes Circle** | ☐ Unliquidated | |
| | **Chula Vista, CA 91911** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.161 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Elena Quinn** | ☐ Contingent | |
| | **26942 Marbella** | ☐ Unliquidated | |
| | **Mission Viejo, CA 92691** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.161 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Evelyn Lambert** | ☐ Contingent | |
| | **24925 Manzanita Avenue** | ☐ Unliquidated | |
| | **Moreno Valley, CA 92557** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.161 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Judy Huizar** | ☐ Contingent | |
| | **3915 Edenwood Drive** | ☐ Unliquidated | |
| | **San Jose, CA 95121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.162 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Kimberly Eld** | ☐ Contingent | |
| | **18 Scarlet Maple Drive** | ☐ Unliquidated | |
| | **Ladera Ranch, CA 92694** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.162 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Lara Bentley** | ☐ Contingent | |
| | **21860 Feather Avenue** | ☐ Unliquidated | |
| | **Yorba Linda, CA 92887** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.162 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mark & Lisa S. Melnick** | ☐ Contingent | |
| | **795 Park Avenue** | ☐ Unliquidated | |
| | **Moss Beach, CA 94038** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.162 3**

Nonpriority creditor's name and mailing address

**Mark & Phuong Yokoyama**
**3260 Arbol Drive**
**Fullerton, CA 92835**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.162 4**

Nonpriority creditor's name and mailing address

**Mark A. & Lynn L. Blueweiss**
**18 Via Tronido**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.162 5**

Nonpriority creditor's name and mailing address

**Mark A. Miller & Tonia H. Orlandoni**
**17430 Hiawatha Street**
**Granada Hills, CA 91344**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.162 6**

Nonpriority creditor's name and mailing address

**Mark Andreas Mueller & Ellen D Krengel**
**1272 Bellair Way**
**Menlo Park, CA 94025**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.162 7**

Nonpriority creditor's name and mailing address

**Mark C. & Tammy J. Smith**
**3925 Boyer Street**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.162 8**

Nonpriority creditor's name and mailing address

**Mark D. & Susan B. Poloway**
**4006 Isle Drive**
**Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.162 9**

Nonpriority creditor's name and mailing address

**Mark F. & Michele M. Polhill**
**2600 Calle Onice**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.163 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark Geiger**
**4 Via Vetti**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark Georgiopoulos**
**10404 Artesian Springs Court**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark J. & Carolyn Harper**
**219 Continente Avenue**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark J. & Michelle R. Curtice**
**16090 Darcie Lane**
**Salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark J. & Nelly K. Halliday**
**32 Marion Ave**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark K. Aranda & Silvia Day**
**1674 Alameda de Las Pulgas**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark L. & Kathy L. Carter**
**2811 Bouquet Lane**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.163 7**

**Nonpriority creditor's name and mailing address**

**Mark M. Menhennet**
**1009 Via Mil Cumbres**
**Solana Beach, CA 92075**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

**Mark Natividad**
**40172 Emily Place**
**Murrieta, CA 92563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

**Mark Posik**
**13785 Okesa Road**
**Apple Valley, CA 92307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**Mark Posik**
**13785 Okesa Road**
**Apple Valley, CA 92307**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

**Mark R. & Betsy H. Jochner**
**246 Encina Corte**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 2**

**Nonpriority creditor's name and mailing address**

**Mark Rodriquez & Adriana Gomez**
**5883 Vista San Guadalupe**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

**Mark Smith & Susan Friedland**
**12571 Welbe Drive**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

**Mark Smith & Susan Friedland**
**12571 Welbe Drive**
**Santa Ana, CA 92705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

**Marlo & Jenny Johnson**
**1847 Alexander Way**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$3,000.00**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

**Marlo & Jenny Johnson**
**1847 Alexander Way**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**

**Marlon Lewis**
**32326 Honeybee Drive**
**Winchester, CA 92596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

**Martin & Lorraine Wall**
**29552 Wind Runner Court**
**Menifee, CA 92585**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

**Martin & Mishel Trujillo**
**2210 W 9th Street**
**Santa Ana, CA 92703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

**Martin Crevier**
**21522 Via Invierno**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.165**
**1**

**Nonpriority creditor's name and mailing address**

**Martin Martinez**
**13461 Fox Point Road**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165**
**2**

**Nonpriority creditor's name and mailing address**

**Martina Mosqueda**
**103 E Queen Anne Drive**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165**
**3**

**Nonpriority creditor's name and mailing address**

**Marva L. Smith**
**15486 Morada Road**
**Victorville, CA 92394**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165**
**4**

**Nonpriority creditor's name and mailing address**

**Marwan El Zarou & Rola Tohme**
**24296 Reyes Adobe Way**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165**
**5**

**Nonpriority creditor's name and mailing address**

**Mary & Ernesto C. Espinoza**
**3628 Park Drive**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.165**
**6**

**Nonpriority creditor's name and mailing address**

**Mary & Ernesto C. Espinoza**
**3628 Park Drive**
**Pico Rivera, CA 90660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.165**
**7**

**Nonpriority creditor's name and mailing address**

**Mary Ann Thomas**
**23745 President Avenue**
**Harbor City, CA 90710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1658**

Nonpriority creditor's name and mailing address

**Mary Booker**
**30536 Jasmine Valley Drive**
**Canyon Country, CA 91387**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1659**

Nonpriority creditor's name and mailing address

**Mary Case**
**4114 Artesia Boulevard**
**Torrance, CA 90504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$500.00**

---

**3.1660**

Nonpriority creditor's name and mailing address

**Mary Case**
**4114 Artesia Boulevard**
**Torrance, CA 90504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1661**

Nonpriority creditor's name and mailing address

**Mary E. & Donald J. Kubasak**
**824 Cape May Place #5818**
**San Jose, CA 95133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1662**

Nonpriority creditor's name and mailing address

**Mary E. Fitzgerald**
**11408 Decente Court**
**Studio City, CA 91604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**$1,000.00**

---

**3.1663**

Nonpriority creditor's name and mailing address

**Mary E. Fitzgerald**
**11408 Decente Court**
**Studio City, CA 91604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

**3.1664**

Nonpriority creditor's name and mailing address

**Mary Fraire**
**1002 E Comstock Avenue**
**Glendora, CA 91741**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

**Mary L Shafer-Moya & Mark E. Moya**
**20540 Alaminos Drive**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

**Mary L White**
**4754 54th Street**
**San Diego, CA 92115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

**Masae B. & John S. Toyama**
**11512 Clarkson Road**
**Los Angeles, CA 90064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

**Matias P. & Marcela V. Partida**
**31 East Haydon Street**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consumer complaint**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

**Matias P. & Marcela V. Partida**
**31 East Haydon Street**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**Matias P. & Marcela V. Partida**
**31 East Haydon Street**
**Hollister, CA 95023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

**Mats R. & Agnes E. Persson**
**5640 Keokuk Avenue**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.167
2**

**Nonpriority creditor's name and mailing address**

**Matt & Kasey Tudrick**
**1037 Augusta Circle**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167
3**

**Nonpriority creditor's name and mailing address**

**Matt & Mia Ralstin**
**6135 Ellerbrook Way**
**San Jose, CA 95123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.167
4**

**Nonpriority creditor's name and mailing address**

**Matt & Mia Ralstin**
**6135 Ellerbrook Way**
**San Jose, CA 95123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167
5**

**Nonpriority creditor's name and mailing address**

**Matthew & David L. Street**
**13090 Palos Grande Drive**
**Victorville, CA 92395**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.167
6**

**Nonpriority creditor's name and mailing address**

**Matthew & David L. Street**
**13090 Palos Grande Drive**
**Victorville, CA 92395**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167
7**

**Nonpriority creditor's name and mailing address**

**Matthew & Hannah Michaelsen**
**421 Lassen Drive**
**Martinez, CA 94553**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167
8**

**Nonpriority creditor's name and mailing address**

**Matthew & Heidi M. Zierer**
**1951 Via del Rio**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1679**

Nonpriority creditor's name and mailing address

**Matthew & Kimberly Smith**
**2276 Star Lilly Court**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1680**

Nonpriority creditor's name and mailing address

**Matthew & Leslie McMahon**
**1526 2nd Avenue**
**San Mateo, CA 94401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1681**

Nonpriority creditor's name and mailing address

**Matthew Allen**
**13332 Weddington Street**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1682**

Nonpriority creditor's name and mailing address

**Matthew John & Colleen OBrien Peterson**
**134 Grover Lane**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1683**

Nonpriority creditor's name and mailing address

**Matthew P. Ettinger & Britton K. Rollins**
**6 Valencia Road**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1684**

Nonpriority creditor's name and mailing address

**Matthew Rickards**
**27623 Muir Grove Way**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1685**

Nonpriority creditor's name and mailing address

**Matthew Rickards**
**11141 Darling Road**
**Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1686**

**Nonpriority creditor's name and mailing address**
Matthew V. & Olga Mullarkey
6645 Lemona Avenue
Van Nuys, CA 91405

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1687**

**Nonpriority creditor's name and mailing address**
Matthew W. & Wendy E. Johnson
17674 High Park Street
Victorville, CA 92395

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1688**

**Nonpriority creditor's name and mailing address**
Maxine & Francisco Lorenzo
11542 Garrick Avenue
Lake View Terrace, CA 91342

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1689**

**Nonpriority creditor's name and mailing address**
Maxine & Francisco Lorenzo
11682 Remington Street
Sylmar, CA 91342

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1690**

**Nonpriority creditor's name and mailing address**
May Louly
29169 Jamesonite Circle
Menifee, CA 92584

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1691**

**Nonpriority creditor's name and mailing address**
Mayer B. Davidson
3616 Ocean View Avenue
Los Angeles, CA 90066

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1692**

**Nonpriority creditor's name and mailing address**
Mayra Espinoza
25239 Turquoise Lane
Moreno Valley, CA 92557

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$506.00** |
|---|---|---|---|

**MDK Circuit Breakers & Electrical**
**136 S. 8th Avenue, Suite 1**
**City of Industry, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mehdi & Tahereh Safari**
**489 Sandalwood Drive**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Melanie T. Moomjian**
**4933 Chaparral Way**
**San Diego, CA 92115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Melba Dilbeck- Millerd**
**8300 Richmond Way**
**Salinas, CA 93907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Melissa A. & Michael A. Lennon**
**2081 Roper Circle**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Melissa DiMartino & Patricia L. & Miles**
**1114 California Street**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Melissa J. Pilsl**
**6735 Tanglewood Road**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melvin & Theresa Simpson**
**2396 S Rice Road**
**Ojai, CA 93023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melvin B. & Liza Castro**
**15945 Gault Street**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Melvin D. & Marie M. Lawson**
**7165 Wild Lilac Court**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mercedita Dominguez**
**3504 Seilans Court**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Merideth & Robert Oosterhuis**
**5336 Via Quinto**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merideth & Robert Oosterhuis**
**5318 Via Quinto**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Elizabeth King**
**35465 Billie Ann Road**
**Wildomar, CA 92595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.170 7**

**Nonpriority creditor's name and mailing address**

**Michael & Kimberly Kubiak-Mota**
**993 Branham Lane**
**San Jose, CA 95136**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

**Michael & Kristen Maier**
**4921 New Ramsey Court**
**San Jose, CA 95136**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

**Michael & Linda Bull**
**24383 Avenida Musico**
**Murrieta, CA 92591**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

**Michael & Lisa Muccia**
**260 Rancho Rio Avenue**
**Ben Lomond, CA 95005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

**Michael & Marisela LaPlante**
**2836 Pioneer Way**
**Jamul, CA 91935**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.171 2**

**Nonpriority creditor's name and mailing address**

**Michael & Marisela LaPlante**
**2836 Pioneer Way**
**Jamul, CA 91935**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**Michael & Michelle Rogers**
**8121 East Turbo Street**
**Long Beach, CA 90808**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.171**
**4**

**Nonpriority creditor's name and mailing address**

**Michael & Monica Duggan**
**2135 Sun Valley Road**
**San Marcos, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.171**
**5**

**Nonpriority creditor's name and mailing address**

**Michael & Monica Duggan**
**2135 Sun Valley Road**
**San Marcos, CA 92078**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**6**

**Nonpriority creditor's name and mailing address**

**Michael & Susan Consoletti**
**567 Timberwood Avenue**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**7**

**Nonpriority creditor's name and mailing address**

**Michael & Vanessa A. Steet**
**12574 Estuary Court**
**Mira Loma, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**8**

**Nonpriority creditor's name and mailing address**

**Michael & Veronica Correa**
**1282 Vignola Court**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.171**
**9**

**Nonpriority creditor's name and mailing address**

**Michael & Yanira Hage**
**37401 Mimosa Way**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.172**
**0**

**Nonpriority creditor's name and mailing address**

**Michael & Yung Roman**
**347 S Wake Forest Avenue**
**Ventura, CA 93003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.172 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael A. & Darlene R. Panlasigui**
**2263 Orchard View Lane**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael A. Raney**
**2393 Porch Swing Street**
**Chula Vista, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Avery & Neely Walls**
**36 Lyon Ridge**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael B. McCook & Vicki D. McWilliams**
**221 Warren Road**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael C. & Katherine A. Henderson**
**10620 Elizabeth Lake Road**
**Leona Valley, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael C. Shinkarik**
**19611 Sidani Lane**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Michael Carmona**
**19878 East Lorencita Dr**
**West Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.172 8**

**Nonpriority creditor's name and mailing address**

**Michael Carmona**
**43757 Nicole Street**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.172 9**

**Nonpriority creditor's name and mailing address**

**Michael Carmona**
**43757 Nicole Street**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 0**

**Nonpriority creditor's name and mailing address**

**Michael D. & Stacey L. Marks**
**1171 Kendrick Court**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 1**

**Nonpriority creditor's name and mailing address**

**Michael D. Ornstein & Shannon Mitchell**
**13463 Rand Drive**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 2**

**Nonpriority creditor's name and mailing address**

**Michael E. & Gina D. Post**
**23641 Dune Mear Road**
**Lake Forest, CA 92630**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

**Michael E. Jr. & Mari T. Turner**
**4042 Calgary Avenue**
**San Diego, CA 92122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

**Michael H & Jodi L Larter**
**104 Via Plumosa**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

**Michael H. & Emily L. Ger**
**15529 Cardamon Way**
**Tustin, CA 92782**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**Michael Ho & Stephanie A. Ho**
**24422 Fieldmont Place**
**West Hills, CA 91307**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Michael J. & Adriana D. Mitchell**
**13517 Oxford Court**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Michael J. & Diane Rogers**
**1204 Charco**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Michael K. & Heidi A. Fay**
**28353 falcon crest Drive**
**Santa Clarita, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Michael K. & Heidi A. Fay**
**28520 Valley Vista Court**
**Canyon Country, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

**Michael L & Rebecca F Webber**
**31356 Nichols Lane**
**Castaic, CA 91384**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 250 of 374**

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.174**
**2**

**Nonpriority creditor's name and mailing address**

**Michael L. & Laura L. Bartlebaugh**
**4752 Bellflower Boulevard**
**Lakewood, CA 90713**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**
**3**

**Nonpriority creditor's name and mailing address**

**Michael L. & Tessie B. Friedman**
**8962 Henton Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**
**4**

**Nonpriority creditor's name and mailing address**

**Michael Lee**
**1093 La Rue Avenue**
**La Verne, CA 91750**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**
**5**

**Nonpriority creditor's name and mailing address**

**Michael Minafo**
**17881 Berta Canyon Road**
**Salinas, CA 93907**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**
**6**

**Nonpriority creditor's name and mailing address**

**Michael P. & Cynthia T. Killingsworth**
**1668 Tamarron Drive**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**
**7**

**Nonpriority creditor's name and mailing address**

**Michael P. & Terumi Scanlon**
**4422 Terracemeadow Court**
**Moorpark, CA 93021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.174**
**8**

**Nonpriority creditor's name and mailing address**

**Michael Prescott & Regina Damore**
**14788 Excaliber Drive**
**Morgan Hill, CA 95037**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**Michael R. Pennell**
**7 Corte Limonada**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**Michael S. & Alejandra V. Shanahan**
**1866 Donahue Drive**
**El Cajon, CA 92019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**Michael Swancutt**
**18196 Santa Arabella Street**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 2**

**Nonpriority creditor's name and mailing address**

**Michael V. & Denise M. Johnson**
**1473 Munoz Place**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

**Michael W. & Shawna E. Beers**
**1426 Sunrise Court**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

**Michael W. Jackson Sr.**
**5792 Balmoral Drive**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

**Michala C. Hamilton**
**40412 Elderberry Court**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

**Micheal K. & Anne C. Keller**
**8369 Ridge Route Road**
**San Diego, CA 92120**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**Michelle Y. & Lester H. Aoki**
**224 Melody Lane**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**Miguel & Alma Tamayo**
**10514 Cascade Court**
**Adelanto, CA 92301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**Miguel & Gonzalo Garcia**
**12 Willow Road B**
**Royal Oaks, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**Miguel & Gonzalo Garcia**
**12 Willow Road B**
**Royal Oaks, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**Miguel & Julie Cortez**
**1501 J T Eisley Drive**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**Miguel & Julie Cortez**
**1501 J T Eisley Drive**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**Miguel A. & Maria D. Ruiz**
**1513 Lidcombe Avenue**
**South El Monte, CA 91733**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Miguel A. & Redemption L. Olano**
**1122 South Susanna Avenue**
**West Covina, CA 91790**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**Miguel Pena**
**7571 Clementine Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Miguel Reyes & Marcele Maia**
**14223 Seabridge Lane**
**San Diego, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Mike & Gina Woolner**
**28575 Faryn Court**
**Santa Clarita, CA 91350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**Mike & Lusine Chagaian**
**6440 Teesdale Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Mike & Lusine Chagaian**
**6440 Teesdale Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

**Mike & Marion Little**
**18 Argento**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

**Mike & Olivia A. Romero**
**1410 East Eckerman Avenue**
**West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**

**Mike & Olivia A. Romero**
**1410 East Eckerman Avenue**
**West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

**Mike & Pamela Davis**
**12349 Briardale Way**
**San Diego, CA 92128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

**Mike & Roberta D. Janson**
**3998 Santa Tomas Place**
**Newbury Park, CA 91320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

**Mike & Sharon Gassaway**
**32192 Fall River Road**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Mike & Tonya Riehle**
**1171 Via Arroyo**
**Ventura, CA 93003**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.177 7**

Nonpriority creditor's name and mailing address

**Mike Buckley**
**2521 West Norberry Street**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.177 8**

Nonpriority creditor's name and mailing address

**Mike Curtis**
**21661 Kaneohe Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.177 9**

Nonpriority creditor's name and mailing address

**Mike Lamb**
**15878 Bella Siena**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.178 0**

Nonpriority creditor's name and mailing address

**Mike Werckle & Gregg Ogorzelec**
**974 Dexter Street**
**Los Angeles, CA 90042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.178 1**

Nonpriority creditor's name and mailing address

**Minda B. Briones**
**210 North Marcello Avenue**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,000.00**

---

**3.178 2**

Nonpriority creditor's name and mailing address

**Minda B. Briones**
**210 North Marcello Avenue**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.178 3**

Nonpriority creditor's name and mailing address

**Ming F Pan**
**56 W Sycamore Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.178
4**

**Nonpriority creditor's name and mailing address**

**Minh Duc Phuc & Kieu Dung Thi Nguyen**
**2804 La Colina Drive**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178
5**

**Nonpriority creditor's name and mailing address**

**Miriam G. Garcia**
**894 Norstad Street**
**San Diego, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178
6**

**Nonpriority creditor's name and mailing address**

**Mirwais S. Zia**
**16838 Citronia Street**
**Northridge, CA 91343**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178
7**

**Nonpriority creditor's name and mailing address**

**Misael & Ernesto Martinez**
**913 Camellia Street**
**Escondido, CA 92027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178
8**

**Nonpriority creditor's name and mailing address**

**Mitch & Marsha Schwartz**
**2639 Bancock Street**
**Simi Valley, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.178
9**

**Nonpriority creditor's name and mailing address**

**Mohammad & Amel Elzarou**
**9424 Gierson Avenue**
**Chatsworth, CA 91311**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.179
0**

**Nonpriority creditor's name and mailing address**

**Mohammad & Jean Raghib**
**511 Laguna Road**
**Fullerton, CA 92835**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.179**
**1**

**Nonpriority creditor's name and mailing address**

**Mohammad O. & Naheed Ebrahim**
**2151 Connell Avenue**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179**
**2**

**Nonpriority creditor's name and mailing address**

**Molly Fults**
**12771 Longden St**
**Garden Grove, CA 92845**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179**
**3**

**Nonpriority creditor's name and mailing address**

**Monica A. Edgar**
**38447 Puma Lane**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179**
**4**

**Nonpriority creditor's name and mailing address**

**Monica D. Delgadillo**
**828 West Olive Street**
**Corona, CA 92882**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179**
**5**

**Nonpriority creditor's name and mailing address**

**Monika Cook**
**6215 Lake Badin Avenue**
**San Diego, CA 92119**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179**
**6**

**Nonpriority creditor's name and mailing address**

**Monster Worldwide, Inc.**
**P.O. Box 740889**
**Los Angeles, CA 90074-0889**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,419.70**

---

**3.179**
**7**

**Nonpriority creditor's name and mailing address**

**Morena G. Hercules**
**37311 Festival Court**
**Palmdale, CA 93552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|---|
| | Name | | | |

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Moses A. Mendoza**
**1803 West Alpine Avenue**
**Stockton, CA 95204**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Mourad Kolta**
**1737 N. Frederic Street**
**Burbank, CA 91505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,859.92**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Mr. Keys - AAABCO - Jacks**
**392 S. Mountain Ave**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$55.00**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**Munger, Tolles & Olson LLP**
**P.O Box 515065**
**Los Angeles, CA 90051-5065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$637.00**

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

**Mustafa Mustafa & Ibrahaim Omer**
**1785 Delancey Drive**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**Myron L. & Lysa C. Goldstein**
**15 Longstreet**
**Irvine, CA 92620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Nahrin Pourbabaie**
**891 Saratoga Avenue**
**San Jose, CA 95129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Nam Y. Lee & Jung L. Kim**
**271 Starlight Crest Drive**
**La Ca ada Flintridge, CA 91011**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Nancy Sedgwick & Karen Janney**
**5373 Central Avenue**
**Bonita, CA 91902**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**Nancy Vasquez**
**44044 11th Street E**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Nancy Vasquez**
**961 Fulton Road**
**San Marcos, CA 92069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**Nancy Vasquez**
**44044 11th Street E**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

**Nancy Wisecarver**
**1019 Payette Avenue**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

**Nasim Cortez & David M. Cortez II**
**5238 Silkwood Drive**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.181**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Nasir M. Raza & Madiha Elahi**<br>**9767 Deer Trail Drive**<br>**San Diego, CA 92127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.181**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Natalia Wabnig & Robert Evans**<br>**1212 Fernwood Pacific Dr**<br>**Topanga, CA 90290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.181**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Natalie & Jonathan M. Martinez**<br>**3529 Sabina Street**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.181**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Natasha & Scott Drapkin**<br>**24882 Avenida Libre**<br>**Lake Forest, CA 92630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.181**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Nathan & Shauna Criner**<br>**19339 Ackerman Avenue**<br>**Newhall, CA 91321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.181**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Nathan C. & Stephanie J. Woodhams**<br>**1876 Edsel Drive**<br>**Milpitas, CA 95035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.181**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Nathan P. & Rachel R. Cooke**<br>**7352 Marquis Place**<br>**Rancho Cucamonga, CA 91739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

**Nathan Ruiz**
**32640 San Nicholas**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

**Nathaniel A. & Wilma L. Brown**
**288 Claudia Court**
**Moraga, CA 94556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

**National Career Fairs**
**1291 Galleria Dr**
**Suite 125**
**Henderson, NV 89014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,070.00**

---

**3.182 2**

**Nonpriority creditor's name and mailing address**

**Nayseap Hong**
**2970 Almond Drive**
**San Jose, CA 95148**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182 3**

**Nonpriority creditor's name and mailing address**

**Neal I. Payton & Amy R. Spiegel**
**1211 Grant Street**
**Santa Monica, CA 90405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182 4**

**Nonpriority creditor's name and mailing address**

**Neil Lester**
**14317 Fontaine Way**
**Victorville, CA 92394**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182 5**

**Nonpriority creditor's name and mailing address**

**Neill Lehr**
**5842 Churchill Downs Road**
**Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.182**
**6**

**Nonpriority creditor's name and mailing address**

**Nelson A. Lazo**
**43810 Broadwater Avenue**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**
**7**

**Nonpriority creditor's name and mailing address**

**Nghi T & Nga T Nguyen**
**304 Gridley Street**
**San Jose, CA 95127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**
**8**

**Nonpriority creditor's name and mailing address**

**Nicholas F Braden & Jourdan Hunt**
**2210 Carlsbad Court**
**Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.182**
**9**

**Nonpriority creditor's name and mailing address**

**Nick & Marcia Parker**
**202 Pictor Lane**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.183**
**0**

**Nonpriority creditor's name and mailing address**

**Nick & Marcia Parker**
**202 Pictor Lane**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.183**
**1**

**Nonpriority creditor's name and mailing address**

**Nickolas Romero & Dominique Zarate**
**1375 E Palm Drive**
**Covina, CA 91724**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.183**
**2**

**Nonpriority creditor's name and mailing address**

**Nickolas Romero & Dominique Zarate**
**1375 E Palm Drive**
**Covina, CA 91724**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.183 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Nicole & Anthony R. Pieroni**
**7131 Scarborough Peak Drive**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicole & Anthony R. Pieroni**
**7131 Scarborough Peak Drive**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicole Nam-Giao Geske & Gary-Nguyen Chi**
**10437 Flanders Place**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicolle Fefferman**
**12121 Huston Street**
**North Hollywood, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nigel J. & Melanie M. Clarke**
**2029 Rancho Corte**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nikkolas Rey**
**1159 Greenacre Avenue**
**West Hollywood, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nikole S. & Kyle A. Kropf**
**3345 Crazy Horse Drive**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.184**
**0**

**Nonpriority creditor's name and mailing address**
**Nimfa & Raul Razonable**
**4862 Merten Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**
**1**

**Nonpriority creditor's name and mailing address**
**Nimfa & Raul Razonable**
**4862 Merten Avenue**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**
**2**

**Nonpriority creditor's name and mailing address**
**Nina P. Pashley**
**28904 Timberlane Street**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**
**3**

**Nonpriority creditor's name and mailing address**
**Noel Woody**
**14913 Daffodil Avenue**
**Canyon Country, CA 91387**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**
**4**

**Nonpriority creditor's name and mailing address**
**Nolan & Michelle Wheeler**
**2487 Tanager Drive**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**
**5**

**Nonpriority creditor's name and mailing address**
**Norberto L. Mendez & Bertha B. Stancovic**
**1521 San Bernardino Avenue**
**Spring Valley, CA 91977**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184**
**6**

**Nonpriority creditor's name and mailing address**
**Noreen P. Johnson**
**22405 Georgia Lane**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**Norene & Michael Waters**
**941 Orchid Drive**
**Brentwood, CA 94513**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Norine Gee & Richard Sevilla**
**395 Forest View Drive**
**South San Francisco, CA 94080**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Norma & Matias Gutierrez**
**6102 Cripple Creek Drive**
**Eastvale, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Norma O. Fajardo**
**14535 Bledsoe Street**
**Sylmar, CA 91342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**Norma Rios & Ubaldo Jimenez**
**41118 Pascali Lane**
**Lake Elsinore, CA 92532**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

**Norman & Sharon Bailey**
**38261 Dorsey Court**
**Fremont, CA 94536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

**Obed & Cristina Ceballos**
**3103 Club Rancho Drive**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

**Octavia & Margarita Pena**
**30462 Beryl Place**
**Castaic, CA 91384**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

**Octavio Gutierrez & Marvelyn Bayangos**
**1699 Monte Vista Drive**
**Hollister, CA 95023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

**Odin Ayala**
**2044 George Maria Way**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 7**

**Nonpriority creditor's name and mailing address**

**Officia Imaging**
**7323 Engineer Road**
**San Diego, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.185 8**

**Nonpriority creditor's name and mailing address**

**Ogie & Celestine D. Williams**
**6520 Almond Valley Way**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185 9**

**Nonpriority creditor's name and mailing address**

**Olga de Santa Anna**
**368 Oxford Way**
**Santa Cruz, CA 95060**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186 0**

**Nonpriority creditor's name and mailing address**

**Olive Martinez**
**c/o Alfredo Nava, Esq.**
**433 N. Camden Drive, Suite 400**
**Beverly Hills, CA 90210**

Date(s) debt was incurred __

Last 4 digits of account number **1855**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Employee litigation claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.186**
**1**

**Nonpriority creditor's name and mailing address**

**Olivier Philippousis**
**10159 Saluda Avenue**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$6,800.00**

---

**3.186**
**2**

**Nonpriority creditor's name and mailing address**

**Olivier Philippoussis**
**10159 Saluda Avenue**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186**
**3**

**Nonpriority creditor's name and mailing address**

**Omar & Claudia C. Sandoval**
**1330 Alee Circle**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186**
**4**

**Nonpriority creditor's name and mailing address**

**One Source Distributors, LLC**
**P.O. Box 740527**
**Los Angeles, CA 90074-0527**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$224,660.00**

---

**3.186**
**5**

**Nonpriority creditor's name and mailing address**

**Opal J. Porter**
**11044 Sweetgum Street**
**Corona, CA 92883**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.186**
**6**

**Nonpriority creditor's name and mailing address**

**Orsan & Khawala Abuelhija**
**49 Radiance Lane**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.186**
**7**

**Nonpriority creditor's name and mailing address**

**Orsan & Khawala Abuelhija**
**49 Radiance Lane**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1868**

**Nonpriority creditor's name and mailing address**

**Ortiz Maintenance Company**
**9996 Cypress Avenue**
**Fontana, CA 92335**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.00**

---

**3.1869**

**Nonpriority creditor's name and mailing address**

**Oscar & Graciela M. Munoz**
**1351 Pajero Drive**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1870**

**Nonpriority creditor's name and mailing address**

**Oscar G. & Judith K. Marquez**
**911 Marcella Street**
**Livermore, CA 94550**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1871**

**Nonpriority creditor's name and mailing address**

**Oscar J. & Maria Tan**
**20022 Christopher Lane**
**Santa Clarita, CA 91350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1872**

**Nonpriority creditor's name and mailing address**

**Oscar Ruvalcaba & Artemio H. Medina**
**324 Herman Avenue**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1873**

**Nonpriority creditor's name and mailing address**

**Osmundo R. & Itza Y. Hurtado**
**19 Susie Court**
**Oakley, CA 94561**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1874**

**Nonpriority creditor's name and mailing address**

**Osvaldo M. & Lisa M. Llamas**
**23079 Empire Penguin Road**
**Wildomar, CA 92595**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.187 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Pablo Gonzalez & Tanya Christine Guzman**
**15 Iron Springs**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.80** |
|---|---|---|---|

**Pacific Palms Resort**
**One Industry Hills Parkway**
**City of Industry, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pam & Mark Selawski**
**25521 Creek Drive**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pamela A. & Ahmad Behzadipoor**
**8427 La Rouche Drive**
**San Diego, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pamela C. Buecher**
**425 Alta Vista Drive**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pamela Levac**
**13474 Arvidson Road**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,039.12** |
|---|---|---|---|

**Pape Material Handling Exchange**
**PO Box 5077**
**Portland, OR 97208-5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.188 2**

**Nonpriority creditor's name and mailing address**

**Particia Hao**
**10557 Mahoney Drive**
**Sunland, CA 91040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

**Pat Hubbard**
**23245 Single Oak Way**
**Murrieta, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

**Patricia Ann Owens**
**18857 Braemore Road**
**Northridge, CA 91326**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

**Patricia Cuellar**
**21536 Pedroso**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

**Patricia Georges**
**1 Elm Place**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 7**

**Nonpriority creditor's name and mailing address**

**Patricia Holliday & Bonni Pomush**
**25286 Barque Way**
**Dana Point, CA 92629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188 8**

**Nonpriority creditor's name and mailing address**

**Patricia K. & Richard W. Welish**
**4077 Marlesta Drive**
**San Diego, CA 92111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

| 3.188 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.188 9** Nonpriority creditor's name and mailing address
Patricia V. Ballew
6149 Riverton Avenue
North Hollywood, CA 91606

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189 0** Nonpriority creditor's name and mailing address
Patricio Prado & Annalee Baldwin
2214 Hidden Lakes Court
Martinez, CA 94553

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189 1** Nonpriority creditor's name and mailing address
Patrick & Jennifer Haley
1545 Bautista Way
Morgan Hill, CA 95037

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189 2** Nonpriority creditor's name and mailing address
Patrick J Greene & Marie Hatlen-Greene
1538 Edinburgh Street
San Mateo, CA 94402

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189 3** Nonpriority creditor's name and mailing address
Patrick J. & April E. Flynn
727 West Bluff Drive
Encinitas, CA 92024

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189 4** Nonpriority creditor's name and mailing address
Patrick Olea
1768 O'Connor Avenue
Chula Vista, CA 91913

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.00**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189 5** Nonpriority creditor's name and mailing address
Patrick Olea
1768 O'Connor Avenue
Chula Vista, CA 91913

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**Patrick W. & Christine A. Hurley**
**11021 Appomatox Court**
**Rancho Cucamonga, CA 91737**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**Patrizia Branchi & Arturo B. Penn**
**438 Plaza Toluca**
**Chula Vista, CA 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**Paul & Jennifer Soltero**
**19539 Cedarcreek Street**
**Canyon Country, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.189 9**

**Nonpriority creditor's name and mailing address**

**Paul & Ngan Larnauti**
**1680 Taylor Street**
**San Mateo, CA 94403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 0**

**Nonpriority creditor's name and mailing address**

**Paul & Peggy L. Guaraldi**
**820 Linden Avenue**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 1**

**Nonpriority creditor's name and mailing address**

**Paul & Suzanne Stephens**
**1154 Prospect Heights**
**Santa Cruz, CA 95065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.190 2**

**Nonpriority creditor's name and mailing address**

**Paul & Tricia Cutino**
**23 Westminster Court**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

**Paul & Wilma Lara**
**6528 Youngstown Street**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

**Paul A. Medrano**
**12339 Norton Avenue**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

**Paul A. Medrano**
**1021 7th Place**
**Calimesa, CA 92320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

**Paul A. Risko & Ilaloa N. Stone**
**28833 Eagleton Street**
**Agoura Hills, CA 91301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 7**

**Nonpriority creditor's name and mailing address**

**Paul B. Miller**
**2754 Seabreeze Drive**
**Fairfield, CA 94533**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 8**

**Nonpriority creditor's name and mailing address**

**Paul C. & Evelyn N. Freeman**
**733 San Bruno Court**
**Concord, CA 94518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.190 9**

**Nonpriority creditor's name and mailing address**

**Paul Elmi**
**726 N June Street**
**Los Angeles, CA 90038**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1910**

**Nonpriority creditor's name and mailing address**

**Paul G. & Julia E. Johnson**
**27926 Redwood Ridge Road**
**Santa Clarita, CA 91354**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1911**

**Nonpriority creditor's name and mailing address**

**Paul J. & Kristi D. Brown**
**1660 Gotham Street**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1912**

**Nonpriority creditor's name and mailing address**

**Paul J. & Shirley A. Garant**
**27837 Parker Road**
**Castaic, CA 91384**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1913**

**Nonpriority creditor's name and mailing address**

**Paul Juarez**
**5245 Glen Verde Drive**
**Bonita, CA 91902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1914**

**Nonpriority creditor's name and mailing address**

**Paul M. & Erin F. Culp**
**14210 Frame Road**
**Poway, CA 92064**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1915**

**Nonpriority creditor's name and mailing address**

**Paul Najera**
**1586 238th Street**
**Harbor City, CA 90710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1916**

**Nonpriority creditor's name and mailing address**

**Paul Nessar**
**2991 East Thoroughbred Street**
**Ontario, CA 91761**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.191 7**

**Nonpriority creditor's name and mailing address**

**Paul P Kessel**
**12320 Buckskin Trail**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

**Paul R. Lim**
**6836 Estonian Drive**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

**Paul San Giorgio**
**6034 Chandler Drive**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

**Paul T. & Susan D. Friedman**
**28821 Garnet Canyon Drive**
**Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

**Paula Whalen**
**953 Braemar Lane**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

**Paulette E. & Lisa Pantoja**
**4229 Rhodes Avenue**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

**Pavan Venugopal & Vindhya G. Srinivas**
**11334 Creekstone Lane**
**San Diego, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.192**
**4**

Nonpriority creditor's name and mailing address
**Pedro & Alma Velez**
**9 Monterey Vista Drive**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**5**

Nonpriority creditor's name and mailing address
**Pedro & Alma Villa**
**4336 Del Sol Court**
**San Diego, CA 92154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**6**

Nonpriority creditor's name and mailing address
**Peggy A. & Edmund G. Gautier**
**1269 Lakeport Lane**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**7**

Nonpriority creditor's name and mailing address
**Peggy R. Miller**
**1815 Bowdoin Street**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**8**

Nonpriority creditor's name and mailing address
**Pei-Yaun Chen & Sou Meuy Yang**
**13388 Hammer Avenue**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.192**
**9**

Nonpriority creditor's name and mailing address
**Penn Corporate Relocation Services**
**1515 W Mable St**
**Anaheim, CA 92802**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$16,498.93**

---

**3.193**
**0**

Nonpriority creditor's name and mailing address
**Penny K. & William M. Scheer**
**5320 Falling Tree Lane**
**Alta Loma, CA 91737**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.193**
**1**

**Nonpriority creditor's name and mailing address**

**Per & Cecilia Blankense**
**11612 Hartsook Street**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193**
**2**

**Nonpriority creditor's name and mailing address**

**Pete & Elsa Gonzalez**
**11807 Nightingale Street**
**Moorpark, CA 93021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193**
**3**

**Nonpriority creditor's name and mailing address**

**Pete & Kathleen Alvarez**
**45705 Coventry Court**
**Lancaster, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.193**
**4**

**Nonpriority creditor's name and mailing address**

**Pete & Kathleen Alvarez**
**45705 Coventry Court**
**Lancaster, CA 93534**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193**
**5**

**Nonpriority creditor's name and mailing address**

**Pete Buffo**
**1538 RobbieJean Place**
**El Cajon, CA 92021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193**
**6**

**Nonpriority creditor's name and mailing address**

**Peter & Carol Lim**
**3442 Norwood Avenue**
**San Jose, CA 95148**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.193**
**7**

**Nonpriority creditor's name and mailing address**

**Peter & Karen Kelsey**
**24718 Sagecrest Circle**
**Valencia, CA 91381**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.1938**

**Nonpriority creditor's name and mailing address**

**Peter A. & Hana H. Kim**
**747 Oceanview Drive**
**Fullerton, CA 92832**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1939**

**Nonpriority creditor's name and mailing address**

**Peter Dunbar & Analucia Whitlock**
**41721 Port Avenue**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1940**

**Nonpriority creditor's name and mailing address**

**Peter Engby**
**26332 Wildwood Lane**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1941**

**Nonpriority creditor's name and mailing address**

**Peter Huynh & Shu Q. Zhen**
**3738 N Charlotte Avenue**
**San Gabriel, CA 91776**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.1942**

**Nonpriority creditor's name and mailing address**

**Peter M. Jordan**
**220 Via Sedona**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1943**

**Nonpriority creditor's name and mailing address**

**Peter Stevenson**
**508 Howard Avenue**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1944**

**Nonpriority creditor's name and mailing address**

**PGI**
**Lockbox # 233203**
**3203 Momentum Place**
**Chicago, IL 60689-5332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$118.28**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

**Phil & Jocelyn Phan**
**997 Barn Owl Court**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

**Phil & Leslie Ewins**
**13086 Melrose Avenue**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**

**Philip & Tracey Emanuel**
**180 Plumosa Street**
**Oceanside, CA 92058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**Philip B. & Leslie A. Howard**
**1027 Hancock Court**
**Pleasanton, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

**Philip H. & Suzan L. Askren**
**9465 Agave Drive**
**Hesperia, CA 92344**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.195 0**

**Nonpriority creditor's name and mailing address**

**Philip H. & Suzan L. Askren**
**9465 Agave Drive**
**Hesperia, CA 92344**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

**Philip S. & Judith S. Adler**
**5100 Libbit Avenue**
**Encino, CA 91436**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.195 2**

**Nonpriority creditor's name and mailing address**

**Philip S. Trattner**
**13238 Lindo Lane**
**Lakeside, CA 92040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

**Phillip A. Treaster & Adnamara F. Treast**
**7622 New Salem Street**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

**Phillip D. O'Leary**
**27342 Compostela**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

**Phong Ha**
**11683 River Rim Road**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**Phynus S. Reynolds & Stephanie M. Chislo**
**8 Prescott**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**Pierre Demartines & Rachel K. Lopez**
**66 Lakewood Avenue**
**San Francisco, CA 94127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

**Pierre P. & Gladys Narvades**
**20364 Lander Drive**
**Woodland Hills, CA 91364**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|--------|----------------------------|------------------------|------------------|
| | Name | | |

---

**3.195 9**

**Nonpriority creditor's name and mailing address**
**Ping Chou & Tsutai T. Yin**
**14497 Dalebrook Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.196 0**

**Nonpriority creditor's name and mailing address**
**Ping Chou & Tsutai T. Yin**
**14497 Dalebrook Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 1**

**Nonpriority creditor's name and mailing address**
**Ping Huan Wu & Rebecca Dao**
**1035 Summerview Drive**
**San Jose, CA 95132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 2**

**Nonpriority creditor's name and mailing address**
**Practical Law**
**P.O. Box 71464**
**Chicago, IL 60694-1464**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,095.14**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**
**Pratik Shah**
**602 Glenmont Drive**
**Solana Beach, CA 92075**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 4**

**Nonpriority creditor's name and mailing address**
**Praveen & Jyothi Pottabathula**
**12053 Little Silver Court**
**San Diego, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**
**Preston D. & Latania R. Vernon**
**1848 Trudgeon Avenue**
**Lancaster, CA 93535**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**Primitivo Duenez & Paulina Gomez**
**5617 Cartwright Avenue**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**Prisciliana Q. Orozovich**
**505 Island Breeze Lane**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

**Pure Green Corp**
**5455 Wilshire Blvd**
**Suite 1410**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$217.48**

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

**QUICKdocs**
**2818 Sycamore Lane**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60.00**

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

**Rachel Braude**
**12425 Woodgreen Street**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

**Radhames E & Sara E Lizardo**
**10134 Pure Waters Court**
**Spring Valley, CA 91978**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

**Rae Almeida**
**6138 Ellerbrook Way**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

**Rafael Chavez& Monica Varela**
**930 Kostner Drive**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

**Rafael Huijon**
**6482 Shayna Court**
**Palmdale, CA 93552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

**Rafael Lacebal II & Jocelyn Lacebal**
**2201 Rockrose Street**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.197 6**

**Nonpriority creditor's name and mailing address**

**Rafael Lacebal II & Jocelyn Lacebal**
**2306 Rockrose Street**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.197 7**

**Nonpriority creditor's name and mailing address**

**Rafael Lacebal II & Jocelyn Lacebal**
**2306 Rockrose Street**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

**Rafael Silvestre & Ariel Mejia**
**43925 Balmuir Avenue**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

**Rafael Vasquez**
**876 Fairway Court**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.198
0**

**Nonpriority creditor's name and mailing address**

**Rajan P. & Marjie Shahani
218 Longley Way
Arcadia, CA 91007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
1**

**Nonpriority creditor's name and mailing address**

**Rajender & Gina Dialani
878 San Marcus Lane
Duarte, CA 91010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
2**

**Nonpriority creditor's name and mailing address**

**Rajkaran S. & Harbhajan K. Hundal
10027 Challenger Circle
Spring Valley, CA 91978**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
3**

**Nonpriority creditor's name and mailing address**

**Rakesh C. & Seema P. Keswani
2286 Hillyer Street
Carlsbad, CA 92008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
4**

**Nonpriority creditor's name and mailing address**

**Ralph R. & Amanda M. Castillo
11998 Roswell Avenue
Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
5**

**Nonpriority creditor's name and mailing address**

**Rama T. Pathi
21052 Allen Road
Sonoma, CA 95476**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198
6**

**Nonpriority creditor's name and mailing address**

**Ramesh K Shori
17437 Marilla Street
Northridge, CA 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.198 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramon & Sergio Alvarado**
**5205 Reese Court**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramon B. & Sylvia D. Ramirez**
**2729 Flory Drive**
**San Jose, CA 95121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramon Fuentes**
**5053 Keston Drive**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramon Luis & Heather Perez**
**9611 Calendula Avenue**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramon Morales**
**1865 Doran Street**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ramon Torres**
**5340 E. Avenue R11**
**Palmdale, CA 93552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Ran Duan & Juexuan Long**
**852 Erbes Road**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.199
4**

**Nonpriority creditor's name and mailing address**

**Randa Joukhadar & Adeeb J. Bashawati
30 Eclipse
Irvine, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
5**

**Nonpriority creditor's name and mailing address**

**Randall Johnson
1033 S Shasta Street
West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
6**

**Nonpriority creditor's name and mailing address**

**Randi Lovett
4852 Monument Street
Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
7**

**Nonpriority creditor's name and mailing address**

**Randolph J Suazo
1295 Rolling Hills Court
Livermore, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
8**

**Nonpriority creditor's name and mailing address**

**Randolph R. Katherine Regalado
22550 Chaparro Drive
Saugus, CA 91350**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199
9**

**Nonpriority creditor's name and mailing address**

**Randy & Kristin Rogers
895 Warren Circle
Moorpark, CA 93021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200
0**

**Nonpriority creditor's name and mailing address**

**Randy & Maureen Johnson
24941 Hon Avenue
Laguna Hills, CA 92653**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.200
1**

**Nonpriority creditor's name and mailing address**

**Randy R. Dasalla & Lori A. Wilhite
32235 Corte Illora
Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200
2**

**Nonpriority creditor's name and mailing address**

**Raoul Dossouyovo
13168 Banning Street
Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200
3**

**Nonpriority creditor's name and mailing address**

**Raul & Nitza Garcia
1953 Leatherwood Street
San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200
4**

**Nonpriority creditor's name and mailing address**

**Raul Chagoyan
841 S Glenn Alan Avenue
West Covina, CA 91791**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200
5**

**Nonpriority creditor's name and mailing address**

**Raul Gonzalez
3158 Via Viganello
Chula Vista, CA 91914**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200
6**

**Nonpriority creditor's name and mailing address**

**Raul Montiel
1092 Espuelas Court
Chula Vista, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.200
7**

**Nonpriority creditor's name and mailing address**

**Raul Montiel
1092 Espuelas Court
Chula Vista, CA 91910**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.2008**

**Nonpriority creditor's name and mailing address**

**Raul Said & Laila Azar-Said**
**2766 Sadlers Creek Road**
**Chula Vista, CA 91914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2009**

**Nonpriority creditor's name and mailing address**

**Raul Said & Laila Azar-Said**
**2762 Sadlers Creek Road**
**Chula Vista, CA 91914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2010**

**Nonpriority creditor's name and mailing address**

**Raul Said & Laila Azar-Said**
**2762 Sadlers Creek Road**
**Chula Vista, CA 91914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2011**

**Nonpriority creditor's name and mailing address**

**Ray Wilkerson**
**2157 Verona Hills Court**
**Vista, CA 92084**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2012**

**Nonpriority creditor's name and mailing address**

**Raymond & Dorienne Tamura**
**2950 Graymont Court**
**Concord, CA 94518**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2013**

**Nonpriority creditor's name and mailing address**

**Raymond & Linda Alegria**
**765 East Leadora Avenue**
**Glendora, CA 91741**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2014**

**Nonpriority creditor's name and mailing address**

**Raymond & Mila Santos**
**7917 Melita Avenue**
**North Hollywood, CA 91605**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

Debtor    **American Solar Direct, Inc.**                    Case number (if known)    **2:17-bk-16804-BR**

Name

---

| 3.201 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Raymond & Mila Santos**
**21205 Anza Avenue**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.201 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond & Mila Santos**
**21205 Anza Avenue**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.201 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond & Nancy Starsiak**
**29311 Alfieri Street**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.201 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond & Valerie J Diaz**
**6788 Leanne Street**
**Mira Loma, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.201 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond A. Fernandez & Hilda V. Rose**
**1035 Circle Drive**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.202 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond D. & Jacqueline Ann Ritacco**
**17292 Apel Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.202 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Raymond F. & Diane E. Spain**
**1502 Mitchell Way**
**Redwood City, CA 94061**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.202
2**

**Nonpriority creditor's name and mailing address**

**Raymond Pacheco**
**12971 Romont Street**
**Sylmar, CA 91342**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202
3**

**Nonpriority creditor's name and mailing address**

**Rayschale & Darrell A. Walker**
**16203 Joanna Avenue**
**Cerritos, CA 90703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202
4**

**Nonpriority creditor's name and mailing address**

**Rebekah & Brian Rushton**
**1349 Sawyer Avenue**
**Simi Valley, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202
5**

**Nonpriority creditor's name and mailing address**

**Rectify Solar**
**1821 S. Bascom Ave. #191**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$19,320.66**

---

**3.202
6**

**Nonpriority creditor's name and mailing address**

**Renato & Joceline Domingo**
**52 Beatty Place**
**Newbury Park, CA 91320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202
7**

**Nonpriority creditor's name and mailing address**

**Rene R. Huerta**
**3451 Maine Avenue**
**Baldwin Park, CA 91706**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.202
8**

**Nonpriority creditor's name and mailing address**

**Rene Riding**
**22222 Fox Avenue**
**Apple Valley, CA 92307**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2029**

**Nonpriority creditor's name and mailing address**
Renee L. Ramos
5750 Urban Drive
La Mesa, CA 91942

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2030**

**Nonpriority creditor's name and mailing address**
Renesola America Inc.
c/o Gaba Law Corporation
23141 Verdugo Drive, Suite 205
Laguna Hills, CA 92653

Date(s) debt was incurred  5/23/2016
Last 4 digits of account number  5896

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Litigation claim

Is the claim subject to offset? ■ No ☐ Yes

**$271,954.90**

---

**3.2031**

**Nonpriority creditor's name and mailing address**
Renvu
1350-C Pear Ave.
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2.53**

---

**3.2032**

**Nonpriority creditor's name and mailing address**
Republic Service
PO Box 78829
Phoenix, AZ 85062

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,739.90**

---

**3.2033**

**Nonpriority creditor's name and mailing address**
Rex A. & Kimberly Cratty
2113 Colina Del Arco Iris
San Clemente, CA 92673

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2034**

**Nonpriority creditor's name and mailing address**
Rexel Electrical & Datacom Supplies
P.O. Box 743258
Los Angeles, CA 90074-3258

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$52,730.66**

---

**3.2035**

**Nonpriority creditor's name and mailing address**
Reynaldo M Aguinaldo
2467 Myrtle Beach Way.
Chula Vista, CA 91915

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.203 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rhonda & Gregory Sprague** | ☐ Contingent | |
| | **139 Swift Street** | ☐ Unliquidated | |
| | **Santa Cruz, CA 95060** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rhonda L. Keily & Walter Krego** | ☐ Contingent | |
| | **15250 Hillsdale Court** | ☐ Unliquidated | |
| | **Sylmar, CA 91342** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ricardo & Kym Torres** | ☐ Contingent | |
| | **29736 Byron Place** | ☐ Unliquidated | |
| | **Castaic, CA 91384** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ricardo F. Nunez & Ana M. Villa** | ☐ Contingent | |
| | **6487 Harvard Street** | ☐ Unliquidated | |
| | **Moorpark, CA 93021** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ricardo Gonzalez & Jacqueline Miller** | ☐ Contingent | |
| | **1223 Aberdeen Avenue** | ☐ Unliquidated | |
| | **Livermore, CA 94550** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ricardo Perez & Magdalena Lopez** | ☐ Contingent | |
| | **42843 Alep Street** | ☐ Unliquidated | |
| | **Lancaster, CA 93536** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ricardo U. & Caroline Cervantes** | ☐ Contingent | |
| | **15521 Rolling Ridge Drive** | ☐ Unliquidated | |
| | **Chino Hills, CA 91709** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.204 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard & Dalila Padilla**
**717 East J Street**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Richard & Jennifer Bourn**
**13090 Palos Grande Drive**
**Victorville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard & Mirella O. Bachofner**
**4315 Lombardy Court**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard & Robin Jarvis**
**29 Iowa**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Richard & Sharyn M. Balogh**
**3019 W Avenue M7**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard & Sharyn M. Balogh**
**3019 W Avenue M7**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard A. & Maria O. Martinez**
**2856 North Compass Circle**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.205 0**

**Nonpriority creditor's name and mailing address**
**Richard Archer**
**7520 New Salem Street**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 1**

**Nonpriority creditor's name and mailing address**
**Richard B. & Luz O. Balogh**
**20323 Dorothy Street**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 2**

**Nonpriority creditor's name and mailing address**
**Richard Burillo**
**7226 Pinewood Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.205 3**

**Nonpriority creditor's name and mailing address**
**Richard Burillo**
**7231 Pinewood Court**
**Eastvale, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.205 4**

**Nonpriority creditor's name and mailing address**
**Richard Burriston**
**4737 Don Pio Drive**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 5**

**Nonpriority creditor's name and mailing address**
**Richard D. & Lourdes M. Simmons**
**7091 Ginko Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**
**Richard D. & Lourdes M. Simmons**
**7091 Ginko Court**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.205 7**

**Nonpriority creditor's name and mailing address**

**Richard Franczak & Ruth Waterhouse**
**2864 Brandeis Drive**
**Oceanside, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 8**

**Nonpriority creditor's name and mailing address**

**Richard Hakala**
**26151 San Marino Court**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.205 9**

**Nonpriority creditor's name and mailing address**

**Richard L Lannom**
**3907 Hatfield Court**
**Moorpark, CA 93021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 0**

**Nonpriority creditor's name and mailing address**

**Richard M. Ballou**
**1701 Avenida Segovia**
**Oceanside, CA 92056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 1**

**Nonpriority creditor's name and mailing address**

**Richard M. Diaz & Petra Martinez-Diaz**
**1715 Lennox Way**
**Salinas, CA 93906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 2**

**Nonpriority creditor's name and mailing address**

**Richard Marlon Jr. Jackson & Randall Jac**
**914 Carson Drive**
**Sunnyvale, CA 94086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

**Richard P. & Marta R. Wilkinson**
**16218 Haynes Street**
**Van Nuys, CA 91406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.206
4**

**Nonpriority creditor's name and mailing address**

**Richard Rodriguez**
**15210 Valeda Drive**
**La Mirada, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206
5**

**Nonpriority creditor's name and mailing address**

**Richard Rowson & Alia Kadre**
**1904 39th Street**
**San Diego, CA 92105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206
6**

**Nonpriority creditor's name and mailing address**

**Richard S & Peterita B Manlulu**
**400 Granada Drive**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206
7**

**Nonpriority creditor's name and mailing address**

**Richard S. & Mary J. Pilgrim**
**1182 5th Street**
**Imperial Beach, CA 91932**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206
8**

**Nonpriority creditor's name and mailing address**

**Richard Salvatore**
**5908 Troost Avenue**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.206
9**

**Nonpriority creditor's name and mailing address**

**Richard Sichu Cheung & Hetty Yanping Ha**
**28 Anglesite**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207
0**

**Nonpriority creditor's name and mailing address**

**Richard W. Matthews**
**304 S. Lemon St #4656**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,750.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.207**
**1**

**Nonpriority creditor's name and mailing address**
**Richelle A Gibson**
**415 Alhambra Road**
**South San Francisco, CA 94080**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207**
**2**

**Nonpriority creditor's name and mailing address**
**Ricky & Girlie Millan**
**21544 Weiser Avenue**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.207**
**3**

**Nonpriority creditor's name and mailing address**
**Ricky & Girlie Millan**
**21544 Weiser Avenue**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207**
**4**

**Nonpriority creditor's name and mailing address**
**Ricky Knack & Christin Cole-Knack**
**31130 Humbolt Court**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207**
**5**

**Nonpriority creditor's name and mailing address**
**Rigoberto & Cleotilde Barajas**
**170 Continente Avenue**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207**
**6**

**Nonpriority creditor's name and mailing address**
**Rigoberto R. & Dora P. Gutierrez**
**4922 Royal Island Way**
**San Diego, CA 92154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207**
**7**

**Nonpriority creditor's name and mailing address**
**Rita M. Berardelli**
**8536 Quinn Street**
**Downey, CA 90241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2078**

**Nonpriority creditor's name and mailing address**

**Rita Raguso & Michael Navarro**
**13956 Otsego Street**
**Sherman Oaks, CA 91423**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2079**

**Nonpriority creditor's name and mailing address**

**RJR Executive Search**
**9711 South Mason Road**
**Suite 125 #275**
**Richmond, TX 77407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15,833.34**

---

**3.2080**

**Nonpriority creditor's name and mailing address**

**Roadmap Capital Inc**
**130 Bloor Street West, Suite 603**
**Toronto, ON**
**M5S 1N5**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$80,000.00**

---

**3.2081**

**Nonpriority creditor's name and mailing address**

**Rob Van Nieuwburg**
**773 Skyline Drive**
**Ventura, CA 93003**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2082**

**Nonpriority creditor's name and mailing address**

**Robert & Christine Fredericks**
**8 Balmoral Place**
**Rancho Santa Margarita, CA 92688**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2083**

**Nonpriority creditor's name and mailing address**

**Robert & Elizabeth Arenas**
**1014 W Yorktown Avenue**
**Montebello, CA 90640**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2084**

**Nonpriority creditor's name and mailing address**

**Robert & Estella Omstead**
**152 Dolphin Circle**
**Marina, CA 93933**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.208 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert & Jennifer Quevedo**
**512 Hiller Street**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert & Karen Janiszewski**
**3451 Racquet Lane**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert & Lorinda Caballero**
**4841 Liberty Street**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert & Mattie Cloyd**
**7702 Mary Ellen Avenue**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert & Michelle Blotzer**
**28026 Forst Court**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert & Rosie L. Rutledge**
**1160 Paseo Sarina**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Robert A. & Katherine White**
**1895 Dewayne Ave**
**Camarillo, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.209
2**

**Nonpriority creditor's name and mailing address**
**Robert A. Roske**
**123 South Kalbaugh Street**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209
3**

**Nonpriority creditor's name and mailing address**
**Robert B. & Maria M. Herrera**
**7165 Wild Lilac Court**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.209
4**

**Nonpriority creditor's name and mailing address**
**Robert B. & Maria M. Herrera**
**7226 Pinewood Court**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209
5**

**Nonpriority creditor's name and mailing address**
**Robert Chavez Garcia & Teresa Zamora-Gar**
**6326 Camelback Lane**
**Fontana, CA 92336**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.209
6**

**Nonpriority creditor's name and mailing address**
**Robert Chen & Feng Wang**
**180 Monaco Court**
**Pleasanton, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209
7**

**Nonpriority creditor's name and mailing address**
**Robert D. & Rathikun L. Rasmussen**
**321 Mare Lane**
**San Ramon, CA 94583**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209
8**

**Nonpriority creditor's name and mailing address**
**Robert D.& Ashley N. Pedroza**
**2868 North Maple Tree Drive**
**Orange, CA 92867**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2099**

**Nonpriority creditor's name and mailing address**

**Robert Deck**
**607 Marigold Drive**
**Vista, CA 92083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2100**

**Nonpriority creditor's name and mailing address**

**Robert E. & Elizabeth A. Russell**
**2418 Carriage Circle**
**Oceanside, CA 92056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2101**

**Nonpriority creditor's name and mailing address**

**Robert E. & Melinda M. Butler**
**1216 Brookhaven Court**
**Rosamond, CA 93560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2102**

**Nonpriority creditor's name and mailing address**

**Robert E. & Yolande M. Whitlock**
**22285 Capote Drive**
**Salinas, CA 93908**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2103**

**Nonpriority creditor's name and mailing address**

**Robert E. Allison**
**3980 Colina Court**
**Oceanside, CA 92058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2104**

**Nonpriority creditor's name and mailing address**

**Robert F. Reyes**
**6819 Fuji Street**
**San Diego, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2105**

**Nonpriority creditor's name and mailing address**

**Robert J. & Shannon M. Kay**
**4037 Tempe Court**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

**Robert J. Shine Jr. & Rebekah M. Shine**
**9979 Rue Biarritz**
**San Diego, CA 92131**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.210 7**

**Nonpriority creditor's name and mailing address**

**Robert K. & Jennifer C. Woodford**
**75 Lynwood Place**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.210 8**

**Nonpriority creditor's name and mailing address**

**Robert K. Jr. & Victoria L. Fitch**
**6 Foxchase**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.210 9**

**Nonpriority creditor's name and mailing address**

**Robert L Jr & Carol M Cach**
**713 Carla Street**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211 0**

**Nonpriority creditor's name and mailing address**

**Robert L Lemle & Julia Teachey**
**12752 Rose Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211 1**

**Nonpriority creditor's name and mailing address**

**Robert L. Reeves Jr. & Elizabeth A. Sevi**
**4229 Mildred Avenue**
**Culver City, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.211 2**

**Nonpriority creditor's name and mailing address**

**Robert L. Yelland**
**6959 Beagle Street**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.211**
**3**

**Nonpriority creditor's name and mailing address**
**Robert L.& Elizabeth A. Ostenberg**
**16690 Dale Hollow Court**
**Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**4**

**Nonpriority creditor's name and mailing address**
**Robert L.Goforth Jr.**
**15968 Grey Stone Road**
**Poway, CA 92064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**5**

**Nonpriority creditor's name and mailing address**
**Robert M. & Sharon A. Leon**
**11 Sunnyhills Drive**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**6**

**Nonpriority creditor's name and mailing address**
**Robert O & Barbara Brockmeier**
**9352 Brewer Way**
**Villa Park, CA 92861**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**7**

**Nonpriority creditor's name and mailing address**
**Robert P. Quibuyen**
**760 Foxwood Drive**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**8**

**Nonpriority creditor's name and mailing address**
**Robert R. Jaurigue & Leslie Ann Strauss**
**7509 Langley Canyon Road**
**Salinas, CA 93907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.211**
**9**

**Nonpriority creditor's name and mailing address**
**Robert S. & Susan M. Sullivan**
**2619 Aspinwall Court**
**Fairfield, CA 94534**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.212 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Smith**
**38608 Sienna Court**
**Palmdale, CA 93550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Stanley Wilson & Lindsay Wilson**
**1136 Cambridge Road**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Thompson**
**3594 Kellington Court**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert W. & Julie A. OBrien**
**24 Belmont Court**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roberta S. Frizell & Stanley Leavitt**
**18291 Avolinda Drive**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roberto & Blanca J. Acevedo**
**387 Henson Street**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Roberto A. & Herlina F. Andrada**
**2773 Rambling Vista**
**Chula Vista, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**Roberto Hernandez III**
**13514 Rainier Avenue**
**Corona, CA 92880**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**Roberto I. & Aurora L. Garcia**
**17819 Newmont Avenue**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**Roberto Jauregui & Odette Salazar-Cabrer**
**413 Dylan Drive**
**Corona, CA 92879**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**Robin Kewish**
**5716 Katherine Street**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**Robin M. Cole & Henry A. Cole Jr.**
**1270 Manley Drive**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 2**

**Nonpriority creditor's name and mailing address**

**Rochelle Broussard**
**1632 Morrill Avenue**
**San Jose, CA 95132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

**Rodger Loggins**
**4608 Fort Worth Drive**
**Simi Valley, CA 93063**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.213**
**4**

**Nonpriority creditor's name and mailing address**
**Rodolfo C. & Eulalia M. Gomez**
**3534 East Washington Avenue**
**Orange, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213**
**5**

**Nonpriority creditor's name and mailing address**
**Rodolfo P. & Susan M. Tayag**
**7398 Nebraska Ave**
**San Diego, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213**
**6**

**Nonpriority creditor's name and mailing address**
**Rodrigo & Luz Castillo**
**43502 Grange Street**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213**
**7**

**Nonpriority creditor's name and mailing address**
**Rolando F. & Josephine I. Abella**
**8530 Calle Cristobal**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.213**
**8**

**Nonpriority creditor's name and mailing address**
**Roman & Gabriela Miranda**
**1523 Lynton Avenue**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.213**
**9**

**Nonpriority creditor's name and mailing address**
**Roman & Gabriela Miranda**
**1523 Lynton Avenue**
**Wilmington, CA 90744**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**0**

**Nonpriority creditor's name and mailing address**
**Romulo T. & Milagros M. Ancho**
**2106 Amorosa Glen**
**Escondido, CA 92026**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.214**
**1**

**Nonpriority creditor's name and mailing address**
**Ron Kochevar**
**10885 Marietta Avenue**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**2**

**Nonpriority creditor's name and mailing address**
**Ron Smith**
**464 Appleby Street**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**3**

**Nonpriority creditor's name and mailing address**
**Ronald & Cassandra Roberts**
**42 Sugarbush Court**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**4**

**Nonpriority creditor's name and mailing address**
**Ronald & Diane Shiroke**
**29 Parremo**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,134.00**

---

**3.214**
**5**

**Nonpriority creditor's name and mailing address**
**Ronald & Diane Shiroke**
**29 Parremo**
**Mission Viejo, CA 92692**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**6**

**Nonpriority creditor's name and mailing address**
**Ronald & Merle S. Bernabe**
**7412 Carrie Ridge Way**
**San Diego, CA 92139**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**7**

**Nonpriority creditor's name and mailing address**
**Ronald & Russell Cline**
**28242 Paseo Corrales**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.214**
**8**

**Nonpriority creditor's name and mailing address**
**Ronald A. Louis**
**739 Crossbrook Drive**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.214**
**9**

**Nonpriority creditor's name and mailing address**
**Ronald F & Deborah J Richard**
**3624 Ryan Drive**
**Escondido, CA 92025**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215**
**0**

**Nonpriority creditor's name and mailing address**
**Ronald N. & Lachelle M. Koester**
**1815 Shadow Canyon Road**
**Acton, CA 93510**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215**
**1**

**Nonpriority creditor's name and mailing address**
**Ronald S. Reed**
**5079 Calatrana Drive**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215**
**2**

**Nonpriority creditor's name and mailing address**
**Ronald Ware**
**37325 Verbena Court**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215**
**3**

**Nonpriority creditor's name and mailing address**
**Ronna K. & Mark Sabatoni**
**44863 33rd Street**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215**
**4**

**Nonpriority creditor's name and mailing address**
**Ronnie Orville & Maria Gretel T. Choate**
**36336 Capri Drive**
**Winchester, CA 92596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number *(if known)* | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.215
5**

**Nonpriority creditor's name and mailing address**

**Roosevelt & Sheila Simpson**
**3711 Noll Drive**
**Palmdale, CA 93550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215
6**

**Nonpriority creditor's name and mailing address**

**Rory & Amy S. Murchland**
**4820 Brisa Drive**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.215
7**

**Nonpriority creditor's name and mailing address**

**Rory & Amy S. Murchland**
**38235 5th Place**
**Palmdale, CA 93551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215
8**

**Nonpriority creditor's name and mailing address**

**Rosa & Jose Cruz**
**12887 Albright Court**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.215
9**

**Nonpriority creditor's name and mailing address**

**Rosa I. & Carlos C. Dominguez**
**6938 Orion Avenue**
**Van Nuys, CA 91406**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216
0**

**Nonpriority creditor's name and mailing address**

**Rosalie M. Goens**
**12339 Norton Avenue**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216
1**

**Nonpriority creditor's name and mailing address**

**Rosemarie C Soriano**
**6166 Patton Way**
**Buena Park, CA 90620**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.216 2**

**Nonpriority creditor's name and mailing address**

**Rosemary & Gregory Scott**
**61 Skywood Street**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

**Ross Williams & Marilyn Beard**
**7929 Fordham Road**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

**Roto Rooter Plumbers**
**356 Matthew St**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$741.69**

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

**Roy & Irene Vankanten**
**27041 Ravenhill Court**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

**Roy & Irene Vankanten**
**27041 Ravenhill Court**
**Temecula, CA 92591**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 7**

**Nonpriority creditor's name and mailing address**

**Roy B. & Marsha P. Watkins**
**3445 Indian Mesa Drive**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

**Roza Ayvazyan**
**6951 Matilija Avenue**
**Van Nuys, CA 91405**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.216 9**

**Nonpriority creditor's name and mailing address**
**Rudy & Erin Velarde**
**14033 Apple Creek Drive**
**Victorville, CA 92395**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**
**Rudy Soriano**
**715 Cedar View Drive**
**Beaumont, CA 92223**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**
**Russell Kusumoto**
**11963 Calle Trucksess**
**El Cajon, CA 92019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**
**Russell L. & Martha R. Shankle**
**23909 Del Amo Road**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 3**

**Nonpriority creditor's name and mailing address**
**Russell Svoboda & Lucy Poole-Svoboda**
**6105 W Avenue L12**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.217 4**

**Nonpriority creditor's name and mailing address**
**Russell Svoboda & Lucy Poole-Svoboda**
**15639 Horace Street**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 5**

**Nonpriority creditor's name and mailing address**
**Ruth H Parlier**
**3040 Monarch Street**
**San Diego, CA 92123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

**RWC Building Products**
**1918 West Grant St**
**Phoenix, AZ 85009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,616.47**

---

**3.217 7**

**Nonpriority creditor's name and mailing address**

**Ryan & Celena Javanbakht**
**22 Amarante**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

**Ryan & Kimberly Ward**
**2406 Wood Court**
**Claremont, CA 91711**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

**Ryan & Sherrie Mondillo**
**12737 Bloomfield Street**
**Studio City, CA 91604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

**Ryan Anthony & Carmen Wong**
**5084 McCoy Avenue**
**San Jose, CA 95130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

**Ryan C. & Hugh C. Hoskins**
**2779 West Fairview Drive**
**Rialto, CA 92377**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**Ryan Ferguson**
**940 Pueblo Street**
**Gilroy, CA 95020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.218 3**

**Nonpriority creditor's name and mailing address**
**Ryan Richard & Tiffany Michelle Krogstad**
**43863 63rd Street West**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 4**

**Nonpriority creditor's name and mailing address**
**Ryan T. & Erin C. Kelly**
**2404 Robinson Street**
**Redondo Beach, CA 90278**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 5**

**Nonpriority creditor's name and mailing address**
**Saeed & Nikki Komaei**
**68 Iron Horse Trail**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 6**

**Nonpriority creditor's name and mailing address**
**Sai Koorapati & Madhavi Sanakkayala**
**34 Reston Way**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 7**

**Nonpriority creditor's name and mailing address**
**Salesforce.com**
**PO Box 203141**
**Dallas, TX 75320-3141**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$87,060.00**

---

**3.218 8**

**Nonpriority creditor's name and mailing address**
**Salvador & Lezlie G. Hernandez**
**10523 50th Street**
**Mira Loma, CA 91752**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.218 9**

**Nonpriority creditor's name and mailing address**
**Salvatore P. DiBlasi**
**1152 Terrace Crest**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**Sam & Elizabeth B. George**
**25642 Rolling Hills Road**
**Laguna Hills, CA 92653**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

**Samantha Ranada**
**8424 Torrell Way**
**San Diego, CA 92126**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 2**

**Nonpriority creditor's name and mailing address**

**Samir & Julie Najmeh**
**1524 Cowper Court**
**San Jose, CA 95120**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

**Samuel D. & Nancy S. Cochran**
**2856 Calle Esteban**
**San Clemente, CA 92673**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

**Samuel George Willoughby**
**2520 Trail Marker Place**
**Chula Vista, CA 91914**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 5**

**Nonpriority creditor's name and mailing address**

**Samuel J. & Kumiko Ferrans**
**7558 Woodstream Court**
**Rancho Cucamonga, CA 91739**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.219 6**

**Nonpriority creditor's name and mailing address**

**Samuel V. Cainap & Gina L. Sevilla**
**1966 Marquis Court**
**Chula Vista, CA 91913**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.219
7**

**Nonpriority creditor's name and mailing address**

**San Diego County Treasurer Tax Collector**
**1600 Pacific Highway # 162**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$189.43**

---

**3.219
8**

**Nonpriority creditor's name and mailing address**

**San Diego Gas & Electric**
**PO Box 25111**
**San Diego, CA 92799-5111**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$355.70**

---

**3.219
9**

**Nonpriority creditor's name and mailing address**

**Sandra & Brian Richardson**
**8669 Lynx Road**
**San Diego, CA 92126**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.220
0**

**Nonpriority creditor's name and mailing address**

**Sandra & Brian Richardson**
**2986 Avenida Simi**
**Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.220
1**

**Nonpriority creditor's name and mailing address**

**Sandra & Brian Richardson**
**2986 Avenida Simi**
**Simi Valley, CA 93063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220
2**

**Nonpriority creditor's name and mailing address**

**Sandra & Jeffrey Sr. Bauler**
**9544 Medina Drive**
**Santee, CA 92071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.220
3**

**Nonpriority creditor's name and mailing address**

**Sandra Fink**
**242 Valley Drive**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.220 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Fung-Yi Drake**
**106 Cobblestone Lane**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.220 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra R. & Jeffrey A. Bauler**
**1617 San Vicente Road**
**Ramona, CA 92065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.220 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandy & Sabino Diaz**
**432 S Fircroft Street**
**West Covina, CA 91791**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.220 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanjeev & Vimal Bahl**
**66 Via Ricardo**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| 3.220 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sanjeev & Vimal Bahl**
**66 Via Ricardo**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.220 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah & Manu Williams**
**4306 Wind River Way**
**Oceanside, CA 92057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.221 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah A. Castillo**
**12591 Fuchsia Drive**
**Etiwanda, CA 91739**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.221**
**1**

**Nonpriority creditor's name and mailing address**
**Sarah Acosta**
**19639 Lanview Lane**
**Saugus, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**2**

**Nonpriority creditor's name and mailing address**
**Sargis & Florans Gevergizian**
**43541 Palos Way**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**3**

**Nonpriority creditor's name and mailing address**
**Sargon Sarkiszadeh**
**14858 Devonshire Street**
**Mission Hills, CA 91345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**4**

**Nonpriority creditor's name and mailing address**
**Saul Pena Cruz & Julie Garcia**
**1831 Thomas Drive**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**5**

**Nonpriority creditor's name and mailing address**
**Scott & Carol Hill**
**2150 Taylor Place**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**6**

**Nonpriority creditor's name and mailing address**
**Scott & Doreen M. Nunes**
**1711 Via Provincia Circle**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**7**

**Nonpriority creditor's name and mailing address**
**Scott & Maria Coffelt**
**2040 Lincoln Blvd**
**Tracy, CA 95376**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|---|
| | Name | | | |

---

**3.221**
**8**

**Nonpriority creditor's name and mailing address**

**Scott & Rachel M. Estacion**
**1771 Henderson Court**
**Vista, CA 92083**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.221**
**9**

**Nonpriority creditor's name and mailing address**

**Scott & Theresa McLernon**
**20943 Dalton Avenue**
**Torrance, CA 90501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222**
**0**

**Nonpriority creditor's name and mailing address**

**Scott C. & Heather H. Trimlett**
**12548 Melrose Place**
**El Cajon, CA 92021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222**
**1**

**Nonpriority creditor's name and mailing address**

**Scott Economy**
**2501 Via Durazno**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.222**
**2**

**Nonpriority creditor's name and mailing address**

**Scott Economy**
**2501 Via Durazno**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222**
**3**

**Nonpriority creditor's name and mailing address**

**Scott Edward & Marla Renee Von Cannon**
**11 Danforth Avenue**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222**
**4**

**Nonpriority creditor's name and mailing address**

**Scott Gordon TEST**
**8319 Mars Drive TEST**
**Buena Park, CA 90620**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.222
5**

**Nonpriority creditor's name and mailing address**

**Scott Haen & Jackie Okler
405 Primrose Way
Oceanside, CA 92057**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
6**

**Nonpriority creditor's name and mailing address**

**Scott J & Marci A Sohan
2726 Panamint Court
Westlake Village, CA 91362**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
7**

**Nonpriority creditor's name and mailing address**

**Scott M. & Mildred M. Goldman
27886 Rural Lane
Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.222
8**

**Nonpriority creditor's name and mailing address**

**SD Techsoft
Pa CQUPD1052R, Hno-139, Tamsabad
PO Sanoli Khurd
Panipat, Haryana INDIA 132103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,127.00**

---

**3.222
9**

**Nonpriority creditor's name and mailing address**

**Sean & Jennifer Steward
16 Dusty Trail
Trabuco Canyon, CA 92679**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.223
0**

**Nonpriority creditor's name and mailing address**

**Sean & Nickolas Spoden
661 Buckeye Drive
Livermore, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.223
1**

**Nonpriority creditor's name and mailing address**

**Sean & Victoria M. Greer
928 Emerson Place
Claremont, CA 91711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.223
2**

**Nonpriority creditor's name and mailing address**

**Sean A Cunningham**
**35251 Slater Avenue**
**Winchester, CA 92596**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.223
3**

**Nonpriority creditor's name and mailing address**

**Sean Butts**
**11542 Garrick Avenue**
**Lake View Terrace, CA 91342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**$500.00**

---

**3.223
4**

**Nonpriority creditor's name and mailing address**

**Sean Butts**
**11063 Darling Road**
**Agua Dulce, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.223
5**

**Nonpriority creditor's name and mailing address**

**Sean C. & Vicki S. Allen**
**11325 Middle Ridge Terrace**
**San Diego, CA 92128**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.223
6**

**Nonpriority creditor's name and mailing address**

**Seaton A. & Julie A. Fajeau**
**625 Bartlett Court**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.223
7**

**Nonpriority creditor's name and mailing address**

**Sebastian Gallego**
**25264 Country Fair Drive**
**Menifee, CA 92584**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.223
8**

**Nonpriority creditor's name and mailing address**

**Seoung Wan & Jeong H. Noh**
**6144 Case Avenue**
**North Hollywood, CA 91606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**Sergio & Dora L. Peratoner**
**7 Calle de la Luna**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

**Sergio & Rebeca O. Vazquez**
**2255 Grove Park Pl**
**Chula Vista, CA 91915**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

**Sergio Arteaga**
**1545 W Avenue H5**
**Lancaster, CA 93534**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

**Sergio Avila & Josefina Garcia Rodriguez**
**13767 Woodside Street**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

**Sergio D. & Aimee M. Reyes**
**41920 Margarita Way**
**Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.224 4**

**Nonpriority creditor's name and mailing address**

**Sergio E. Masis**
**27877 Galeton Road**
**Santa Clarita, CA 91387**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.224 5**

**Nonpriority creditor's name and mailing address**

**Sergio Torres**
**1607 East Thelborn Street**
**West Covina, CA 91791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.224**
**6**

**Nonpriority creditor's name and mailing address**

**Serguei Kovalev & Svitlana Kovalyova**
**6056 Mammoth Avenue**
**Van Nuys, CA 91401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224**
**7**

**Nonpriority creditor's name and mailing address**

**Serotte Law Firm**
**651 Delaware Ave**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,150.00**

---

**3.224**
**8**

**Nonpriority creditor's name and mailing address**

**Seth H. & Nonna Snider**
**24922 Calle Vecindad**
**Lake Forest, CA 92630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.224**
**9**

**Nonpriority creditor's name and mailing address**

**Seth Sanderson**
**3808 W Avenue K14**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**
**0**

**Nonpriority creditor's name and mailing address**

**Severo Torres & Blanca Valenzuela-Torres**
**4347 Cantamar Court**
**Palmdale, CA 93552**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.225**
**1**

**Nonpriority creditor's name and mailing address**

**Shahla Herman**
**13848 Magnolia Boulevard**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.225**
**2**

**Nonpriority creditor's name and mailing address**

**Shahla Herman**
**13848 Magnolia Boulevard**
**Sherman Oaks, CA 91423**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.225
3**

**Nonpriority creditor's name and mailing address**

**Shalita & Asmar Poordawood
17520 Devonshire Street
Northridge, CA 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.225
4**

**Nonpriority creditor's name and mailing address**

**Shalita & Asmar Poordawood
17520 Devonshire Street
Northridge, CA 91325**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.225
5**

**Nonpriority creditor's name and mailing address**

**Shane & Noelle Blattenberger
38235 5th Place
Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.225
6**

**Nonpriority creditor's name and mailing address**

**Shane & Noelle Blattenberger
4820 Brisa Drive
Palmdale, CA 93551**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.225
7**

**Nonpriority creditor's name and mailing address**

**Sharon A. & DJ E. Murray
44137 Vintage Street
Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.225
8**

**Nonpriority creditor's name and mailing address**

**Sharon A. & DJ E. Murray
44137 Vintage Street
Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.225
9**

**Nonpriority creditor's name and mailing address**

**Sharon A. Feuerborn
95 Laken Drive
Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.226 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shawn P. Chase** | ☐ Contingent | |
| | **381 Via Loma** | ☐ Unliquidated | |
| | **Morgan Hill, CA 95037** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|
| | **Shawna McCullough & Christina L. Blain** | ☐ Contingent | |
| | **21042 Horsetree Circl** | ☐ Unliquidated | |
| | **Trabuco Canyon, CA 92679** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shawna McCullough & Christina L. Blain** | ☐ Contingent | |
| | **21042 Horsetree Circle** | ☐ Unliquidated | |
| | **Trabuco Canyon, CA 92679** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Sheila Conway** | ☐ Contingent | |
| | **5464 Norwich Street** | ☐ Unliquidated | |
| | **San Diego, CA 92117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sheila Conway** | ☐ Contingent | |
| | **5464 Norwich Street** | ☐ Unliquidated | |
| | **San Diego, CA 92117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sheila M. & James R. Walker** | ☐ Contingent | |
| | **3607 Silver Spur Lane** | ☐ Unliquidated | |
| | **Acton, CA 93510** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Shereen Green** | ☐ Contingent | |
| | **44821 Ruthron Street** | ☐ Unliquidated | |
| | **Lancaster, CA 93536** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**Sheryl L Hess**
**17065 Walnut Street**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**Sheryl Nields**
**3541 Rosewood Avenue**
**Los Angeles, CA 90066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**Sheryll D Molina**
**1128 E Harvest Moon Street**
**West Covina, CA 91792**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

**Showfen Kuo**
**6 Texas**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

**Shu J. Chen & Cherrie Y. Chan**
**206 East Forest Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227 2**

**Nonpriority creditor's name and mailing address**

**Shumei Jiang & Pingda Ren**
**5534 Havenridge Way**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227 3**

**Nonpriority creditor's name and mailing address**

**Shuming Jiang**
**2702 S 10th Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.227**
**4**

**Nonpriority creditor's name and mailing address**
**Shuyi Wu & Lawrence Pan**
**5478 San Antonio Street**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**
**5**

**Nonpriority creditor's name and mailing address**
**Silfab Solar Inc.**
**240 Courtneypark Drive**
**East Mississauga, Ontario**
**L5T 2Y3**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$762,548.00**

---

**3.227**
**6**

**Nonpriority creditor's name and mailing address**
**Silvestre Carlos**
**7908 Varna Avenue**
**Van Nuys, CA 91402**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**
**7**

**Nonpriority creditor's name and mailing address**
**Silvia Nunez**
**c/o Law Offices of Richard Staskus**
**84 W. Santa Clara Street, Suite 840**
**San Jose, CA 95113-1810**

Date(s) debt was incurred  **10/16/2013**

Last 4 digits of account number  **3852**

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Personal injury claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**
**8**

**Nonpriority creditor's name and mailing address**
**Simon & Annette Lewis**
**3927 Paloma Court**
**Rosamond, CA 93560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227**
**9**

**Nonpriority creditor's name and mailing address**
**Simon and Lisa Allen**
**16870 Camino Lago De Cristal**
**Rancho Santa Fe, CA 92067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.228**
**0**

**Nonpriority creditor's name and mailing address**
**Sir Speedy**
**2632 Santa Monica Blvd**
**Santa Monica, CA 90404**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$985.50**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.228<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sirakan Minasyan**
**17346 Index Street**
**Granada Hills, CA 91344**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$824.56** |
|---|---|---|---|

**SoCalGas**
**PO Box C**
**Monterey Park, CA 91756-5111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sofia Marshak**
**11220 Florindo Road**
**San Diego, CA 92127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$460,488.26** |
|---|---|---|---|

**Solar Edge**
**47505 Seabridge Drive**
**Fremont, CA 94538**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$731,043.06** |
|---|---|---|---|

**Solar Mosaic Inc.**
**1212 Broadway, Suite 300**
**Oakland, CA 94612**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,006.16** |
|---|---|---|---|

**Soligent Distribution, LLC**
**1500 Valley House Drive, Suite210**
**Rohnert Park, CA 94928**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,570.20** |
|---|---|---|---|

**Soltric Inc.**
**1665 N. Sycamore Avenue, Suite 309**
**Los Angeles, CA 90028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2288**

**Nonpriority creditor's name and mailing address**

**Somchai Sirinantanakul**
**43234 Hampton Street**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2289**

**Nonpriority creditor's name and mailing address**

**Sonjia Jamison**
**1661 Magnolia Avenue**
**Ontario, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2290**

**Nonpriority creditor's name and mailing address**

**Sonny & Kimberly Arguinzoni**
**3107 Joy Street**
**West Covina, CA 91791**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2291**

**Nonpriority creditor's name and mailing address**

**Sophia Dixon**
**2956 East Chaparral Street**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2292**

**Nonpriority creditor's name and mailing address**

**South Coast Shingle Company, Inc.**
**2220 E. South Street**
**Long Beach, CA 90805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,097.53**

---

**3.2293**

**Nonpriority creditor's name and mailing address**

**Southern California Edison**
**PO Box 800**
**Rosemead, CA 91770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,811.60**

---

**3.2294**

**Nonpriority creditor's name and mailing address**

**Southern California Edison**
**P.O. Box 300**
**Rosemead, CA 91772-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$857.89**

---

Debtor **American Solar Direct, Inc.**
_____
Name

Case number (if known)    **2:17-bk-16804-BR**
_____

| | | |
|---|---|---|
| 3.229 5 | **Nonpriority creditor's name and mailing address** | **$563.05** |

**Specialized Graphics**
**3951 Industrial Way**
**Suite A**
**Concord, CA 94520**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.229 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Sridhar Vemuri**
**5 Star Thistle**
**Irvine, CA 92604**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.229 7 | **Nonpriority creditor's name and mailing address** | **$30,576.20** |

**SST Construction LLC**
**2731 Citrus Road, Suite D**
**Rancho Cordova, CA 95742**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.229 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stacie & Gary Leach**
**15509 Cardamon Way**
**Tustin, CA 92782**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.229 9 | **Nonpriority creditor's name and mailing address** | **$500.00** |

**Stacy & Jenica F. Lanier**
**3265 Beven Drive**
**Escondido, CA 92027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 0 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stacy & Jenica F. Lanier**
**3265 Beven Drive**
**Escondido, CA 92027**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.230 1 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Stan & Cindy Steinbach**
**19521 Misty Ridge Lane**
**Trabuco Canyon, CA 92679**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.230 2**

**Nonpriority creditor's name and mailing address**

**Stanley Bai**
**1033 El Sur Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 3**

**Nonpriority creditor's name and mailing address**

**Stanley G. & Nancy A. Wawer**
**4764 Valle Verde Court**
**La Verne, CA 91750**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 4**

**Nonpriority creditor's name and mailing address**

**Stanley Lewis & Maurice Norris**
**6335 Ito Court**
**San Diego, CA 92114**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 5**

**Nonpriority creditor's name and mailing address**

**Stanley Security Solutions**
**Dept Ch 10651**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$37.06**

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

**Stanley Stills**
**724 E Grove Avenue**
**Orange, CA 92865**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**

**Stefan Boedeker**
**14004 Roblar Road**
**Los Angeles, CA 91423**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**

**Stefan Boedeker**
**14004 Roblar Road**
**Los Angeles, CA 91423**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2309**

**Nonpriority creditor's name and mailing address**

**Stepan Yerokhin**
**11278 Squamish Way**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2310**

**Nonpriority creditor's name and mailing address**

**Stephanie & George Imai**
**24882 Via Sonoma**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2311**

**Nonpriority creditor's name and mailing address**

**Stephanie & Rinisha Soto**
**2201 E Lincoln Avenue**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2312**

**Nonpriority creditor's name and mailing address**

**Stephanie G. Miller**
**717 Radcliffe Avenue**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2313**

**Nonpriority creditor's name and mailing address**

**Stephanie Lau**
**2453 Choisser Court**
**Tracy, CA 95377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2314**

**Nonpriority creditor's name and mailing address**

**Stephanie Wall**
**27205 Lancebrook Drive**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2315**

**Nonpriority creditor's name and mailing address**

**Stephany Buswell**
**232 Walk Circle**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Stephany Buswell**
**232 Walk Circle**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Stephen & Carmen Berry**
**8405 Zeta Street**
**La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Stephen & Darcy Gregg**
**4680 Via Amante**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Stephen & Elizabeth Abdo**
**25291 Derby Hill Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Stephen & Katherine Meyer**
**468 W Leadora Avenue**
**Glendora, CA 91741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.232 1**

**Nonpriority creditor's name and mailing address**

**Stephen & Katherine Meyer**
**468 W Leadora Avenue**
**Glendora, CA 91741**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.232 2**

**Nonpriority creditor's name and mailing address**

**Stephen & Lana Juan**
**1452 Rhododendron Drive**
**Livermore, CA 94551**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.232
3**

**Nonpriority creditor's name and mailing address**

**Stephen & Maryann Larson**
**1320 5th Street**
**Imperial Beach, CA 91932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.232
4**

**Nonpriority creditor's name and mailing address**

**Stephen & Maryann Larson**
**1320 5th Street**
**Imperial Beach, CA 91932**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
5**

**Nonpriority creditor's name and mailing address**

**Stephen Anthony Blas**
**208 Mira Vista Drive**
**Santa Cruz, CA 95060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
6**

**Nonpriority creditor's name and mailing address**

**Stephen Bradley**
**2009 Mackinnon Avenue**
**Cardiff, CA 92007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
7**

**Nonpriority creditor's name and mailing address**

**Stephen D. Garcia**
**13662 Sioux Road**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
8**

**Nonpriority creditor's name and mailing address**

**Stephen D. Janes & Robin K. Dearinger**
**230 Morrissey Boulevard**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.232
9**

**Nonpriority creditor's name and mailing address**

**Stephen Flaim**
**4455 Foxhollow Court**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2330**

**Nonpriority creditor's name and mailing address**
**Stephen Godber**
**24 San Carlos**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2331**

**Nonpriority creditor's name and mailing address**
**Stephen Joseph. & Jacqueline K. Lopresti**
**10 Inverleith Terrace**
**Moraga, CA 94556**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2332**

**Nonpriority creditor's name and mailing address**
**Stephen P. & Kathleen M. Alciati**
**135 Orchard Park Court**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2333**

**Nonpriority creditor's name and mailing address**
**Stephen Sai & Diana Pappoe-Sai**
**28962 Garnet Canyon Dr**
**Santa Clarita, CA 91390**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2334**

**Nonpriority creditor's name and mailing address**
**Stephenie & David Mason**
**1524 Oyster Bay Court**
**Salinas, CA 93906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2335**

**Nonpriority creditor's name and mailing address**
**Stephenie & David Mason**
**1524 Oyster Bay Court**
**Salinas, CA 93906**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2336**

**Nonpriority creditor's name and mailing address**
**Sterling & David Kwong**
**5335 Brae Burn Place**
**Buena Park, CA 90621**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.233 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve & Hannah Lee**
**40 Blanco**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve & Siroun Aivazian**
**5256 Calatrana Drive**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve Cale**
**4403 68th Street (ADD-ON)**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Steve S. & Melanie S. Craven**
**9855 Ridge Blvd**
**California City, CA 93505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve S. & Melanie S. Craven**
**21119 Windsong Street**
**California City, CA 93505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve Souza**
**42 Sorrel Court**
**Oakley, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steve Wahl**
**2821 Gazelle Drive**
**San Jose, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.234**
**4**

**Nonpriority creditor's name and mailing address**

**Steven & Anisa Ray**
**28985 Live Oak Circle**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**
**5**

**Nonpriority creditor's name and mailing address**

**Steven & Dana M. Jacobson**
**31933 Foxmoor Court**
**Westlake Village, CA 91361**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.234**
**6**

**Nonpriority creditor's name and mailing address**

**Steven & Dana M. Jacobson**
**31933 Foxmoor Court**
**Westlake Village, CA 91361**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**
**7**

**Nonpriority creditor's name and mailing address**

**Steven & Deborah Sanchez**
**361 Foothill Drive**
**Fillmore, CA 93015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**
**8**

**Nonpriority creditor's name and mailing address**

**Steven & Jacklyn Ayala**
**1411 Normandy Terrace**
**Corona, CA 92882**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**
**9**

**Nonpriority creditor's name and mailing address**

**Steven & Sheryl S. Balicanta**
**7629 Olive Drive**
**Pleasanton, CA 94588**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235**
**0**

**Nonpriority creditor's name and mailing address**

**Steven & Vanida Clevenger**
**1980 Geyserville Street**
**Chula Vista, CA 91913**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | **2:17-bk-16804-BR** |
|--------|---------------------------|------------------------|----------------------|
|        | Name                      |                        |                      |

---

| 3.235<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven A. & Nicole K. Elbik**
**10248 Los Ranchitos Road**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven C. & Patricia A. McCray**
**19858 Paseo Lorenzo**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven C. Mikes**
**19721 Skyview Court**
**Canyon Country, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven E. & Lisa H. Funke**
**5939 Sacramento Avenue**
**Alta Loma, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven Harris**
**13361 Wintergreen Lane**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven L. & Kimberly M. Morris**
**826 Occidental Drive**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Steven M. Rabins**
**226 Coral View Street**
**Monterey Park, CA 91755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2358**

Nonpriority creditor's name and mailing address
**Steven T. & Kimberly L. Sheppard**
**28782 El Mio Lane**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2359**

Nonpriority creditor's name and mailing address
**Steven Worrell**
**6311 W Avenue J 11**
**Lancaster, CA 93536**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2360**

Nonpriority creditor's name and mailing address
**Sue A. Stone & Dale M. Altomare**
**2843 Aptos Way**
**San Ramon, CA 94583**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2361**

Nonpriority creditor's name and mailing address
**Suhail & Rudaina Fakhoury**
**8312 Calle Morelos**
**San Diego, CA 92126**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2362**

Nonpriority creditor's name and mailing address
**Sukhdeep Kaur Jhaj & Harpreet Singh**
**960 Primrose Lane**
**Corona, CA 92880**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2363**

Nonpriority creditor's name and mailing address
**Sumdaram K. Nagaraj**
**15585 Via Montecristo**
**San Diego, CA 92127**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2364**

Nonpriority creditor's name and mailing address
**SunEdison**
**Lockbox Services - 205586**
**PVT Solar Inc.**
**Irving, TX 75063**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$833,744.82**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| 3.236 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,240.00** |
|---|---|---|---|
| | **SunGen Solar** | ☐ Contingent | |
| | **18879 Gentian Ave** | ☐ Unliquidated | |
| | **Riverside, CA 92508** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Sunnie & William Keech** | ☐ Contingent | |
| | **914 32nd Avenue** | ☐ Unliquidated | |
| | **Santa Cruz, CA 95062** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48.96** |
|---|---|---|---|
| | **Sunset Wash & Lube Inc** | ☐ Contingent | |
| | **322 N Sunset Ave** | ☐ Unliquidated | |
| | **La Puente, CA 91744** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,720.00** |
|---|---|---|---|
| | **SunStrong Structural** | ☐ Contingent | |
| | **3000 E. Birch St., Suite 201** | ☐ Unliquidated | |
| | **Brea, CA 92821** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Supra Manohar & Pratiti Raychoudhury** | ☐ Contingent | |
| | **686 Regas Drive** | ☐ Unliquidated | |
| | **Campbell, CA 95008** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,399.00** |
|---|---|---|---|
| | **SurveyPal** | ☐ Contingent | |
| | **995 Market Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94103** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Susan & Andy Singer** | ☐ Contingent | |
| | **2683 Borregas Drive** | ☐ Unliquidated | |
| | **Aptos, CA 95003** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.237
2**

**Nonpriority creditor's name and mailing address**

**Susan & Andy Singer
2683 Borregas Drive
Aptos, CA 95003**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237
3**

**Nonpriority creditor's name and mailing address**

**Susan & Salvador Murillo
12332 Concord Court
Chino, CA 91710**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237
4**

**Nonpriority creditor's name and mailing address**

**Susan & William B. Graham
1417 Nadina Street
San Mateo, CA 94402**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237
5**

**Nonpriority creditor's name and mailing address**

**Susan B.& Jose L. Alvarez
2640 Ponderosa Court
Escondido, CA 92027**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237
6**

**Nonpriority creditor's name and mailing address**

**Susan Barranco
28507 Cottage Way
Murrieta, CA 92563**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237
7**

**Nonpriority creditor's name and mailing address**

**Susan Goetz
2177 Crosscreek Avenue
Simi Valley, CA 93063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237
8**

**Nonpriority creditor's name and mailing address**

**Susan L & Tommy D Gaines
6065 Manon Street
La Mesa, CA 91942**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.237
9**

**Nonpriority creditor's name and mailing address**

**Susan L & Tommy D Gaines
6065 Manon Street
La Mesa, CA 91942**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
0**

**Nonpriority creditor's name and mailing address**

**Susan Pasillas
1514 Belgreen Drive
Whittier, CA 90601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
1**

**Nonpriority creditor's name and mailing address**

**Susanna & William Cash
12927 Mirage Road
Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
2**

**Nonpriority creditor's name and mailing address**

**Swami D. & Swati Nigam
4823 Tuscany Circle
San Jose, CA 95135**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
3**

**Nonpriority creditor's name and mailing address**

**Sylvia B. & Maximiliano A. Zizumbo
18285 San Carlos Place
Morgan Hill, CA 95037**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.238
4**

**Nonpriority creditor's name and mailing address**

**Systems Source, Inc.
3161 Michelson Drive
Suite 110
Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

**3.238
5**

**Nonpriority creditor's name and mailing address**

**Tabatha L. Scheinost & Ronald Wachter
28450 Avion Circle
Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.238 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Tad M. & Mihaela N. Haas** | ☐ Contingent | |
| | **1330 Alee Circle** | ☐ Unliquidated | |
| | **Corona, CA 92882** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.238 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tad M. & Mihaela N. Haas** | ☐ Contingent | |
| | **6821 Earhart Avenue** | ☐ Unliquidated | |
| | **Fontana, CA 92336** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.238 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tai & Insook Kim** | ☐ Contingent | |
| | **1069 Misty Creek Street** | ☐ Unliquidated | |
| | **Chula Vista, CA 91913** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.238 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Tammie & David Shears** | ☐ Contingent | |
| | **1193 Matterhorn Drive** | ☐ Unliquidated | |
| | **San Jose, CA 95132** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.239 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tammie & David Shears** | ☐ Contingent | |
| | **1557 Arrigotti Lane** | ☐ Unliquidated | |
| | **Tracy, CA 95377** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.239 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tanya & William B. Eames** | ☐ Contingent | |
| | **1402 Brookside Place** | ☐ Unliquidated | |
| | **Chula Vista, CA 91913** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.239 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Tanya D. Porche** | ☐ Contingent | |
| | **2949 Royal Avenue** | ☐ Unliquidated | |
| | **Simi Valley, CA 93065** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | | Case number (*if known*) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

**Tatiana Erokhin**
**15520 Andorra Way**
**San Diego, CA 92129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

**Ted & Susan Shreve**
**3123 Corte Del Cino**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239 5**

**Nonpriority creditor's name and mailing address**

**Ted Schwarzmann**
**c/o Mancini & Associates**
**15303 Ventura Blvd., Suite 600**
**Sherman Oaks, CA 91403**

Date(s) debt was incurred _

Last 4 digits of account number **7604**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Litigation claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239 6**

**Nonpriority creditor's name and mailing address**

**Tena Marie Kenny**
**432 Tidland Circle**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239 7**

**Nonpriority creditor's name and mailing address**

**Teneia & John C. Chupp**
**5090 Corwin Court**
**San Jose, CA 95111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.239 8**

**Nonpriority creditor's name and mailing address**

**Tennyson MacDonald**
**494 N Wendy Drive**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.239 9**

**Nonpriority creditor's name and mailing address**

**Tennyson MacDonald**
**494 N Wendy Drive**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.240 0**

**Nonpriority creditor's name and mailing address**

**Terence A. & Melinda Duldulao**
**4214 W Ave J-13**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.240 1**

**Nonpriority creditor's name and mailing address**

**Terence A. & Melinda Duldulao**
**5142 West Avenue L4**
**Quartz Hill, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240 2**

**Nonpriority creditor's name and mailing address**

**Teresa J. & Matthew A. Boyle**
**31465 Cherry Drive**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240 3**

**Nonpriority creditor's name and mailing address**

**Terrence Allota**
**2318 Laurelwood Drive**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240 4**

**Nonpriority creditor's name and mailing address**

**Terry A. Orlando**
**5030 W Avenue M12**
**Quartz Hill, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.240 5**

**Nonpriority creditor's name and mailing address**

**Terry A. Orlando**
**9629 E. Avenue S 12**
**Littlerock, CA 93543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240 6**

**Nonpriority creditor's name and mailing address**

**Terry O'Hare**
**2207 South Malcolm Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.240
7**

**Nonpriority creditor's name and mailing address**

**Terry O'Hare**
**2207 South Malcolm Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.240
8**

**Nonpriority creditor's name and mailing address**

**The Gas Company**
**PO Box C**
**Monterey Park, CA 91756-5111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$478.42**

---

**3.240
9**

**Nonpriority creditor's name and mailing address**

**The Menzies Company, Inc.**
**1048 Irvine Ave. No. 306**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.241
0**

**Nonpriority creditor's name and mailing address**

**The Taylor Law Firm**
**1880 Century Park East, Suite 615**
**Attn: Benjamin Taylor, Esq.**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees and costs**

Is the claim subject to offset? ■ No ☐ Yes

**$481.65**

---

**3.241
1**

**Nonpriority creditor's name and mailing address**

**TheHomeMag Orange County**
**16808 Armstrong Ave.**
**Suite 200**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,350.00**

---

**3.241
2**

**Nonpriority creditor's name and mailing address**

**Theresa & James Peifer**
**28173 Florence Lane**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.241
3**

**Nonpriority creditor's name and mailing address**

**Theresa Soberanis**
**45021 Denmore Avenue**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **American Solar Direct, Inc.**                                Case number (if known)    **2:17-bk-16804-BR**

Name

| | |
|---|---|
| 3.241 4 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas & Alissa Valeriote**
**12333 Ava Loma Street**
**Victorville, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.241 5 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas & Denise McCormick Robbins**
**40 Spring View Way**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.241 6 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas & Patricia Jones**
**41354 Bravos Court**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.241 7 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas & Roxanne C. Wade**
**2815 Pinckard Avenue**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.241 8 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas & Susan J. Tisler**
**12816 Colonnade Drive**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.241 9 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas & Terri Shanley**
**12556 Aspenview Street**
**Victorville, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.242 0 | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Thomas A. & Deanna K. Mitro**
**26962 Escondido Lane**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.242**
**1**

**Nonpriority creditor's name and mailing address**

**Thomas E. Haight**
**26625 Via Sacramento**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**
**2**

**Nonpriority creditor's name and mailing address**

**Thomas F. & Carrin Minahan**
**1942 Old Warson Circle**
**Corona, CA 92883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**
**3**

**Nonpriority creditor's name and mailing address**

**Thomas Hill & Linda Talve**
**c/o Rod E. Fehlman, Attorney at Law**
**876 North Mountain Ave., Suite 202**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _For notice purposes only._

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**
**4**

**Nonpriority creditor's name and mailing address**

**Thomas M. & Judith E. Bamburg**
**4359 Rous Street**
**San Diego, CA 92122**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**
**5**

**Nonpriority creditor's name and mailing address**

**Thomas M. & Soraya G. Sherwin**
**5272 Quaker Hill Lane**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**
**6**

**Nonpriority creditor's name and mailing address**

**Thomas N. & Patricia Murnighan**
**741 Alameda Boulevard**
**Coronado, CA 92118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.242**
**7**

**Nonpriority creditor's name and mailing address**

**Thomas R. & Sharon M. Baumgardner**
**5443 Conrad Avenue**
**San Diego, CA 92117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

**3.242 8**

Nonpriority creditor's name and mailing address
**Thomas S. Ivers**
**20181 Crown Reef Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

**3.242 9**

Nonpriority creditor's name and mailing address
**Thomas S. Ivers**
**20181 Crown Reef Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.243 0**

Nonpriority creditor's name and mailing address
**Tien Nguyen**
**1430 Yosemite Drive**
**Milpitas, CA 95035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.243 1**

Nonpriority creditor's name and mailing address
**Tiffany Small McKelvin & Mark McKelvin J**
**5624 West 78th Street**
**Westchester, CA 90045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.243 2**

Nonpriority creditor's name and mailing address
**Tim & Amy L. Collie**
**46282 Durango Drive**
**Temecula, CA 92592**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

**3.243 3**

Nonpriority creditor's name and mailing address
**Tim & Amy L. Collie**
**46282 Durango Drive**
**Temecula, CA 92592**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.243 4**

Nonpriority creditor's name and mailing address
**Tim & Lorraine Iverson**
**1154 Sea Reef Drive**
**San Diego, CA 92154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.243<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$466.68** |
|---|---|---|---|
| | **TimeWarner Cable**<br>**PO Box 60074**<br>**City of Industry, CA 91716-0074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy & Cynthia Higgins**<br>**2212 Cecelia Terrace**<br>**San Diego, CA 92110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy & Rachel Hawkins**<br>**2242 Hemet Court**<br>**Brentwood, CA 94513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy & Susan L. Harris**<br>**3032 Tourmaline Lane**<br>**Palmdale, CA 93550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.243<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy A. & Amber M. Edwards-Reilly**<br>**2011 Highland Drive**<br>**Hollister, CA 95023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.244<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Timothy B. Guckes & Clara C. Diebolt-Guc**<br>**29553 Little Fox Court**<br>**Menifee, CA 92584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.244<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Timothy Brenner**<br>**24368 El Molina Avenue**<br>**Valencia, CA 91355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.244 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy Brenner**
**23318 Cedartown Street**
**Newhall, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy D. & Susan J. Carter**
**2 Tejon**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy J. & Staci A. Gross**
**330 S Houser Drive**
**Covina, CA 91722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy N. & Marjorie A. Stuber**
**587 El Portal Drive**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy P. Fay & Andrea R. Miller-Fay**
**1838 Calle Tijera**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy Robins**
**623 Jami Lane**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Timothy T. & Rosalie A. Driscoll**
**470 24th Avenue**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2449**

**Nonpriority creditor's name and mailing address**
**Timothy W. & Lisa Ann K.L. Foxen**
**32720 Starlight Street**
**Wildomar, CA 92595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2450**

**Nonpriority creditor's name and mailing address**
**Tina Quaintance**
**5865 Valley Drive**
**Felton, CA 95018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2451**

**Nonpriority creditor's name and mailing address**
**Tina Quaintance**
**5865 Valley Drive**
**Felton, CA 95018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2452**

**Nonpriority creditor's name and mailing address**
**Tod A. & Leith E. Devine**
**398 Tranquil Lane**
**Oak Park, CA 91377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2453**

**Nonpriority creditor's name and mailing address**
**Tod A. & Leith E. Devine**
**398 Tranquil Lane**
**Oak Park, CA 91377**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2454**

**Nonpriority creditor's name and mailing address**
**Todd & Catherine A. Parker**
**29223 Black Pine Way**
**Santa Clarita, CA 91390**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2455**

**Nonpriority creditor's name and mailing address**
**Todd & Donna Fitton**
**28003 Urbandale Avenue**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

---

**3.245 6**

**Nonpriority creditor's name and mailing address**

**Todd D. & Kiara M. Murphy**
**879 Bridgewood Street**
**Corona, CA 92881**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 7**

**Nonpriority creditor's name and mailing address**

**Todd Hanson**
**1635 Carrizo Place**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

**Todd M. & Ginger Everett**
**32415 Magenta Court**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

**Todd M. & Ginger Everett**
**32415 Magenta Court**
**Temecula, CA 92592**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 0**

**Nonpriority creditor's name and mailing address**

**Toki & Victoria Endo**
**4451 Avenida de Las Estrell**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 1**

**Nonpriority creditor's name and mailing address**

**Tom Bullard**
**18914 Claycrest Drive**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246 2**

**Nonpriority creditor's name and mailing address**

**Toni L. Stivers**
**1715 Hewitt Place**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|--------|--------------------------------|------------------------|----------------------|
| | Name | | |

---

**3.246
3**

**Nonpriority creditor's name and mailing address**

**Tony & Angela Homack**
**24548 Lincoln Avenue**
**Murrieta, CA 92562**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246
4**

**Nonpriority creditor's name and mailing address**

**Tony Archibold**
**27229 Myles Court**
**Menifee, CA 92585**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246
5**

**Nonpriority creditor's name and mailing address**

**Tony C. & Luz A. De La Rambelje**
**5275 Monet Court**
**Chino Hills, CA 91709**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246
6**

**Nonpriority creditor's name and mailing address**

**Tony Harris & Erin Mahoney**
**2526 31st Street**
**Santa Monica, CA 90405**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246
7**

**Nonpriority creditor's name and mailing address**

**Traci & Brandon Chewning**
**937 5th Street**
**Fillmore, CA 93015**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.246
8**

**Nonpriority creditor's name and mailing address**

**Traci Merkel**
**13111 Currant Court**
**Lakeside, CA 92040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.246
9**

**Nonpriority creditor's name and mailing address**

**Traci Merkel**
**13111 Currant Court**
**Lakeside, CA 92040**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

| 3.247 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tracy A. & Thomas S. Termini**
32489 Rocky Bar Drive
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tracy Matheny & Cleto Oxspring**
40402 Clybourne Circle
Murrieta, CA 92562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tracy Offutt**
3936 Tortuga Cove
Oceanside, CA 92058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.48 |
|---|---|---|---|

**Trans Union LLC**
PO Box 99506
Chicago, IL 60693-9506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Travis Peterson & Jessica Studley**
665 Bartlett Court
Brentwood, CA 94513

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trevor & Kelly Unruh**
703 E Cumberland Road
Orange, CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,854.71 |
|---|---|---|---|

**Tri City Printing**
4501 E. La Palma Ave, Suite 210
Anaheim, CA 92807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.247
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,312.50 |
|---|---|---|

**Tridea Partners**
**420 Stevens Ave. Suite 350**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Truene A Lund & Robin E Shipley**
**810 Almond Drive**
**Watsonville, CA 95076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Tuancuong V. & Long Trung Nguyen**
**2706 Meadowfaire Drive**
**San Jose, CA 95111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Tuesday M. Rogers-Knigge & Aaron R. Knig**
**4139 Crooked Stick Lane**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,144.57 |
|---|---|---|

**Turtle & Hughes, Inc.**
**1900 Lower Road**
**Linden, NJ 07036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|

**Tyler & Corina Ramon**
**1722 Brampton Place**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Tyler & Corina Ramon**
**1724 Brampton Place**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|
| | Name | | | |

| 3.248 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **Tyler G. & Shelby L. Mello**<br>**41784 Vardon Drive**<br>**Temecula, CA 92591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tyler G. & Shelby L. Mello**<br>**41784 Vardon Drive**<br>**Temecula, CA 92591** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tyler Otto**<br>**1400 Orangewood Street**<br>**La Habra, CA 90631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $264.84 |
|---|---|---|---|
| | **U.S. HealthWorks**<br>**P.O. Box 50042**<br>**Los Angeles, CA 90074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ukkyong Yi & Wayne A Hefft**<br>**41 Camino Azulejo**<br>**San Clemente, CA 92673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,839.09 |
|---|---|---|---|
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ulrich & Cristina Mulder**<br>**15876 Stetson Way**<br>**Victorville, CA 92394** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.249**
**1**

**Nonpriority creditor's name and mailing address**

**Vahid & Mihdi McDougall**
**15535 Megan Drive**
**Santa Clarita, CA 91387**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**2**

**Nonpriority creditor's name and mailing address**

**Valari Yen Hai Bui**
**5256 Streamview Drive**
**San Diego, CA 92105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**3**

**Nonpriority creditor's name and mailing address**

**Vale K. & Kathy M. Angel**
**930 8th Street**
**Ramona, CA 92065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**4**

**Nonpriority creditor's name and mailing address**

**Valencia Luckman**
**11657 Joyas Court**
**San Diego, CA 92124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**5**

**Nonpriority creditor's name and mailing address**

**Valentin Berrelleza & Maricela C-Berrell**
**42 College Road**
**Watsonville, CA 95076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**6**

**Nonpriority creditor's name and mailing address**

**Valentino Tong Jr. & Marizelle Tong**
**2690 Deerwood Drive**
**San Ramon, CA 94583**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.249**
**7**

**Nonpriority creditor's name and mailing address**

**Valerie J. & Darrin E. Moore**
**8721 Sherwood Forest Court**
**Escondido, CA 92026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.249 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Valley Collision**
**1515 N Hacienda Blvd**
**La Puente, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Varpas Salvador De Sa Pereira**
**4 Corte Estante**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Veridiana Pontes**
**22061 Velicata Street**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,603.05** |
|---|---|---|---|

**Veritext Legal Solutions**
**PO Box 71303**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,495.34** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vernon & Caroline Ollison**
**28898 Topsfield Court**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Veronica J. & Sergio Lopez**
**1932 E Idahome Street**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

**Vicente Corona**
**31944 Honeysuckle Circle**
**Winchester, CA 92596**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**Victor & Kathryn Racette**
**715 Sherwood Dr**
**Oceanside, CA 92058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Victor E. & Gloria A. Tolle**
**905 West Merced Avenue**
**West Covina, CA 91790**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Victor K. & Cynthia A. Griganavicius**
**23560 Kettle Road**
**Murrieta, CA 92562**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**Victor M. Masivi**
**7288 Silverwood Drive**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Victor Villacorta & Cathy Lau-Villacorta**
**438 23rd Avenue**
**San Mateo, CA 94403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

**Victor Wolfe & Mike Heinzel**
**1077 Whitecliff Road**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **American Solar Direct, Inc.**    Case number (if known)    **2:17-bk-16804-BR**
    Name

| 3.251 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Victoria Lorona**
**8071 San Helice Circle**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Victoria S. & Daris D. Gamble**
**8690 Belfast Circle**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Viet & Ngoc Nguyen**
**3599 Rue Chene Dor**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Viet Nguyen & Connie Ng**
**7227 Tiburon Drive**
**Corona, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Viet Phan**
**16760 Willow Circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vijay Pal & Satinder K. Singh**
**700 Petrig Street**
**Tracy, CA 95376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vijay Tatkar & Vasundhara V. Deshpande**
**12111 Carol Lane**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.2519**

Nonpriority creditor's name and mailing address

**Vinh Ho**
**5044 Fir Street**
**San Diego, CA 92102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2520**

Nonpriority creditor's name and mailing address

**Vinit K. & Hema V. Kadakia**
**1265 Capri Drive**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2521**

Nonpriority creditor's name and mailing address

**Virginia A. Fitzpatrick**
**3270 Pedley Avenue**
**Norco, CA 92860**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2522**

Nonpriority creditor's name and mailing address

**Vladimir & Irene M. Raskin**
**16 Calhoun**
**Irvine, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2523**

Nonpriority creditor's name and mailing address

**Vladimir Ouzdin**
**18 Pacific Crest**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2524**

Nonpriority creditor's name and mailing address

**Vladimir Ouzdin**
**18 Pacific Crest**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2525**

Nonpriority creditor's name and mailing address

**Vydhyanathan Kalyanasundharam & Manju**
**Ra**
**351 Longhill Court**
**San Jose, CA 95138**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.252 6**

**Nonpriority creditor's name and mailing address**

**Wai K Ko**
**522 Delany Court**
**La Puente, CA 91746**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 7**

**Nonpriority creditor's name and mailing address**

**Walter J. & Margarita D. Scott**
**1031 Paloma Road**
**Del Rey Oaks, CA 93940**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.252 8**

**Nonpriority creditor's name and mailing address**

**Walter Lewis & Joanna Wyatt**
**4871 Bluebell Avenue**
**Valley Village, CA 91607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.252 9**

**Nonpriority creditor's name and mailing address**

**Walter Lewis & Joanna Wyatt**
**4871 Bluebell Avenue**
**Valley Village, CA 91607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 0**

**Nonpriority creditor's name and mailing address**

**Walters Wholesale Electric Co**
**PO Box 91929**
**Long Beach, CA 90809-1929**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$178.32**

---

**3.253 1**

**Nonpriority creditor's name and mailing address**

**Ward J. III. Miottel & Jean G. Banker**
**3446 Rubin Drive**
**Oakland, CA 94602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253 2**

**Nonpriority creditor's name and mailing address**

**Wave Media Group**
**940 Natoma St**
**Suite 4**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,075.00**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.253
3**

**Nonpriority creditor's name and mailing address**

**Wayne A. & Winter S. Ross**
**8445 Golden Avenue**
**Lemon Grove, CA 91945**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253
4**

**Nonpriority creditor's name and mailing address**

**Wayne E. & Melinda S. Stemmler**
**1010 East Walnut Avenue**
**Glendora, CA 91741**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253
5**

**Nonpriority creditor's name and mailing address**

**Wayne He & Hui Chan Wu**
**4200 Rio Hondo Avenue**
**Rosemead, CA 91770**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253
6**

**Nonpriority creditor's name and mailing address**

**Wayne Henry & Marylou Johnson**
**2906 Alforja**
**San Clemente, CA 92673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253
7**

**Nonpriority creditor's name and mailing address**

**Wei Gong & Xu Leina**
**1130 Highland Oaks Drive**
**Arcadia, CA 91006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253
8**

**Nonpriority creditor's name and mailing address**

**Wendy & Corey Bauman**
**2174 Russell Drive**
**Corona, CA 92879**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.253
9**

**Nonpriority creditor's name and mailing address**

**Wendy Wilkinson**
**2461 Hawk Street**
**Simi Valley, CA 93065**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.254 0**

**Nonpriority creditor's name and mailing address**

**Wesley Chong**
**2105 Coolngreen Way**
**Encinitas, CA 92024**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 1**

**Nonpriority creditor's name and mailing address**

**West Tech  Mechanical Services**
**1908 Cadillac Drive**
**Pomona, CA 91767**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$255.59**

---

**3.254 2**

**Nonpriority creditor's name and mailing address**

**WGSW, INC.**
**101 Constitution Avenue, NW**
**Washington, DC 20080**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Amounts owed to LP Washington Gas from
collections of leases**

Is the claim subject to offset? ■ No ☐ Yes

**$325,000.00**

---

**3.254 3**

**Nonpriority creditor's name and mailing address**

**White Cap Constructin Supply**
**PO Box 6040**
**Cypress, CA 90630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,469.80**

---

**3.254 4**

**Nonpriority creditor's name and mailing address**

**Wilfred Kearse**
**4074 Via Cangrejo**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Wilfred Kearse**
**4074 Via Cangrejo**
**San Diego, CA 92130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Wilfredo V. & Adoracion D. Rivera**
**2956 Gilbert Avenue**
**Corona, CA 92881**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**William & Amy Wu**
**607 E Norman Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**William & Georgia Marquardt**
**325 Vine Avenue**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

**William & Georgia Marquardt**
**325 Vine Avenue**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 0**

**Nonpriority creditor's name and mailing address**

**William & Lindy Y. Sum**
**28246 Rancho Pamelita**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.255 1**

**Nonpriority creditor's name and mailing address**

**William & Lindy Y. Sum**
**28246 Rancho Pamelita**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 2**

**Nonpriority creditor's name and mailing address**

**William & Nancy Mackay**
**3260 La Canada**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.255 3**

**Nonpriority creditor's name and mailing address**

**William & Stacey Rockwood**
**4965 Dunman Avenue**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

| 3.255 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Diebner**
**1786 Anastasia Drive**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William E. & Linda C. Durbin**
**13525 Joshua Lane**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William F. & Dawn M. Zoller**
**12391 Western Skies Way**
**Victorville, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William F. Nolan Jr. & Mei L. Nolan**
**16254 Cayenne Ridge Road**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William H. & Beverly M. Quan**
**3331 Burning Tree Drive**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William H. & Kristy A. Miller**
**3431 Withersed Lane**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Halsey**
**3563 Evening Canyon Road**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.256
1**

**Nonpriority creditor's name and mailing address**

**William J. & Evelyn J. Smith**
**6341 Prescott Court**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$500.00**

---

**3.256
2**

**Nonpriority creditor's name and mailing address**

**William J. & Evelyn J. Smith**
**6342 Prescott Court**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.256
3**

**Nonpriority creditor's name and mailing address**

**William Leff & Jesse D. Sweetwater**
**160 Rickard Drive**
**Aptos, CA 95003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.256
4**

**Nonpriority creditor's name and mailing address**

**William Ludwig II**
**2808 W Pillsbury Street**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$500.00**

---

**3.256
5**

**Nonpriority creditor's name and mailing address**

**William Ludwig II**
**2808 W Pillsbury Street**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.256
6**

**Nonpriority creditor's name and mailing address**

**William P. & Carina A. Arthur**
**28240 Langside Avenue**
**Santa Clarita, CA 91351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.256
7**

**Nonpriority creditor's name and mailing address**

**William R. & Renee R. Noble**
**4561 Rodeo Street**
**Montclair, CA 91763**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

**William T. Rothermel**
**27571 Niguel Village Drive**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

**Wilson, Sonsini, Goodrich & Rosati**
**PO Box 742866**
**Los Angeles, CA 90074-2866**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$274,334.04**

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

**Winifred A. Liston**
**30432 Rainbow View Drive**
**Agoura Hills, CA 91301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

**Wright Express**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,828.30**

---

**3.257 2**

**Nonpriority creditor's name and mailing address**

**Xin Guo**
**19799 Arroyo Crossing Drive**
**Walnut, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

**Xiuquan Xu**
**20180 Volterra Ln**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Yacov N. Telis & Eleonora Glater & Edwar**
**29038 San Remo Place**
**Castaic, CA 91384**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | 2:17-bk-16804-BR |
|---|---|---|---|
| | Name | | |

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Yan C. Lin & Yan C. H. Suen**
**502 East Camino Real Avenue**
**Arcadia, CA 91006**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**Yelena Smith**
**c/o Keith A. Fink & Associates**
**11500 W. Olympic Blvd.**
**Los Angeles, CA 90064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Litigation settlement__

Is the claim subject to offset? ■ No ☐ Yes

**$52,500.00**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Yelena T. Maravilla**
**7410 Wilbur Avenue**
**Reseda, CA 91335**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Yelena Travkina & Mark Povolotsky**
**6948 Orion Avenue**
**Van Nuys, CA 91406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**Yelena Travkina & Mark Povolotsky**
**6948 Orion Avenue**
**Van Nuys, CA 91406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

**Yerel & Stephanie Morales**
**7735 Minstead Avenue**
**Hesperia, CA 92345**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**Yesenia & Cord Nunez**
**15013 Mesa Oak Way**
**Salinas, CA 93907**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | American Solar Direct, Inc. | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.258 2**

**Nonpriority creditor's name and mailing address**

**Yiming Ma**
**91 Isabella Avenue**
**Atherton, CA 94027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**Yin & Jose G. Rosa**
**11750 Maywind Court**
**San Diego, CA 92131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**Yin M Yap & Gary K L Tsang**
**1121 Longfellow Avenue**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**Yin M Yap & Gary K L Tsang**
**1121 Longfellow Avenue**
**Campbell, CA 95008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**Ying Cui & Jiannliang B. Tsay**
**631 Dunwood Court**
**Brentwood, CA 94513**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Yolanda & Daniel Gilliland**
**1544 Markerry Avenue**
**El Cajon, CA 92019**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**Young C. & Ok Y. Choi**
**6034 W Avenue K6**
**Lancaster, CA 93536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **American Solar Direct, Inc.**
Name

Case number (if known) **2:17-bk-16804-BR**

| 3.258 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Young H. & Myong J. Song**
3940 Southhampton Road
Moorpark, CA 93021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yuanzhe Cai & Yan Wang**
54 Bombay
Irvine, CA 92620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yun Ho Kim & Catherine Margaret Grossi**
66 Bangor Court
San Ramon, CA 94582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yvonne A. Carrasco & Alida A. Paniaqua**
141 Santa Clara Drive
Vista, CA 92083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zachary Langton & Thomas & Christina Bro**
201 Laurent Street
Santa Cruz, CA 95060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zaleema & Bisram Samlall**
1467 Whispering Wind Lane
Corona, CA 92881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zaven Grigorian & Sandra Espinosa**
19100 Kinzie Street
Northridge, CA 91324

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**Zhen Xia & Jin Xu**
**111 Santa Cruz Road**
**Arcadia, CA 91007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**Zhi B. Xu & Jianwen Huang**
**17591 Edgewood Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Zoilo & Albina Contrano**
**23312 Figueroa Street**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**Zoilo & Albina Contrano**
**23312 Figueroa Street**
**Carson, CA 90745**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Central Court Newark LLC**<br>**c/o Chavez Management Group Inc**<br>**1860 El Camino Real Suite #500**<br>**Burlingame, CA 94010** | Line **3.357**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Daniel and Patricia MacLeith**<br>**1536 W. Embassy Street**<br>**Anaheim, CA 92802** | Line **3.520**<br>☐ Not listed. Explain _____ | _ |
| 4.3 | **David W. Lively and Matthew James**<br>**Hopkins & Carley**<br>**P.O. Box 1469**<br>**San Jose, CA 95109** | Line **3.1007**<br>☐ Not listed. Explain _____ | _ |
| 4.4 | **Excell Construction, Inc.**<br>**c/o Hart King**<br>**4 Hutton Centre Drive, Suite 900**<br>**Santa Ana, CA 92707** | Line **3.792**<br>☐ Not listed. Explain _____ | **9854** |

---

| Debtor | **American Solar Direct, Inc.** | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Jackson Lewis P.C.**<br>**200 Spectrum Center Dr., Ste. 500**<br>**Irvine, CA 92618** | Line **3.1033**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Konica Minolta Premier Finance**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087** | Line **3.591**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Law Offices of Felicia Katsarov**<br>**9431 Haven Avenue, Suite 232**<br>**Rancho Cucamonga, CA 91730** | Line **3.2277**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **SureTec Insurance Company**<br>**P.O. Box 5008**<br>**Woodland Hills, CA 91365** | Line **3.118**<br>☐ Not listed. Explain ____ | **0990** |
| 4.9 | **The Guerrini Law Firm**<br>**106 South Mentor Avenue, Suite 150**<br>**Pasadena, CA 91106** | Line **3.2030**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,199,664.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,199,664.31 |

**Fill in this information to identify the case:**

Debtor name **American Solar Direct, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:17-bk-16804-BR**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Print and Copy Agreement, Dated August 1, 2015. Leased equipment consists of printers, copiers and other office equipment. Term: 60 months** | |
| | State the term remaining | | **Aztec Leasing, Inc.** |
| | List the contract number of any government contract | | **2215 Vista Rodeo Drive San Diego, CA 92019** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of industrial real property located at 1552-56 W. Embassy Street, Anaheim, California 92802. Leased premises total approx. 14,000 square feet. Monthly rent is $10,500.00 per month (and will increase to $10,815.00 per month beginning in June, 2017).** | |
| | State the term remaining | **Lease Expiration Date: May 31, 2021** | **Daniel G. and Patricia A. MacLeith** |
| | List the contract number of any government contract | | **12102 LeAnn Drive Garden Grove, CA 92840** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease Agreement, Dated: June 24. 2013. Leased equipment consists of two Hyster E50Z forklifts.** | |
| | State the term remaining | **Initial Term: 36 months.** | **De Lage Landen** |
| | List the contract number of any government contract | | **1111 Old Eagle School Road Wayne, PA 19087** |

| Debtor 1 | **American Solar Direct, Inc.** | | | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Telematics Services Agreement dated January 5, 2012.** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise Fleet Management, Inc.** |
| | List the contract number of any government contract | | **17210 S. Main St.** |
| | | | **Gardena, CA 90248** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated February 8, 2016. Leased equipment consists of two Hyster H60FT lift trucks, and a Cascade B3F60SD fork. Lease Expiration Date: September 2019** | |
|---|---|---|---|
| | State the term remaining | | **Providence Capital Funding, Inc.** |
| | List the contract number of any government contract | | **3020 Saturn Street, Suite 203** |
| | | | **Brea, CA 92821** |

**Fill in this information to identify the case:**

Debtor name    **American Solar Direct, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:17-bk-16804-BR**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

   **1. Do you have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Andrew Benedek** | **P.O. Box 688**<br>**Rancho Santa Fe, CA 92067** | **Comerica Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brennan Mulcahy** | **16 Ingleview Drive**<br>**Caledon, ON L7C 1P3 Canada** | **Comerica Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Washington Gas Resources Corp.** | **c/o Karen Pancost**<br>**350 Hillandale Lane**<br>**Winchester, VA 22602** | **Comerica Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**American Solar Direct, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION__

Case number (if known) __**2:17-bk-16804-BR**__

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                         04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business ☐ Other _____ | $3,057,323.09 |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | $34,304,549.36 |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | $28,109,555.61 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **American Solar Direct, Inc.**                                    Case number *(if known)*  **2:17-bk-16804-BR**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See List of 90-Day Payments to Creditors attached as Schedule SOFA.3 hereto.** | | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See List of 1-Year Payments to Insiders attached as Schedule SOFA.4 hereto.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Enterprise FM Trust c/o Rgional Sales Manager 17210 S. Main St. Gardena, CA 90248** | **38 vehicles (cars, trucks, and vans) leased by the Debtor from Enterprise FM Trust ("Enterprise") pursuant to the Master Equity Lease Agreement dated January 5, 2012. All vehicles leased by Enterprise to the Debtor were returned during the period of April 17, 2017 through April 21, 2017.** | **April 17, 2017 through April 21, 2017** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  **American Solar Direct, Inc.**

Case number *(if known)* **2:17-bk-16804-BR**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Central Court Newark LLC v. American Solar Direct, Inc.**<br>RG17854343 | **Breach of Contract (real estate lease agreement)** | **Superior Court of State of California**<br>**County of Alameda - Limited Civil Juris.**<br>**24405 Amador Street**<br>**Hayward, CA 94544** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Commerce And Industry Insurance Company v. American Solar Direct, Inc.**<br>BC640539 | **Breach of Contract** | **Superior Court of State of California**<br>**County of Los Angeles**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Consolidated Electrical Distributors, Inc. d/b/a Davis Wholesale Electric Supply Company v. American Solar Direct, Inc.**<br>SC126128 | **Breach of Contract** | **Superior Court of State of California**<br>**County of Los Angeles**<br>**6230 Sylmar Avenue**<br>**Van Nuys, CA 91401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Dianne Paulette Lewis v. American Solar Direct, Inc.**<br>SF 2016008380 | **Consumer Complaint** | **California Dept. of Consumer Affairs Contractors State License Board (CSLB)**<br>**P.O. Box 26000**<br>**Sacramento, CA 95826** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Duane Ruth v. American Solar Direct, Inc.**<br>LC101713 | **Fraud** | **Superior Court of State of California**<br>**County of Los Angeles - Northwest**<br>**6230 Sylmar Avenue**<br>**Van Nuys, CA 91401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Dumas E. McGawley v. American Solar Direct, Inc.**<br>10-91581MM | **Labor Claim** | **State of CA Dept. of Industrial Relation**<br>**7575 Metropolitan Drive, Suite 210**<br>**San Diego, CA 92108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Excell Construction, Inc. v. American Solar Direct, Inc., et al.**<br>30-2017-00919854-CU-BC-CJC | | **Superior Court of State of California**<br>**County of Orange**<br>**700 W. Civic Center Drive**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Matias P. & Marcela V. Partida v. American Solar Direct, Inc.**<br>CM-1609-23282 | **Consumer Complaint** | **Santa Clara County - Office of D.A.**<br>**Mediation Services, Consumer Protection**<br>**70 West Hedding Street**<br>**San Jose, CA 95110** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **American Solar Direct, Inc.** | | Case number (if known) | **2:17-bk-16804-BR** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.9. | **Nicholas Meyer v. American Solar Direct Inc.**<br>**18-96730-NQ** | **Labor Claim** | **Labor Commissioner, State of California**<br>**Dept. of Industrial Relations - DLSE**<br>**605 West Santa Ana Blvd., Bldg. 28**<br>**Room 625**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Olive Martinez v. American Solar Direct Inc.**<br>**30-2016-00871855-CU-OE-CJC** | **Employment action** | **Superior Court of State of California**<br>**County of Orange**<br>**700 W. Civic Center Drive**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Olivier Philippousis v. American Solar Direct, Inc.**<br>**37-2016-00339376-SC-SC-CTL** | **Small Claims Action** | **Superior Court of State of California**<br>**Small Claims Court**<br>**330 W. Broadway**<br>**Room 71**<br>**San Diego, CA 92101** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.12. | **Renesola America Inc. v. American Solar Direct, Inc.**<br>**SC125896** | **Collections** | **Superior Court of State of California**<br>**County of Los Angeles - Santa Monica**<br>**1725 Main Street**<br>**Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Silvia Nunez, Cesar Hernandez v. American Solar Direct, Inc.**<br>**BC633852** | **Personal Injury (Motor Vehicle)** | **Superior Court of State of California**<br>**County of Los Angeles**<br>**111 North Hill Street, Dept. 97**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Ted Schwarzmann v. American Solar Direct Inc.**<br>**BC617604** | **Wrongful Termination** | **Superior Court of State of California**<br>**County of Los Angeles**<br>**111 North Hill Street, Dept. 39**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Yelena Smith v. American Solar Direct, Inc.**<br>**BC566673** | **Wrongful Termination** | **Superior Court of State of California**<br>**County of Los Angeles**<br>**111 North Hill Street, Dept. 51**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Petrella v. American Solar Direct, Inc.**<br>**10-90891MM** | **Labor Claim** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **American Solar Direct, Inc.**                                    Case number *(if known)* **2:17-bk-16804-BR**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.17. **Mag-Trol Long Beach, LLC v. American Solar Direct, Inc., et al.**<br>**BC660036** | **Claims for: breach of contract, open book account, accounts stated, goods sold and delivered, and claim on contractors license surety bond** | **Superior Court of State of California**<br>**111 N Hill St**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Independent Electric Supply, Inc. v. American Solar Direct, Inc., et al.**<br>**17CIV01772** | **Claims for breach of contract, agreed value of goods sold and delivered, reasonable value of goods sold and delivered, on account stated, on open book account and recovery against contractor's license bond** | **Superior Court of State of California**<br>**Hall of Justice and Records**<br>**400 County Center**<br>**Redwood City, CA 94063** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)*  **2:17-bk-16804-BR** |
| --- | --- | --- |

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Levene, Neale, Bender, et. al 10250 Constellation Boulevard Suite 1700 Los Angeles, CA 90067** | | | **$15,000.00** |
| | **Email or website address www.LNBYB.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **SST Construction, LLC 2731 Citrus Road, Suite D Rancho Cordova, CA 95472** | **A portfolio of 54 solar leases at various locations throughout Southern California** | **August 17, 2016** | **$475,000.00** |
| | **Relationship to debtor None** | | | |
| 13.2. | **Crius Solar, LLC c/o Crius Energy, LLC 535 Connecticut Avenue Attn: Chief Legal Officer Norwalk, CT 06854** | **Debtor's right, title and interest in, to and under certain Assigned Contracts, as set forth in that certain Assignment and Assumption Agreement dated as of March 11, 2017 entered into by the Debtor, Crius Solar, LLC and certain other parties.** | **March 11, 2017** | **$150,000.00** |
| | **Relationship to debtor None** | | | |

Debtor    **American Solar Direct, Inc.**                                     Case number *(if known)*    **2:17-bk-16804-BR**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.3 . | **Solar Alliance Services, Inc. 8989 Rio San Diego Drive, Suite 345 Attn: Mr. Jason Bak, Director San Diego, CA 92108** | **Substantially all of the Debtor's backlog of service contracts and the Assignment and Assumption Agreement with Crius Solar, LLC (and all future accounts receivable with respect thereto), transfer of certain staff, certain software, sales leads, confidential information related to the assets being transferred, web sites/domain names, telephone/telecopier numbers, e-mail addresses, all intangible rights, and goodwill of the Debtor.** | **April 27, 2017** | $4,673,888.07 (consisting of: (1) approximately $673,000 in cash; and (2) $4,000,000 in promissory notes based on the future performance of Solar Alliance Services, Inc.) |
| | Relationship to debtor **None** | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **11776 Wilshire Blvd., Suite 500 Los Angeles, CA 90025** | |
| 14.2. | **1556 W. Embassy Street Anaheim, CA 92802** | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Customer names, mailing addresses, date of birth, email addresses, and telephone numbers**
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

---

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* **2:17-bk-16804-BR** |
|---|---|---|

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **American Solar Direct 401(k) Plan** | EIN: **Plan No. 684625 (Debtor EIN: 27-0739016)** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Comerica Bank**<br>**226 Airport Parkway**<br>**San Jose, CA 95110-4348** | **XXXX-3740** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 21, 2017** | **$0.00** |
| 18.2. | **Comerica Bank**<br>**226 Airport Parkway**<br>**San Jose, CA 95110-4348** | **XXXX-3757** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 21, 2017** | **$0.00** |
| 18.3. | **Comerica Bank**<br>**226 Airport Parkway**<br>**San Jose, CA 95110-4348** | **XXXX-3765** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **APril 21, 2017** | **$0.00** |
| 18.4. | **Comerica Bank**<br>**226 Airport Parkway**<br>**San Jose, CA 95110-4348** | **XXXX-3849** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 21, 2017** | **$0.00** |
| 18.5. | **Comerica Bank**<br>**226 Airport Parkway**<br>**San Jose, CA 95110-4348** | **XXXX-3856** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 21, 2017** | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **American Solar Direct, Inc.**    Case number *(if known)*    **2:17-bk-16804-BR**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.6. | **Comerica Bank**<br>**226 Airport Parkway**<br>**San Jose, CA 95110-4348** | **XXXX-3864** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **April 21, 2017** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**8700 Mercury Lane**<br>**Pico Rivera, CA 90660** | **Andrew Schneider** | **Corporate documents (customer contracts, etc.)** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Debtor | **American Solar Direct, Inc.** | Case number *(if known)* | **2:17-bk-16804-BR** |
|---|---|---|---|

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Solar Direct LLC** | **Solar Direct LLC is a general partner of ASD Solar LP, a Delaware limited partnership formed to own and operate a portfolio of solar projects that include rooftop solar photovoltaic power generation systems to be located on property throughout the State of California** | EIN:    27-3838432<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Ramon Martinez**<br>**1022 Ontario Street**<br>**Oxnard, CA 93035** | |
| 26a.2.  **Ronnie Pham**<br>**6008 Maple Avenue #452**<br>**Dallas, TX 75235** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **American Solar Direct, Inc.**                    Case number *(if known)* **2:17-bk-16804-BR**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **BDO USA, LLP** **c/o Timothy Clackett and Soulaf Eid** **1888 Century Park East, 4th Floor** **Los Angeles, CA 90067** | **Spring 2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Jerry Lien** | **November 2016** | |

| Name and address of the person who has possession of inventory records |
|---|
| **American Solar Direct, Inc.** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Schneider** | | **President and Chief Executive Officer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See List of Shareholders attached as** | **Schedule SOFA.28.A hereto.** | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See List of Directors and Officers** | **attached as Schedule SOFA.28.B hereto.** | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Debtor    **American Solar Direct, Inc.**                     Case number *(if known)*  **2:17-bk-16804-BR**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See List of Officers and Directors** | **attached as Schedule SOFA.28.B hereto.** | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☒ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2017**

**/s/ Andrew Schneider**                          **Andrew Schneider**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President and Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Schedule SOFA.3

**American Solar Direct**

Check Payments 3.1.17 - 6.2.17

| Check Date | Vendor Name | Check Number | Check Amount |
|---|---|---|---|
| 3/1/2017 | Daniel G. & Patricia A. MacLeith | 131960 | $ 10,650.00 |
| 3/3/2017 | The Menzies Company, Inc. | 131961 | $ 4,000.00 |
| 3/13/2017 | Wells Fargo Insurance Services USA, Inc. | 131975 | $ 6,936.00 |
| 3/13/2017 | Wells Fargo Insurance Services USA, Inc. | 131976 | $ 23,952.00 |
| 3/13/2017 | Intermedia.net, Inc. | 131977 | $ 4,982.76 |
| 3/14/2017 | Keith A. Fink & Associates Client Trust Account | 131978 | $ 13,125.00 |
| 3/16/2017 | Dalton W. Sprinkle | 131979 | $ 3,000.00 |
| 3/31/2017 | Berkshire Hathaway Homestate Companies | 131981 | $ 50,207.04 |
| 4/6/2017 | Daniel G. & Patricia A. MacLeith | 131982 | $ 10,650.00 |
| 4/7/2017 | Dell Financial Services | 131983 | $ 358.26 |
| 4/7/2017 | Data Resolution | 131984 | $ 2,240.00 |
| 4/7/2017 | Unlimited Services Building Maintenance | 131985 | $ 1,080.00 |
| 4/13/2017 | Intermedia.net, Inc. | 132028 | $ 4,430.63 |
| 4/27/2017 | Data Resolution | 132038 | $ 1,960.00 |
|  |  | **$** | **137,571.69** |

**American Solar Direct**

Wire Payments 3.5.17 - 6.2.17

| Date | Amount | | Description |
|------|--------|---|-------------|
| 04/04/2017 | ($1,150.00) | x | sighten, inc sighten, i 170401 sighten, inc AMERICAN SOLAR DIRECT 2270465600 SIGHTEN, INC 0R0000009 |
| 04/06/2017 | ($68.99) | x | LEVEL2SECURITYAU PURCHASE 170405 ANDREW SCHNEIDE ANDREW SCHNEIDERINHOUS 3383693141 AN |
| 04/10/2017 | ($9,867.72) | x | AFCO PMT & WUSP 15FEE 170408 03-06176046-06 AMERICAN SOLAR DIRECT 9200503041 03-06176046-( |
| 04/11/2017 | ($895.02) | x | ANAHEIM UTILITY WEB_PAY APR 17 02632572040717 AMERICAN SOLAR DIRECT 3956000666 0263257204 |
| 04/11/2017 | ($534.02) | x | ANAHEIM UTILITY WEB_PAY APR 17 02632571040717 AMERICAN SOLAR DIRECT 3956000666 0263257104 |
| 04/11/2017 | ($1,128.06) | x | CLIENT ANALYSIS SRVC CHRG 170410 SVC CHGE 0317 000005738199057 DP12104288 SVC CHGE 0317 1O( |
| 04/12/2017 | ($11.24) | x | INFINTECH 5137611448 170411 201704110747348 American Solar Direct 1273846756 201704110747348 |
| 04/14/2017 | ($2,039.87) | x | Amur Equip Finan PAYMENT 170415 010000000389753 CO# 01 CUST# 029275 LEASE# 931712 TRAN#R75 |
| 04/18/2017 | ($3,638.97) | x | GREENSKY GrnSky Fee 170418 81021674 81021674 1204797123 81021674 0R00000091003655246230 |
| 04/26/2017 | ($260.09) | x | OC TOLL ROADS ROAD TOLLS 170425 2440329 MALONEY *CHRIS 0000077789 2440329 0R000000910042 |
| 04/27/2017 | ($18,782.10) | x | AFCO PMT & WUSP 15FEE 170427 03-06176046-06 AMERICAN SOLAR DIRECT 9200503041 03-06176046-( |
| 05/03/2017 | ($68.99) | x | LEVEL2SECURITYAU PURCHASE 170502 ANDREW SCHNEIDE ANDREW SCHNEIDERINHOUS 3383693141 AN |
| 05/04/2017 | ($10.75) | x | INFINTECH 5137611448 170503 201705030731503 American Solar Direct 1273846756 201705030731503 |
| 06/02/2017 | ($68.99) | x | LEVEL2SECURITYAU PURCHASE 170502 ANDREW SCHNEIDE ANDREW SCHNEIDERINHOUS 3383693141 AN |
| 06/02/2017 | ($10.70) | x | INFINTECH 5137611448 170503 201705030731503 American Solar Direct 1273846756 201705030731503 |

($38,535.51)

Schedule SOFA.4

| | Consulting/Mgmt Fee | Salary | PTO/Bonus | Expense Reimbursement * | Total Payments June 2016 - June 2017 |
|---|---|---|---|---|---|
| **Brennan Mulcahy (Chairman of Board)** | | $ 107,108.72 | | $ 45,378.26 | $ 152,486.98 |
| **Bantry Holdings Inc (Brennan's company)** | $ 42,541.42 | | | | $ 42,541.42 |
| **Adenium Energy Capital (Board members)** | $ 280,281.04 | | | | $ 280,281.04 |
| **Kevin Bauer (former CEO)** | | $ 249,230.75 | $ 18,750.00 | $ 154,375.60 | $ 422,356.35 |
| **Andrew Schneider (last CEO)** | $ 56,190.16 | $ 285,721.28 | | $ 131,528.28 | $ 473,439.72 |

* note: CEO's regularly had to purchase solar equipment on personal cards when ASD cashflow was depleted

*Brennan Mulcahy*

| $ | 15,239.33 | 6/2/2016 | Salary |
|---|---|---|---|
| $ | 15,194.45 | 6/27/2016 | Salary |
| $ | 15,024.83 | 6/29/2016 | Salary |
| $ | 15,220.44 | 7/11/2016 | Salary |
| $ | 15,436.21 | 7/27/2016 | Salary |
| $ | 15,626.48 | 8/11/2016 | Salary |
| $ | 15,366.98 | 9/7/2016 | Salary |
| $ | 22,309.78 | 4/28/2017 | expenses |
| $ | 22,309.78 | 5/31/2017 | expenses |

*Bantry Holdings Inc*

| $ | 13,446.04 | 7/19/2016 | Consulting Fee |
|---|---|---|---|
| $ | 1,345.38 | 7/19/2016 | Consulting Fee |
| $ | 24,000.00 | 5/31/2017 | Consulting Fee |
| $ | 3,750.00 | 6/2/2017 | Consulting Fee |

*Adenium Energy Capital*

| $ | 70,000.00 | 12/6/2016 | Mgt Fee |
|---|---|---|---|
| $ | 61,000.61 | 7/27/2016 | Mgt Fee |
| $ | 70,000.00 | 10/4/2016 | Mgt Fee |
| $ | 18,374.97 | 10/14/2016 | Mgt Fee |
| $ | 60,905.46 | 1/3/2017 | Mgt Fee |

*Kevin Bauer*

| $ | 11,538.46 | 6/7/2016 | Salary |
|---|---|---|---|

| | | | |
|---|---|---|---|
| $ | 11,538.46 | 6/21/2016 | Salary |
| $ | 11,538.46 | 7/5/2016 | Salary |
| $ | 11,538.46 | 7/19/2016 | Salary |
| $ | 11,538.46 | 8/2/2016 | Salary |
| $ | 11,538.46 | 8/16/2016 | Salary |
| $ | 11,538.46 | 8/30/2016 | Salary |
| $ | 11,538.46 | 9/13/2016 | Salary |
| $ | 11,538.46 | 9/27/2016 | Salary |
| $ | 11,538.46 | 10/11/2016 | Salary |
| $ | 11,538.46 | 10/25/2016 | Salary |
| $ | 11,538.46 | 11/8/2016 | Salary |
| $ | 11,538.46 | 11/22/2016 | Salary |
| $ | 11,538.46 | 12/6/2016 | Salary |
| $ | 11,538.46 | 12/20/2016 | Salary |
| $ | 11,538.46 | 1/3/2017 | Salary |
| $ | 11,538.46 | 1/17/2017 | Salary |
| $ | 11,538.46 | 1/31/2017 | Salary |
| $ | 11,538.46 | 2/14/2017 | Salary |
| $ | 30,000.01 | 2/14/2017 | Salary |
| $ | 9,191.26 | 6/3/2016 | expenses |
| $ | 11,758.99 | 7/8/2016 | expenses |
| $ | 7,597.66 | 8/31/2016 | expenses |
| $ | 5,174.40 | 9/29/2016 | expenses |
| $ | 3,978.11 | 10/19/2016 | expenses |
| $ | 12,247.03 | 11/21/2016 | expenses |
| $ | 68,189.14 | 12/9/2016 | expenses |
| $ | 13,745.86 | 1/20/2017 | expenses |
| $ | 19,691.22 | 1/25/2017 | expenses |
| $ | 2,203.99 | 2/6/2017 | expenses |
| $ | 597.94 | 4/13/2017 | expenses |
| $ | 15,000.00 | 5/31/2017 | PTO/bonus |
| $ | 3,750.00 | 6/2/2017 | PTO/bonus |

*Andrew Schneider*

| | | | |
|---|---|---|---|
| $ | 10,884.62 | 6/7/2016 | salary |
| $ | 10,884.62 | 6/21/2016 | salary |

| | | | |
|---|---|---|---|
| $ | 10,884.62 | 7/5/2016 | salary |
| $ | 10,884.62 | 7/19/2016 | salary |
| $ | 10,884.62 | 8/2/2016 | salary |
| $ | 10,884.62 | 8/16/2016 | salary |
| $ | 10,884.62 | 8/30/2016 | salary |
| $ | 10,884.62 | 9/13/2016 | salary |
| $ | 10,884.62 | 9/27/2016 | salary |
| $ | 10,884.62 | 10/11/2016 | salary |
| $ | 10,884.62 | 10/25/2016 | salary |
| $ | 10,884.62 | 11/8/2016 | salary |
| $ | 10,884.62 | 11/22/2016 | salary |
| $ | 10,884.62 | 12/6/2016 | salary |
| $ | 10,884.62 | 12/20/2016 | salary |
| $ | 10,884.62 | 1/3/2017 | salary |
| $ | 10,884.62 | 1/17/2017 | salary |
| $ | 10,884.62 | 1/31/2017 | salary |
| $ | 10,884.62 | 2/14/2017 | salary |
| $ | 10,884.62 | 2/28/2017 | salary |
| $ | 10,884.62 | 3/14/2017 | salary |
| $ | 10,884.62 | 3/29/2017 | salary |
| $ | 10,884.62 | 4/11/2017 | salary |
| $ | 10,884.62 | 4/18/2017 | salary |
| $ | 24,490.40 | 4/18/2017 | salary/PTO |
| $ | 21,729.24 | 5/16/2017 | salary (May) |
| $ | 34,460.92 | 5/31/2017 | salary (June/July) |
| $ | 30,000.00 | 11/29/2016 | expenses |
| $ | 46,997.01 | 12/13/2016 | expenses |
| $ | 20,169.13 | 1/20/2017 | expenses |
| $ | 10,785.84 | 4/13/2017 | expenses |
| $ | 21,769.24 | 4/27/2017 | expenses |
| $ | 1,807.06 | 5/31/2017 | expenses |

Schedule SOFA.28.A

Investors (Preferred Comp to Common) (p12)

| Investor | Contact | Email | Mailing Address |
|---|---|---|---|
| Clifton Gardens Holdings Inc. (formerly held as 1373153 Ontario Ltd.) | Paul Goddard, President | *pgoddard@pizzapizza.ca* | Clifton Gardens Holdings Inc. c/o Paul Goddard 500 Kipling Avenue Toronto, ON, M8Z 5E5 |
| Antonio Amaro | Antonio Amaro | *tony@opusrestaurant.com* | Antonio Amaro 53 Chestnut Park Rd. Toronto, ON M4W 1W7 |
| Arklow Holdings Ltd. | Paul Gibney, President | *pgibney@thor.ca* | Arklow Holdings Ltd. c/o Paul Gibney, President, at Thorsteinssons Bay Wellington Tower 3300 – 181 Bay Street Toronto, ON M5J 2T3 |
| Burnaby Business Solutions Inc. (formerly under ASD 2010 Trust) | **B. Donaldson – CONFIDENTIAL** | *Robert (Bob) Donaldson <BDonaldson@justenergy.com>* | **Mailing:** c/o Scotia McLeod 40 King Street West, 49th Floor Toronto, ON M5H 3Y2 Attn:  Melissa McTavish Melissa_mctavish@scotiamcleod.com 416-945-4620 |
| Avenue Energy Trust Schoevest Investment Inc. | JackGas Inc., trustee (by its President, Jack Schoenmakers | *jschoe@rogers.com* | Avenue Energy Trust c/o JackGas Inc., trustee 914 Deer Ridge Court Kitchener, ON N2P 2L3 |
| Paolo Bombino | Paolo Bombino | *pbombino@icloud.com* | Paolo Bombino 20 Fifth Ave. Pointe Claire, Quebec H9S 5C7 |
| R. Geoffrey Browne R. Geoffrey Browne Family Trust | Geoff Browne | *geoffbrowne@mwipartners.com* | Geoff Browne 187 Cottingham St. Toronto,ON M4V 1C4 |
| Theo. A. Burrows Lumber Company Limited (formerly held as James W. Clarke Investments Inc.) | James W. Clarke, President | *jwclarke@burrowslumber.com* | Theo. A. Burrows Lumber Company Limited c/o James Clarke 1223 Wellington Crescent Winnipeg, MB R3N 0A1 |
| Dan Cooper | Dan Cooper | *dan@dancooper.com* | Daniel Ross Cooper 24 Shorewood Place Oakville, ON L6K 3Y4 |
| David A. Currie | David Currie | *davidcurrie@xplornet.com* | David A. Currie 5160 Westney Rd. Claremont, ON L1Y1A1 |
| Del Sorbo Family Trust | Matteo Del Sorbo, trustee | *edelsorbo@rogers.com* nick del sorbo *nick.delsorbo@gmail.com* *Matteo.DelSorbo@magna.com [magnaclosures.com email is old; only send to magna.com]* | Del Sorbo Family Trust c/o Matteo del Sorbo, trustee 25 Pheasant Lane Etobicoke, ON M9A 1T3 *Elvio's address is: 25 Pheasant Lane Toronto  Ontario  M9A 1T3* |

| | | | |
|---|---|---|---|
| Michael Doner<br>Jacintha Doner<br>Doner Family Trust | Michael Doner | *mdoner@AbacusPE.com* | Michael Doner<br>Jacintha Doner<br>87 Chaplin Cr.<br>Toronto, ON M5P 1A4 |
| Stephen Farnham and Julie Bergeron | Stephen Farnham and Julie Bergeron | *steve@farnhamco.ca*<br>*julie@jeft.ca* | Stephen Farnham and Julie Bergeron<br>1475 Carmen Drive,<br>Mississauga, ON L5G 3Z2 |
| Jones Gable c/o Felicia Ross | Isabel Beer | *Hugh Will Contact Directly<br>*ibeer@jonesgable.com*<br>*dross@jonesgable.com* | Jones, Gable & Company Limited<br>A/C F. Ross<br>Suite 1000 – 110 Yonge Street<br>Toronto, Ontario M5C 1T6<br>Isabel# 416/365-8034 |
| Catherine King | Catherine King | *manfredschaper@me.com*<br>*crobking@eastlink.ca* | Catherine King<br>No 12 Blue Heron Rd.<br>Seabright Nova Scotia<br>B3Z3C6<br><br>1005 Sutherlands Pt, Gravenhurst, Ontario,<br>P1P1R1 |
| Ronald S. Lloyd | Ronald S. Lloyd | *ron.lloyd@credit-suisse.com* | Ronald S. Lloyd<br>118 Stretford Cres.<br>Toronto Ont. M4N 1C8<br>Mobile: 416-606-8455<br>Work: 416-352-4501 |
| Scott Marentette | Scott Marentette | *scott.marentette@hp.com* | Scott Marentette<br>50 Ladyslipper Court<br>Thornhill, ON L3T 2S7<br>(416) 402-6889 |
| Tina Mulcahy | Tina Mulcahy | *tinamulcahy@rogers.com* | Tina Mulcahy<br>35 Caledon Mountain Estate Drive<br>Caledon, ON L7K 0G1 |
| Neo International Investments Ltd. | Andrew Benedek | *andrew@benedek-inc.com*<br>#<br>*Diana@benedek-inc.com*<br>*Send emails to both so that Diana (his wife) can follow up with him.<br>Cc: consider cc'ing Raf as well depending on type of correspondence | Neo International Investments Ltd.<br>PO Box 688<br>Rancho Santa Fe, CA<br>92067<br>[6565 Calle Reina] |
| Scott Prokosch | Scott Prokosch | *scottp@bccgroup.ca* | BCC Properties Inc.<br>c/o Scott Prokosch<br>1301 Fewster Drive<br>Mississauga, ON L4W 1A2 |
| Rathdrum Management Services Limited | Brennan Mulcahy | *bren@brmulcahy.com* | Rathdrum Management Services Limited<br>c/o Brennan Mulcahy<br>16 Ingleview Dr,<br>Caledon, ON L7C1P3 |
| Roadmap Innovation Funds | Hugh Cleland<br>Dana Campeis | *hc@roadmapcapitalinc.com*<br>*dc@roadmapcapitalinc.com* | c/o Hugh Cleland, CIO and Portfolio Manager<br>Roadmap Innovation Fund I<br>130 Bloor Street, Suite 603<br>Toronto, ON M5S 1N5 |

| | | | |
|---|---|---|---|
| John Roche | [note: send communications to Wolfgang Pazzulla and John Roche; **Roche does not wish his name distributed or known to other investors, etc.**— Wolfgang is a trustee who signed the additional documents; Roche's email is the bigirish email] | _wolfgang.pazulla@sympatico.ca;_ _bigirish2011@outlook.com_ | John Roche c/o Wolfgang Pazulla, trustee 16 Four Seasons Place, Ste. 202 Toronto, ON M9B 6E5 |
| Voltek Construction Corporation | Tamara Pariselli, President | _dparis@hiltongroup.ca_ | Voltek Construction Corporation c/o Tamara Pariselli, President 47 Shaft Rd. Toronto, ON M9W4M3 |
| Washington Gas Resources Corp. | Rick Moore Gautam Chandra | _RichardMoore@washgas.com_ _GautamChandra@washgas.com_ | Washington Gas Resources Corp. c/o Karen Pancost 350 Hillandale Lane Winchester, VA  22602 |
| Jeffery and Sangeeta Zajac & Jeff and Mike Zajac | Jeffery and Sangeeta Zajac & Jeff and Mike Zajac | _jeff@solusone.com_ | Jeffery and Sangeeta Zajac 5 Rowntree Rd., Apt 902 Toronto, ON M9V 5G9 |
| Peninah Brickman | Peninah Brickman | _peninah@bell.net_ | Peninah Brickman 489 Coldstream Ave Toronto, ON M5N1Y6 |
| Jason Mackey | Jason Mackey | _jmackey@rogers.com_ | Jason Mackey 91 Heddington Avenue Toronto, ON M5N 2K9 |
| Falkland Investments | Gene Gomes | _Consultancy@live.ca_ | Falkland Investments Ltd. c/o Gene Gomes Brookfield Place, T-D Canada Trust Tower Toronto, ON M5J 2S1 |
| Young Guns Fisheries | Rod Bain | _younggunsfisheries@icloud.com_ | Young Guns Fisheries Limited c/o Rod Bain 754 Pembroke Road Pembroke, Nova Scotia B5A 5H3 |
| Clifton Gardens Holdings Inc. | Paul Goddard | _pgoddard@pizzapizza.ca_ _pgoddard@gmail.com._ | Clifton Gardens Holdings Inc. Attn: Paul Goddard 79 Wellington Street West, Suite 300 Toronto, ON M5K 1N2 |
| RPS Global Inc. | Manfred Schaper | _manfredschaper@me.com_ | c/o Manfred Schaper No. 12 Blue Heron Road Seabright, Nova Scotia B3Z3C6 |
| Clarise Chauvin | Clarise Chauvin | _Chauvin, Clarise clarise.ch@gmail.com_ | 8283 Patterson Sideroad Palgrave, ON, L7E 0J4 |
| TJM Holdings | Tim Mulcahy | _tim.mulcahy@owenergy.com_ | c/o Tim Mulcahy 2 Bloor Street West, Suite 704 Toronto, ON M4W 3R1 |

| | | | |
|---|---|---|---|
| Timothy Lang | | timlang@ver... | ...t Pleasant Blvd.<br>Toronto, On  M4T 1J8 |
| Andrew Schneider | | *aschneider@americansolardirect.com* | 16042 Valley Meadow Place<br>Encino, CA 91436 |
| Corporate Flight | Adam Keller | *Adam Keller <adam@chartright.com>* | c/o Adam Keller<br>P.O. Box 155<br>Hillsburgh, ON N0B 1Z0 |
| Jerzy George Rependa | | *George Rependa*<br>*<george.rependa@executive-*<br>*aircraft.com>* | 4602-183 Wellington Street West,<br>Toronto, Ontario M5V0A1 |
| Jason Allan Herod | | *Jason Herod <jasonherod@yahoo.ca>* | 52 Grayfield Drive<br>Stouffville, ON L4A 0B1 |
| Prosser Wealth Management | Eric Prosser<br>c/o Tracy Beairsto | *tracy@pwmi.ca* | Prosser Wealth Management Inc.<br>21-908-17th Avenue SW<br>Calgary, Alberta T2T 0A3 |
| Roadmap ASD LP Entities Confidential - Dunford Morse Green Oswald | Jerome Morse<br>Stan Dunford<br>Morse<br>Green<br>Oswald | *Hugh will contact directly* | Roadmap ASD LP<br>c/o Hugh Cleland<br>Roadmap Innovation Fund I<br>130 Bloor Street, Suite 603<br>Toronto, ON M5S 1N5 |
| Kirk Brannon | Kirk Brannon | *kbrannon@brannonsteel.com* | 12 Tilbury Court<br>Brampton, ON, L6T 3T4 |
| Stephane Bitton | Stephane Bitton | *sbitton@telga.net* | 21 Lochleven<br>Richardson, TX 75082 |
| Robert Lewis | Robert Lewis | *robertlewis1930@gmail.com* | 26 Ingleview Drive<br>Caledon, ON L7C 1P3 |
| 2411499 Ontario | Borys Chartchenko | *borys.chartchenko@rodanenergy.com* | 165 Matheson Blvd. East, Suite 6<br>Mississauga, Ontario, L4Z 3K2 |
| 2411501 Ontario | Paul Grod | *paul.grod@rodanenergy.com* | 165 Matheson Blvd. East, Suite 6<br>Mississauga, Ontario, L4Z 3K2 |
| Adenium  Energy Capital Ltd. | Wassef Sawaf<br><br>Youssef Chaker<br><br>Mounir Kuzbari<br><br>Fausto Gonzalez-Taveras | *wassef.sawaf@adeniumcapital.com*<br><br>*Youssef.chaker@adeniumcapital.com*<br><br>*mounir.kuzbari@adeniumcapital.com*<br><br>*fausto.gt@adeniumcapital.com* | Adenium Energy Capital<br>PO Box 506773<br>Liberty House Tower Suite 918<br>Dubai, United Arab Emirates |
| Laurent Fischer, Trustee, Fischer Living Trust, dates July 07, 2007 | Laurent Fischer | *lfischer@tobiratherapeutics.com* | 1890 Broadway, Suite 505<br>San Francisco, CA 94109 |
| Jerome R. Morse Law Firm Professional Corporation | Jerome Morse | *jmorse@morseshannon.com*<br>cc Assistant:<br>*JBoscheratto@morseshannon.com* | 1 Adelaide Street East, Suite 1001<br>PO Box 196<br>Toronto, ON  M5C 2V9<br>416-863-1230 |

Schedule SOFA.28.B

Investors (Preferred Conp to Common amt2)

| Position | Member | Email | Mailing Address |
|---|---|---|---|
| Board (Chair) | Brennan Mulcahy | *bren@brmulcahy.com* | Rathdrum Management Services Limited<br>c/o Brennan Mulcahy<br>16 Ingleview Dr,<br>Caledon, ON L7C1P3 |
| Board members (resigned March 31/17) | Hugh Cleland<br>Riadh Zine | *hc@roadmapcapitalinc.com*<br>*rz@roadmapcapitalinc.com*# | Roadmap Innovation Fund I<br>130 Bloor Street, Suite 603<br>Toronto, ON M5S 1N5 |
| Board members (resigned March 16/17) | Gautam Chandra<br>Adrian Chapman | *GautamChandra@washgas.com*<br>*AdrianChapman@washgas.com* | Washington Gas Resources Corp.<br>c/o Karen Pancost<br>350 Hillandale Lane<br>Winchester, VA  22602 |
| Board member (resigned March 8/17)# | Raf Simon | *rafael@rdsimon.com* | 1135 *Charm* Acres PL, *Pacific Palisades*, CA 90272 |
| Board member (resigned March 8/17)# | Paul Gibney | *pgibney@thor.ca* | c/o Paul Gibney, President, at Thorsteinssons<br>Bay Wellington Tower<br>3300 – 181 Bay Street<br>Toronto, ON M5J 2T3 |
| Board members (resigned March 8/17) | Wassef Sawaf<br><br>Youssef Chaker<br><br>Mounir Kuzbari | *wassef.sawaf@adeniumcapital.com*<br><br>*Youssef.chaker@adeniumcapital.com*<br><br>*mounir.kuzbari@adeniumcapital.com* | Adenium Energy Capital<br>PO Box 506773<br>Liberty House Tower Suite 918<br>Dubai, United Arab Emirates |
| Board Member and CFO (resigned from board March 8/17, resigned as CFO March 11/17) | Darren Cruickshank | *darren.cruickshank@adeniumcapital.com*# | Adenium Energy Capital<br>PO Box 506773<br>Liberty House Tower Suite 918<br>Dubai, United Arab Emirates |
| Board Observer (resigned March 20, 17) | Rick Moore | *richard.moore@wglenergy.com* | Washington Gas Resources Corp.<br>c/o Karen Pancost<br>350 Hillandale Lane<br>Winchester, VA  22602 |
| CEO | Andrew Schneider | *aschneider@americansolardirect.com* | 16042 Valley Meadow Place<br>Encino, CA 91436 |
| Former CEO (resigned Feb. 3/17) | Kevin Bauer | | 8152 Pale Moon Road, Rancho Santa Fe, CA, 92067, US |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **American Solar Direct, Inc.**          Case No.   **2:17-bk-16804-BR**

                             Debtor(s)                           Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept                $        **15,000.00**

     Prior to the filing of this statement I have received       $        **15,000.00**

     Balance Due                                  $            **0.00**

2.   $ **335.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Other than the scope of services expressly set forth, all other matters are excluded, including, without limitation, all litigation and discovery (including R. 2004 examinations).**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 16, 2017**                             **/s/ Ron Bender**

*Date*                                           **Ron Bender 143364**

                                                      *Signature of Attorney*

                                                      **Levene, Neale, Bender, Yoo & Brill LLP**

                                                      **10250 Constellation Blvd.**

                                                      **Suite 1700**

                                                      **Los Angeles, CA 90067**

                                                      **(310) 229-1234**

                                                      *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **143364** | |

☐ *Debtor(s) appearing without an attorney*

☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

   **American Solar Direct, Inc.**

CASE NO.: 2:17-bk-16804-BR

CHAPTER: **7**

**VERIFICATION OF MASTER**
**MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

                                                          Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __303__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: June 16, 2017

/s/ Andrew Schneider
Signature of Debtor 1

Date:

Date:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              **F 1007-1.MAILING.LIST.VERIFICATION**

American Solar Direct, Inc.
11766 Wilshire Blvd., Suite 500
Los Angeles, CA 90025


Ron Bender
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Aaron G. Vawter
2043 Sequoia Drive
Martinez, CA 94553


Aaron J. & Melissa B. Franz
481 N Seranado Street
Orange, CA 92869


Aaron M. Nguyen-White & Liza A. White
1167 Whispering Water Drive
San Marcos, CA 92078


ABC Supply Co. Inc.
PO Box 748242
Los Angeles, CA 90074


Abdo Akil & Australia Howard
58 Elderwood
Aliso Viejo, CA 92656


Abel G & Ana M. Hurtado
550 Scenic Trail Place
Chula Vista, CA 91914

Abraham & Anita Yazbek
121 Melrose Drive
Mission Viejo, CA 92692


Abraham & Hermine Maissian
18144 Guildford Lane
Northridge, CA 91326


Actsoft Inc.
10006 N. Dale Mabry Hwy, Ste. 100
Tampa, FL 33618


Adam Lesh
5444 Gentry Avenue
North Hollywood, CA 91607


Adelynn L. & Eric E. Spiecker
24409 El Molina Avenue
Valencia, CA 91355


Adenium Energy Capital Ltd.
Emirates Fin. Towers/S. Tower/6th F
Dubai Int'l Fin. Ctr., POB 506773
Dubai, United Arab Emirates


Aditya & Kavita Soni
4738 San Lucas Way
San Jose, CA 95135


Adrian Perez
17632 Mayall Street
Northridge, CA 91325

Adriana Sanchez-Aldana
4326 Adams Avenue
San Diego, CA 92116


Adrienne Wilke
7618 Windflower Court
Corona, CA 92880


AEE Solar, Inc.
775 Fiero Lane, Suite 200
San Luis Obispo, CA 93401


Aflac Insurance
World Headquarters
Columbus, GA 31999


Agapito & Leonila Mallari
21205 Anza Avenue
Torrance, CA 90503


Agapito & Leonila Mallari
7917 Melita Avenue
North Hollywood, CA 91605


Aguilar Construction Co.
P.O. Box 21027
El Cajon, CA 92021


Agustin & Martha Flores
903 Moro Court
Gilroy, CA 95020

Ahmad Brooks
2210 Terra Nova Lane
San Jose, CA 95121


Ahmad Shirehjini & Aghdas Haghi
23001 Brenford Street
Woodland Hills, CA 91364


Ahmed Kris Abadilla
21319 Island Avenue
Carson, CA 90745


Aiden Avila
42712 56th Street W
Lancaster, CA 93536


Akil Mcelhannon & Christina C. Ramirez
6023 W Avenue K1
Lancaster, CA 93536


Al H Abraham & Hamideh F. Panahi
7409 Circulo Sequoia
Carlsbad, CA 92009


Alan & Anahita Bunce
6515 Avenida Del Paraiso
Carlsbad, CA 92009


Alan & Victoria Cullen
6436 Hayes Drive
Los Angeles, CA 90048

Alan Auyeung & Surinna N. Yeung
1600 Cabrillo Avenue
Alhambra, CA 91803


Alan E. Stansberry
3518 Tanglewood Avenue
Rosamond, CA 93560


Alan G. & Barbara B. Knox
217 North Milton Avenue
Campbell, CA 95008


Alan W. & Donna M. Howerton
43635 Castle Circle
Lancaster, CA 93535


Alazar Tesfamariam
4204 Cobalt Drive
La Mesa, CA 91941


Albert & Vivian Wong
1637 East Gate Way
Pleasanton, CA 94566


Albert G. & Kathleen L. Gratton
1430 Whispering Pines Drive
Scotts Valley, CA 95066


Albert L. & Glenda C. Alfante
6912 San Paco Circle
Buena Park, CA 90620

Albert P. & Jocelyn M. Manabat
1323 Greenwood Avenue
Torrance, CA 90503


Alberto & Aimee N. Acosta
18202 Heather Way
Yorba Linda, CA 92886


Alberto & Felicitas Ulloa
625 Via Porlezza
Chula Vista, CA 91914


Alberto C. Alvarado
13747 Camino Cinco
Victorville, CA 92392


Alberto T. & Jeany A. Mendoza
21190 John Irwin Drive
Walnut, CA 91789


Alejandro Umansky
2610 31st Street
Santa Monica, CA 90405


Alex & Sara Lehmann
24009 Via Cresta
Valencia, CA 91354


Alex A. Martinez & Vanessa N. Villa
44465 Ranchwood Avenue
Lancaster, CA 93536

Alex Berrocal
5536 Morella Avenue
Valley Village, CA 91607


Alex Loewenthal & Patricia Chamness
c/o Law Offices of Michael Tudzin
5700 Canoga Avenue, Suite 300
Woodland Hills, CA 91367-6572


Alex Luevano
1103 Novarro Street
West Covina, CA 91791


Alex Morales & David N. Connors
13346 Valley Vista Boulevard
Sherman Oaks, CA 91423


Alexandra & Michael Traxler
2148 Stoneman Street
Simi Valley, CA 93065


Alexis Tovar & Xochilt Gonzalez
1140 Caperton Street
Lancaster, CA 93535


Alfonso B. & Palmyra R. Villamora
10091 Jacoby Road
Spring Valley, CA 91977


Alfonso O. & Rufina S. Perez
2292 Grafton Street
Simi Valley, CA 93063

Alfred A. & Barbara L. Hepner
1820 Paseo del Cajon
Pleasanton, CA 94566


Alfredo & Ana L. Villegas
14105 Lemon Valley Avenue
Corona, CA 92880


Alfredo & Timothy Lopez
230 East Mount Diablo Avenue
Tracy, CA 95376


Alfredo J. Capetillo
2766 Sadlers Creek Road
Chula Vista, CA 91914


Alfredo Jimenez & Justina Meza
6423 Creighton Circle
Moorpark, CA 93021


Ali Akbar Mohajeri
20006 Gypsy Lane
Woodland Hills, CA 91364


Alicia Frausto & Rachel Frausto
8596 Hemlock Way
Buena Park, CA 90620


Alison M. Mefferd
627 Shaw Court
Tracy, CA 95376

Alita A. & Fernando Baysac
2811 Caspian Avenue
Long Beach, CA 90810


Allan & Catherine Lozada
2890 Oregold Lane
Brentwood, CA 94513


Allan & Maureen Herrod
26741 Cuenca Drive
Mission Viejo, CA 92691


Allan & Ritchie Q. Zaraspe
36875 Quasar Place
Murrieta, CA 92563


Allen & Lorene Myles
1399 Sunflower Lane
Brentwood, CA 94513


Allen Anderson
26825 Elk Creek Court
Sun City, CA 92586


Allen J. & Anita R. Fleming
33648 Rosewood Circle
Temecula, CA 92592


Allison M Lane
12212 Hatteras Street
North Hollywood, CA 91607

Alma Lara
721 2nd Street
Fillmore, CA 93015


Alvin & Salwyn Hardy
6264 El Palomino Drive
Riverside, CA 92509


Alvin Baldado & Maria T. Plamenco
41126 Pascali Lane
Lake Elsinore, CA 92532


Amber Lyles & Joel Crotzer
43410 Alep Street
Lancaster, CA 93536


American Beverage Equipment, Inc.
P.O. Box 28646
San Jose, CA 95159-8646


Amir Omerbegovic
29 Maduro Street
Rancho Mission Viejo, CA 92694


Amit & Sara Ghoshal
24368 El Molina Avenue
Valencia, CA 91355


Amit & Sara Ghoshal
24361 El Molina Avenue
Valencia, CA 91355

Amos & Tina Travis
406 Calle Macho
San Clemente, CA 92673


Amur Equipment Finance
P.O. Box 979285
Miami, FL 33197-9285


Amy & Joey Wang
521 N Morris Avenue
West Covina, CA 91790


Amy Hiestand & Michael Casendino
122 Fiesta Circle
Orinda, CA 94563


Amy S. & Kenten A. Dawson
1342 Guerrero Court
Milpitas, CA 95035


Ana Flora
37439 Pippin Lane
Palmdale, CA 93551


Ana Marie & Jonathan A. Molo
25233 Coral Canyon Road
Corona, CA 92883


Anaheim Public Utilities
Anaheim Fire & Rescue
Attn: Accounts Receivable
Anaheim, CA 92805

Analynn L. & Riko C. Quinones
2292 Orchard Circle
Corona, CA 92882

Andrea Arhelger
43935 Encanto Way
Lancaster, CA 93536

Andrea Arhelger
4737 West Avenue L13
Quartz Hill, CA 93536

Andrea L. & Neil G. Cascia
2117 Sun Valley Road
San Marcos, CA 92078

Andrea Leandro & Perry Chicaine
1369 Stonehaven Drive
Brentwood, CA 94513

Andres & Laura Maria Huerta
1503 Arguello Street
Redwood City, CA 94063

Andres G. Tejeda & Laysha C. Collins
6216 Tangelo Place
Simi Valley, CA 93063

Andrew & Karen T. Paterno
4858 Bannock Circle
San Jose, CA 95130

Andrew & Rosemary Schneider
16042 Valley Meadow Pl
Van Nuys, CA 91436


Andrew Benedek
P.O. Box 688
Rancho Santa Fe, CA 92067


Andrew Gary & Karen Lynn Malkin
7559 Agua Dolce Court
Carlsbad, CA 92009


Andrew J. & Cheryl K. Zimmerman
16613 Berryheath Court
Chino Hills, CA 91709


Andrew K. Madison
37716 Adela Court
Palmdale, CA 93552


Andrew P. & Brandi K. Brotherton
2031 Costero Hermoso
San Clemente, CA 92673


Andrew Rodriguez
938 Chestnut Street
Ontario, CA 91762


Andrew T. & Jessica B. Chambers
29265 Quincy Street
Castaic, CA 91384

Andrew Y. Wong & Hang C. Kwong
6833 San Rafael Court
Fontana, CA 92336


Andrey Gerasimov & Alena Klimianok
4715 Lindblade Drive
Culver City, CA 90230


Andy A. Vinh & Nonny T. Huynh
10617 Rose Circle
Cerritos, CA 90703


Andy Anh Quang
5479 Bergen Street
San Diego, CA 92117


Andy Bigbee
1249 Gamble Street
Escondido, CA 92026


Andy Grimm & Sonya Salame
736 Iris Avenue
Imperial Beach, CA 91932


Andy J. Horney
3440 Granite Court
Rosamond, CA 93560


Andy Quang
5479 Bergen Street
San Diego, CA 92117

Angel & Brandae Rossini
2830 McCulloch Street
Camarillo, CA 93010


Angel & Maria G. Alvarado
2925 Tumbleweed Street
Ontario, CA 91761


Angel & Yolanda Serrano
1594 Woodlark Court
Chula Vista, CA 91911


Angel Bravo
1130 W Occidental Street
Santa Ana, CA 92707


Angel L. Ramos-Rojas
172 Sierra Way
Chula Vista, CA 91911


Angel L. Ramos-Rojas
513 Sequoia Street
Chula Vista, CA 91911


Angel Valdes & Lourdes Tesisteco
6159 Vista San Rufo
San Diego, CA 92154


Angela & Alan Hua Nan Hsu
1183 Misty Creek Court
Chula Vista, CA 91913

Angela Hartshorn
2641 Meadowlark Lane
Escondido, CA 92027


Angela Lara
861 Kirkwood Lane
La Habra, CA 90631


Angelica Enriquez & Milton Orellana
17261 Boswell Place
Granada Hills, CA 91344


Angelica Guzman & Jose Morelos
1056 Hook Avenue
Rosamond, CA 93560


Anhson V. Nguyen & Thi Bich Cam
5862 Hillview Park Ave
Van Nuys, CA 91401


Anil & Sapna Sareen
32 Rimani Drive
Mission Viejo, CA 92692


Anita & Vincent Anello
9 Calle Tejado
San Clemente, CA 92673


Anita M. & John R. Alkire
4331 Summit Drive
La Mesa, CA 91941

Ann L. & James J. Krauter
12583 Winery Drive
Rancho Cucamonga, CA 91739


Ann Stubblefield
226 Lento Lane
El Cajon, CA 92021


Anna & Hubaldo Rodriguez
445 Wagner Avenue
Watsonville, CA 95076


Anna Carlson & William Richard Levine
510 Playa Boulevard
La Selva Beach, CA 95076


Anna P. & Alex M. Adan
4785 Mildred Drive
Fremont, CA 94536


Annette & Peter Nemes
2305 Newell Drive
Aptos, CA 95003


AnswerNet, Inc
1729 W Tilghman St.
Suite 2
Allentown, PA 18104


Anthem Blue Cross
PO Box 511300
Los Angeles, CA 90051-7855

Anthony & Ofelia Gandarilla
3759 Adobe Drive
Palmdale, CA 93550


Anthony D. & Patricia A. Davis
829 Van Ness Court
Salinas, CA 93907


Anthony Flores & Marilynne T. Poumele-Fl
862 Gallery Drive
Oceanside, CA 92057


Anthony Garcia
29314 Links
Lake Elsinore, CA 92530


Anthony J Cardaropoli Jr.
39435 Daylily Place
Palmdale, CA 93551


Anthony J. & Crystal R. Ruocchio
796 Sunset Glen Drive
San Jose, CA 95123


Anthony L. & Lida L. Ramos
954 Mount Whitney Court
Chula Vista, CA 91913


Anthony Martinez
2630 Space Court
Lancaster, CA 93536

Anthony Mistretta III & Lori M. Mistrett
3216 East Charlinda Street
West Covina, CA 91791

Anthony Netto
837 Granada Drive
Vista, CA 92083

Anthony Nguyen
33806 Mossy Glen
Lake Elsinore, CA 92532

Anthony V. & Judith P. Rizzuto
5672 Park Crest Drive
San Jose, CA 95118

Antonio A. & Susan Z. Arcillas
494 Island Breeze Lane
San Diego, CA 92154

Antonio Galisteo Gonzalez & Thaian N. To
10 Prosa
Irvine, CA 92620

Antonio Tovar & Gabriela Navarrete
37727 Chaparrel Lane
Palmdale, CA 93550

Antonios & Lesia Tontisakis
28481 La Plumosa
Laguna Niguel, CA 92677

Apex
215 W. Palm Ave #204
Burbank, CA 91502


AppExtremes, Inc
P.O. Box 7839
Broomfield, CO 80021


Aprilynn Garcia & Silverio Garcia Jr.
561 McDowell Way
Tracy, CA 95377


Araceli Cahue
234 Rogers Avenue
Watsonville, CA 95076


Archie M. & Melanie R. Dawson
6807 Xana Way
Carlsbad, CA 92009


Ariel Y. & Stella Wiener
13134 Margate Street
Sherman Oaks, CA 91401


Armine Karayan
17053 Paulette Place
Granada Hills, CA 91344


Arnold & Porter LLP
P.O Box 37116
Baltimore, MD 21297-3116

Arnold De Lima
2223 Cranberry Court
Palmdale, CA 93551


Arnold Shurin & Tina Montano
1840 Elizabeth Way
Brentwood, CA 94513


Aron Mark & Kristen M. Oliner
1755 Oro Valley Circle
Walnut Creek, CA 94596


Arrowhead Mountain Spring Water Co.
P.O. Box 856158
Louisville, KY 40285-6158


Art Young
3031 Bellworth Court
San Jose, CA 95135


Arthur Corish
25291 Derby Hill Drive
Laguna Hills, CA 92653


Arthur Corish
25131 Buckboard Lane
Laguna Hills, CA 92653


Arthur Gradstein
6501 Olympic Place
Los Angeles, CA 90035

Arthur Katrdzhyan
7026 Bellaire Avenue
North Hollywood, CA 91605


Arturo & Elia Ortiz
2866 S Walker Avenue
Ontario, CA 91761


Arturo Gonzalez Jr. & Soila Gonzalez
14793 Maclay Street
Mission Hills, CA 91345


Arturo S & Linda M Meza
14288 Lucian Avenue
San Jose, CA 95127


Arun G. Sharma
14282 Palisades Drive
Poway, CA 92064


Arun Rao
498 Chaucer Cir
San Ramon, CA 94583


Asha & Ashlin Wilbun
3020 Corte Tilo
Carlsbad, CA 92009


Asha & Ashlin Wilbun
3011 Corte Tilo
Carlsbad, CA 92009

Ashok Ganesan & Radha Subrahmanyan
3196 Cortona Drive
San Jose, CA 95135


Asoka USA Corporation
2400 Camino Ramon, Suite 370
San Ramon, CA 94583


Assurant Employee Benefits
PO Box 843300
Kansas City, MO 64184-3300


AT & T
PO Box 5025
Carol Stream, IL 60197-5025


Ausencio Marquez
3633 Avocado Lane
Palmdale, CA 93550


Austin Verive & Shana & Ellen Peete
5459 Kathy Way
Livermore, CA 94550


Autumn Hairston
4048 Aero Way
Rosamond, CA 93560


Ava M. Fraser
43658 Rialto Drive
Lancaster, CA 93535

Axis Capital, Inc.
308 N. Locust Street, Suite 100
Grand Island, NE 68801


Azila K. Ortiz
15158 Jenell Street
Poway, CA 92064


Aztec Leasing, Inc.
2215 Vista Rodeo Drive
San Diego, CA 92019


Babar Saeed
4693 Ambruzzi Drive
Cypress, CA 90630


Baili Zhang & Thuy A. Tran
4833 Fairport Way
San Diego, CA 92130


Bantry Holdings
16 Ingleview Drive
Caledon, Ontario
L7C 1P3


Barbara & Matthew Yunker
3251 Mountainside Drive
Corona, CA 92882


Barbara Baguhn
24140 Crowned Partridge Lane
Murrieta, CA 92562

Barbara Oganesov
1603 Adna Avenue
Hacienda Heights, CA 91745


Barry & Anna Weiss
1777 Fisk Court
Thousand Oaks, CA 91362


Barry F. & Erin S. Moss
352 Springpark Circle
San Jose, CA 95136


Bay Alarm Company
P.O. Box 7137
San Francisco, CA 94120


Bay Breakers
1095 N. 7th St
San Jose, CA 95112


BayWa r.e. Solar Systems LLC
1730 Camino Carlos Rey
Suite 201
Santa Fe, NM 87507


BDO USA, LLP
770 Kenmoor SE., Suite 300
Grand Rapids, MI 49556


Behrooz Bernous
28611 Rancho Maralena
Laguna Niguel, CA 92677

Ben J. & Lydia D. Montano
13214 Hedda Place
Cerritos, CA 90703


Benedek
6565 Calle Reina
Rancho Santa Fe, CA 92067


Benjamin & Danielle Kallin
28724 Startree Lane
Santa Clarita, CA 91390


Benjamin & Ines Reyes
10530 Kester Avenue
Mission Hills, CA 91345


Benjamin A & Katie T Lam
479 Chinook Lane
San Jose, CA 95123


Benjamin Megel & Andrea R. Megel
42716 71st Street West
Lancaster, CA 93536


Benjamin S. & Emelita H Totanes
1180 Manley Drive
Tracy, CA 95377


Berkowitz Klein LLP
629 B. Swedesford Road
Swedesford Corporate Center
Malvern, PA 19355-1530

Bernard & Cecilia Calangian
10655 Calston Way
San Diego, CA 92126


Bernard T. Fernando
153 East Jay Street
Carson, CA 90745


Bertha Shum & Bobby Lo
19041 Summit Ridge Drive
Walnut, CA 91789


Berton A. & Dottie Dickler
13052 Chaplet Place
Tustin, CA 92780


Bette A. Bahni
3830 Melton Street
Santa Cruz, CA 95062


Better Business BUreau
4747 Viewridge Ave #200
San Diego, CA 92123


Betty & Larry Price
4382 Sungate Drive
Palmdale, CA 93551


Betty Shen & Dominic C. Soller
25 Lookout
Irvine, CA 92620

Beverly Blomley
42278 Oregon Trail
Murrieta, CA 92562


Beverly Watson
299 Dolo Street
San Diego, CA 92114


Bill & Lindy Epstein
12475 Woodhall Way
Tustin, CA 92782


Bill S. Tsai
35813 Blair Place
Fremont, CA 94536


Bina Pimentel & Rebecca I Serna
4175 Biscayne Street
Chino, CA 91710


binnj, inc
300-717-Richmond St
London, Ontario
N6A1S2


Black & Decker US Inc
Dept 1165 PO Box 121165
Dallas, TX 75312-1165


Blake & Laura Lander
2 Corte Estante
San Clemente, CA 92673

BlueVine
550 Hamilton Av Suite 220
Palo Alto, CA 94301


Blyth Bartos & Michael McGirr
233 Joaquin Drive
Danville, CA 94526


Blythe A. & Jason M. Lind
740 Summer Circle
Brentwood, CA 94513


Bo Gao
4660 Lemona Avenue
Sherman Oaks, CA 91403


Bob & Joyce Gural
1058 Straightaway Court
Oceanside, CA 92057


Bobby & Jo Brackney
1032 Prescott Avenue
El Cajon, CA 92020


Bobby Hansen
24368 El Molina Avenue
Valencia, CA 91355


Bobby Hansen
2762 Fallon Circle
Simi Valley, CA 93065

Bonnie M. Testerman
758 Horseshoe Circle
Vista, CA 92081


Bradley F. Mclain & Shirley M. Seroo-McL
701 Flume Court
Milpitas, CA 95035


Brandon G. & Erin S. McCracken
14800 Excaliber Drive
Morgan Hill, CA 95037


Brandy & Luis Hallman
42641 66th Street
Lancaster, CA 93536


Brandy & Luis Hallman
6551 La Sarra Drive
Lancaster, CA 93536


Bren B. & Curtis R. Dahl
31962 Doverwood Court
Westlake Village, CA 91361


Brenda Depaz
2065 Denny Street
Simi Valley, CA 93065


Brenda Simonian
415 N Mountain Avenue
Claremont, CA 91711

Brennan Mulcahy
16 Ingleview Drive
Caledon, ON L7C 1P3 Canada

Brent & Kelly Morgan
834 Scenic Terrace Place
Chula Vista, CA 91914

Brent D. & Monica Frame
795 Sunset Glen Drive
San Jose, CA 95123

Brentwood Subsidiary LLC
P.O. Box 403789-001
Atlanta, GA 30384-3789

Bret & Cristina M. Argenbright
31914 Cercle Chambertin
Temecula, CA 92591

Brett & Helen Robinette
1015 Via Reata
Vista, CA 92081

Brett & Shannon Wilson
3391 Corte Terral
Carlsbad, CA 92009

Brett & Shannon Wilson
4690 Huggins Street
San Diego, CA 92122

Brian & Bonnie Krueger
1567 Hazelwood Avenue
Los Angeles, CA 90041

Brian & Diane Hill
281 Mount Vernon Way
Corona, CA 92881

Brian & Fabiola Begun
23106 Valerio Street
West Hills, CA 91307

Brian & Gina M. Perry
2568 Marigold Cir
Corona, CA 92881

Brian & Janelle R. Waterman
15574 New Park Terrace
San Diego, CA 92127

Brian & Jenny Davidian
4349 Kraft Avenue
Studio City, CA 91604

Brian & Michelle Suggs
10 Laurelhurst Drive
Ladera Ranch, CA 92694

Brian & Misti Hauser
26672 Alamanda
Mission Viejo, CA 92691

Brian B. Richter & Valentine J. Viannay
2139 Clematis Street
San Diego, CA 92105


Brian C. & Jandi L. Steele
15520 Via Montego Street
Hesperia, CA 92345


Brian J. & Kimberly M. Tweedt
458 Augusta Lane
Placentia, CA 92870


Brian Jamrus
294 Swanton Boulevard
Santa Cruz, CA 95060


Brian Kalinowski
180 Putter Drive
Brentwood, CA 94513


Brian L. Glenn & Terry A. Leppo
861 Burlington Street
Fillmore, CA 93015


Brian Luttrell & Melinda Chance
21061 Ashley Lane
Lake Forest, CA 92630


Brian M. Quinn & Jeanette P. Carrillo
1772 Irvine Blvd
Tustin, CA 92780

Brian Meyer
1526 Green Acres Rd
Fallbrook, CA 92028


Brian Moffet & Naomi Brokaw
143 Peyton Street
Santa Cruz, CA 95060


Brian R. Force & Kristi J. Force
5892 Ohio Street
Yorba Linda, CA 92886


Brian S. & Jamie L. Agrelius
12799 Canter Court
Rancho Cucamonga, CA 91739


Brian S. & Janette E. Smith
11950 Thomas Hayes Lanes
San Diego, CA 92126


Brian T. Shaughnessy
3028 Adirondack Court
Westlake Village, CA 91362


Brice & Mandy L. Williams
5525 Cantaloupe Avenue
Van Nuys, CA 91401


BrightCurrent, Inc
426 17th Street #700
Oakland, CA 94612

Broderick & Olga Perkins
10024 Jacoby Road
Spring Valley, CA 91977


Bronte A. & Judith M. Stone
20172 Santa Rita Street
Woodland Hills, CA 91364


Bruce D. & Veronica G. Pirl
413 5th Street
San Juan Bautista, CA 95045


Bruce John & Deborah Ruth Raglin
1676 Harvard Street
Chula Vista, CA 91913


Bryan & Crystal Hunt
26955 Safiro
Mission Viejo, CA 92691


Bryan & Petra Fetters
31882 Old Hickory Road
Trabuco Canyon, CA 92679


Bryan & Roberta Nyce
28511 Casanal
Mission Viejo, CA 92692


Bryan & Tina J. Oh
30161 Branding Iron Road
San Juan Capistrano, CA 92675

Bryan K. & Crystal J. Arellano
1554 Cumbre View
Chula Vista, CA 91902


Bryan Sun & Jean Ho
50 Carver
Irvine, CA 92620


Bryan T. & Jaye L. Thompson
1 Parliament Place
Ladera Ranch, CA 92694


Bryan T. & Jaye L. Thompson
2 Parliament Place
Ladera Ranch, CA 92694


Burrtec Waste Industries, Inc
BWI - Santa Clarita
Payment Process Center
Buena Park, CA 90622


C.H. Robinson Company
PO Box 9121
Minneapolis, MN 55480-9121


Caleb & Brenda Willis
1737 Manor Drive
Vista, CA 92084


California Office Maintenance, Inc.
13100 Kirkham Way
Suite 206
Poway, CA 92064

California Solar Energy Industries Assoc
11370 Trade Center Dr, Ste 3
Rancho Cordova, CA 95742

Calvin & Debra Montgomery
10817 Almond Street
Adelanto, CA 92301

Calvin O. & Kristina R. Ellis
3956 Roswell Court
Chino, CA 91710

Canadian Solar  USA  Inc.
2420 Camino Ramon, Suite 125
San Ramon, CA 94583

Canadian Solar  USA  Inc.
2430 Camino Ramon
Ste 240
San Ramon, CA 94583

Candice M. & Alex V. Akilov
1203 Granite Hills Drive
El Cajon, CA 92019

CareerIntro
PO Box 530651
Henderson, NV 89053-0651

Carl & Jean Braun
958 Sunny Hill Court
Fallbrook, CA 92028

Carl G. Gerber & Judith A. Bennett
7403 Phinney Way
San Jose, CA 95139


Carla & Edward DeFraine
21 Calle Cabrillo
Foothill Ranch, CA 92610


Carlann Paul
37515 48th Street
Palmdale, CA 93552


Carlee Roche
24645 Watt Road
Ramona, CA 92065


Carlos & Martha Rivas
1908 Lawndale Street
San Diego, CA 92154


Carlos & Olivia Carranza
916 E Alwood Street
West Covina, CA 91790


Carlos & Veronica Ramirez
26685 Calle Los Alamos
Capistrano Beach, CA 92624


Carlos & Yesenia Najera
2620 W Lumber Street
Lancaster, CA 93536

Carlos A. & Chrisa L. Ottolia
27914 Skycrest Circle
Santa Clarita, CA 91354


Carlos A. & Liduina C. Reis
3826 Canyon Ridge Drive
San Jose, CA 95148


Carlos A. Pongo
6317 Katherine Road
Simi Valley, CA 93063


Carlos C. M. Pereira & Marcia I. Ribeiro
595 Minor Avenue
San Jose, CA 95125


Carlos E. Prado
1990 Christine Avenue
Simi Valley, CA 93063


Carlos G. & Gloria E. Ibarra
633 East Spruce Street
Ontario, CA 91761


Carlos Hernandez
11712 Palmwood Drive
Garden Grove, CA 92840


Carlos Quentin
1223 Crestview Dr.
Cardiff, CA 92007

Carmen A. Sanchez & Carlos Jimenez
713 Paradise Road
Salinas, CA 93907


Carmen Hsu
1816 16th Avenue
Santa Cruz, CA 95062


Carol & Edward Ramirez
1901 Laurel Road
Oceanside, CA 92054


Carol & Edward Ramirez
2434 Carriage Circle
Oceanside, CA 92056


Carol Van Gelder
3306 Kellie Avenue
Rosamond, CA 93560


Carole A. Rossiter
2437 Ridgebrook Place
Thousand Oaks, CA 91362


Carolee A. Hall
3035 Camino Hermanos Street
Lancaster, CA 93536


Carolyn Aday
26745 Pariso Drive
CA, CA 92691

Carolyn Aday
26311 Verdura Circle
Mission Viejo, CA 92691

Carrie Post
2850 Hollister Street
Simi Valley, CA 93065

Carryl Johnson
620 South Eastbury Avenue
Covina, CA 91723

Carter J. & Ginny L. Chee
1015 Lynwood Drive
Brea, CA 92821

Cary Stevens & Allen H. Green
3664 Willowcrest Avenue
Studio City, CA 91604

Cary Winden
545 Cobb Road
Lancaster, CA 93535

Cassandra Trice
3618 Apollo Avenue
Palmdale, CA 93550

Cassie M. Paulsen & Clint Ingalls
1609 Gustavo Street
El Cajon, CA 92019

Catherine G. & Charles L. Lozier
177 Hart Lane
Ben Lomond, CA 95005


Catherine R. Thrasher
285 Rancho Rio Avenue
Ben Lomond, CA 95005


Ceazar & Cindy Javellana
240 S Homerest Avenue
West Covina, CA 91791


Cecilia & Milton Mather
2202 Ventia
Tustin, CA 92782


CED - RIVERSIDE
PO Box 339
Rancho Cucamonga, CA 91729


CED - SANTA CLARA
PO Box 4157
Walnut Creek, CA 94596


Celso V. & Emelita T. Cayanan
2607 Oak Springs Dr
Chula Vista, CA 91915


Central Court Newark LLC
c/o Mercedes A. Gavin, Esq.
145 Corte Madera Town Center #593
Corte Madera, CA 94925

Central Court Newark LLC
c/o Chavez Management Group Inc
1860 El Camino Real Suite #500
Burlingame, CA 94010


Cesar & Marilyn Reguindin
716 Casita Lane
San Marcos, CA 92069


Cesar & Patricia Armenta
91 Jicama Way
Chula Vista, CA 91911


Cesar Hernandez
c/o Law Offices of Richard Staskus
84 W. Santa Clara Street, Suite 840
San Jose, CA 95113-1810


Cesar Perez & Leticia Viera-Perez
778 Dorothea Avenue
San Marcos, CA 92069


Chad & Andrea Carter
29272 Las Brisas Road
Valencia, CA 91354


Chad & Heather Wescott
74 W Catalina Drive
Oak View, CA 93022


Chad & Shawna Kenan
8221 Stewart Avenue
Westchester, CA 90045

Chad & Tiffany Bethel
3444 Racquet Lane
Palmdale, CA 93551


Chad Irvin & Dominique Spinelli-Irvin
2141 Taylor Place
Escondido, CA 92027


Chanette & Hal J. Armstrong
64 Heirloom
Irvine, CA 92618


Charlene L. Friedman
5620 Murietta Avenue
Van Nuys, CA 91401


Charlene L. Friedman
5624 Murietta Avenue
Van Nuys, CA 91401


Charlene R. Swiney
3551 West Avenue J6
Lancaster, CA 93536


Charles & Lynelle M. Boamah
10925 Breckenridge Drive
San Diego, CA 92131


Charles A. & Patricia Holguin
25 Cedar Crest Court
Newbury Park, CA 91320

Charles Brown
3733 E Avenue Q12
Palmdale, CA 93550

Charles F. & Janet Geraci
307 Via Promesa
San Clemente, CA 92673

Charles Howard Creeger & Nellie C. Weber
8973 Wren Circle
Fountain Valley, CA 92708

Charles Nelson & Wendy Tzeng
799 Triunfo Canyon Road
Westlake Village, CA 91361

Charles T. & Karen E. Barth
494 Camino Manzanas
Thousand Oaks, CA 91360

Charles T. & Laura P. Eisenstein
28918 Bennett Court
Highland, CA 92346

Charles T. & Lori E. Marshall
27462 Maverick Cir
Laguna Hills, CA 92653

Charlotte L. McMillan & Siobhan L. Hill
1334 De Soto Avenue
Burlingame, CA 94010

Chas H. & Kara L. Bauer
12474 Rosey Road
El Cajon, CA 92021


Cheryl Denny
13411 Paoha Road
Apple Valley, CA 92308


Chi Que Tran
10352 Brookhurst Lane
San Diego, CA 92126


Chi Thien Dao & Trinh T. Nguyen
9942 Lenore Drive
Garden Grove, CA 92841


Chien-Ping Lu & Charlene S. Lee
888 Candlewood Drive
Cupertino, CA 95014


Chienwang Chiang & Kueimei Lai
13831 Campus Drive
Oakland, CA 94605


China Arai & Brian Meisenheimer
5733 Colbath Avenue
Van Nuys, CA 91401


Chris & Felicia Bennett
48 Drover Court
Coto de Caza, CA 92679

Chris & Jenny Bussert
34242 Hourglass Street
Temecula, CA 92592


Chris & Lisa Settle
3520 King Place
Simi Valley, CA 93063


Chris & Mana S. Shieh
220 Laurelwood Avenue
Placentia, CA 92870


Chris & Melanie Pagliaro
43343 Haven Place
Lancaster, CA 93536


Chris & Nancy J. Cavanaugh
236 North Lang Avenue
West Covina, CA 91790


Chris & Rebecca Devoto
43030 Flag Street
Lancaster, CA 93536


Chris & Ruthann Walker
8505 El Matador Drive
Gilroy, CA 95020


Chris & Shawna Hook
985 Brook Way
Gilroy, CA 95020

Chris & Traci L. Jones
1720 Red Dawn View Circle
Corona, CA 92882


Chris & Tracie Moehl
1386 Via Cibola
Oceanside, CA 92057


Chris A. & Cheri L. Brundage
28457 Winterdale Drive
Canyon Country, CA 91387


Chris Berman
2014 Glyndon Avenue
Venice, CA 90291


Chris Dunn
24074 Crowned Partridge Lane
Murrieta, CA 92562


Chris Robert & Lynn Marie Anderson
23851 Rosehedge Street
Mission Viejo, CA 92691


Christian & Carin Hoffman
2713 Prospect Ave
La Crescenta-Montrose, CA 91214


Christian & Shannon L. Prynoski
11501 Duque Drive
Studio City, CA 91604

Christian Building Materials
1841 N. Batavia St
Orange, CA 92865


Christian Moreno
2255 Thorncroft Circle
Palmdale, CA 93536


Christina & Thomas Kamfonik
5417 Bergen Street
San Diego, CA 92117


Christina F. & Cary M. Diamond
16 Maple Drive
Aliso Viejo, CA 92656


Christine & Gregory Olson
101 Kelly Way
Scotts Valley, CA 95066


Christine & Matt Clyne
4879 Surrealist Court
Oceanside, CA 92057


Christine Nichols
2207 Clanfield Street
Acton, CA 93510


Christinia Prescott
287 Slack Place
Calimesa, CA 92320

Christopher & Cynthia Meade
11029 McKinley Avenue
Adelanto, CA 92301


Christopher & Elizabeth Ponce
4704 Halen Street
Palmdale, CA 93552


Christopher & Erin Ard
19482 Misty Ridge Lane
Trabuco Canyon, CA 92679


Christopher & Soyoung Kim
29 Lewis
Irvine, CA 92620


Christopher & Staci P. Taylor
1465 Alta Avenue
Upland, CA 91786


Christopher A. Nelson & Taryn B. Doyle
4070 Castlewood Court
Concord, CA 94518


Christopher C. & Ariana D. Lightner
12133 Tartan Way
Oakland, CA 94619


Christopher D. & Bonnie Keller
2819 East Newgrove Street
Lancaster, CA 93535

Christopher D. & Linda P. James
16340 Cool Breeze Court
Riverside, CA 92503


Christopher G. & Laurel E. Lofland
28165 Chucker Court
Castaic, CA 91384


Christopher J. & Carolyn K. Bialozynski
1321 Norman Avenue
Thousand Oaks, CA 91360


Christopher J. & Melissa N. Zimmerman
42308 Aaron Court
Lancaster, CA 93536


Christopher J. Kantmann
7182 Langley Court
Salinas, CA 93907


Christopher K. Williams & Elisa K. Langs
11203 Poche Point
San Diego, CA 92131


Christopher R. Gutierrez & Nicole Ortega
916 E Lemon Avenue
Glendora, CA 91741


Christopher S. & Kellie L. Van Atta
3073 Blondell Place
Newbury Park, CA 91320

Christopher Shumaker
26504 Royal Vista Court
Canyon Country, CA 91351

Christopher Stutts
19520 Castille Lane
Saugus, CA 91350

Christopher T. & Helena H. Chang
32412 Lake Pleasant Drive
Westlake Village, CA 91361

Christopher W. Susan M. Roach
6299 Calle Bonita
San Jose, CA 95120

Christy & Robert Eggers
360 Majestic Drive
Hollister, CA 95023

Chuck & Melinda Schultz
22 Amarante
Laguna Niguel, CA 92677

Chuck & Melinda Schultz
16 Amarante
Laguna Niguel, CA 92677

Chuefeng Moua
411 G Street
Ramona, CA 92065

Chuong V. & Thuy B. Tran
1705 Wickham Road
San Jose, CA 95132


Cindy Mirabile-Cayou & James Allred
731 Campanello Way
Brentwood, CA 94513


Circle Hub
19849 Nordhoff Street
Northridge, CA 91324


Circuit Assembly
18 Thomas St
Irvine, CA 92618


City of Upland  Trash
P.O. Box 5909
Buena Park, CA 91786


City of Upland  Water
PO Box 101115
Pasadena, CA 91189


Clarence & Marion Cudanes
11359 Stable Glen Place
San Diego, CA 92130


Clarence P. Alano
8419 Cherokee Drive
Downey, CA 90241

Clark K. & Leslie M. Kegley
40751 Carmelita Circle
Temecula, CA 92591


Claudia & Raul Moya
2222 W. Avenue J3
Lancaster, CA 93536


Claudia M. Aguilar
13512 Utt Drive
Tustin, CA 92780


ClearSlide, Inc.
Dept. 3392
P.O. Box 123392
Dallas, TX 75312-3392


Cleber Gandra & Lizbeth Ochoa
22625 La Quinta Drive
Mission Viejo, CA 92691


Cleotilde N. & Richard Smith
25890 Lazy Cloud Way
Sun City, CA 92585


Clinton & Nancy Gee
25242 Buckskin Drive
Laguna Hills, CA 92653


Clive J. Jordan
21 Hallcrest Drive
Ladera Ranch, CA 92694

Clyde P. & Deborah M. Abad
1013 Gentle Circle
Corona, CA 92880


CNC Signs Werks
301 E. Kenwood Street
Upland, CA 91784


Cole & Chieng Loc
7546 Wellington Place
Rancho Cucamonga, CA 91730


Coley Kyman
5 Lyon Ridge
Aliso Viejo, CA 92656


Colin & Michelle Weber
42641 66th Street
Lancaster, CA 93536


Colin L. Cox & Frances R. De Leon
5504 Tyrone Avenue
Van Nuys, CA 91401


Colin Martin McKinney & Mary Theresa Hud
19811 Venecia Lane
Yorba Linda, CA 92886


Collins Boampong
6882 Hop Clover Road
Corona, CA 92880

Comerica Bank
39200 W. Six Mile Road
MC 7512
Livonia, MI 48152


Commerce And Industry Insurance Co.
c/o Shook, Hardy & Bacon L.L.P.
One Montgomery, Suite 2700
San Francisco, CA 94104-4505


Concord Center Investors, LLC
2300 Clayton Road
Suite 110
Concord, CA 94520


Concur
62157 Collections Center Dr.
Chicago, IL 60693


Conrado & Jennifer Fernandez
6620 Beeman Avenue
North Hollywood, CA 91606


Consolacion Sano
4221 Opal Avenue
Cypress, CA 90630


Consolidated Electrical Distributor
c/o Law Offices of Michael Wayne
149 S. Barrington Avenue
Los Angeles, CA 90049-3310


Core Logic, LLC.
Information Solutions
P.O. Box 847239
Dallas, TX 75284-7239

Corey Saathoff
2755 E Newgrove Street
Lancaster, CA 93535


Cornelius Van & Lawanda Reed
2183 Chesterton Street
Simi Valley, CA 93065


Corrine Sparkman
2621 Moundtop Lane
Spring Valley, CA 91977


Cory Ballum & Erica C. Contreras
527 N Broadmoor Avenue
West Covina, CA 91790


County of Santa Clara
70 West Hedding St.
East Wing, 1st Fl
San Jose, CA 95110


Cox Communications
P.O. Box 53280
Phoenix, AZ 85072-3280


Craig & Patricia Takeuchi
1860 W 178th Street
Torrance, CA 90504


Craig Wallace
1130 Alma Court
Claremont, CA 91711

Cresencio C. & Agnes A. Rimorin
603 Poets Square
Fallbrook, CA 92028


Crimson IT Services, Inc.
10866 Washington Blvd #713
Culver City, CA 90232


Cristian & Jay Pimentel
362 Calle la Quinta
Chula Vista, CA 91914


Cristian Baldini & Omar Gonzalez
2529 Crocker Way
Antioch, CA 94531


Crius Energy, LLC
535 Connecticut Avenue, 6th Floor
Norwalk, CT 06854


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


Cynthia & Gunther Galle
43103 Rucker Street
Lancaster, CA 93535


Cynthia D. Villalobos
2145 Rose Fern Lane
Ramona, CA 92065

Cynthia Howard
1839 Thomas Drive
Lancaster, CA 93535


Cynthia L. Hoek
436 N Irving Boulevard
Los Angeles, CA 90004


Cyrus D. Groeneveld
1911 Centennial Way
Escondido, CA 92026


Dale & Courtney Brockmeyer
180 Derby Lane
Moraga, CA 94556


Dale & Joyce L. Blanchard
1824 Nowak Avenue
Thousand Oaks, CA 91360


Dale & Marcia Donmoyer
1772 Gabriella Lane
Brentwood, CA 94513


Dale A. Duggan
28920 Erickson Court
Highland, CA 92346


Dale G. Gerds
2580 Russell Street
Tracy, CA 95376

Damien & Kelly Cortese
976 Spyglass Place
Placentia, CA 92870


Dan & Allison Elggren
19542 Misty Ridge Lane
Trabuco Canyon, CA 92679


Dan Robert Heiser
325 34th Avenue
Santa Cruz, CA 95062


Dana & Jeffery Boyer
299 Pebble Beach Drive
Brentwood, CA 94513


Daniel & Evelyn L. Muro
788 Redriver Way
Corona, CA 92882


Daniel & Julie Murphy
1829 S Holt Avenue
Los Angeles, CA 90035


Daniel & Peter Yat Woon Pau
14102 Chagall Avenue
Irvine, CA, CA 92606


Daniel & Peter Yat Woon Pau
14141 Chagall Ave
Irvine, CA 92606

Daniel & Solangel Reveles
1769 O'Connor Avenue
Chula Vista, CA 91913


Daniel & Therese Delaney
12247 Oakview Way
San Diego, CA 92128


Daniel A. & Kathleen M. Chiariello
4077 Mira Costa Street
Oceanside, CA 92056


Daniel A. Bahena
3367 Whisper Sands Avenue
Rosamond, CA 93560


Daniel A. Elliot & Sharon H. Kim
2210 Shapiro Street
Fullerton, CA 92833


Daniel and Patricia MacLeith
12102 LeAnn Drive
Garden Grove, CA 92840


Daniel and Patricia MacLeith
1536 W. Embassy Street
Anaheim, CA 92802


Daniel Bodell
Harrison & Bodell LLP
11455 El Camino Real, Suite 480
San Diego, CA 92130

Daniel Boersch & Haylee Gump-Boersch
37619 Clark Court
Palmdale, CA 93552

Daniel Burns & Jeannie Burns
18 Scrub Oak
Aliso Viejo, CA 92656

Daniel Christian Jr & Denise L. Hall
9450 Newell Creek Road
Ben Lomond, CA 95005

Daniel G. and Patricia A. MacLeith
12102 LeAnn Drive
Garden Grove, CA 92840

Daniel H. II Brooks
37 Coronel Place
Aliso Viejo, CA 92656

Daniel Herrera
3341 Firebush Avenue
Rosamond, CA 93560

Daniel J. & Carmin Jewell
8951 Carnation Drive
Corona, CA 92883

Daniel J. Moen
4530 Mataro Drive
San Diego, CA 92115

Daniel L. & Adele M. Rancourt
12428 Kestrel Street
San Diego, CA 92129

Daniel S. & Edith Perez
14612 Charter Oak Boulevard
Salinas, CA 93907

Danilo Manalad
20522 Devlin Avenue
Lakewood, CA 90715

Danna Moreno
4725 Jewel Street
Capitola, CA 95010

Danny Devitt
471 Ariel Court
San Jose, CA 95123

Danny Nguyen
10252 Parkview Avenue
Westminster, CA 92683

Dante & Michele Simi
41702 Sherry Way
Palmdale, CA 93551

Danyal Ibrahim & Magda Sedarous
3143 Crestview Court
Marina, CA 93933

Darian Wilcox
894 Borden Road
San Marcos, CA 92069


Darlene & Steven Schogel
2640 Bristow Lane
Tustin, CA 92782


Darlene Dumke & Scott W. Dumke
610 Brightwood Street
Monterey Park, CA 91754


Darrel D. Kincaid
1782 39th Street
San Diego, CA 92105


Darrel Harlan
512 Hilltop Court
Taft, CA 93268


Darrell A Roemer
6020 Country Lane
Lancaster, CA 93536


Darren & Julie Devito
24512 Alta Loma Court
Laguna Hills, CA 92653


Darryl R. Ruiz
7203 Tiburon Drive
Corona, CA 92880

Daryl & Adrianna McDonald
3961 Apore Street
La Mesa, CA 91941


Daryll Dothard
3822 Pelona Vista Drive
Lancaster, CA 93536


Dave A. & Karen C. Stewart
21305 Via de la Espuela
Yorba Linda, CA 92887


Dave Andersen
70 Elderwood
Aliso Viejo, CA 92656


David & Alexis L. Wilson
971 Primrose Lane
Corona, CA 92880


David & Atraya Chambers
32951 Danapine
Dana Point, CA 92629


David & Cameron Brownson
9 Salt Spray Drive
Laguna Niguel, CA 92677


David & Cynthia Cantu
5030 W Avenue M12
Quartz Hill, CA 93536

David & Georgina Greene
16 5th Avenue
Chula Vista, CA 91910

David & Karen Rose
570 Risso Court
Santa Cruz, CA 95062

David & Lisa J. Raphael
18548 Oakmoor Avenue
Canyon Country, CA 91351

David & Lisa Zavala
912 Occidental Drive
Claremont, CA 91711

David & Marilyn Wolf
904 Avenida Ysidora
Chula Vista, CA 91910

David & Renee Lau
1217 Vernon Terrace
San Mateo, CA 94402

David & Ruth Stanke
21622 Glen Canyon Place
Santa Clarita, CA 91390

David A. & Sharon M. Krolikowski
4340 Lombardy Court
Chino, CA 91710

David Camplin
366 Barrow Street
Corona, CA 92881

David Curfiss
8444 Rumson Drive
Santee, CA 92071

David D. Tran & Thanh-Tam Thi Le
7048 Bethany Court
Corona, CA 92880

David E & Karen N Erwin
20970 Via Casco
Yorba Linda, CA 92886

David E. & Karen L. Bohrk
203 Leonard Street
Santa Cruz, CA 95060

David E. & Steffani A. Platt
748 West Carroll Avenue ADD-ON
Glendora, CA 91741

David Gastelum
3145 Fairgreen Lane
Palmdale, CA 93551

David H. Nguyen & Suzanie Q. Pham
3920 Avignon Lane
San Jose, CA 95135

David Hui & Xiafang Zhao
6833 San Rafael Court
Fontana, CA 92336

David Hui & Xiafang Zhao
20421 Flint Gate Drive
Walnut, CA 91789

David J. Lopez
1810 West 242nd Place
Torrance, CA 90501

David Koong & Miyeon Kim
32415 Magenta Court
Temecula, CA 92592

David Koong & Miyeon Kim
32431 Magenta Court
Temecula, CA 92592

David L & Tonya R Mcpherrin
1127 Connecticut Drive
Redwood City, CA 94061

David M. & Felomina F. Green
31409 Chemin Chevalier
Temecula, CA 92591

David M. & Janean McBride
559 Silverado Drive
Lafayette, CA 94549

David N. & LInda I. Slagerman
6792 Banyan Avenue
Hesperia, CA 92345


David Paktor
967 Bermuda Court
Sunnyvale, CA 94086


David Richter
880 Autumn Drive
Walnut Creek, CA 94598


David Skelton
9901 Apple St
Spring Valley, CA 91977


David Traxler & Eileen J Lundy-Traxler
1023 Richardson Avenue
Simi Valley, CA 93065


David W. Lively and Matthew James
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109


Davina R. Polanco & Julie A. Montoro
40 Camille Lane
Santa Cruz, CA 95065


Davis Wholesale Electric
11581 Vanowen Street
North Hollywood, CA 91605

Dawn Ostrowski & Carson Sheckler
921 Hillside Lane
Norco, CA 92860


De Lage Landen
1111 Old Eagle School Road
Wayne, PA 19087


De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


Dea Serrano
14523 Cabinda Drive
Hacienda Heights, CA 91745


Dean & Hiromi Y. Goodman
20014 Gypsy Lane
Woodland Hills, CA 91364


Dean & Melissa May
6433 Grandsen Court
Moorpark, CA 93021


Dean & Tanya Money
28049 Keepsake Way
Valencia, CA 91354


Deb & Greg Reynolds
12851 Barrett Lane
Santa Ana, CA 92705

Debbie H. & Jacob K. Chung
28325 Tamarack Lane
Santa Clarita, CA 91390


Debbie Pari
1108 Salem Drive
Corona, CA 92881


Deborah P. Brown
17397 Pear Street
Fontana, CA 92337


Deborah S Bell
341 John Street
Santa Cruz, CA 95060


Debra S. Ryder
2910 Estancia
San Clemente, CA 92673


Deirdre M. Kelly & Andrew W. Edwards
31 Sandstone
Irvine, CA 92604


Del Mar Thoroughbred Club
2260 Jimmy Durante Blvd
Del Mar, CA 92014


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292


Denise & Brian Walters
1044 Webster Street
Santa Cruz, CA 95062


Denise Anne Fontaine
1439 Detroit Street
Norco, CA 92860


Denise LeMay-Zambrano & Jacqueline M. Le
1111 Emerald Street
San Diego, CA 92109


Denise M. Ptak-Shaver & James W. Shaver
4733 Meadowbrook Drive
Oceanside, CA 92056


Denisse Maldonado
1628 Normandy Terrace
Corona, CA 92882


Dennis & Dinora Drgon
52 W Avenida De Las Flores
Thousand Oaks, CA 91360


Dennis & Donna Clark
34442 Aspen Street
Acton, CA 93510

Dennis A. Busse
4447 Stoneyglen Court
Moorpark, CA 93021


Dennis D. Ward
28868 Cedar Ridge Court
Santa Clarita, CA 91390


Dennis K. & Susan L. Nyberg
4590 Oak Tree Way
Hemet, CA 92545


Dennis M. & Marilyn Taft Odin
29155 Woodfall Drive
Murrieta, CA 92563


Dennis W. Blair
13039 Chippewa Street
Sylmar, CA 91342


Derek & Lily Chin
5006 Redwillow Lane
La Ca ada Flintridge, CA 91011


Derek F. & Mary M. Osborne
24403 Ridgewood Drive
Murrieta, CA 92562


Desiree & Brandon Kiefer
3793 Citronella Street
Simi Valley, CA 93063

Deuntaye A. Galeas
938 Chestnut Street
Ontario, CA 91762


Deuntaye A. Galeas
15700 Ramona Drive
Fontana, CA 92336


Dexter Baga
7452 New Salem Street
San Diego, CA 92126


Diamond Ice Equipment
P.O. Box 206
Venice, CA 90294


Diana Meyer
5216 Clemens Court
Carlsbad, CA 92008


Diane L. Knight
22801 Marlin Place
West Hills, CA 91307


Diane L. Moss
34385 Camino El Molino
Dana Point, CA 92624


Diane Llera
569 Fifield Street
Chula Vista, CA 91910

Diann Smith
41425 Myrtle Street
Palmdale, CA 93551


Dianne Paulette Lewis
15430 Poppyseed Lane
Canyon Country, CA 91387


Dieter & Valdine Gerlach
739 S Montezuma Way
West Covina, CA 91791


Dimas J. & Maria G. Alvarez
19029 Karen Drive
Salinas, CA 93907


DIN Engineering Services LLP
B-106, Sector-2
Noida-201301
Uttar Pradesh, INDIA


Dina N. & Carras C. Paton
7261 Pinewood Court
Corona, CA 92880


Dionne Huston & Jean Gillespie
6440 Montgomery Ave
Van Nuys, CA 91406


Dolores E. Cancel
8304 Aqua View Court
Spring Valley, CA 91977

Don & Lisa Tylski
5140 Bowden Avenue
San Diego, CA 92117


Don & Theresa Markert
2936 Simba Place
Brentwood, CA 94513


Don & Tina Berryman
32572 Quicksilver Road
Trabuco Canyon, CA 92679


Don C. Dildine & Khin K. Saw
24319 Calle Terraza
Valencia, CA 91354


Don Ngo & Thuy K. Nguyen
16774 Summit Vista Drive
San Diego, CA 92127


Don Sullivan
1713 Grover Circle
Simi Valley, CA 93063


Donald C & Peggy Murray
316 Bedford Place
Moraga, CA 94556


Donald E. & Rose M. Mouradian
11655 Cypress Canyon Park Drive
San Diego, CA 92131

Donald L. & Brigitte Fisk
25072 Buckskin Drive
Laguna Hills, CA 92653


Donald L. & Dianne P. Lewis
15430 Poppyseed Lane
Santa Clarita, CA 91387


Donald L. Foulks & Eunice B. Diehl
4207 Calle Juno
San Clemente, CA 92673


Donald W. & Margaret J. Chapman
31752 Blue Meadow Lane
Westlake Village, CA 91361


Donna A Kimura
332 Marjori Avenue
Thousand Oaks, CA 91320


Donna Berglas-Hess & Art J. Hess
1441 Carol Street
La Habra, CA 90631


Donna M. Meier
13185 Haven Rock Court
Corona, CA 92883


Donnatila Barkhimer & Tom Rohl
3071 Sprucewood Lane
Escondido, CA 92027

Dora O. & Nestor S. Murgas
22552 Pecan Place
Santa Clarita, CA 91390


Dorene A. & Terrence D. Lee
3223 S Barcelona Street
Spring Valley, CA 91977


Doris M. & Robert E. Tabieros
2615 La Paloma Lane
Santa Cruz, CA 95062


Doug & Cathy Loop
24200 Rosita Dr
Wildomar, CA 92595


Doug & Mary Lou Morton
1620 Forest View Avenue
Burlingame, CA 94010


Doug Han
4900 La Crescenta Avenue
La Crescenta, CA 91214


Doug Wutschke
3010 Vina Vial
San Clemente, CA 92673


Douglas A. & Rosemary S. Sholders
4329 Bromfield Avenue
San Diego, CA 92122

Douglas I Jr & Maria Holmes
11835 Maple Crest Street
Moorpark, CA 93021


Douglas M. & Paulette M. Yedwabnick
28744 Woodside Drive
Santa Clarita, CA 91390


Douglas Schatz & Jennifer Leos
29483 Piazza Court
Menifee, CA 92584


Duane Ruth
c/o David N. Lake, Esq.
16130 Ventura Blvd., Suite 650
Encino, CA 91436


Duane Svoboda
6105 W Avenue L12
Lancaster, CA 93536


Dulce M. Cruz Perez & Carmen Perez Trejo
1270 Bacchus Drive
San Jose, CA 95122


Dumas E. McGawley
74 F Street
Chula Vista, CA 91910


Dustin J. & Joanna Salceda
4233 Hartshorn Ranch Place
La Verne, CA 91750

Dustin Stanley
3552 Ben Street
San Diego, CA 92111


Dwayne Jones & Mario Ascencio
168 South Harvard Boulevard
Los Angeles, CA 90004


Dylan Neal & Becky Southwell
5517 Gladehollow Court
Agoura Hills, CA 91301


Earl E. & Marion Genter
21761 Ojai Road
Apple Valley, CA 92308


Earthstar Electric
170 Malet St
Sonoma, CA 95476


Eddie Moreno
7650 Alderwood Ave
Corona, CA 92880


Eddie Nebria
14971 Piper Circle
Irvine, CA 92604


Eder Estrada
2151 Beechwood Street
Lancaster, CA 93535

Edgar M. & Kelly A. Arias
3553 Rosewood Avenue
Los Angeles, CA 90066


Edgardo & Marilyn Marestaing
25041 Meadowbrook
Mission Viejo, CA 92692


Eduardo C. & Lorna Teodoro
2718 E 219th. Place
Long Beach, CA 90801


Eduardo Calderon
3253 W 134th Place
Hawthorne, CA 90250


Eduardo Calderon
8360 Greenwood Avenue
California City, CA 93505


Edward & Gloria Holguin
41533 Jacaranda Street
Palmdale, CA 93551


Edward & Hortencia Brown
688 Briar Cliff Road
Thousand Oaks, CA 91360


Edward & Julia HW Cable
17239 Grandee Place
San Diego, CA 92128

Edward & Nancy J. Linn
13428 Little Dawn Lane
Poway, CA 92064


Edward & Tina T. Chow
13581 Onkayha Circle
Irvine, CA 92620


Edward A. Alexander
7563 Midfield Avenue
Los Angeles, CA 90045


Edward B. Bondarczuk
19514 Castille Lane
Saugus, CA 91350


Edward C. Roe
2144 Sunset Drive
Escondido, CA 92025


Edward D. & Dawn R. Sibby
46322 Kohinoor Way
Temecula, CA 92592


Edward D. Arias
1657 Harrod Way
Salinas, CA 93906


Edward Del Rio & Yiu Yun Hsieh
1116 Teal Court
Brentwood, CA 94513

Edward J. & Martina Leveque
1122 Santa Fe Way
Salinas, CA 93901

Edward M. & Georgina R. Meda
2162 Cumbre Place
El Cajon, CA 92020

Edward M. Stangel
28309 Tamarack Lane
Santa Clarita, CA 91390

Edward Saunders
611 Gabriele Ct
Hollister, CA 95023

Edward Tien
19458 Canter Lane
Walnut, CA 91789

Edwin Boyer Jr. & Sally Sams
231 Sherman Drive
Scotts Valley, CA 95066

Edwin Miguens
2024 Sargent Avenue
Simi Valley, CA 93063

Efrain M. & Carmen Gonzalez
28834 Garnet Canyon Drive
Santa Clarita, CA 91390

Efrain Reyes
5762 Los Amigos Street
Buena Park, CA 90620


Egbert A. & Barbara A. Smalling
13831 Camino Cinco
Victorville, CA 92392


Eli Jackson
4050 Marianne Drive
Layfayette, CA 94549


Eli Montero & Mary Helen Ortega-Montero
534 Arcadia Way
Salinas, CA 93906


Eli Stevens
7089 Via Pacifica
San Jose, CA 95139


Eliam A. & Maria S. Lim
3436 Norwood Avenue
San Jose, CA 95148


Eligio Ysaguirre
7949 La Habra Circle
Buena Park, CA 90620


Eliseo & Guadalupe Vera
11457 Montecito Drive
El Monte, CA 91731

Eliseo & Katherine J Lara
9 Del Pizzoli
Lake Elsinore, CA 92532

Elizabeth & Rafer Johnson
4217 Woodcliff Road
Sherman Oaks, CA 91403

Elizabeth & William Nielsen
2057 Flickering Path
San Jacinto, CA 92582

Elizabeth Cullen
12952 Greenleaf Street
North Hollywood, CA 91604

Elizabeth Gonzales
125 Oxford Drive
Watsonville, CA 95076

Elizabeth Riestra & Barnard Diaz
11250 South Benson Avenue
Ontario, CA 91762

Ellery C. & Luz S. Manes
19800 Gilmore Street
Woodland Hills, CA 91367

Elliot & Ebru Schroeder
4408 Longshore Way
San Diego, CA 92130

Eloisa A. Escalante
35606 Desert Rose Way
Lake Elsinore, CA 92532


Elsa & Morgan A. Smith
40661 Chianti Circle
Murrieta, CA 92562


Emil & Elenita Llacuna
117 Palawan Way
San Diego, CA 92114


Emilio N. Ordonez & Elizabeth V. Gonzale
17358 Coast Redwood Lane
Canyon Country, CA 91387


Emma Khodabakhshyan & Yegish Ambartsumya
13134 Margate Street
Sherman Oaks, CA 91401


Emma Khodabakhshyan & Yegish Ambartsumya
10447 Glory Avenue
Tujunga, CA 91042


Employment Development Dept.
800 Capital Mall MIC 3A
Sacramento, CA 94230-0001


Enmanuel & Erin C. Tejada
3637 Lake Shore Road
Fallbrook, CA 92028

Enoch Wang & Jenessy Elshire
1344 Skyros Way
Encinitas, CA 92024


Enrique & Laura Villasenor
1373 Tierra Bonita Place
Chula Vista, CA 91910


Enrique & Leticia Abitia
22702 Cheryl Way
Lake Forest, CA 92630


Enterprise
P.O. Box 403328
Atlanta, GA 30384


Enterprise Fleet Management, Inc.
17210 S. Main St.
Gardena, CA 90248


Enterprise FM Trust
Attn: Accounts Receivable
PO Box 800089
Kansas City, MO 64180-0089


Enterprise Rent a Truck
14544 Valley Blvd
La Puente, CA 91746


Enterprise Tolls
PO Box 30
Roslyn Heights, NY 11577

Eric & Christine Brothwell
1752 Bent Twig lane
ustin, CA 92780


Eric & Christine Brothwell
1752 Bent Twig lane
Tustin, CA 92780


Eric & Karlyn K. Aasen
106 Paseo del Mar
Santa Cruz, CA 95065


Eric & Katherine Marx
26775 Pariso Drive
Mission Viejo, CA 92691


Eric & Lora R. Papp
810 Shepard Crest Drive
Corona, CA 92882


Eric & Sandee Koyanagi
17910 Manhattan Place
Torrance, CA 90504


Eric A. & Jill M. Baker
410 Calle Macho
San Clemente, CA 92673


Eric Aubort
25021 Katie Avenue
Laguna Hills, CA 92653

Eric Billiot
15206 Tidewater Circle
Lake Elsinore, CA 92530


Eric G. Vigilia & Suzanne Lee-Vigilia
12110 Coldwater Court
San Diego, CA 92128


Eric J. Nava
6685 Jasper Drive
Eastvale, CA 92880


Eric Kimes
4354 Vangold Avenue
Lakewood, CA 90712


Eric L. & Jennifer W. Cox
2460 Wagon Wheel Road
Norco, CA 92860


Eric Lewis & Brenda Marie Cooper
31042 Via Limon
San Juan Capistrano, CA 92675


Eric S. & Jennifer Penrod
2463 Berkshire Lane
Brentwood, CA 94513


Eric Scott & Susann S. Sills
11 Via Cancion
San Clemente, CA 92673

Eric Springer
30220 Goldenrain Drive
Menifee, CA 92584


Eric W. &Tina Schweitzer
23044 Mobile Street
West Hills, CA 91307


Erica J. Malveaux & Sylvia J. Johnson
39969 Banyan Street
Murrieta, CA 92563


Erick A. Raposa & Mayra L. Del Rio-Rapos
3201 San Carlos Drive
Spring Valley, CA 91978


Erik & Lori Hanson
40 Bel Flora
Rancho Santa Margarita, CA 92688


Erik & Pamela Hanson
14 Sherman Court
Scotts Valley, CA 95066


Erika & Clint Westrich
30289 Trois Valley Street
Murrieta, CA 92563


Erin A. & Sahin B. Sahinler
14231 Ryan Street
Eastvale, CA 92880

Erin E. & Richard A. Welch
14117 Fairchild Dr.
Corona, CA 92880


Erma E. Paddack
3641 Montrose Pl
Livermore, CA 94551


Ermie Z. Zabala
23024 Delford Avenue
Carson, CA 90745


Ernest & Alexandra Luckhardt
3899 Creekside Way
Oakley, CA 94561


Ernest A. Rodriquez
28550 Haskell Canyon Road
Santa Clarita, CA 91390


Ernesto & Avelina Sierra
6909 Rio Grande Drive
Mira Loma, CA 91752


Ernesto F. Velazquez & Johnneen Jones
28042 Caraway Lane
Saugus, CA 91350


Ernie & Diane Schrepfer
3243 Canyon View Drive
Oceanside, CA 92058

Esteban & Rosa Orozco
1415 S Spruce Street
Santa Ana, CA 92704

Estela Vargas
124 Buena Vista Drive
Freedom, CA 95019

Esther & Jeff Phillips
6455 Park Ridge Boulevard
San Diego, CA 92120

Esther Platner-Callison
1845 Capistrano Street
San Diego, CA 92106

Ethan Remington
8502 Merle Circle
Huntington Beach, CA 92647

Eugene Overbey
102 Arroyo Drive
Watsonville, CA 95076

Eugenio H. Sanchez
27240 Trenton Place
Santa Clarita, CA 91354

Eun Mi & Cheol Ho Song
1628 Tyler Drive
Fullerton, CA 92835

Eusebio & Daisy Santos
2535 Crooked Trail Road
Chula Vista, CA 91914


Eusebio & Pilar Delacruz
7399 Canyon Peak Lane
San Diego, CA 92126


Eva & Frank Honesto
2372 Pentland Way
San Jose, CA 95148


Evan D. & Michelle Macleod
386 Call of the Wild
Livermore, CA 94550


Evan R. Richardson & Caitlin A. McBee-Ri
8669 Lynx Road
San Diego, CA 92126


Evelyn M. & Armando J. Cifuentes
1215 Mill Valley Road
Chula Vista, CA 91913


Everton & Yvonne Rowe
2750 Pikake Street
San Diego, CA 92154


Excell Construction, Inc.
1916 E. Boca Raton Ct.
Ontario, CA 91761

Excell Construction, Inc.
c/o Hart King
4 Hutton Centre Drive, Suite 900
Santa Ana, CA 92707


Experian
PO Box 881971
Los Angeles, CA 90088-1971


Ezra & Emily Medico
17031 Palacio Place
San Diego, CA 92127


Farjad Sarafian
18761 Portofino Drive
Irvine, CA 92603


FasTrak Violation Processing Department
PO Box 26925
San Francisco, CA 94126


Fausto & Andrea Flores
1431 Annajeane Drive
Placentia, CA 92870


Felicitas R. & Melchor Quitoriano
10953 Barbados Way
San Diego, CA 92126


Felipe H. & Mary K. Razo
9681 Follett Drive
Santee, CA 92071

Felix E. Schweizer & Stephanie A. White
10610 Rochester Avenue
Los Angeles, CA 90024


Fernando & Alicia P. Nunez
11794 Snyder Avenue
Chino, CA 91710


Fernando Arevalo
10781 La Batista Avenue
Fountain Valley, CA 92708


First Class Solar
2625 Townsgate Rd
Westlake Village, CA 91361


Flash & Liz Ayodeji
4606 Appleglen Street
Antioch, CA 94531


Flash Solar Installers
9530 Owensworth Ave #6
Chatsworth, CA 91311


Fleetmatics USA LLC
PO Box 347472
Pittsburgh, PA 15251-4472


Fleetwash, Inc.
PO Box 36014
Newark, NJ 07188-6014

Fleisher Products & Signs
PO Box 235199
Encinitas, CA 92023-5199


Florence L. Lamb & Theresa A. Dobrick
5083 Grand Avenue
Montclair, CA 91763


Florito Estiva
1128 E Jay Street
Carson, CA 90745


Forest & Meko Alban
1235 Old Hickory Road
Corona, CA 92882


Forrest Newhall
30971 Marbella Vista
San Juan Capistrano, CA 92675


Fortune Energy Inc
241 N. 10th Street
Unit 4
Sacramento, CA 95811


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Francis & Monique Sawa
738 Golden Sands Place
San Diego, CA 92154

Francis C. & Toby A. Cronin
8748 Dorrington Avenue
West Hollywood, CA 90048


Francisco & Ana E Lara
2047 Miramonte Court
Chino Hills, CA 91709


Francisco & Guadalupe Gutierrez
11542 Garrick Avenue
Lake View Terrace, CA 91342


Francisco & Patricia Pi a
421 West Doncrest Street
Monterey Park, CA 91754


Francisco M. & Maria Lina J. Joaquin
20336 Via Marwah
Yorba Linda, CA 92886


Franco Yap & Katerina G. Vicencio
1310 San Domar Drive
Mountain View, CA 94043


Frank & Jennifer Scordia
31229 Cherry Drive
Castaic, CA 91384


Frank & Kathy M. Bartaldo
150 Trimaran Court
Foster City, CA 94404

Frank & Mona Alfano
7138 Scarborough Peak Drive
West Hills, CA 91307


Frank C. Stillman
1512 East Thackery Avenue
West Covina, CA 91791


Frank K. & Joyce T. Yada
18 Valente
Irvine, CA 92602


Frank Sales & Silvia Leos
3553 East Miriam Drive
West Covina, CA 91791


Frank W. & Tuesday T. Casados
2372 Joseph Damon Court
Tracy, CA 95377


Franklin Alan & Merlene Travis Maggini
29438 Greengrass Court
Agoura Hills, CA 91301


Fred & Kim C. Reichert
1225 Llano
San Clemente, CA 92673


Fred & Laura A. Murillo
11270 Calle Jalapa
San Diego, CA 92126

Fred Dalessi
2501 Via Durazno
San Clemente, CA 92673


Fred Dalessi
2104 Via Viejo
San Clemente, CA 92673


Fred Pascua & Barbara Nocheck Pascua
25010 Boxelder Court
Corona, CA 92883


Freddie Rodriguez & Maria C. Menera
10222 Saluda Avenue
San Diego, CA 92126


Fredric & Marcia Brous
1173 S Point View Street
Los Angeles, CA 90035


Frontier Communications
PO Box 740407
Cincinnati, OH 45274


Gabino & Concepcion Valencia
38028 Palms Place
Palmdale, CA 93552


Gabriel & Hellen Ramirez
815 S Hillward Avenue
West Covina, CA 91791

Gabriel & Kathleen E. Perez
18660 Bainbury Street
Canyon Country, CA 91351

Gabriel & Yesenia Tiscareno
36072 Capri Dr.
Winchester, CA 92596

Gaetano Amato & Janet E. Moro-Amato
508 Sterling View Avenue
Belmont, CA 94002

Gail & Jerry Doss
15401 Coleen Street
Fontana, CA 92337

Gail & Mark Pimentel
795 Esperanza Place
Chula Vista, CA 91914

Gail Pollock
2839 Rutgers Place
Oceanside, CA 92056

Gail T. Costello
538 Cathedral Drive
Aptos, CA 95003

Galina A. & Matt F. Oja
500 Filbert Street
Half Moon Bay, CA 94019

Gardner S. & Lillian Jacobsen
41030 Chemin Coutet
Temecula, CA 92591

Garrett & Sarah Rough
43330 Windrose Lane
Lancaster, CA 93536

Gary & Dione Tomasetti
17 Raindance Street
Trabuco Canyon, CA 92679

Gary & Lynne C. Ford
2235 Kirsten Lee Drive
Westlake Village, CA 91361

Gary A. & Wendy A. Doran
817 Paloma Avenue
Burlingame, CA 94010

Gary D. & Grace D. Dedios
2950 Makaha Way
San Diego, CA 92154

Gary Nusbaum
101 Rooney Street
Santa Cruz, CA 95065

Gary Schachter
37743 Westview Drive
Palmdale, CA 93550

Gary W. & Belinda M. Rubel
7 South Stonington Road
Laguna Beach, CA 92651


Gary W. & Marie B. Livick
5927 Abernathy Drive
Westchester, CA 90045


Gennison T. & Ignacio De Soto
3450 Mount Carol Drive
San Diego, CA 92111


Geoff Webberley
2307 Thorncroft Circle
Palmdale, CA 93551


Geoffrey E. Theep
3682 Mabon Place
San Diego, CA 92117


Geoffrey W. & Holly A. Horn
2313 Old Ranch Road
Escondido, CA 92027


George Fernandez
747 Masterson Drive
Thousand Oaks, CA 91360


George McAllister
23409 Fern Place
Murrieta, CA 92562

George O. & Vera M. Nazzal
3578 Grand View Boulevard
Los Angeles, CA 90066


George R. & Lan Phuong Kable
17340 Summer Oak Pl
Yorba Linda, CA 92886


George V. & Judith P. Lawry
21511 Rushford Drive
Lake Forest, CA 92630


Geovanni & Janette Arreola
28151 Tambora Dr
Canyon Country, CA 91351


Gerald & Sylvia Goodman
6121 West Avenue J15
Lancaster, CA 93536


Gerald A. & Cheryl A. Amaral
39836 Ogden Drive
Fremont, CA 94538


Gerald R. Hamwi
1225 Carmona Avenue
Los Angeles, CA 90019


Gerard P. & Mary M. Kramer
3861 Malaga Street
Corona, CA 92882

Gerardo & Annabel Armas
139 South Hyacinth Avenue
Covina, CA 91722

Gerardo & Felicitas Reyes
12281 Maypole Drive
Garden Grove, CA 92840

Gerardo Rodriguez
34 Clarendon Road
Burlingame, CA 94010

German Sierra
2733 Burgundy Lace Lane
San Jacinto, CA 92582

Gerry S & Esther P Angeles
1336 Ponderosa Avenue
Fullerton, CA 92835

Gilbert & Angelita Gallardo
1115 Delight Way
Escondido, CA 92026

Gilbert Michael & Candace D Ashdown
755 Yorkshire Way
Corona, CA 92879

Gina A. & Charlie T. Guerrero
1406 Baldwin Drive
Corona, CA 92881

Giovanni A. & Maria D. Avalos
5584 Ashbourne Way
Antioch, CA 94531


Gisela E. & William F. Troutman Jr
1470 Melanie Way
Livermore, CA 94550


Glenn R. & Carryl-Ann Price
23345 Sandalwood St
West Hills, CA 91307


Glenn R. & Carryl-Ann Price
23338 Sandalwood Street
West Hills, CA 91307


Glenn Williams
21503 Alvar Place
Carson, CA 90745


Gloria E. Nazario
12951 Romont Street
Sylmar, CA 91342


Gloria E. Sanchez
9614 Gainford Street
Downey, CA 90240


Gloria Goh
625 North Danehurst Avenue
Covina, CA 91724

Gloria Goh
16253 Van Gogh Court
Chino Hills, CA 91709


Godwin Roberts
1994 Curtner Avenue
San Jose, CA 95124


Golden State Overnight Delivery Svcs.
7901 Stoneridge Drive, Suite 400
Pleasanton, CA 94588


Gonzalo & Graciela Macias
1946 Morley Street
Simi Valley, CA 93065


Gonzalo Jr. & Lebron Luz Lopez
10994 Marygold Way
Corona, CA 92883


Google Inc.
Dept 34631
PO Box 39000
San Francisco, CA 94139


Gordon Heinel & Deborah Cross
410 Hickman Court
Santa Cruz, CA 95062


Gordon R. & Nancy W. Everett
5751 Balmoral Drive
Oakland, CA 94619

Govind & Deepa Balakrishnan
702 Bahama Ln
Foster City, CA 94404


Grace & Ruel De Leon
22030 Grovepark Drive
Santa Clarita, CA 91350


Grace & Yanni Nguyen
27 Crystalaire
Rancho Santa Margarita, CA 92688


Grant L. Jeffers & Beatrice J. Cherene
1500 Homestead Avenue
Walnut Creek, CA 94598


Greg & Jody H. Cole
2240 Wallace Avenue
Aptos, CA 95003


Greg Thiebaut
590 Bonnie View Court
Morgan Hill, CA 95037


Greg Yee
760 Pecan Way
Campbell, CA 95008


Gregorio & Rosa M. Corona
2313 W Wisteria Place
Santa Ana, CA 92704

Gregorio B. Chavez
37032 57th Street
Palmdale, CA 93552


Gregory & Blanca Pegg
4050 Temescal Avenue
Norco, CA 92860


Gregory & Cherie A. Head
3252 Whisper Sands Avenue
Rosamond, CA 93560


Gregory & Kathleen Rubens
805 Bauer Drive
San Carlos, CA 94070


Gregory & Tina Kurtz
1722 Brampton Place
Brentwood, CA 94513


Gregory A. Wikler & Deborah K. Tellier
856 Las Trampas Road
Lafayette, CA 94549


Gregory C. & Rita R. Gorham
62 Blanca Lane
Watsonville, CA 95076


Gregory G. & Lucille A. Raths
26551 Maside
Mission Viejo, CA 92692

Gregory T. & Melanie J. Cox
15118 Pocahantas Street
Apple Valley, CA 92307


Gregory W & Donna K Shears
1193 Matterhorn Drive
San Jose, CA 95132


Guadalupe & Corine Becerra
1559 Ambersweet Street
Corona, CA 92881


Guadalupe & Juan Gonzalez
932 East Alwood Street
West Covina, CA 91790


Guillermo & Gabriela Cota
3154 Anella Road
San Ysidro, CA 92173


Guillermo Salazar
308 Herman Avenue
Watsonville, CA 95076


Guljar & Satwant S. Hundal
12771 Spring Mountain Drive
Rancho Cucamonga, CA 91739


Gurdip S. & Daljit K. Hari
18 Indiana
Irvine, CA 92606

Gurindar & Gyan Singh Rai
1433 Cisneros Lane
Placentia, CA 92870


Gustavo & Aimee Pelayo
5852 Almond Valley Way
Lancaster, CA 93536


Gustavo & Beth Rey
7908 Merrington Place
San Diego, CA 92126


Gustavo & Rosa E. Godinez
6117 Archwood Way
Palmdale, CA 93552


Gustavo J & Laura R Hernandez
128 San Simeon Drive
Watsonville, CA 95076


Gwen & Todd Ferguson
14872 Alder Lane
Tustin, CA 92780


Gwendolyn B. Brumfield
2011 Stearns Drive
Los Angeles, CA 90034


H2 Environmental Consulting Services Inc
13122 6th Street
Chino, CA 91710

Habib G. & Nabla S. Habib
4763 Bunnelle Avenue
La Verne, CA 91750


Hai Nguyen
724 Daisy Street
Escondido, CA 92027


Hai Nguyen
324 East Lincoln Avenue
Escondido, CA 92026


Hai Thinh
16314 Mount Nimbus Street
Fountain Valley, CA 92708


Haibo Fan & Jianping Xu
58 Forbes
Irvine, CA 92618


Haik & Hilda Parkhani
12807 Meadowlark Avenue
Granada Hills, CA 91344


Halder M. Lopez & Wendy T. Robinson
2753 Fitzgerald Road
Simi Valley, CA 93065


Haley & Rickey Brisco
2525 Summerchase Avenue
Rosamond, CA 93560

Hany & Genevieve Benjamin
16 Cabrillo Terrace
Aliso Viejo, CA 92656


Harold E. & Sara S. Williams
63 Las Flores Drive
Chula Vista, CA 91910


Harris & Forstot, Inc. dba HYFN, Inc.
1235 Hermosa Avenue
Suite 300
Hermosa Beach, CA 90254


Harry Alan & Joanne Rosina Berry
5864 Jeffries Ranch Road
Oceanside, CA 92057


Harvard Square Maintenance Association
27405 Puerta Real, #300
Mission Viejo, CA 92691


Hasler
P.O. Box 3808
Milford, CT 06460-8708


Headland Communications
PO Box 7775 #23630
San Francisco, CA 94120


Heather & Christine Fax-Huckaby
5927 Steeplechase Road
Bonita, CA 91902

Heather & Cody Kennedy
32758 Ridge Top Lane
Castaic, CA 91384


Heather & John Bollman
3166 N Mountain View Drive
San Diego, CA 92116


Heather L. & Jon Peter F. Bartnek
11374 Alberni Court
San Diego, CA 92126


Heather L. Conklin
3648 Jasmine Avenue
Rosamond, CA 93560


Heather R. Rosenfeldt
11473 Sunshine Terrace
Studio City, CA 91604


Heathre & Matthew Wade
7242 Decanture Way
San Diego, CA 92120


Heba A. Hamouda
706 San Diego Lane
Placentia, CA 92870


Hector Aguilera
1200 El Paseo Street
Fillmore, CA 93015

Hector Avilez
211 West Rancho Road
Corona, CA 92882


Hector G. & Martha A. Toscano
1980 Hibiscus Street
Corona, CA 92882


Heidi A & Damon W Huffman
523 Via El Risco
San Clemente, CA 92673


Heinz J. Naas
6682 Greenbriar Court
Chino, CA 91710


Helen & Frank J. Sullivan
1183 Cedarwood Drive
Moraga, CA 94556


Helen G. Contreras & Ricardo Garcia
40742 Chantaco Court
Palmdale, CA 93551


Helene Landry
1441 Laguna Avenue
Burlingame, CA 94010


Henrik Pedersen
2878 Spanish Bay Drive
Brentwood, CA 94513

Henry & Rowena Ho
5150 Corte Playa Catalina
San Diego, CA 92124


Henry A & Marla A Bachetti
696 N Temescal Street
Corona, CA 92879


Henry D. & Terri J. Dixon
7544 Woodstream Court
Rancho Cucamonga, CA 91739


Henry G. & Lynda D. Shugars
9963 Waldgrove Place
San Diego, CA 92131


Henry Theis
26291 Ibeza Road
Mission Viejo, CA 92692


Hermelinda Contreras
1331 Bonnie View Road
Hollister, CA 95023


Hien T. & Yen Nguyen
755 Macklin Court
San Jose, CA 95133


Hillary & Frank Medina
824 Antilla Way
San Marcos, CA 92078

Hin Lok Chu & Miu Yi Chung
131 N 3rd Street
La Puente, CA 91744


Hiram Duran
609 Overlook Place
Chula Vista, CA 91914


HireRight, Inc.
PO Box 847891
Dallas, TX 75284-7891


Hoa Hua
3116 Bartlett Avenue
Rosemead, CA 91770


Hollwood Delivery Service / HDS
2828 S. Willow Avenue
Bloomington, CA 92316


Holly & Robert E. Sjogren
17381 Madera Lane
Huntington Beach, CA 92647


Holly Bauer
8152 Pale Moon Road
Rancho Santa Fe, CA 92067


Holly C. & Steve M. Traut
1447 Charleston Street
Tustin, CA 92782

Holly Murphy & Kevin Aldrich
154 Wesley Street
Capitola, CA 95010


Holly N. & Justin J. Mullikin
5315 Sandra Way
Livermore, CA 94550


Homer & Frances Marshall
43910 42nd Street W
Lancaster, CA 93536


Hongfeng Liu & Yuhua Wang
39 W Naomi Avenue
Arcadia, CA 91007


Hongyun Ye & Guoqing Wang
48 West Camino Real Avenue
Arcadia, CA 91007


Howard P. & Susan Taekman
23306 Park Hacienda
Calabasas, CA 91302


Hugo Huazano
6072 Darlington Avenue
Buena Park, CA 90621


Hui Ling Deng
1141 Highland Oaks Drive
Arcadia, CA 91006

Hui Z. Yi
4300 Willow Tree Lane
Yorba Linda, CA 92887


Huy Tran & Yen Quach
2639 Loganrita Ave
Arcadia, CA 91006


Huy V. Ngo & Huy Q. Nguyen
855 Cape York Place
San Jose, CA 95133


Hyun-Ju Seow & Darren Seow
24421 Mira Vista Street
Valencia, CA 91355


Hyunguk Moon
88 Legacy Way
Irvine, CA 92602


Ignacio & Rebecca Amezcua
802 Linda Court
Walnut, CA 91790


Igor & Oleksandra Altukhov
6706 Colbath Avenue
Van Nuys, CA 91405


Ijhah Burton
2112 Robles Drive
Antioch, CA 94509

Imelda Zaragoza Albania
15955 Gault Street
Van Nuys, CA 91406


Independent Electric Supply, Inc
PO Box 749793
Los Angeles, CA 90074


Indra L. & Lisa N. Ciccarelli
5732 Cedros Avenue
Van Nuys, CA 91411


Industrial Metal Supply
8300 San Fernando Blvd
Sun Valley, CA 91352


Industrial Threaded Products
515 N Puente St
Brea, CA 92821


Infinity Fasteners, Inc.
11028 Strang Line Road
Lenexa, KS 66215


Inna & Sergey Polishchuk
17144 Kingsbury Street
Granada Hills, CA 91344


InsideSales.com, Inc.
1712 S. East Bay Blvd., Suite 100
Provo, UT 84606

Intermedia.net, Inc.
815 East Middlefield Road
Mountain View, CA 94043


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Intratem
1990 S. Bundy Dr., Suite 325
Los Angeles, CA 90025


Ioseph & Carolina Santana
424 North Mangrove Avenue
Covina, CA 91724


Iraj Masarati
915 Portswood Circle
San Jose, CA 95120


Irma Anderson
3628 Park Drive
Pico Rivera, CA 90660


Irma Anderson
9631 Par Place
Pico Rivera, CA 90660


Iron Mountain
PO Box 601002
Pasadena, CA 91189-1002

Isaias & Martha Sandoval
2124 E Merced Avenue
West Covina, CA 91791


Isidoro Raponi & Nina Edelstein
6620 Matilija Avenue
Van Nuys, CA 91405


Ismael A. Mota
11370 Carriage Avenue
Montclair, CA 91763


Itron
P.O Box 200209
Dallas, TX 75320-0209


Jack & Marlene Board
12642 Kenwood Lane
Tustin, CA 92780


Jack & Tamra Converse
3511 Iron Bark Way
Yorba Linda, CA 92886


Jack D. Wininger Sr. & Beverley F. Winin
8807 Taurus Place
San Diego, CA 92126


Jackie & Maria C. Montemoino
3199 Rocky Lane
Ontario, CA 91761

Jackie G. & Marion Cullum
21440 Villena Street
Woodland Hills, CA 91364


Jackson Lewis P.C.
P.O. Box 416019
Boston, MA 02241-6019


Jackson Lewis P.C.
200 Spectrum Center Dr., Ste. 500
Irvine, CA 92618


Jacky Lau & Wai Yin Wong
1760 Walnut Leaf Drive
Walnut, CA 91789


Jacque and Vanessa Keeslar
126 Orvil Way
Fallbrook, CA 92028


Jacques & Trina Slade
28108 Gibraltar Lane
Castaic, CA 91384


Jagdish Rashiyur & Nandini Balakrishnan
466 Latona Court
San Jose, CA 95111


Jai-Put Enterprise, Inc.
2826 Hoya Common
Livermore, CA 94551

Jaime Rodriguez
10 Forest Hill
Irvine, CA 92602


Jaime S. & Trinidelita G. Lao
658 Duncan Ranch Road
Chula Vista, CA 91914


James & Francesca Wudel
2337 Indian Springs Court
Brentwood, CA 94513


James & Liana Avis
11505 Chestnut Ridge Street
Moorpark, CA 93021


James & Marisela Meraz
15361 Kadota Street
Sylmar, CA 91342


James & Stephanie Schneider
2943 Calle Frontera
San Clemente, CA 92673


James A. & Debra M. West
4270 Trotter Street
Capitola, CA 95010


James A. & Julisa H. McClellan
41721 Zinfandel Drive
Palmdale, CA 93551

James A. Wingate & Alicia M. Lutz-Wingat
1985 Lark Ellen Drive
Fullerton, CA 92835


James B. & Heidi Pritchett
20303 Jay Carroll Drive
Santa Clarita, CA 91350


James C. & Traci L. Williams
4191 Mackin Woods Lane
San Jose, CA 95135


James D. & Liza D. Lara
1059 Strawberry Creek Street
Chula Vista, CA 91913


James D. Buck
4468 Inverness Drive
Oceanside, CA 92057


James De La Pena & Nicole R. Marrone
27558 Cherry Creek Drive
Valencia, CA 91354


James E. & Irene K. Chase
20 Hallcrest Drive
Ladera Ranch, CA 92694


James E. Farrens
1395 Riviera Summit Road
San Diego, CA 92154

James Henderson
1303 Del Rio Way
Ontario, CA 91764


James J. & Ruby A. Chee
1368 Santa Olivia Road
Chula Vista, CA 91913


James K. Bates & Victor C. Caponpon
4534 Radford Avenue
Studio City, CA 91607


James L. & Maria E. Houser
44042 Sierra Vista Drive
Lancaster, CA 93536


James Leith
4062 Northpark Circle
Irvine, CA 92604


James M Kadleck & Willie Cowart
185 Sheridan Road
Oakland, CA 94618


James M. & Sally A. Griffith
8722 Page Circle
Huntington Beach, CA 92646


James P. Posey
25162 Campo Rojo
Lake Forest, CA 92630

James R. & Leah J. Green
22601 Marylee Street
Woodland Hills, CA 91367


James V. & Leila F. Kraxberger
27622 Hidden Trail Road
Laguna Hills, CA 92653


James W. Jr. & Sheryl B. Gooden
6334 Lolly Lane
San Diego, CA 92114


Jamie Soponrath
12491 Firebrand Street
Garden Grove, CA 92840


Jamshid & Anita Karanjia
9 Montecilo
Foothill Ranch, CA 92610


Jan Pro Cleaning Systems Silicon Valley
4000 Moorpark Ave # 105
San Jose, CA 95117


Jan-Pro of San Diego
4125 Sorrento Valley Blvd Suite E
San Diego, CA 92121


Jane Herico
5810 Redhaven Street
Corona, CA 92880

Janet Creech
735 S. Hillward Avenue
West Covina, CA 91791


Janet M. Sayers
2540 Luciernaga Street
Rancho La Costa, CA 92009


Janette T. & Jose B. Espenida
2777 Rambling Vista Road
Chula Vista, CA 91915


Janice Torres
22925 Canyon View Drive
Corona, CA 92883


Jared & Kimberly Balastrieri
11599 Cypress Canyon Park Drive
San Diego, CA 92131


Jason & Amy Sabol
2414 Saipan Drive
San Diego, CA 92139


Jason & Kristy Hughes
5410 Brae Burn Place
Buena Park, CA 90621


Jason & Rosa L. Baumann
13242 Cool Meadow Drive
Corona, CA 92880

Jason A. & Sara R. Scharf
5837 Gablewood Way
San Diego, CA 92130


Jason B.Traut
9392 Villa Vista Way
Villa Park, CA 92861


Jason C. & Melanie M. Hamilton
27 Falkner Drive
Ladera Ranch, CA 92694


Jason Castellanos
9333 Pebble Beach Drive
Santee, CA 92071


Jason Dunaway
26275 Charmaine Place
Menifee, CA 92584


Jason E. & Danielle K. Berry
1 Parliament Place
Ladera Ranch, CA 92694


Jason English
28368 Westwood Way
Menifee, CA 92584


Jason Gerbino
5063 Sea Mist Court
San Diego, CA 92121

Jason S & Brenda M Walker
1353 Pebble Springs Lane
Glendora, CA 91741


Jason W. & Victoria T. Chang
6304 West 79th Street
Westchester, CA 90045


Jason W. Pearce & Janette Arauz Pearce
4457 Shelby Court
Riverside, CA 92509


Javier & Aide Borceguin
2773 Henessy Drive
San Jose, CA 95148


Javier & Magdalena Nava
13575 Hemingway Drive
Victorville, CA 92392


Javier Linares & Bianey Fabian
1517 Esperanza Way
Escondido, CA 92027


Javier Serrano & Gabriela Sandoval
6250 Bakman Avenue
North Hollywood, CA 91606


Jay B. Ward & Rachel Quijas
26466 Montecito Lane
Mission Viejo, CA 92691

Jay Bobby & Maxine Luna
2656 South Cucamonga Avenue
Ontario, CA 91761


Jay Debnath & Runi Chattopadhyay
1309 Cabrillo Avenue
Burlingame, CA 94010


Jean M. Cappa
364 Shire Oaks Court
Lafayette, CA 94549


Jean Wilkerson
5341 Allen Court
Palmdale, CA 93551


Jeanette H. Cleaveland
27091 Valia
Mission Viejo, CA 92691


Jeff & Alyssa Flynn
90 Dawnwood
Ladera Ranch, CA 92694


Jeff & Heather Stevenson
28 Allbrook Ct
Ladera Ranch, CA 92694


Jeff & Patricia Stolze
182 Siesta Avenue
Thousand Oaks, CA 91360

Jeff & Yvette Peterson
115 Piedmont Avenue
San Bruno, CA 94066

Jeff Bushman
1405 Corte Clasica
San Marcos, CA 92069

Jeff Desrosier
46 Laurelhurst Drive
Ladera Ranch, CA 92694

Jeff E. & Suzanne M. Hoover
956 Calle Castano
Thousand Oaks, CA 91360

Jeff Gaines
14513 Caminito Santo Tomas
Rancho Santa Fe, CA 92067

Jeffery A. & Charlene S. Lorenz
5741 W Avenue J15
Lancaster, CA 93536

Jeffrey & Mary McCowin
202 Shandy Lane
Ramona, CA 92065

Jeffrey A. Sudakin
3828 Albright Avenue
Culver City, CA 90066

Jeffrey B. & Alina J. Osborne
1429 Seabright Avenue
Santa Cruz, CA 95062

Jeffrey C Ferrell & Elise MacGregor
131 Hebard Street
Santa Cruz, CA 95060

Jeffrey E. & Tina M. Gagnon
7210 Lesina Place
Rancho Cucamonga, CA 91701

Jeffrey F. Smith
27836 Caraway Lane
Saugus, CA 91350

Jeffrey J. & Erica Boles
2860 North Compass Circle
Chula Vista, CA 91914

Jeffrey K. & Janice J. Schmaltz
843 English Holly Lane
San Marcos, CA 92078

Jeffrey M. & Laura A. Joy
3385 Whitehaven Drive
Walnut Creek, CA 94598

Jeffrey M. & Valerie R. Lau
65 Circle Court
Mission Viejo, CA 92692

Jeffrey Olson
29809 Warm Sands Drive
Menifee, CA 92584


Jeffrey S. & Khamphet O. Pease
10556 Dabney Drive
San Diego, CA 92126


Jeffrey S. & Leigh A. Durant
2982 Rugby Court
Tracy, CA 95377


Jeffrey Stock & Sonya Newlyn
310 Nobel Drive
Santa Cruz, CA 95060


Jennie & Sun-Nain Ni
30 Antique Rose
Irvine, CA 92620


Jennifer A. Huang
21030 Sandpiper Street
Walnut, CA 91789


Jennifer E. & Daniel R. Doering
5951 Brannen Drive
Huntington Beach, CA 92647


Jennifer L. & Wayne J. Reiter
2526 Fresh Waters Court
Spring Valley, CA 91978

Jennifer L. Edling-Russell & Eugene S. R
706 Natalie Drive
Lake Elsinore, CA 92530


Jennifer M. & Derick K. Kennington
8239 Water View Court
Spring Valley, CA 91977


Jennifer S. Carolan
3659 Albury Avenue
Long Beach, CA 90808


Jeremiah E. Blodgett
18311 Avolinda Drive
Yorba Linda, CA 92886


Jeremy & Hilary Ames
24368 El Molina Avenue
Valencia, CA 91355


Jeremy D. & Heather C. Katt
8 Trovita
Irvine, CA 92620


Jeremy W. Spence
3509 W Avenue K4
Lancaster, CA 93536


Jerome Fischer & Scarlett A. Goumi EP Fi
3388 Woodside Lane
San Jose, CA 95121

Jerrold M. & Linda L. Wolf
1036 Melody Lane
Fullerton, CA 92831


Jerrold R. & Doris Caplan
428 Camino Manzanas
Thousand Oaks, CA 91360


Jerry & Karen K. Ruiz
20661 Hopetown Lane
Huntington Beach, CA 92646


Jerry & Myra Ann Behrens-Jadoo
25122 Modoc Drive
Laguna Hills, CA 92653


Jerry & Patricia Bradford
14277 Nicoles Way
Adelanto, CA 92301


Jerry Cheng
20852 Beachwood Lane
Huntington Beach, CA 92646


Jerry Fialkowski & Nicole Bentzen
768 East Leadora Avenue
Glendora, CA 91741


Jerry Morris
17487 Calle Mayor
Rancho Santa Fe, CA 92067

Jerry P. Hastings
494 Park View Court
Simi Valley, CA 93065


Jerry Trinh
11360 Delphinium Avenue
Fountain Valley, CA 92708


Jesse & Beth E. Duron
72 Monterey Vista Drive
Watsonville, CA 95076


Jesse & Junita Aragon
13943 Laurelwood Avenue
Corona, CA 92880


Jesse & Norma Madrid
1608 S Sheffield Avenue
West Covina, CA 91790


Jesse Sullivan
188 W Sidlee Street
Thousand Oaks, CA 91360


Jessica E. Ballard
4181 Elmer Avenue
Studio City, CA 91602


Jessica Lancaster
1566 Faith Avenue
Simi Valley, CA 93063

Jessica Mclaurin
1803 W Avenue K9
Lancaster, CA 93534


Jesus & Cruz Quintero
13745 Bluegrass Place
Victorville, CA 92392


Jesus & Gabriela Corral
1236 Sea Reef Drive
San Diego, CA 92154


Jesus & Maria Candelario
15348 Aqueduct Lane
Chino Hills, CA 91709


Jesus & Ofelia H. Cate
1363 La Mancha Place
Chula Vista, CA 91910


Jesus Garcia
1212 W Cubbon Street
Santa Ana, CA 92703


Jesus Morales- Resendiz
3019 W Lingan Lane
Santa Ana, CA 92704


Jesus Q & Lupe R Flores
91 San Tomas Way
Watsonville, CA 95076

Jiffy Lube
M.C. LLC
2940 Bowers Avenue
Santa Clara, CA 95054


Jill & Carson Holmes
2558 Tilden Avenue
Los Angeles, CA 90064


Jill E. Amistadi
3019 W Avenue M7
Lancaster, CA 93536


Jill E. Amistadi
5125 Pearl Court
Lancaster, CA 93536


Jim & Anna Lee
145 West Las Flores Avenue
Arcadia, CA 91007


Jim & Dale Dorman
4517 Rose Avenue
Oakley, CA 94561


Jim Parks
5511 Sunnyslope Avenue
Sherman Oaks, CA 91401


Jincy Kornhauser & Edward T. Kornhauser
964 Park Hill Drive
Escondido, CA 92025

Jiu Ying Zhou
4691 Calle Mar De Armonia
San Diego, CA 92130

Jo Ann & Charles E. Ferguson
1785 Lotman Drive
Santa Cruz, CA 95062

Joan & Scott Campbell
840 Rose Blossom Drive
Cupertino, CA 95014

Joann & Carl L. Oke
44614 Lowtree Avenue
Lancaster, CA 93534

Joann Flaim
2363 Geode Lane
Carlsbad, CA 92009

Joanna K. Klinert & Maciej Pawlicki
2116 Hillstone Drive
San Jose, CA 95138

Joanne Reynolds
409 Tidland Circle
Placentia, CA 92870

Joe & Jennifer M. Botto
35889 Devonshire Lane
Wildomar, CA 92595

Joe & Julie Snell
28011 Gibraltar Lane
Castaic, CA 91384


Joe & Shirlee Rende
2737 Highgate Place
Simi Valley, CA 93065


Joe & Vicki Taylor
41005 Montelena Circle
Temecula, CA 92591


Joe Curley
721 Avenida Loma Portal
Newbury Park, CA 91320


Joe Gilbert Jr. & Frances Gilbert
43511 Vista Serena Court
Lancaster, CA 93536


Joe Nguyen & Denise N. Dinh
50 Nebraska
Irvine, CA 92606


Joe Peralta
11156 Hamal Avenue
Mira Loma, CA 91752


Joe R. Guerrero Jr. & Tracy Guerrero
707 Pueblo Place
Chula Vista, CA 91914

Joe Rodriguez
16124 Central Street
Irwindale, CA 91706


Joe V. & Yvette M. Vasquez
1274 Scott Avenue
Pomona, CA 91767


Joey & Michelle Aucoin
5934 Vesper Avenue
Sherman Oaks, CA 91411


Joey Swenson
520 West Avenue J-10
Lancaster, CA 93534


John & Barbara L. Matias
1053 Via Sinuoso
Chula Vista, CA 91910


John & Carol Casale
12423 Rosey Road
El Cajon, CA 92021


John & Cinthya Harback
44235 Halcom Avenue
Lancaster, CA 93536


John & Dena Magana
1291 Newman Street
Simi Valley, CA 93065

John & Denise L. Barry
28235 Corte Malbino
Temecula, CA 92592

John & Elizabeth Redman
13149 Old West Avenue
San Diego, CA 92129

John & Kristi Angelopulos
28219 Gold Canyon Drive
Santa Clarita, CA 91390

John & Mary Belfield
54 Oxbow Creek Lane
Aliso Viejo, CA 92653

John & Tracy Kane
46240 Durango Drive
Temecula, CA 92592

John A. & Jennifer A. Carrillo
6515 Lotus Street
Corona, CA 92880

John A. & Zita Greene
4135 Crooked Stick Lane
Corona, CA 92883

John A.& Laurel J. Mullally
2212 Camino del Sol
Fullerton, CA 92833

John B. Cason & Sheila A. Smith
46273 Durango Drive
Temecula, CA 92592


John Corney & Lauren Burris
27746 Desert Place
Castaic, CA 91384


John D. & Maria G. Davis
106 Bates View Court
San Marcos, CA 92069


John D. & Shanda M. Rimorin
1340 East Fallbrook Street
Fallbrook, CA 92028


John E. Hoffmann & Eloise Nelson
1655 Ellsmere Avenue
Los Angeles, CA 90019


John G. & Joanne Petas
27782 Greenfield Drive
Laguna Hills, CA 92653


John H. & Gina K. Corrow
17734 Cedarwood Drive
Riverside, CA 92503


John J. & Lorraine F. Brode
1400 Roadrunner Drive
Corona, CA 92881

John Lopez & Gabriela Bibian
20257 Lakemore Drive
Santa Clarita, CA 91351


John M & Cheryl Collins
24903 Manzanita Avenue
Moreno Valley, CA 92557


John Magnus & Genevieve A. Lindgren
16 Comet Trail
Ladera Ranch, CA 92694


John Prusinovski
3944 Alpha Street
San Diego, CA 92113


John R. Martinez & Lorinda F. Collier
30453 Dendy Sky Lane
Valley Center, CA 92082


John Ricotta & Thyra L. Briggs
1686 West Andes Drive
Upland, CA 91784


John Robert & Venora Lyn Pearce
3274 Ivy Court
Lake Elsinore, CA 92530


John S. & Karen B. Huffman
233 Vista Bella Drive
Santa Cruz, CA 95060

John Trone
247 Bard lane
Ventura, CA 93001


John W. & Rosario T. McCrocklin
5852 Shirl Street
Cypress, CA 90630


John W. Rossotto
1613 Arabian Way
Oceanside, CA 92057


Jon & Jennifer G. Tyboroski
20043 Satsuma Circle
Santa Clarita, CA 91350


Jon R. Barnhart
3100 E Larkstone Drive
Orange, CA 92869


Jonathan & Danielle Tuton- Gillette
32985 Lamtarra Loop
Menifee, CA 92584


Jonathan & Tina Hansen
43527 Grange Street
Lancaster, CA 93535


Jonathan T. Angeles
1387 Gwerder Court
Tracy, CA 95377

Jonathan Thomas
13006 Falcon Place
Chino, CA 91710


Jonnie & Thomas C. Doyle
3160 Gingerwood Lane
Lancaster, CA 93536


Jorge & Juana Corona
11 Nona Avenue
Freedom, CA 95019


Jorge & Roxana Tejeda
43809 Fallon Drive
Lancaster, CA 93535


Jorge Marinez & Maria C. Uribe
416 J Street
Watsonville, CA 95076


Jorge Morey
5628 Churchill Court
Palmdale, CA 93552


Jorge V. & Silvia Dominguez
2887 Morning Creek Road
Chula Vista, CA 91914


Jose & Denise A. Ramirez
230 John Street
Santa Cruz, CA 95060

Jose & Isabel Valenzuela
26202 Ridge Vale Drive
Newhall, CA 91321


Jose & Maria Franco
1717 Irwin Street
Chula Vista, CA 91913


Jose & Wanda Vazquez
43642 Dana Drive
Lancaster, CA 93535


Jose Barajas
23151 Tupelo Ridge Drive
Valencia, CA 91354


Jose C. Perez
7765 Hunthaven Road
San Diego, CA 92114


Jose E. & Veronica Lemus
310 Salem Court
San Ramon, CA 94583


Jose Estorga
104 Los Cabos Lane
Ventura, CA 93001


Jose F. Torres & Cynthia Ann Bergschneid
1672 Rivendel Drive
Corona, CA 92883

Jose G. & Maria G. Madrigal
136 Las Lomas Drive
Royal Oaks, CA 95076

Jose G. Martinez
1144 East Cottonwood Court
Ontario, CA 91761

Jose Gonzalez
13045 Norfolk Lane
Victorville, CA 92395

Jose Guadalupe & Luz Esmeralda Serrano
1434 South Jasmine Avenue
Ontario, CA 91762

Jose I & Maria G Santana
16542 Celadon Court
Chino Hills, CA 91709

Jose L. Delgado
2065 Tammi Court
Tracy, CA 95377

Jose M. Huerta
1200 South Bender Avenue
Glendora, CA 91740

Jose Martinez & Kayli Sova
105 Bearing Lane
El Cajon, CA 92019

Jose Orozco
12672 Blue Spruce Avenue
Garden Grove, CA 92840


Jose Perez
19332 Ackerman Avenue
Newhall, CA 91321


Jose Sanchez
959 45th Street
Oakland, CA 94608


Joselito De Lusong & Svetlana Gutierrez
3386 Westport Court
Walnut Creek, CA 94598


Joseph & Brenda Daniel
635 Forest Hills Drive
Tracy, CA 95376


Joseph A. & Susan M. Kusumi
28219 Winterdale Drive
Canyon Country, CA 91387


Joseph Dimacali
622 N Dodsworth Avenue
Covina, CA 91724


Joseph E. & Teri E. Schubert
108 Harvard Court
Placentia, CA 92870

Joseph Hortillosa
1018 Silver Oak Place
Chula Vista, CA 91914


Joseph M & Erin E Panian
1903 Galveston Street
San Diego, CA 92110


Joseph M. & Dyan M. Molina
24 Feldspar Way
Rancho Santa Margarita, CA 92688


Joseph M. Sirard
120 Eliot Street
Santa Paula, CA 93060


Joseph McGee
4146 Greenbush Lane
Moorpark, CA 93021


Joseph P. & Kari L. Fragassi
8 Homestead Drive
Coto de Caza, CA 92679


Joseph S. Dews Jr. & Samantha M Shepard
111 Alta Mesa Drive
Vista, CA 92084


Joseph T. & Jo Anne Dandin
1123 Caperton Street
Lancaster, CA 93535

Josh & Karen Okey
1735 Fitzgerald Road
Simi Valley, CA 93065


Josh & Leighanne Grava
751 Adirondack Avenue
Ventura, CA 93003


Josh Giles
4186 Havenridge Drive
Corona, CA 92883


Joshua Fortenberry & Carylyn Peterkin
1210 Crestlake Avenue
Ventura, CA 93004


Joshua L. Fleetwood & Priyada Gomolvilas
1714 Manitou Court
San Jose, CA 95120


Joshua Moore
2614 Space Court
Lancaster, CA 93536


Joshua N. & Jennifer L. Stephenson
32139 Copper Crest Lane
Temecula, CA 92592


Joshua P & Trisha Wilson
1813 Buena Vista Drive
Manteca, CA 95337

Joshua Torres
616 Hunter Street,
Oceanside, CA 92058


Joshua Torres
616 Hunter Street
Oceanside, CA 92058


Joshua Ybarra & Diane Ybarra
1187 Gazania Court
San Marcos, CA 92078


Joslyn Siminski & Jean-Paul Orpinas
24427 Mira Vista Street
Santa Clarita, CA 91355


Jowil & Ruth Tan
1701 Camino Largo Street
Corona, CA 92881


Joyce & Steven Lauterback
2734 Alabama Street
La Crescenta, CA 91214


Joyce T. & Michael E. Gengler
28 Reynolds Court
Moraga, CA 94556


JPL Talent, Inc
27 Sandy Pond Road
Ladera Ranch, CA 92694

Juan & Sobeida Sanchez
315 Marigold Avenue
Freedom, CA 95019


Juan & Yolanda Maldonado
1111 Sunset Drive
Vista, CA 92081


Juan Manuel & Laura L. Garcia
38 Magnolia Drive
Watsonville, CA 95076


Juan R. Gomez
5639 Tempe Drive
Palmdale, CA 93552


Juan Valles
1609 S Cypress Avenue
Ontario, CA 91762


Juana Sincuir
9064 Myron Street
Pico Rivera, CA 90660


Judi Ludewig
204 Clifford Drive
Watsonville, CA 95076


Judith A. & Romald N. Nunes
2 San Carlos Drive
Salinas, CA 93901

Judy Kim-Cho
24368 El Molina Avenue
Valencia, CA 91355


Judy Kim-Cho
24427 El Molina Avenue
Valencia, CA 91355


Julia Karastoianova
5 Greene Pl.
Lafayette, CA 94549


Julian E. & Lori Aragon
5572 Fox Hills Avenue
Buena Park, CA 90621


Julie A. and Stephane Christiany
10732 Passerine Way
San Diego, CA 92121


Julie Avalos-Stark
1216 W Fern Drive
Fullerton, CA 92833


Julie F. & Norman T. Nilson
22241 Evening Star Court
Santa Clarita, CA 91390


Julie Lakins
5500 Forest Cove Lane
Agoura Hills, CA 91301

Julio A. & Ana P. Hernandez
1627 E Lingard Street
Lancaster, CA 93535


Julio Torres
46274 Grass Meadow Way
Temecula, CA 92592


Junjie Song & Rong Xu
6786 Annebury Drive
Corona, CA 92880


Justin & Amanda J. Wilhelm
831 Granada Drive
Vista, CA 92083


Justin & Crystal Magdaleno
748 Atherton Circle
Salinas, CA 93906


Justin & Elton Y Wong
5011 Crystal Ridge Court
Oakland, CA 94605


Justin Costa
900 Walnut Drive
Oakley, CA 94561


Justin Couvillion
15 Sachem Way
Ladera Ranch, CA 92694

Justin Gillen & Nicolette Dugue
39112 Silverberry Lane
Palmdale, CA 93551


Justin Lin & Catherine Hung
22 Washington
Irvine, CA 92606


Justine & Bert Chantravat
13687 Kingsbridge Street
Westminster, CA 92683


Juvy T. & Oliver H. Banal
136 Monroe Street
Oceanside, CA 92057


Kacy Williams & Lesley E. Blankenship-Wi
788 Via Bahia
San Marcos, CA 92069


Kaiser Permanente
File 5915
Los Angeles, CA 90074-5915


Kamini Mehta
2352 Renfield Way
San Jose, CA 95148


Karen & Kevin Peltz
1327 Katherine Court
Brentwood, CA 94513

Karen & Norly Paat
38340 Sierra Grande Avenue
Palmdale, CA 93551


Karen & Ronald Odis Shamblin
6765 Blue Rose Lane
Oak Hills, CA 92344


Karen A. & Denis J. Tyrell
6497 Owl Way
Livermore, CA 94551


Karen Erickson & Ken Sosa
411 6th Street
San Juan Bautista, CA 95045


Karen Marie Nance & David Cain
833 Deland Court
El Cajon, CA 92020


Karen Soto & Sergio Gomez
6 Genoa Circle
Salinas, CA 93905


Karl Iwahashi
17222 Tennyson Place
Granada Hills, CA 91344


Karl Kugel
2770 Parkview Drive
Thousand Oaks, CA 91362

Karl R. Rollins
40 Ranchito Court
Hollister, CA 95023


Karren L. Ganstwig
10525 Bloomfield Avenue
North Hollywood, CA 91602


Karson A. & D. Kupiec
8103 Pale Moon Road
Rancho Santa Fe, CA 92127


Karthik Krishnaswami & Ranjana Narang
3964 Bouquet Park Lane
San Jose, CA 95135


Katharine A. Potter
827 Kilarney Court
Lathrop, CA 95330


Katherine & Matthew D. Shieman
30 Birkdale Pl
Moraga, CA 94556


Katherine F. Goforth
14980 Amso Street
Poway, CA 92064


Katherine Grant
2524 Crocker Way
Antioch, CA 94531

Katherine Vogen
8989 Trumpets Court
Corona, CA 92883


Kathey J. Hartman
31210 Cherry Drive
Castaic, CA 91384


Kathie & Rebecca C. McLaughlin
227 C Street
Redwood City, CA 94063


Kathleen D. & Jason Scheideman
4910 Abbeyville Avenue
Woodland Hills, CA 91364


Kathleen M. & Robert E. Hilbert
17307 Rising Dale Way
Ramona, CA 92065


Kathleen Neville
8418 Belford Avenue
Westchester, CA 90045


Kathleen Richardson & Robert Johnson
47 Laurelhurst Drive
Ladera Ranch, CA 92694


Kathy L. Cryer
8915 Odessa Avenue
Sepulveda, CA 91343

Kay Sherman
2328 Frankfort Street
San Diego, CA 92110


Kaylene D. Keller
2021 Oak Avenue
Redwood City, CA 94061


Keegan & Amelie Hicks
23962 Dory Drive
Laguna Niguel, CA 92677


Keening Young
12356 Tioga Court
Chino, CA 91710


Keith & Melanie Ameele
439 North Myrtle Avenue
Monrovia, CA 91016


Keith & Orawan Bing
39448 Salinas Drive
Murrieta, CA 92563


Keith & Rachael Dornin
509 Peach Way
San Marcos, CA 92069


Keith A. & Lee Trahan
7630 Norcanyon Way
San Diego, CA 92126

Keith A. & Roxanne B. Smith
3 Spicewood
Aliso Viejo, CA 92656


Keith T. Ng & Patricia Hui-Ng
4016 Greenwich Drive
San Ramon, CA 94582


Kelli Aiello
1051 Meadow Brook Court
Brentwood, CA 94513


Kelly Blake & Nancy R. Cervantes & Diann
410 North Shaftsbury
San Dimas, CA 91773


Kelvin & Tomoko Lew
908 E Michelle St
West Covina, CA 91790


Ken & Irene Howell
16460 Kings Canyon Court
Morgan Hill, CA 95037


Ken & Linda Johnson
106 Kelly Way
Scotts Valley, CA 95066


Ken & Marcy Kohler
107 Oak Creek Boulevard
Scotts Valley, CA 95066

Kendra Lui & Jason Kerr
2011 Morningstar Court
Rosamond, CA 93560


Kenneth & Constance Ash
12761 Bonita Heights Drive
Santa Ana, CA 92705


Kenneth & Karina Haskins
31716 Pompei Lane
Winchester, CA 92596


Kenneth B. Cummings & Paul Tutko
3415 Keston Court
San Diego, CA 92111


Kenneth Brotherton
14 Via Cuenta Nueva
San Clemente, CA 92673


Kenneth C. & Floresita P. Hoskins
4462 Walnut Avenue
Irvine, CA 92604


Kenneth Fitzpatrick
2932 Cardamon Lane
Fullerton, CA 92835


Kenneth J. & Nancy L. Rogers
3645 Snowdrift Drive
Riverside, CA 92503

Kenneth V. & Elaine Punla
2625 Aspinwall Court
Fairfield, CA 94534


Kenneth W. & Irene D. Alpen
1028 Capuchino Avenue
Burlingame, CA 94010


Kent Fung
2506 Woodruff Way
Arcadia, CA 91007


Kent Fung
8021 Lomas Court
Fontana, CA 92336


Kent Lloyd & Carol Ann Bryan
27965 Hedgeline Drive
Laguna Niguel, CA 92677


Kerry & Elmer Alcantara
3639 Larchwood Drive
Corona, CA 92881


Kerry G. Sheron
753 Buchanan Street
Escondido, CA 92027


Kerry L. & Daniel T. Giles
5133 Costa Rustico
San Clemente, CA 92673

Kevin & Gabriela Kent
6248 Oakridge Road
San Diego, CA 92120


Kevin & Jennifer Marie Falciano
45184 Wiki Circle
Temecula, CA 92592


Kevin & Meredith Keet and Mark A & Teres
750 36th Avenue
Santa Cruz, CA 95062


Kevin & Nancy Mitchell
3107 W Lumber Street
Lancaster, CA 93536


Kevin & Sophea Meas
39113 White Fir Lane
Palmdale, CA 93551


Kevin & Terry Lynn Hill
33245 Via Chapparo
Temecula, CA 92592


Kevin Bauer
8152 Pale Moon Road
Rancho Santa Fe, CA 92067


Kevin C. Sutherland
14392 Purdy Street
Westminster, CA 92683

Kevin L. & Betty Sowers
2820 Lancaster Lane
Corona, CA 92882


Kevin Lee & Lynette W. Blatter
1863 Renee Way
Concord, CA 94521


Kevin M. & Pamela A. Irwin
12 Estrade Lane
Foothill Ranch, CA 92610


Kevin M. Osborne
2987 Las Posas Road
Camarillo, CA 93010


Kevin T. & Rebecca A. Yamano
25 Calle De La Luna
San Clemente, CA 92673


Kevin W. Bissonnette & Mary T. Becket-Bi
309 Calle Rica
San Clemente, CA 92672


Kevin Wan
3550 Mendenhall Court
Pleasanton, CA 94588


Khalid & Dani C. Raja
27516 Country Lane Road
Laguna Niguel, CA 92677

Khang Le & Ngoc T. Hoang
12222 Papeete Street
Victorville, CA 92392


Kim & Jason Lau
3521 Chief Circle
Thousand Oaks, CA 91360


Kimberly & Roger B. Murphy
7704 Fostoria Street
Downey, CA 90241


Kimberly A. McInerney
4216 Isle Drive
Carlsbad, CA 92008


Kimberly A. Reeve
1649 American Beauty Drive
Concord, CA 94521


Kimberly Sowders
2 Thornbird
Aliso Viejo, CA 92656


King & Spalding LLP
P.O. Box 116133
Atlanta, GA 30368-6133


Kiranjit S. Sidhu
2516 Bentley Ridge Drive
San Jose, CA 95138

Kirby & Shirley Camarena
22 Cheltenham Way
San Jose, CA 95139


Kirk & Denise Philo
1144 Vantage Place
Fallbrook, CA 92028


Kirk & Kristina P. Van Katwyk
4576 Oakridge Drive
Tracy, CA 95377


Kirk & Melissa Heinemann
28318 Roman Court
Saugus, CA 91350


Kj Banuk
2926 Calle Heraldo
San Clemente, CA 92673


Konica Minolta Premier Finance
1111 Old Eagle School Road
Wayne, PA 19087


Krannich Solar West LLC
3801 Ocean Ranch Blvd, Suite 103
Oceanside, CA 92056


Kristi D. Cabral-Carrasco
5455 Forestridge Drive
Agoura Hills, CA 91301

Kristian Griffen
807 Broadway Street
Lake Elsinore, CA 92530


Kristin L. & Nicholas Armitage
1461 Cresthaven Place
Oceanside, CA 92056


Kristina & Jerry Konrad
12582 Spring Valley Parkway
Victorville, CA 92395


Kristina L. Kennedy
6 Camarin Street
Foothill Ranch, CA 92610


Kristopher & Jamie Krigbaum
26856 Via Grande
Mission Viejo, CA 92691


Kulashekar Raghavan & Gita Kulashekar
224 Calle Marguerita
Los Gatos, CA 95032


Kurt L. & Caitlin R. Woelfel
7730 Palacio Drive
Rancho La Costa, CA 92009


Kurt Smith
1437 Coker Way
El Cajon, CA 92021

Kyle Smith
835 Pearl Place
El Cajon, CA 92020


LAFMAC
15241 Laguna Canyon Road
Irvine, CA 92618


Lan D. Vo & Christine Joy P. Vo
1074 Moonstone Pl
Chula Vista, CA 91913


Lana J. Parker
17 Pacific Crest
Laguna Niguel, CA 92677


Lapton Lounge
1701 North California Blvd
Walnut Creek, CA 94596


Larry & Beth Lyford
12459 Quail Terrace
Winter Gardens, CA 92021


Larry & Keisha T. Maxey
10172 California Waters Drive
Spring Valley, CA 91977


Larry E. & Christiane M. Shannon
6131 Sandy Hill Lane
Yorba Linda, CA 92886

Larry E. & Vicki Cobb
1456 West Francis Street
Ontario, CA 91762


Larry J. & Vicki D. Ridenour
26 Downing Circle
Salinas, CA 93906


Larry L. & Clarabell A. Whitaker
4702 Mount Etna Drive
San Diego, CA 92117


Larry L. Glaves
7226 Pinewood Court
Corona, CA 92880


Larry L. Glaves
7236 Pinewood Court
Corona, CA 92880


Larry M. & Karen M. Mitchell
20781 Village Court
California City, CA 93505


Larry Peoples & Marcie Kohl Peoples
254 N Mayflower Avenue
Monrovia, CA 91016


Larry Peoples & Marcie Kohl Peoples
254 N Mayflower Avenue  ADD-ON
Monrovia, CA 91016

Larry R. & Pauline Furman
21323 San Miguel Street
Woodland Hills, CA 91364


Laura & Bart Leininger
6162 Lake Lindero Drive
Agoura Hills, CA 91301


Laura & Douglas Rose
5558 Aurelia Street
Simi Valley, CA 93063


Laura Delphina
31525 Arrow Point Drive
Castaic, CA 91384


Laura E. Silva-Scavo & Timothy M. Scavo
153 Church Place
Irvine, CA 92602


Lauren Dionne
23701 Clarendon Street
Woodland Hills, CA 91367


Lauren M & Francis T Rayburn
1139 E Avenue K13
Lancaster, CA 93535


Laurie A. & Mark H. Wheatley
700 Ellesmere Court
Brentwood, CA 94513

Law Offices of Felicia Katsarov
9431 Haven Avenue, Suite 232
Rancho Cucamonga, CA 91730


Lawrence R. Lundquist Sr. & Jie Y. Lundq
4804 Maureen Circle
Livermore, CA 94550


Leander P. Adan & Kathryn A. Sales
27 Georgia
Irvine, CA 92606


Leandro A. & Vanessa M. Rivera
1703 Embassy Circle
Livermore, CA 94550


Lee & Elaine Tavares
5572 Roundup Road
Norco, CA 92860


Lee & Judith D. Ellingson
10927 Hansom Lane
Spring Valley, CA 91978


Lee Ann Teaney & Stephanie B. Koehler
3657 Stoner Avenue
Los Angeles, CA 90066


Lee Lichter & Julian Lichter
6126 Via Regla
San Diego, CA 92122

Legendary Staffing, Inc.
AmeriSource Funding, Inc.
P.O. Box 4738
Houston, TX 77210-4738

Leila Kraxberger & Homa Karimi
25771 La Serra
Laguna Hills, CA 92653

Leo A. & Denise E. Faubion
8524 Golden Ridge Road
Lakeside, CA 92040

Leo Chen
41 Copper Leaf
Irvine, CA 92602

Leo J. & Kimberly A. Linesch
2262 Mark Place
Escondido, CA 92027

Leon H.& Shirley H. Ruther
21607 Canyon Heights Circle
Santa Clarita, CA 91390

Leonard C. Holder
5919 Steeplechase Road
Bonita, CA 91902

Leonard Salazar
5458 Katherine Street
Simi Valley, CA 93063

Leonard Z. Holtz & Sean Hunter
721 N Gardner Street
Los Angeles, CA 90046


Leonardo Madera
5763 Finchley Road
Palmdale, CA 93552


Leoncio F. & Guillermina Leal
1811 West Farlington Street
West Covina, CA 91790


Leopoldo Herrera
802 N Sherry Lane
Santa Ana, CA 92701


Lesslie & Elizabeth McClain
26065 Ohara Lane
Stevenson Ranch, CA 91381


Leticia A. Vejar
3510 Quail View Street
Spring Valley, CA 91977


Levi & Jessica Gelineau
2423 College Street
Simi Valley, CA 93065


Levora & James Winston
666 Mural Street
Oceanside, CA 92057

Lidia Reumante
6625 Santa Rosa Road
Camarillo, CA 93012


Lidia Reumante
4514 Cochran Street
Simi Valley, CA 93063


Lien T. Giang & David A. Ford
6068 Zenako Court
San Diego, CA 92122


Lilli F. & Duncan C. Rouleau
1336 Olive Ln
La Canada, CA 91011


Lilli F. & Duncan C. Rouleau
1336 Olive Lane
La Canada Flintridge, CA 91011


Lina & Masis V. Sosoian
17007 Crest Heights Drive
Santa Clarita, CA 91387


Linda & Mark Weber
14102 Chagall Avenue
Irvine, CA 92606


Linda A. Driscoll
11582 Arroyo Avenue
Santa Ana, CA 92705

Linda C. Jorgensen
7821 Westlawn Avenue
Los Angeles, CA 90045


Linda L. Fraguela
463 Odin Drive
Pleasant Hill, CA 94523


Linda M. Courtney
17050 Seaforth Street
Hesperia, CA 92345


Lindsey James Mutuc & Mescina Pierce
24213 Governor Avenue
Harbor City, CA 90710


Lisa & Donald De Leo
13250 Mountain View Court
Corona, CA 92883


Lisa Graves-Gaal & Toran Gaal
28553 Sunset Road
Valley Center, CA 92082


Lisa M. Malenfant
12438 Cardinal Drive
Tustin, CA 92782


Lissa Pearlman
2813 Putnam Street
Los Angeles, CA 90039

Lissette & Antonio Solano
1149 S Auburn Drive
West Covina, CA 91791


Liying Peng
1009 South Gaybar Avenue
West Covina, CA 91790


Lizabeth L Cope
578 S Prospero Drive
Covina, CA 91723


Lloyd & Andrea Mokler
5135 Costa Rustico
San Clemente, CA 92673


Locus Energy, LLC
Bank of America Lockbox Services
MA5-527-02-07
Dorchester, MA 02125


Loren & Eric Ibarra
2016 Paseo Cresta
Vista, CA 92084


Lorena & Flavio Diaz
7436 Gloria Avenue
Van Nuys, CA 91406


Lorenzo & Irma Gonzalez
39930 Falcon Way
Murrieta, CA 92562

Lori & Terry Lee Mercer
1255 Old Hickory Road
Corona, CA 92882

Lori Glasky
5536 E Valencia Drive
Orange, CA 92869

Lorna A. & Stanley L. Thomas
2941 Michael Drive
Newbury Park, CA 91320

Lorna C. Edquid
271 Sweetwood Street
San Diego, CA 92114

Lorraine & Leif Wicks
906 W Las Palmas Drive
Fullerton, CA 92835

Lorraine & Peter H. Sim
202 N Lucerne Blvd
Los Angeles, CA 90004

Los Angeles County Tax Collector
PO Box 54888
Los Angeles, CA 90054-0888

Louie & Alicia V. Cruz
2139 Lyon Avenue
Riverside, CA 92503

Louie & April Ramirez
24023 Tango Drive
Valencia, CA 91354


Louis D. Haag ll & Vera L. Haag
8871 Covina Street
San Diego, CA 92126


Louise Roberts & Vu Dang
215 N Kingston Street
San Mateo, CA 94401


Lovonne Malneck
32689 The Old Road
Castaic, CA 91384


Lowell D. Wilson
3141 Cavaletti Lane
Norco, CA 92860


Loy Yam
11144 Bellflower Avenue
Fountain Valley, CA 92708


Luc Phan & Hong An Nguyen
724 Daisy Street
Escondido, CA 92027


Luis & Maria Elena Del Rio
10948 Fury Lane
La Mesa, CA 91941

Luis & Ofelia Magallon
525 Carlos Canyon Court
Chula Vista, CA 91910

Luis A. & Debra S. Garcia
10061 Starboard Circle
Huntington Beach, CA 92646

Luis A. & Debra S. Garcia
10342 Arundel Avenue
Westminster, CA 92683

Luis A. Branco & Tonia M.
7481 Wild Rose Drive
Corona, CA 92880

Luis Espinoza & Raquel Galaz-Espinoza
1972 Rue Chateau
Chula Vista, CA 91913

Luis M. Moreta-Sainz & Margaret W. Moret
3251 Provon Lane
Los Angeles, CA 90034

Luis Marcano
25897 Fenda Way
Valencia, CA 91355

Lynelle & Perry Marcos
3229 Westfield Drive
Lancaster, CA 93536

Lynette C. Hunter
7907 Deerfield Street
San Diego, CA 92120


Lynville & Michelle Lee
480 Twin Pines Drive
Scotts Valley, CA 95066


Lyudmila Yesayev
12361 Cohasset Street
North Hollywood, CA 91605


Macarena Cardenaz
1052 Ardilla Place
Chula Vista, CA 91910


Maciej J. Gruszka & Iwona Bednarek-Grusz
8 Via Destino
San Clemente, CA 92673


Madeleine & Michael Carwin
1371 Westminster Place
Escondido, CA 92027


Mag-Trol Long Beach, LLC
c/o Poindexter & Doutre, Inc.
624 S. Grand Ave, Suite 2420
Los Angeles, CA 90017-3325


Magdalena D. Acain
10461 Bedfont Circle
San Diego, CA 92126

Magdalena M. Valencia
5004 El Mirlo Drive
Oceanside, CA 92057


Magdalena Maciel
20 Melwood Court
Watsonville, CA 95076


Magdalena Salas
2025 W Willow Avenue
Orange, CA 92868


Magdalena Valadez-Lopez
22771 Jubilo Place
Lake Forest, CA 92630


Mahindra Bardwaj
1086 Via Vera Cruz
San Marcos, CA 92078


Mail Finance
Dept. 3682
PO Box 123682
Dallas, TX 75312-3682


Majid Sadaghiani & Zoreh Izadpanah
4982 Seaford Circle
Irvine, CA 92604


Malcolm H. & Eleanor D. MacGregor
130 Handley Street
Santa Cruz, CA 95060

Malvin D. & Margaret W. Bruce
8029 Laurelridge Road
San Diego, CA 92120


Man Quang Vu & Rosemarie Mytien Dam-Vu
4478 Philbrook Square
San Diego, CA 92130


Manigandan Thankappan
24358 Las Palmas Street
Santa Clarita, CA 91355


Manmeet & Husnal C. Shah
28035 Linda Lane
Santa Clarita, CA 91350


Mansa Systems
P.O. Box 2728
Fremont, CA 94536-0728


Manu & Monica Harish
101 Teresita Way
Los Gatos, CA 95032


Manuel & Hazel Gabon
717 East J Street
Chula Vista, CA 91910


Manuel & Hazel Gabon
360 W Carriagedale Drive
Carson, CA 90745

Manuel & Jennifer Ortega
45014 Bronze Star Road
Lake Elsinore, CA 92532


Manuel & Patricia Rodriguez
4543 Calada Avenue
Pico Rivera, CA 90660


Manuel Favela
1616 Antares Drive
San Ysidro, CA 92173


Manuel P. & E. L. Caalaman
11238 Gatemoore Way
San Diego, CA 92131


Many & Lawrence Chang
33 Shea Ridge
Rancho Santa Margarita, CA 92688


Maral Simonian
17318 Tennyson Place
Granada Hills, CA 91344


Marc & Connie Foreman
23376 Ostronic Drive
Woodland Hills, CA 91367


Marc Attinasi & Sabrina Suarez
515 N Willowspring Drive
Encinitas, CA 92024

Marc Chan-Kai
679 St Andrews Drive
Aptos, CA 95003


Marc E. & Jill H. Evensen
30 Parma
Irvine, CA 92602


Marc Marty
7588 Coralwood Court
Corona, CA 92880


Marc V. & Joren Ayala-Bass
1056 Larch Avenue #A
Moraga, CA 94556


Marcario & Diane Christine Ortega
28031 Bena Court
Saugus, CA 91350


Marcia Bertholf
939 Cherrystone Drive
Los Gatos, CA 95032


Marco & Anita Santarelli
3 Saint Croix
Laguna Niguel, CA 92677


Marco & Elizabeth Chavez
10903 Whippletree Lane
Spring Valley, CA 91978

Marco Sanchez
777 Dovecrest Place
Chula Vista, CA 91914


Marcos & Sara Gabriel
27907 Alta Vista Avenue
Santa Clarita, CA 91355


Marcus & Nicole Creighton
1210 Silverado Drive
Chula Vista, CA 91915


Marek & Joanna M. Skorupa
6352 Running Springs Road
San Jose, CA 95135


Margaret & Chi-Chang Lu
2140 Lindsey Court
Tustin, CA 92782


Margaret & Jason Smethers
71 Rhine Court
Oakley, CA 94561


Margaret & Patrick Williams
3379 Meg Court
Simi Valley, CA 93063


Margaret Moesch
3040 Roland Drive
Santa Cruz, CA 95062

Margarita Gonzalez & Graciela Espinoza
227 Shasta Street
Watsonville, CA 95076


Marguerite DeAngelo
303 Coulson Avenue
Santa Cruz, CA 95060


Margy & Akito Shikuma
23 Parkwood Drive
Watsonville, CA 95076


Maria & Mauro C. Mercado
13797 De Garmo Ave
Sylmar, CA 91342


Maria & Valentin Eclevia
21809 Archibald Avenue
Carson, CA 90745


Maria A. Castaneda
430 Fontanelle Drive
San Jose, CA 95111


Maria Carmen Guevara
6037 Cartwright Avenue
North Hollywood, CA 91606


Maria De Avila
9629 E. Avenue S 12
Littlerock, CA 93543

Maria De Avila
36910 Hyacinth Court
Palmdale, CA 93552


Maria G Rios
4830 Liebel Court
San Diego, CA 92117


Maria Madrigal
2201 Rockrose Street
Palmdale, CA 93551


Maria Martinez & Jorge Perez
136 San Benito Street
Watsonville, CA 95076


Marianne & William Johnson
252 Holton Court
Walnut Creek, CA 94598


Mariano L. & Ligaya A. De La Cruz
640 Dunhill Drive
Danville, CA 94506


Marie P. & Edmun R. Anonuevo
9261 Lev Avenue
Arleta, CA 91331


Marily & Ernesto Figueroa
2001 South Grandview Lane
West Covina, CA 91792

Marilynn M Kramar & Esther Garzon
15625 New Hampton Street
Hacienda Heights, CA 91745


Marina F. & Boris E. Berkman
2531 Amherst Avenue
Los Angeles, CA 90064


Mario & Alicia L. Lopez
6399 East Rochelle Lane
Long Beach, CA 90815


Mario & Georgina Olvera
27819 Tambora Drive
Canyon Country, CA 91351


Mario & Maria T. Manalo
172 W. 234th Place
Carson, CA 90745


Mario A. Lamas-Alfaro & Angelica Serrano
172 Sierra Way
Chula Vista, CA 91911


Mario Alberto & Fanny Arriola
1662 Boston Street
Salinas, CA 93906


Mario Gonzalo & Marcela Ponce Vizcaya
7 Corte Pasillo
San Clemente, CA 92673

Mario L. & Juanita A. Lara
28354 Santa Catarina Road
Santa Clarita, CA 91350

Marites & Edward J. Anonas
14723 Meadowsweet Drive
Corona, CA 92880

Mark & Albert Boyajian
4825 Newcastle Avenue
Encino, CA 91316

Mark & Cindy Lou Smith
601 Sipes Circle
Chula Vista, CA 91911

Mark & Elena Quinn
26942 Marbella
Mission Viejo, CA 92691

Mark & Evelyn Lambert
24925 Manzanita Avenue
Moreno Valley, CA 92557

Mark & Judy Huizar
3915 Edenwood Drive
San Jose, CA 95121

Mark & Kimberly Eld
18 Scarlet Maple Drive
Ladera Ranch, CA 92694

Mark & Lara Bentley
21860 Feather Avenue
Yorba Linda, CA 92887


Mark & Lisa S. Melnick
795 Park Avenue
Moss Beach, CA 94038


Mark & Phuong Yokoyama
3260 Arbol Drive
Fullerton, CA 92835


Mark A. & Lynn L. Blueweiss
18 Via Tronido
Rancho Santa Margarita, CA 92688


Mark A. Miller & Tonia H. Orlandoni
17430 Hiawatha Street
Granada Hills, CA 91344


Mark Andreas Mueller & Ellen D Krengel
1272 Bellair Way
Menlo Park, CA 94025


Mark C. & Tammy J. Smith
3925 Boyer Street
Chino, CA 91710


Mark D. & Susan B. Poloway
4006 Isle Drive
Carlsbad, CA 92008

Mark F. & Michele M. Polhill
2600 Calle Onice
San Clemente, CA 92673


Mark Geiger
4 Via Vetti
Laguna Niguel, CA 92677


Mark Georgiopoulos
10404 Artesian Springs Court
Spring Valley, CA 91977


Mark J. & Carolyn Harper
219 Continente Avenue
Brentwood, CA 94513


Mark J. & Michelle R. Curtice
16090 Darcie Lane
Salinas, CA 93908


Mark J. & Nelly K. Halliday
32 Marion Ave
Salinas, CA 93901


Mark K. Aranda & Silvia Day
1674 Alameda de Las Pulgas
Redwood City, CA 94061


Mark L. & Kathy L. Carter
2811 Bouquet Lane
Palmdale, CA 93551

Mark M. Menhennet
1009 Via Mil Cumbres
Solana Beach, CA 92075

Mark Natividad
40172 Emily Place
Murrieta, CA 92563

Mark Posik
13785 Okesa Road
Apple Valley, CA 92307

Mark R. & Betsy H. Jochner
246 Encina Corte
Walnut Creek, CA 94598

Mark Rodriquez & Adriana Gomez
5883 Vista San Guadalupe
San Diego, CA 92154

Mark Smith & Susan Friedland
12571 Welbe Drive
Santa Ana, CA 92705

Marlo & Jenny Johnson
1847 Alexander Way
Brentwood, CA 94513

Marlon Lewis
32326 Honeybee Drive
Winchester, CA 92596

Martin & Lorraine Wall
29552 Wind Runner Court
Menifee, CA 92585

Martin & Mishel Trujillo
2210 W 9th Street
Santa Ana, CA 92703

Martin Crevier
21522 Via Invierno
Lake Forest, CA 92630

Martin Martinez
13461 Fox Point Road
Victorville, CA 92392

Martina Mosqueda
103 E Queen Anne Drive
Chula Vista, CA 91911

Marva L. Smith
15486 Morada Road
Victorville, CA 92394

Marwan El Zarou & Rola Tohme
24296 Reyes Adobe Way
Valencia, CA 91354

Mary & Ernesto C. Espinoza
3628 Park Drive
Pico Rivera, CA 90660

Mary Ann Thomas
23745 President Avenue
Harbor City, CA 90710

Mary Booker
30536 Jasmine Valley Drive
Canyon Country, CA 91387

Mary Case
4114 Artesia Boulevard
Torrance, CA 90504

Mary E. & Donald J. Kubasak
824 Cape May Place #5818
San Jose, CA 95133

Mary E. Fitzgerald
11408 Decente Court
Studio City, CA 91604

Mary Fraire
1002 E Comstock Avenue
Glendora, CA 91741

Mary L Shafer-Moya & Mark E. Moya
20540 Alaminos Drive
Santa Clarita, CA 91350

Mary L White
4754 54th Street
San Diego, CA 92115

Masae B. & John S. Toyama
11512 Clarkson Road
Los Angeles, CA 90064


Matias P. & Marcela V. Partida
31 East Haydon Street
Hollister, CA 95023


Mats R. & Agnes E. Persson
5640 Keokuk Avenue
Woodland Hills, CA 91367


Matt & Kasey Tudrick
1037 Augusta Circle
Oceanside, CA 92057


Matt & Mia Ralstin
6135 Ellerbrook Way
San Jose, CA 95123


Matthew & David L. Street
13090 Palos Grande Drive
Victorville, CA 92395


Matthew & Hannah Michaelsen
421 Lassen Drive
Martinez, CA 94553


Matthew & Heidi M. Zierer
1951 Via del Rio
Corona, CA 92882

Matthew & Kimberly Smith
2276 Star Lilly Court
Brentwood, CA 94513


Matthew & Leslie McMahon
1526 2nd Avenue
San Mateo, CA 94401


Matthew Allen
13332 Weddington Street
Sherman Oaks, CA 91401


Matthew John & Colleen OBrien Peterson
134 Grover Lane
Walnut Creek, CA 94596


Matthew P. Ettinger & Britton K. Rollins
6 Valencia Road
Orinda, CA 94563


Matthew Rickards
27623 Muir Grove Way
Castaic, CA 91384


Matthew Rickards
11141 Darling Road
Santa Clarita, CA 91390


Matthew V. & Olga Mullarkey
6645 Lemona Avenue
Van Nuys, CA 91405

Matthew W. & Wendy E. Johnson
17674 High Park Street
Victorville, CA 92395


Maxine & Francisco Lorenzo
11542 Garrick Avenue
Lake View Terrace, CA 91342


Maxine & Francisco Lorenzo
11682 Remington Street
Sylmar, CA 91342


May Louly
29169 Jamesonite Circle
Menifee, CA 92584


Mayer B. Davidson
3616 Ocean View Avenue
Los Angeles, CA 90066


Mayra Espinoza
25239 Turquoise Lane
Moreno Valley, CA 92557


MDK Circuit Breakers & Electrical
136 S. 8th Avenue, Suite 1
City of Industry, CA 91746


Mehdi & Tahereh Safari
489 Sandalwood Drive
Aptos, CA 95003

Melanie T. Moomjian
4933 Chaparral Way
San Diego, CA 92115


Melba Dilbeck- Millerd
8300 Richmond Way
Salinas, CA 93907


Melissa A. & Michael A. Lennon
2081 Roper Circle
Brentwood, CA 94513


Melissa DiMartino & Patricia L. & Miles
1114 California Street
Imperial Beach, CA 91932


Melissa J. Pilsl
6735 Tanglewood Road
San Diego, CA 92111


Melvin & Theresa Simpson
2396 S Rice Road
Ojai, CA 93023


Melvin B. & Liza Castro
15945 Gault Street
Van Nuys, CA 91406


Melvin D. & Marie M. Lawson
7165 Wild Lilac Court
Corona, CA 92880

Mercedita Dominguez
3504 Seilans Court
San Jose, CA 95148


Merideth & Robert Oosterhuis
5336 Via Quinto
Newbury Park, CA 91320


Merideth & Robert Oosterhuis
5318 Via Quinto
Newbury Park, CA 91320


Michael & Elizabeth King
35465 Billie Ann Road
Wildomar, CA 92595


Michael & Kimberly Kubiak-Mota
993 Branham Lane
San Jose, CA 95136


Michael & Kristen Maier
4921 New Ramsey Court
San Jose, CA 95136


Michael & Linda Bull
24383 Avenida Musico
Murrieta, CA 92591


Michael & Lisa Muccia
260 Rancho Rio Avenue
Ben Lomond, CA 95005

Michael & Marisela LaPlante
2836 Pioneer Way
Jamul, CA 91935

Michael & Michelle Rogers
8121 East Turbo Street
Long Beach, CA 90808

Michael & Monica Duggan
2135 Sun Valley Road
San Marcos, CA 92078

Michael & Susan Consoletti
567 Timberwood Avenue
Thousand Oaks, CA 91360

Michael & Vanessa A. Steet
12574 Estuary Court
Mira Loma, CA 91752

Michael & Veronica Correa
1282 Vignola Court
Brentwood, CA 94513

Michael & Yanira Hage
37401 Mimosa Way
Palmdale, CA 93551

Michael & Yung Roman
347 S Wake Forest Avenue
Ventura, CA 93003

Michael A. & Darlene R. Panlasigui
2263 Orchard View Lane
Escondido, CA 92027


Michael A. Raney
2393 Porch Swing Street
Chula Vista, CA 91915


Michael Avery & Neely Walls
36 Lyon Ridge
Aliso Viejo, CA 92656


Michael B. McCook & Vicki D. McWilliams
221 Warren Road
San Mateo, CA 94402


Michael C. & Katherine A. Henderson
10620 Elizabeth Lake Road
Leona Valley, CA 93551


Michael C. Shinkarik
19611 Sidani Lane
Santa Clarita, CA 91350


Michael Carmona
19878 East Lorencita Dr
West Covina, CA 91724


Michael Carmona
43757 Nicole Street
Lancaster, CA 93535

Michael D. & Stacey L. Marks
1171 Kendrick Court
Corona, CA 92881

Michael D. Ornstein & Shannon Mitchell
13463 Rand Drive
Sherman Oaks, CA 91423

Michael E. & Gina D. Post
23641 Dune Mear Road
Lake Forest, CA 92630

Michael E. Jr. & Mari T. Turner
4042 Calgary Avenue
San Diego, CA 92122

Michael H & Jodi L Larter
104 Via Plumosa
San Clemente, CA 92673

Michael H. & Emily L. Ger
15529 Cardamon Way
Tustin, CA 92782

Michael Ho & Stephanie A. Ho
24422 Fieldmont Place
West Hills, CA 91307

Michael J. & Adriana D. Mitchell
13517 Oxford Court
Chino, CA 91710

Michael J. & Diane Rogers
1204 Charco
San Clemente, CA 92673


Michael K. & Heidi A. Fay
28353 falcon crest Drive
Santa Clarita, CA 91351


Michael K. & Heidi A. Fay
28520 Valley Vista Court
Canyon Country, CA 91351


Michael L & Rebecca F Webber
31356 Nichols Lane
Castaic, CA 91384


Michael L. & Laura L. Bartlebaugh
4752 Bellflower Boulevard
Lakewood, CA 90713


Michael L. & Tessie B. Friedman
8962 Henton Drive
Huntington Beach, CA 92646


Michael Lee
1093 La Rue Avenue
La Verne, CA 91750


Michael Minafo
17881 Berta Canyon Road
Salinas, CA 93907

Michael P. & Cynthia T. Killingsworth
1668 Tamarron Drive
Corona, CA 92883


Michael P. & Terumi Scanlon
4422 Terracemeadow Court
Moorpark, CA 93021


Michael Prescott & Regina Damore
14788 Excaliber Drive
Morgan Hill, CA 95037


Michael R. Pennell
7 Corte Limonada
San Clemente, CA 92673


Michael S. & Alejandra V. Shanahan
1866 Donahue Drive
El Cajon, CA 92019


Michael Swancutt
18196 Santa Arabella Street
Fountain Valley, CA 92708


Michael V. & Denise M. Johnson
1473 Munoz Place
Placentia, CA 92870


Michael W. & Shawna E. Beers
1426 Sunrise Court
Tracy, CA 95377

Michael W. Jackson Sr.
5792 Balmoral Drive
Oakland, CA 94619


Michala C. Hamilton
40412 Elderberry Court
Palmdale, CA 93551


Micheal K. & Anne C. Keller
8369 Ridge Route Road
San Diego, CA 92120


Michelle Y. & Lester H. Aoki
224 Melody Lane
Watsonville, CA 95076


Miguel & Alma Tamayo
10514 Cascade Court
Adelanto, CA 92301


Miguel & Gonzalo Garcia
12 Willow Road B
Royal Oaks, CA 95076


Miguel & Julie Cortez
1501 J T Eisley Drive
Corona, CA 92881


Miguel A. & Maria D. Ruiz
1513 Lidcombe Avenue
South El Monte, CA 91733

Miguel A. & Redemption L. Olano
1122 South Susanna Avenue
West Covina, CA 91790


Miguel Pena
7571 Clementine Drive
Corona, CA 92880


Miguel Reyes & Marcele Maia
14223 Seabridge Lane
San Diego, CA 92128


Mike & Gina Woolner
28575 Faryn Court
Santa Clarita, CA 91350


Mike & Lusine Chagaian
6440 Teesdale Avenue
North Hollywood, CA 91606


Mike & Marion Little
18 Argento
Mission Viejo, CA 92692


Mike & Olivia A. Romero
1410 East Eckerman Avenue
West Covina, CA 91791


Mike & Pamela Davis
12349 Briardale Way
San Diego, CA 92128

Mike & Roberta D. Janson
3998 Santa Tomas Place
Newbury Park, CA 91320


Mike & Sharon Gassaway
32192 Fall River Road
Trabuco Canyon, CA 92679


Mike & Tonya Riehle
1171 Via Arroyo
Ventura, CA 93003


Mike Buckley
2521 West Norberry Street
Lancaster, CA 93536


Mike Curtis
21661 Kaneohe Lane
Huntington Beach, CA 92646


Mike Lamb
15878 Bella Siena
Rancho Santa Fe, CA 92067


Mike Werckle & Gregg Ogorzelec
974 Dexter Street
Los Angeles, CA 90042


Minda B. Briones
210 North Marcello Avenue
Newbury Park, CA 91320

Ming F Pan
56 W Sycamore Avenue
Arcadia, CA 91006


Minh Duc Phuc & Kieu Dung Thi Nguyen
2804 La Colina Drive
Escondido, CA 92027


Miriam G. Garcia
894 Norstad Street
San Diego, CA 92154


Mirwais S. Zia
16838 Citronia Street
Northridge, CA 91343


Misael & Ernesto Martinez
913 Camellia Street
Escondido, CA 92027


Mitch & Marsha Schwartz
2639 Bancock Street
Simi Valley, CA 93065


Mohammad & Amel Elzarou
9424 Gierson Avenue
Chatsworth, CA 91311


Mohammad & Jean Raghib
511 Laguna Road
Fullerton, CA 92835

Mohammad O. & Naheed Ebrahim
2151 Connell Avenue
Simi Valley, CA 93063


Molly Fults
12771 Longden St
Garden Grove, CA 92845


Monica A. Edgar
38447 Puma Lane
Palmdale, CA 93551


Monica D. Delgadillo
828 West Olive Street
Corona, CA 92882


Monika Cook
6215 Lake Badin Avenue
San Diego, CA 92119


Monster Worldwide, Inc.
P.O. Box 740889
Los Angeles, CA 90074-0889


Morena G. Hercules
37311 Festival Court
Palmdale, CA 93552


Moses A. Mendoza
1803 West Alpine Avenue
Stockton, CA 95204

Mourad Kolta
1737 N. Frederic Street
Burbank, CA 91505

Mr. Keys - AAABCO - Jacks
392 S. Mountain Ave
Upland, CA 91786

Munger, Tolles & Olson LLP
P.O Box 515065
Los Angeles, CA 90051-5065

Mustafa Mustafa & Ibrahaim Omer
1785 Delancey Drive
Salinas, CA 93906

Myron L. & Lysa C. Goldstein
15 Longstreet
Irvine, CA 92620

Nahrin Pourbabaie
891 Saratoga Avenue
San Jose, CA 95129

Nam Y. Lee & Jung L. Kim
271 Starlight Crest Drive
La Ca ada Flintridge, CA 91011

Nancy Sedgwick & Karen Janney
5373 Central Avenue
Bonita, CA 91902

Nancy Vasquez
44044 11th Street E
Lancaster, CA 93535

Nancy Vasquez
961 Fulton Road
San Marcos, CA 92069

Nancy Wisecarver
1019 Payette Avenue
Sunnyvale, CA 94087

Nasim Cortez & David M. Cortez ll
5238 Silkwood Drive
Oceanside, CA 92056

Nasir M. Raza & Madiha Elahi
9767 Deer Trail Drive
San Diego, CA 92127

Natalia Wabnig & Robert Evans
1212 Fernwood Pacific Dr
Topanga, CA 90290

Natalie & Jonathan M. Martinez
3529 Sabina Street
Los Angeles, CA 90023

Natasha & Scott Drapkin
24882 Avenida Libre
Lake Forest, CA 92630

Nathan & Shauna Criner
19339 Ackerman Avenue
Newhall, CA 91321


Nathan C. & Stephanie J. Woodhams
1876 Edsel Drive
Milpitas, CA 95035


Nathan P. & Rachel R. Cooke
7352 Marquis Place
Rancho Cucamonga, CA 91739


Nathan Ruiz
32640 San Nicholas
Lake Elsinore, CA 92530


Nathaniel A. & Wilma L. Brown
288 Claudia Court
Moraga, CA 94556


National Career Fairs
1291 Galleria Dr
Suite 125
Henderson, NV 89014


Nayseap Hong
2970 Almond Drive
San Jose, CA 95148


Neal I. Payton & Amy R. Spiegel
1211 Grant Street
Santa Monica, CA 90405

Neil Lester
14317 Fontaine Way
Victorville, CA 92394


Neill Lehr
5842 Churchill Downs Road
Oceanside, CA 92057


Nelson A. Lazo
43810 Broadwater Avenue
Lancaster, CA 93535


Nghi T & Nga T Nguyen
304 Gridley Street
San Jose, CA 95127


Nicholas F Braden & Jourdan Hunt
2210 Carlsbad Court
Simi Valley, CA 93063


Nick & Marcia Parker
202 Pictor Lane
El Cajon, CA 92019


Nickolas Romero & Dominique Zarate
1375 E Palm Drive
Covina, CA 91724


Nicole & Anthony R. Pieroni
7131 Scarborough Peak Drive
West Hills, CA 91307

Nicole Nam-Giao Geske & Gary-Nguyen Chi
10437 Flanders Place
San Diego, CA 92126

Nicolle Fefferman
12121 Huston Street
North Hollywood, CA 91607

Nigel J. & Melanie M. Clarke
2029 Rancho Corte
Vista, CA 92084

Nikkolas Rey
1159 Greenacre Avenue
West Hollywood, CA 90046

Nikole S. & Kyle A. Kropf
3345 Crazy Horse Drive
Simi Valley, CA 93063

Nimfa & Raul Razonable
4862 Merten Avenue
Cypress, CA 90630

Nina P. Pashley
28904 Timberlane Street
Agoura Hills, CA 91301

Noel Woody
14913 Daffodil Avenue
Canyon Country, CA 91387

Nolan & Michelle Wheeler
2487 Tanager Drive
Pleasanton, CA 94566


Norberto L. Mendez & Bertha B. Stancovic
1521 San Bernardino Avenue
Spring Valley, CA 91977


Noreen P. Johnson
22405 Georgia Lane
Santa Clarita, CA 91350


Norene & Michael Waters
941 Orchid Drive
Brentwood, CA 94513


Norine Gee & Richard Sevilla
395 Forest View Drive
South San Francisco, CA 94080


Norma & Matias Gutierrez
6102 Cripple Creek Drive
Eastvale, CA 92880


Norma O. Fajardo
14535 Bledsoe Street
Sylmar, CA 91342


Norma Rios & Ubaldo Jimenez
41118 Pascali Lane
Lake Elsinore, CA 92532

Norman & Sharon Bailey
38261 Dorsey Court
Fremont, CA 94536

Obed & Cristina Ceballos
3103 Club Rancho Drive
Palmdale, CA 93551

Octavio & Margarita Pena
30462 Beryl Place
Castaic, CA 91384

Octavio Gutierrez & Marvelyn Bayangos
1699 Monte Vista Drive
Hollister, CA 95023

Odin Ayala
2044 George Maria Way
El Cajon, CA 92019

Officia Imaging
7323 Engineer Road
San Diego, CA 92111

Ogie & Celestine D. Williams
6520 Almond Valley Way
Lancaster, CA 93536

Olga de Santa Anna
368 Oxford Way
Santa Cruz, CA 95060

Olive Martinez
c/o Alfredo Nava, Esq.
433 N. Camden Drive, Suite 400
Beverly Hills, CA 90210


Olivier Philippousis
10159 Saluda Avenue
San Diego, CA 92126


Olivier Philippoussis
10159 Saluda Avenue
San Diego, CA 92126


Omar & Claudia C. Sandoval
1330 Alee Circle
Corona, CA 92882


One Source Distributors, LLC
P.O. Box 740527
Los Angeles, CA 90074-0527


Opal J. Porter
11044 Sweetgum Street
Corona, CA 92883


Orsan & Khawala Abuelhija
49 Radiance Lane
Rancho Santa Margarita, CA 92688


Ortiz Maintenance Company
9996 Cypress Avenue
Fontana, CA 92335

Oscar & Graciela M. Munoz
1351 Pajero Drive
Corona, CA 92882


Oscar G. & Judith K. Marquez
911 Marcella Street
Livermore, CA 94550


Oscar J. & Maria Tan
20022 Christopher Lane
Santa Clarita, CA 91350


Oscar Ruvalcaba & Artemio H. Medina
324 Herman Avenue
Watsonville, CA 95076


Osmundo R. & Itza Y. Hurtado
19 Susie Court
Oakley, CA 94561


Osvaldo M. & Lisa M. Llamas
23079 Empire Penguin Road
Wildomar, CA 92595


Pablo Gonzalez & Tanya Christine Guzman
15 Iron Springs
Irvine, CA 92602


Pacific Palms Resort
One Industry Hills Parkway
City of Industry, CA 91744

Pam & Mark Selawski
25521 Creek Drive
Laguna Hills, CA 92653


Pamela A. & Ahmad Behzadipoor
8427 La Rouche Drive
San Diego, CA 92119


Pamela C. Buecher
425 Alta Vista Drive
Santa Cruz, CA 95060


Pamela Levac
13474 Arvidson Road
Chino, CA 91710


Pape Material Handling Exchange
PO Box 5077
Portland, OR 97208-5077


Particia Hao
10557 Mahoney Drive
Sunland, CA 91040


Pat Hubbard
23245 Single Oak Way
Murrieta, CA 92562


Patricia Ann Owens
18857 Braemore Road
Northridge, CA 91326

Patricia Cuellar
21536 Pedroso
Mission Viejo, CA 92691


Patricia Georges
1 Elm Place
Rancho Santa Margarita, CA 92688


Patricia Holliday & Bonni Pomush
25286 Barque Way
Dana Point, CA 92629


Patricia K. & Richard W. Welish
4077 Marlesta Drive
San Diego, CA 92111


Patricia V. Ballew
6149 Riverton Avenue
North Hollywood, CA 91606


Patricio Prado & Annalee Baldwin
2214 Hidden Lakes Court
Martinez, CA 94553


Patrick & Jennifer Haley
1545 Bautista Way
Morgan Hill, CA 95037


Patrick J Greene & Marie Hatlen-Greene
1538 Edinburgh Street
San Mateo, CA 94402

Patrick J. & April E. Flynn
727 West Bluff Drive
Encinitas, CA 92024


Patrick Olea
1768 O'Connor Avenue
Chula Vista, CA 91913


Patrick W. & Christine A. Hurley
11021 Appomatox Court
Rancho Cucamonga, CA 91737


Patrizia Branchi & Arturo B. Penn
438 Plaza Toluca
Chula Vista, CA 91914


Paul & Jennifer Soltero
19539 Cedarcreek Street
Canyon Country, CA 91351


Paul & Ngan Larnauti
1680 Taylor Street
San Mateo, CA 94403


Paul & Peggy L. Guaraldi
820 Linden Avenue
Burlingame, CA 94010


Paul & Suzanne Stephens
1154 Prospect Heights
Santa Cruz, CA 95065

Paul & Tricia Cutino
23 Westminster Court
Oakley, CA 94561


Paul & Wilma Lara
6528 Youngstown Street
Chino, CA 91710


Paul A. Medrano
12339 Norton Avenue
Chino, CA 91710


Paul A. Medrano
1021 7th Place
Calimesa, CA 92320


Paul A. Risko & Ilaloa N. Stone
28833 Eagleton Street
Agoura Hills, CA 91301


Paul B. Miller
2754 Seabreeze Drive
Fairfield, CA 94533


Paul C. & Evelyn N. Freeman
733 San Bruno Court
Concord, CA 94518


Paul Elmi
726 N June Street
Los Angeles, CA 90038

Paul G. & Julia E. Johnson
27926 Redwood Glen Road
Santa Clarita, CA 91354


Paul J. & Kristi D. Brown
1660 Gotham Street
Chula Vista, CA 91913


Paul J. & Shirley A. Garant
27837 Parker Road
Castaic, CA 91384


Paul Juarez
5245 Glen Verde Drive
Bonita, CA 91902


Paul M. & Erin F. Culp
14210 Frame Road
Poway, CA 92064


Paul Najera
1586 238th Street
Harbor City, CA 90710


Paul Nessar
2991 East Thoroughbred Street
Ontario, CA 91761


Paul P Kessel
12320 Buckskin Trail
Poway, CA 92064

Paul R. Lim
6836 Estonian Drive
Corona, CA 92880


Paul San Giorgio
6034 Chandler Drive
San Diego, CA 92117


Paul T. & Susan D. Friedman
28821 Garnet Canyon Drive
Santa Clarita, CA 91390


Paula Whalen
953 Braemar Lane
San Diego, CA 92109


Paulette E. & Lisa Pantoja
4229 Rhodes Avenue
Studio City, CA 91604


Pavan Venugopal & Vindhya G. Srinivas
11334 Creekstone Lane
San Diego, CA 92128


Pedro & Alma Velez
9 Monterey Vista Drive
Watsonville, CA 95076


Pedro & Alma Villa
4336 Del Sol Court
San Diego, CA 92154

Peggy A. & Edmund G. Gautier
1269 Lakeport Lane
Corona, CA 92881


Peggy R. Miller
1815 Bowdoin Street
Corona, CA 92880


Pei-Yaun Chen & Sou Meuy Yang
13388 Hammer Avenue
Chino, CA 91710


Penn Corporate Relocation Services
1515 W Mable St
Anaheim, CA 92802


Penny K. & William M. Scheer
5320 Falling Tree Lane
Alta Loma, CA 91737


Per & Cecilia Blankense
11612 Hartsook Street
North Hollywood, CA 91601


Pete & Elsa Gonzalez
11807 Nightingale Street
Moorpark, CA 93021


Pete & Kathleen Alvarez
45705 Coventry Court
Lancaster, CA 93534

Pete Buffo
1538 RobbieJean Place
El Cajon, CA 92021


Peter & Carol Lim
3442 Norwood Avenue
San Jose, CA 95148


Peter & Karen Kelsey
24718 Sagecrest Circle
Valencia, CA 91381


Peter A. & Hana H. Kim
747 Oceanview Drive
Fullerton, CA 92832


Peter Dunbar & Analucia Whitlock
41721 Port Avenue
Palmdale, CA 93551


Peter Engby
26332 Wildwood Lane
San Juan Capistrano, CA 92675


Peter Huynh & Shu Q. Zhen
3738 N Charlotte Avenue
San Gabriel, CA 91776


Peter M. Jordan
220 Via Sedona
San Clemente, CA 92673

Peter Stevenson
508 Howard Avenue
Burlingame, CA 94010


PGI
Lockbox # 233203
3203 Momentum Place
Chicago, IL 60689-5332


Phil & Jocelyn Phan
997 Barn Owl Court
Chula Vista, CA 91913


Phil & Leslie Ewins
13086 Melrose Avenue
Chino, CA 91710


Philip & Tracey Emanuel
180 Plumosa Street
Oceanside, CA 92058


Philip B. & Leslie A. Howard
1027 Hancock Court
Pleasanton, CA 94566


Philip H. & Suzan L. Askren
9465 Agave Drive
Hesperia, CA 92344


Philip S. & Judith S. Adler
5100 Libbit Avenue
Encino, CA 91436

Philip S. Trattner
13238 Lindo Lane
Lakeside, CA 92040


Phillip A. Treaster & Adnamara F. Treast
7622 New Salem Street
San Diego, CA 92126


Phillip D. O'Leary
27342 Compostela
Mission Viejo, CA 92692


Phong Ha
11683 River Rim Road
San Diego, CA 92126


Phynus S. Reynolds & Stephanie M. Chislo
8 Prescott
Aliso Viejo, CA 92656


Pierre Demartines & Rachel K. Lopez
66 Lakewood Avenue
San Francisco, CA 94127


Pierre P. & Gladys Narvades
20364 Lander Drive
Woodland Hills, CA 91364


Ping Chou & Tsutai T. Yin
14497 Dalebrook Drive
Corona, CA 92880

Ping Huan Wu & Rebecca Dao
1035 Summerview Drive
San Jose, CA 95132


Practical Law
P.O. Box 71464
Chicago, IL 60694-1464


Pratik Shah
602 Glenmont Drive
Solana Beach, CA 92075


Praveen & Jyothi Pottabathula
12053 Little Silver Court
San Diego, CA 92131


Preston D. & Latania R. Vernon
1848 Trudgeon Avenue
Lancaster, CA 93535


Primitivo Duenez & Paulina Gomez
5617 Cartwright Avenue
North Hollywood, CA 91601


Prisciliana Q. Orozovich
505 Island Breeze Lane
San Diego, CA 92154


Providence Capital Funding, Inc.
3020 Saturn Street, Suite 203
Brea, CA 92821

Pure Green Corp
5455 Wilshire Blvd
Suite 1410
Los Angeles, CA 90036


QUICKdocs
2818 Sycamore Lane
Arcadia, CA 91006


Rachel Braude
12425 Woodgreen Street
Los Angeles, CA 90066


Radhames E & Sara E Lizardo
10134 Pure Waters Court
Spring Valley, CA 91978


Rae Almeida
6138 Ellerbrook Way
San Jose, CA 95123


Rafael Chavez& Monica Varela
930 Kostner Drive
San Diego, CA 92154


Rafael Huijon
6482 Shayna Court
Palmdale, CA 93552


Rafael Lacebal II & Jocelyn Lacebal
2201 Rockrose Street
Palmdale, CA 93551

Rafael Lacebal II & Jocelyn Lacebal
2306 Rockrose Street
Palmdale, CA 93551


Rafael Silvestre & Ariel Mejia
43925 Balmuir Avenue
Lancaster, CA 93535


Rafael Vasquez
876 Fairway Court
Chula Vista, CA 91911


Rajan P. & Marjie Shahani
218 Longley Way
Arcadia, CA 91007


Rajender & Gina Dialani
878 San Marcus Lane
Duarte, CA 91010


Rajkaran S. & Harbhajan K. Hundal
10027 Challenger Circle
Spring Valley, CA 91978


Rakesh C. & Seema P. Keswani
2286 Hillyer Street
Carlsbad, CA 92008


Ralph R. & Amanda M. Castillo
11998 Roswell Avenue
Chino, CA 91710

Rama T. Pathi
21052 Allen Road
Sonoma, CA 95476

Ramesh K Shori
17437 Marilla Street
Northridge, CA 91325

Ramon & Sergio Alvarado
5205 Reese Court
Palmdale, CA 93552

Ramon B. & Sylvia D. Ramirez
2729 Flory Drive
San Jose, CA 95121

Ramon Fuentes
5053 Keston Drive
Palmdale, CA 93552

Ramon Luis & Heather Perez
9611 Calendula Avenue
Westminster, CA 92683

Ramon Morales
1865 Doran Street
San Diego, CA 92154

Ramon Torres
5340 E. Avenue R11
Palmdale, CA 93552

Ran Duan & Juexuan Long
852 Erbes Road
Thousand Oaks, CA 91362


Randa Joukhadar & Adeeb J. Bashawati
30 Eclipse
Irvine, CA 92620


Randall Johnson
1033 S Shasta Street
West Covina, CA 91791


Randi Lovett
4852 Monument Street
Simi Valley, CA 93063


Randolph J Suazo
1295 Rolling Hills Court
Livermore, CA 94551


Randolph R. Katherine Regalado
22550 Chaparro Drive
Saugus, CA 91350


Randy & Kristin Rogers
895 Warren Circle
Moorpark, CA 93021


Randy & Maureen Johnson
24941 Hon Avenue
Laguna Hills, CA 92653

Randy R. Dasalla & Lori A. Wilhite
32235 Corte Illora
Temecula, CA 92592


Raoul Dossouyovo
13168 Banning Street
Victorville, CA 92392


Raul & Nitza Garcia
1953 Leatherwood Street
San Diego, CA 92154


Raul Chagoyan
841 S Glenn Alan Avenue
West Covina, CA 91791


Raul Gonzalez
3158 Via Viganello
Chula Vista, CA 91914


Raul Montiel
1092 Espuelas Court
Chula Vista, CA 91910


Raul Said & Laila Azar-Said
2766 Sadlers Creek Road
Chula Vista, CA 91914


Raul Said & Laila Azar-Said
2762 Sadlers Creek Road
Chula Vista, CA 91914

Ray Wilkerson
2157 Verona Hills Court
Vista, CA 92084

Raymond & Dorienne Tamura
2950 Graymont Court
Concord, CA 94518

Raymond & Linda Alegria
765 East Leadora Avenue
Glendora, CA 91741

Raymond & Mila Santos
7917 Melita Avenue
North Hollywood, CA 91605

Raymond & Mila Santos
21205 Anza Avenue
Torrance, CA 90503

Raymond & Nancy Starsiak
29311 Alfieri Street
Laguna Niguel, CA 92677

Raymond & Valerie J Diaz
6788 Leanne Street
Mira Loma, CA 91752

Raymond A. Fernandez & Hilda V. Rose
1035 Circle Drive
Escondido, CA 92025

Raymond D. & Jacqueline Ann Ritacco
17292 Apel Lane
Huntington Beach, CA 92649


Raymond F. & Diane E. Spain
1502 Mitchell Way
Redwood City, CA 94061


Raymond Pacheco
12971 Romont Street
Sylmar, CA 91342


Rayschale & Darrell A. Walker
16203 Joanna Avenue
Cerritos, CA 90703


Rebekah & Brian Rushton
1349 Sawyer Avenue
Simi Valley, CA 93065


Rectify Solar
1821 S. Bascom Ave. #191
Campbell, CA 95008


Renato & Joceline Domingo
52 Beatty Place
Newbury Park, CA 91320


Rene R. Huerta
3451 Maine Avenue
Baldwin Park, CA 91706

Rene Riding
22222 Fox Avenue
Apple Valley, CA 92307


Renee L. Ramos
5750 Urban Drive
La Mesa, CA 91942


Renesola America Inc.
c/o Gaba Law Corporation
23141 Verdugo Drive, Suite 205
Laguna Hills, CA 92653


Renvu
1350-C Pear Ave.
Mountain View, CA 94043


Republic Service
PO Box 78829
Phoenix, AZ 85062


Rex A. & Kimberly Cratty
2113 Colina Del Arco Iris
San Clemente, CA 92673


Rexel Electrical & Datacom Supplies
P.O. Box 743258
Los Angeles, CA 90074-3258


Reynaldo M Aguinaldo
2467 Myrtle Beach Way.
Chula Vista, CA 91915

Rhonda & Gregory Sprague
139 Swift Street
Santa Cruz, CA 95060

Rhonda L. Keily & Walter Krego
15250 Hillsdale Court
Sylmar, CA 91342

Ricardo & Kym Torres
29736 Byron Place
Castaic, CA 91384

Ricardo F. Nunez & Ana M. Villa
6487 Harvard Street
Moorpark, CA 93021

Ricardo Gonzalez & Jacqueline Miller
1223 Aberdeen Avenue
Livermore, CA 94550

Ricardo Perez & Magdalena Lopez
42843 Alep Street
Lancaster, CA 93536

Ricardo U. & Caroline Cervantes
15521 Rolling Ridge Drive
Chino Hills, CA 91709

Richard & Dalila Padilla
717 East J Street
Chula Vista, CA 91910

Richard & Jennifer Bourn
13090 Palos Grande Drive
Victorville, CA 92395

Richard & Mirella O. Bachofner
4315 Lombardy Court
Chino, CA 91710

Richard & Robin Jarvis
29 Iowa
Irvine, CA 92606

Richard & Sharyn M. Balogh
3019 W Avenue M7
Lancaster, CA 93536

Richard A. & Maria O. Martinez
2856 North Compass Circle
Chula Vista, CA 91914

Richard Archer
7520 New Salem Street
San Diego, CA 92126

Richard B. & Luz O. Balogh
20323 Dorothy Street
Santa Clarita, CA 91350

Richard Burillo
7226 Pinewood Court
Corona, CA 92880

Richard Burillo
7231 Pinewood Court
Eastvale, CA 92880


Richard Burriston
4737 Don Pio Drive
Woodland Hills, CA 91364


Richard D. & Lourdes M. Simmons
7091 Ginko Court
Corona, CA 92880


Richard Franczak & Ruth Waterhouse
2864 Brandeis Drive
Oceanside, CA 92056


Richard Hakala
26151 San Marino Court
Mission Viejo, CA 92692


Richard L Lannom
3907 Hatfield Court
Moorpark, CA 93021


Richard M. Ballou
1701 Avenida Segovia
Oceanside, CA 92056


Richard M. Diaz & Petra Martinez-Diaz
1715 Lennox Way
Salinas, CA 93906

Richard Marlon Jr. Jackson & Randall Jac
914 Carson Drive
Sunnyvale, CA 94086


Richard P. & Marta R. Wilkinson
16218 Haynes Street
Van Nuys, CA 91406


Richard Rodriguez
15210 Valeda Drive
La Mirada, CA 90638


Richard Rowson & Alia Kadre
1904 39th Street
San Diego, CA 92105


Richard S & Peterita B Manlulu
400 Granada Drive
South San Francisco, CA 94080


Richard S. & Mary J. Pilgrim
1182 5th Street
Imperial Beach, CA 91932


Richard Salvatore
5908 Troost Avenue
North Hollywood, CA 91601


Richard Sichu Cheung & Hetty Yanping Ha
28 Anglesite
Rancho Santa Margarita, CA 92688

Richard W. Matthews
304 S. Lemon St #4656
Walnut, CA 91789


Richelle A Gibson
415 Alhambra Road
South San Francisco, CA 94080


Ricky & Girlie Millan
21544 Weiser Avenue
Carson, CA 90745


Ricky Knack & Christin Cole-Knack
31130 Humbolt Court
Temecula, CA 92591


Rigoberto & Cleotilde Barajas
170 Continente Avenue
Brentwood, CA 94513


Rigoberto R. & Dora P. Gutierrez
4922 Royal Island Way
San Diego, CA 92154


Rita M. Berardelli
8536 Quinn Street
Downey, CA 90241


Rita Raguso & Michael Navarro
13956 Otsego Street
Sherman Oaks, CA 91423

RJR Executive Search
9711 South Mason Road
Suite 125 #275
Richmond, TX 77407


Roadmap Capital Inc
130 Bloor Street West, Suite 603
Toronto, ON
M5S 1N5


Rob Van Nieuwburg
773 Skyline Drive
Ventura, CA 93003


Robert & Christine Fredericks
8 Balmoral Place
Rancho Santa Margarita, CA 92688


Robert & Elizabeth Arenas
1014 W Yorktown Avenue
Montebello, CA 90640


Robert & Estella Omstead
152 Dolphin Circle
Marina, CA 93933


Robert & Jennifer Quevedo
512 Hiller Street
Belmont, CA 94002


Robert & Karen Janiszewski
3451 Racquet Lane
Palmdale, CA 93551

Robert & Lorinda Caballero
4841 Liberty Street
Chino, CA 91710


Robert & Mattie Cloyd
7702 Mary Ellen Avenue
North Hollywood, CA 91605


Robert & Michelle Blotzer
28026 Forst Court
Castaic, CA 91384


Robert & Rosie L. Rutledge
1160 Paseo Sarina
Chula Vista, CA 91910


Robert A. & Katherine White
1895 Dewayne Ave
Camarillo, CA 93010


Robert A. Roske
123 South Kalbaugh Street
Ramona, CA 92065


Robert B. & Maria M. Herrera
7165 Wild Lilac Court
Corona, CA 92880


Robert B. & Maria M. Herrera
7226 Pinewood Court
Corona, CA 92880

Robert Chavez Garcia & Teresa Zamora-Gar
6326 Camelback Lane
Fontana, CA 92336

Robert Chen & Feng Wang
180 Monaco Court
Pleasanton, CA 94566

Robert D. & Rathikun L. Rasmussen
321 Mare Lane
San Ramon, CA 94583

Robert D.& Ashley N. Pedroza
2868 North Maple Tree Drive
Orange, CA 92867

Robert Deck
607 Marigold Drive
Vista, CA 92083

Robert E. & Elizabeth A. Russell
2418 Carriage Circle
Oceanside, CA 92056

Robert E. & Melinda M. Butler
1216 Brookhaven Court
Rosamond, CA 93560

Robert E. & Yolande M. Whitlock
22285 Capote Drive
Salinas, CA 93908

Robert E. Allison
3980 Colina Court
Oceanside, CA 92058


Robert F. Reyes
6819 Fuji Street
San Diego, CA 92139


Robert J. & Shannon M. Kay
4037 Tempe Court
Simi Valley, CA 93063


Robert J. Shine Jr. & Rebekah M. Shine
9979 Rue Biarritz
San Diego, CA 92131


Robert K. & Jennifer C. Woodford
75 Lynwood Place
Moraga, CA 94556


Robert K. Jr. & Victoria L. Fitch
6 Foxchase
Irvine, CA 92618


Robert L Jr & Carol M Cach
713 Carla Street
Livermore, CA 94550


Robert L Lemle & Julia Teachey
12752 Rose Avenue
Los Angeles, CA 90066

Robert L. Reeves Jr. & Elizabeth A. Sevi
4229 Mildred Avenue
Culver City, CA 90066


Robert L. Yelland
6959 Beagle Street
San Diego, CA 92111


Robert L.& Elizabeth A. Ostenberg
16690 Dale Hollow Court
Morgan Hill, CA 95037


Robert L.Goforth Jr.
15968 Grey Stone Road
Poway, CA 92064


Robert M. & Sharon A. Leon
11 Sunnyhills Drive
Watsonville, CA 95076


Robert O & Barbara Brockmeier
9352 Brewer Way
Villa Park, CA 92861


Robert P. Quibuyen
760 Foxwood Drive
Oceanside, CA 92057


Robert R. Jaurigue & Leslie Ann Strauss
7509 Langley Canyon Road
Salinas, CA 93907

Robert S. & Susan M. Sullivan
2619 Aspinwall Court
Fairfield, CA 94534


Robert Smith
38608 Sienna Court
Palmdale, CA 93550


Robert Stanley Wilson & Lindsay Wilson
1136 Cambridge Road
Burlingame, CA 94010


Robert Thompson
3594 Kellington Court
Oceanside, CA 92056


Robert W. & Julie A. OBrien
24 Belmont Court
Pleasant Hill, CA 94523


Roberta S. Frizell & Stanley Leavitt
18291 Avolinda Drive
Yorba Linda, CA 92886


Roberto & Blanca J. Acevedo
387 Henson Street
San Diego, CA 92114


Roberto A. & Herlina F. Andrada
2773 Rambling Vista
Chula Vista, CA 91915

Roberto Hernandez III
13514 Rainier Avenue
Corona, CA 92880


Roberto I. & Aurora L. Garcia
17819 Newmont Avenue
Lancaster, CA 93535


Roberto Jauregui & Odette Salazar-Cabrer
413 Dylan Drive
Corona, CA 92879


Robin Kewish
5716 Katherine Street
Simi Valley, CA 93063


Robin M. Cole & Henry A. Cole Jr.
1270 Manley Drive
Tracy, CA 95377


Rochelle Broussard
1632 Morrill Avenue
San Jose, CA 95132


Rodger Loggins
4608 Fort Worth Drive
Simi Valley, CA 93063


Rodolfo C. & Eulalia M. Gomez
3534 East Washington Avenue
Orange, CA 92869

Rodolfo P. & Susan M. Tayag
7398 Nebraska Ave
San Diego, CA 92139


Rodrigo & Luz Castillo
43502 Grange Street
Lancaster, CA 93535


Rolando F. & Josephine I. Abella
8530 Calle Cristobal
San Diego, CA 92126


Roman & Gabriela Miranda
1523 Lynton Avenue
Wilmington, CA 90744


Romulo T. & Milagros M. Ancho
2106 Amorosa Glen
Escondido, CA 92026


Ron Kochevar
10885 Marietta Avenue
Culver City, CA 90232


Ron Smith
464 Appleby Street
Corona, CA 92881


Ronald & Cassandra Roberts
42 Sugarbush Court
Oakley, CA 94561

Ronald & Diane Shiroke
29 Parremo
Mission Viejo, CA 92692


Ronald & Merle S. Bernabe
7412 Carrie Ridge Way
San Diego, CA 92139


Ronald & Russell Cline
28242 Paseo Corrales
San Juan Capistrano, CA 92675


Ronald A. Louis
739 Crossbrook Drive
Moraga, CA 94556


Ronald F & Deborah J Richard
3624 Ryan Drive
Escondido, CA 92025


Ronald N. & Lachelle M. Koester
1815 Shadow Canyon Road
Acton, CA 93510


Ronald S. Reed
5079 Calatrana Drive
Woodland Hills, CA 91364


Ronald Ware
37325 Verbena Court
Palmdale, CA 93551

Ronna K. & Mark Sabatoni
44863 33rd Street
Lancaster, CA 93536


Ronnie Orville & Maria Gretel T. Choate
36336 Capri Drive
Winchester, CA 92596


Roosevelt & Sheila Simpson
3711 Noll Drive
Palmdale, CA 93550


Rory & Amy S. Murchland
4820 Brisa Drive
Palmdale, CA 93551


Rory & Amy S. Murchland
38235 5th Place
Palmdale, CA 93551


Rosa & Jose Cruz
12887 Albright Court
Victorville, CA 92392


Rosa I. & Carlos C. Dominguez
6938 Orion Avenue
Van Nuys, CA 91406


Rosalie M. Goens
12339 Norton Avenue
Chino, CA 91710

Rosemarie C Soriano
6166 Patton Way
Buena Park, CA 90620


Rosemary & Gregory Scott
61 Skywood Street
Ladera Ranch, CA 92694


Ross Williams & Marilyn Beard
7929 Fordham Road
Los Angeles, CA 90045


Roto Rooter Plumbers
356 Matthew St
Santa Clara, CA 95050


Roy & Irene Vankanten
27041 Ravenhill Court
Temecula, CA 92591


Roy B. & Marsha P. Watkins
3445 Indian Mesa Drive
Thousand Oaks, CA 91360


Roza Ayvazyan
6951 Matilija Avenue
Van Nuys, CA 91405


Rudy & Erin Velarde
14033 Apple Creek Drive
Victorville, CA 92395

Rudy Soriano
715 Cedar View Drive
Beaumont, CA 92223

Russell Kusumoto
11963 Calle Trucksess
El Cajon, CA 92019

Russell L. & Martha R. Shankle
23909 Del Amo Road
Ramona, CA 92065

Russell Svoboda & Lucy Poole-Svoboda
6105 W Avenue L12
Lancaster, CA 93536

Russell Svoboda & Lucy Poole-Svoboda
15639 Horace Street
Granada Hills, CA 91344

Ruth H Parlier
3040 Monarch Street
San Diego, CA 92123

RWC Building Products
1918 West Grant St
Phoenix, AZ 85009

Ryan & Celena Javanbakht
22 Amarante
Laguna Niguel, CA 92677

Ryan & Kimberly Ward
2406 Wood Court
Claremont, CA 91711


Ryan & Sherrie Mondillo
12737 Bloomfield Street
Studio City, CA 91604


Ryan Anthony & Carmen Wong
5084 McCoy Avenue
San Jose, CA 95130


Ryan C. & Hugh C. Hoskins
2779 West Fairview Drive
Rialto, CA 92377


Ryan Ferguson
940 Pueblo Street
Gilroy, CA 95020


Ryan Richard & Tiffany Michelle Krogstad
43863 63rd Street West
Lancaster, CA 93536


Ryan T. & Erin C. Kelly
2404 Robinson Street
Redondo Beach, CA 90278


Saeed & Nikki Komaei
68 Iron Horse Trail
Ladera Ranch, CA 92694

Sai Koorapati & Madhavi Sanakkayala
34 Reston Way
Ladera Ranch, CA 92694


Salesforce.com
PO Box 203141
Dallas, TX 75320-3141


Salvador & Lezlie G. Hernandez
10523 50th Street
Mira Loma, CA 91752


Salvatore P. DiBlasi
1152 Terrace Crest
El Cajon, CA 92019


Sam & Elizabeth B. George
25642 Rolling Hills Road
Laguna Hills, CA 92653


Samantha Ranada
8424 Torrell Way
San Diego, CA 92126


Samir & Julie Najmeh
1524 Cowper Court
San Jose, CA 95120


Samuel D. & Nancy S. Cochran
2856 Calle Esteban
San Clemente, CA 92673

Samuel George Willoughby
2520 Trail Marker Place
Chula Vista, CA 91914


Samuel J. & Kumiko Ferrans
7558 Woodstream Court
Rancho Cucamonga, CA 91739


Samuel V. Cainap & Gina L. Sevilla
1966 Marquis Court
Chula Vista, CA 91913


San Diego County Treasurer Tax Collector
1600 Pacific Highway # 162
San Diego, CA 92101


San Diego Gas & Electric
PO Box 25111
San Diego, CA 92799-5111


Sandra & Brian Richardson
8669 Lynx Road
San Diego, CA 92126


Sandra & Brian Richardson
2986 Avenida Simi
Simi Valley, CA 93063


Sandra & Jeffrey Sr. Bauler
9544 Medina Drive
Santee, CA 92071

Sandra Fink
242 Valley Drive
Pleasant Hill, CA 94523


Sandra Fung-Yi Drake
106 Cobblestone Lane
San Ramon, CA 94583


Sandra R. & Jeffrey A. Bauler
1617 San Vicente Road
Ramona, CA 92065


Sandy & Sabino Diaz
432 S Fircroft Street
West Covina, CA 91791


Sanjeev & Vimal Bahl
66 Via Ricardo
Newbury Park, CA 91320


Sarah & Manu Williams
4306 Wind River Way
Oceanside, CA 92057


Sarah A. Castillo
12591 Fuchsia Drive
Etiwanda, CA 91739


Sarah Acosta
19639 Lanview Lane
Saugus, CA 91350

Sargis & Florans Gevergizian
43541 Palos Way
Lancaster, CA 93535


Sargon Sarkiszadeh
14858 Devonshire Street
Mission Hills, CA 91345


Saul Pena Cruz & Julie Garcia
1831 Thomas Drive
Lancaster, CA 93535


Scott & Carol Hill
2150 Taylor Place
Escondido, CA 92027


Scott & Doreen M. Nunes
1711 Via Provincia Circle
Corona, CA 92881


Scott & Maria Coffelt
2040 Lincoln Blvd
Tracy, CA 95376


Scott & Rachel M. Estacion
1771 Henderson Court
Vista, CA 92083


Scott & Theresa McLernon
20943 Dalton Avenue
Torrance, CA 90501

Scott C. & Heather H. Trimlett
12548 Melrose Place
El Cajon, CA 92021


Scott Economy
2501 Via Durazno
San Clemente, CA 92673


Scott Edward & Marla Renee Von Cannon
11 Danforth Avenue
Laguna Niguel, CA 92677


Scott Gordon TEST
8319 Mars Drive TEST
Buena Park, CA 90620


Scott Haen & Jackie Okler
405 Primrose Way
Oceanside, CA 92057


Scott J & Marci A Sohan
2726 Panamint Court
Westlake Village, CA 91362


Scott M. & Mildred M. Goldman
27886 Rural Lane
Laguna Niguel, CA 92677


SD Techsoft
Pa CQUPD1052R, Hno-139, Tamsabad
PO Sanoli Khurd
Panipat, Haryana INDIA 132103

Sean & Jennifer Steward
16 Dusty Trail
Trabuco Canyon, CA 92679


Sean & Nickolas Spoden
661 Buckeye Drive
Livermore, CA 94551


Sean & Victoria M. Greer
928 Emerson Place
Claremont, CA 91711


Sean A Cunningham
35251 Slater Avenue
Winchester, CA 92596


Sean Butts
11542 Garrick Avenue
Lake View Terrace, CA 91342


Sean Butts
11063 Darling Road
Agua Dulce, CA 91390


Sean C. & Vicki S. Allen
11325 Middle Ridge Terrace
San Diego, CA 92128


Seaton A. & Julie A. Fajeau
625 Bartlett Court
Brentwood, CA 94513

Sebastian Gallego
25264 Country Fair Drive
Menifee, CA 92584


Seoung Wan & Jeong H. Noh
6144 Case Avenue
North Hollywood, CA 91606


Sergio & Dora L. Peratoner
7 Calle de la Luna
San Clemente, CA 92673


Sergio & Rebeca O. Vazquez
2255 Grove Park Pl
Chula Vista, CA 91915


Sergio Arteaga
1545 W Avenue H5
Lancaster, CA 93534


Sergio Avila & Josefina Garcia Rodriguez
13767 Woodside Street
Corona, CA 92880


Sergio D. & Aimee M. Reyes
41920 Margarita Way
Palmdale, CA 93551


Sergio E. Masis
27877 Galeton Road
Santa Clarita, CA 91387

Sergio Torres
1607 East Thelborn Street
West Covina, CA 91791


Serguei Kovalev & Svitlana Kovalyova
6056 Mammoth Avenue
Van Nuys, CA 91401


Serotte Law Firm
651 Delaware Ave
Buffalo, NY 14202


Seth H. & Nonna Snider
24922 Calle Vecindad
Lake Forest, CA 92630


Seth Sanderson
3808 W Avenue K14
Lancaster, CA 93536


Severo Torres & Blanca Valenzuela-Torres
4347 Cantamar Court
Palmdale, CA 93552


Shahla Herman
13848 Magnolia Boulevard
Sherman Oaks, CA 91423


Shalita & Asmar Poordawood
17520 Devonshire Street
Northridge, CA 91325

Shane & Noelle Blattenberger
38235 5th Place
Palmdale, CA 93551

Shane & Noelle Blattenberger
4820 Brisa Drive
Palmdale, CA 93551

Sharon A. & DJ E. Murray
44137 Vintage Street
Lancaster, CA 93536

Sharon A. Feuerborn
95 Laken Drive
Watsonville, CA 95076

Shawn P. Chase
381 Via Loma
Morgan Hill, CA 95037

Shawna McCullough & Christina L. Blain
21042 Horsetree Circl
Trabuco Canyon, CA 92679

Shawna McCullough & Christina L. Blain
21042 Horsetree Circle
Trabuco Canyon, CA 92679

Sheila Conway
5464 Norwich Street
San Diego, CA 92117

Sheila M. & James R. Walker
3607 Silver Spur Lane
Acton, CA 93510


Shereen Green
44821 Ruthron Street
Lancaster, CA 93536


Sheryl L Hess
17065 Walnut Street
Yorba Linda, CA 92886


Sheryl Nields
3541 Rosewood Avenue
Los Angeles, CA 90066


Sheryll D Molina
1128 E Harvest Moon Street
West Covina, CA 91792


Showfen Kuo
6 Texas
Irvine, CA 92606


Shu J. Chen & Cherrie Y. Chan
206 East Forest Avenue
Arcadia, CA 91006


Shumei Jiang & Pingda Ren
5534 Havenridge Way
San Diego, CA 92130

Shuming Jiang
2702 S 10th Avenue
Arcadia, CA 91006


Shuyi Wu & Lawrence Pan
5478 San Antonio Street
Pleasanton, CA 94566


Silfab Solar Inc.
240 Courtneypark Drive
East Mississauga, Ontario
L5T 2Y3


Silvestre Carlos
7908 Varna Avenue
Van Nuys, CA 91402


Silvia Nunez
c/o Law Offices of Richard Staskus
84 W. Santa Clara Street, Suite 840
San Jose, CA 95113-1810


Simon & Annette Lewis
3927 Paloma Court
Rosamond, CA 93560


Simon and Lisa Allen
16870 Camino Lago De Cristal
Rancho Santa Fe, CA 92067


Sir Speedy
2632 Santa Monica Blvd
Santa Monica, CA 90404

Sirakan Minasyan
17346 Index Street
Granada Hills, CA 91344

SoCalGas
PO Box C
Monterey Park, CA 91756-5111

Sofia Marshak
11220 Florindo Road
San Diego, CA 92127

Solar Edge
47505 Seabridge Drive
Fremont, CA 94538

Solar Mosaic Inc.
1212 Broadway, Suite 300
Oakland, CA 94612

Soligent Distribution, LLC
1500 Valley House Drive, Suite210
Rohnert Park, CA 94928

Soltric Inc.
1665 N. Sycamore Avenue, Suite 309
Los Angeles, CA 90028

Somchai Sirinantanakul
43234 Hampton Street
Lancaster, CA 93536

Sonjia Jamison
1661 Magnolia Avenue
Ontario, CA 91762

Sonny & Kimberly Arguinzoni
3107 Joy Street
West Covina, CA 91791

Sophia Dixon
2956 East Chaparral Street
Ontario, CA 91761

South Coast Shingle Company, Inc.
2220 E. South Street
Long Beach, CA 90805

Southern California Edison
PO Box 800
Rosemead, CA 91770

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Specialized Graphics
3951 Industrial Way
Suite A
Concord, CA 94520

Sridhar Vemuri
5 Star Thistle
Irvine, CA 92604

SST Construction LLC
2731 Citrus Road, Suite D
Rancho Cordova, CA 95742


Stacie & Gary Leach
15509 Cardamon Way
Tustin, CA 92782


Stacy & Jenica F. Lanier
3265 Beven Drive
Escondido, CA 92027


Stan & Cindy Steinbach
19521 Misty Ridge Lane
Trabuco Canyon, CA 92679


Stanley Bai
1033 El Sur Avenue
Arcadia, CA 91006


Stanley G. & Nancy A. Wawer
4764 Valle Verde Court
La Verne, CA 91750


Stanley Lewis & Maurice Norris
6335 Ito Court
San Diego, CA 92114


Stanley Security Solutions
Dept Ch 10651
Palatine, IL 60055

Stanley Stills
724 E Grove Avenue
Orange, CA 92865


Stefan Boedeker
14004 Roblar Road
Los Angeles, CA 91423


Stepan Yerokhin
11278 Squamish Road
San Diego, CA 92126


Stephanie & George Imai
24882 Via Sonoma
Laguna Niguel, CA 92677


Stephanie & Rinisha Soto
2201 E Lincoln Avenue
Escondido, CA 92027


Stephanie G. Miller
717 Radcliffe Avenue
Pacific Palisades, CA 90272


Stephanie Lau
2453 Choisser Court
Tracy, CA 95377


Stephanie Wall
27205 Lancebrook Drive
Santa Clarita, CA 91351

Stephany Buswell
232 Walk Circle
Santa Cruz, CA 95060

Stephen & Carmen Berry
8405 Zeta Street
La Mesa, CA 91942

Stephen & Darcy Gregg
4680 Via Amante
Yorba Linda, CA 92886

Stephen & Elizabeth Abdo
25291 Derby Hill Drive
Laguna Hills, CA 92653

Stephen & Katherine Meyer
468 W Leadora Avenue
Glendora, CA 91741

Stephen & Lana Juan
1452 Rhododendron Drive
Livermore, CA 94551

Stephen & Maryann Larson
1320 5th Street
Imperial Beach, CA 91932

Stephen Anthony Blas
208 Mira Vista Drive
Santa Cruz, CA 95060

Stephen Bradley
2009 Mackinnon Avenue
Cardiff, CA 92007


Stephen D. Garcia
13662 Sioux Road
Westminster, CA 92683


Stephen D. Janes & Robin K. Dearinger
230 Morrissey Boulevard
Santa Cruz, CA 95062


Stephen Flaim
4455 Foxhollow Court
San Diego, CA 92130


Stephen Godber
24 San Carlos
Rancho Santa Margarita, CA 92688


Stephen Joseph. & Jacqueline K. Lopresti
10 Inverleith Terrace
Moraga, CA 94556


Stephen P. & Kathleen M. Alciati
135 Orchard Park Court
Watsonville, CA 95076


Stephen Sai & Diana Pappoe-Sai
28962 Garnet Canyon Dr
Santa Clarita, CA 91390

Stephenie & David Mason
1524 Oyster Bay Court
Salinas, CA 93906


Sterling & David Kwong
5335 Brae Burn Place
Buena Park, CA 90621


Steve & Hannah Lee
40 Blanco
Foothill Ranch, CA 92610


Steve & Siroun Aivazian
5256 Calatrana Drive
Woodland Hills, CA 91364


Steve Cale
4403 68th Street  ADD-ON
La Mesa, CA 91942


Steve S. & Melanie S. Craven
9855 Ridge Blvd
California City, CA 93505


Steve S. & Melanie S. Craven
21119 Windsong Street
California City, CA 93505


Steve Souza
42 Sorrel Court
Oakley, CA 94561

Steve Wahl
2821 Gazelle Drive
San Jose, CA 95008

Steven & Anisa Ray
28985 Live Oak Circle
Trabuco Canyon, CA 92679

Steven & Dana M. Jacobson
31933 Foxmoor Court
Westlake Village, CA 91361

Steven & Deborah Sanchez
361 Foothill Drive
Fillmore, CA 93015

Steven & Jacklyn Ayala
1411 Normandy Terrace
Corona, CA 92882

Steven & Sheryl S. Balicanta
7629 Olive Drive
Pleasanton, CA 94588

Steven & Vanida Clevenger
1980 Geyserville Street
Chula Vista, CA 91913

Steven A. & Nicole K. Elbik
10248 Los Ranchitos Road
Lakeside, CA 92040

Steven C. & Patricia A. McCray
19858 Paseo Lorenzo
Yorba Linda, CA 92886


Steven C. Mikes
19721 Skyview Court
Canyon Country, CA 91351


Steven E. & Lisa H. Funke
5939 Sacramento Avenue
Alta Loma, CA 91701


Steven Harris
13361 Wintergreen Lane
Moorpark, CA 93021


Steven L. & Kimberly M. Morris
826 Occidental Drive
Claremont, CA 91711


Steven M. Rabins
226 Coral View Street
Monterey Park, CA 91755


Steven T. & Kimberly L. Sheppard
28782 El Mio Lane
Mission Viejo, CA 92692


Steven Worrell
6311 W Avenue J 11
Lancaster, CA 93536

Sue A. Stone & Dale M. Altomare
2843 Aptos Way
San Ramon, CA 94583


Suhail & Rudaina Fakhoury
8312 Calle Morelos
San Diego, CA 92126


Sukhdeep Kaur Jhaj & Harpreet Singh
960 Primrose Lane
Corona, CA 92880


Sumdaram K. Nagaraj
15585 Via Montecristo
San Diego, CA 92127


SunEdison
Lockbox Services - 205586
PVT Solar Inc.
Irving, TX 75063


SunGen Solar
18879 Gentian Ave
Riverside, CA 92508


Sunnie & William Keech
914 32nd Avenue
Santa Cruz, CA 95062


Sunset Wash & Lube Inc
322 N Sunset Ave
La Puente, CA 91744

SunStrong Structural
3000 E. Birch St., Suite 201
Brea, CA 92821


Supra Manohar & Pratiti Raychoudhury
686 Regas Drive
Campbell, CA 95008


SureTec Insurance Company
P.O. Box 5008
Woodland Hills, CA 91365


SurveyPal
995 Market Street
San Francisco, CA 94103


Susan & Andy Singer
2683 Borregas Drive
Aptos, CA 95003


Susan & Salvador Murillo
12332 Concord Court
Chino, CA 91710


Susan & William B. Graham
1417 Nadina Street
San Mateo, CA 94402


Susan B.& Jose L. Alvarez
2640 Ponderosa Court
Escondido, CA 92027

Susan Barranco
28507 Cottage Way
Murrieta, CA 92563


Susan Goetz
2177 Crosscreek Avenue
Simi Valley, CA 93063


Susan L & Tommy D Gaines
6065 Manon Street
La Mesa, CA 91942


Susan Pasillas
1514 Belgreen Drive
Whittier, CA 90601


Susanna & William Cash
12927 Mirage Road
Victorville, CA 92392


Swami D. & Swati Nigam
4823 Tuscany Circle
San Jose, CA 95135


Sylvia B. & Maximiliano A. Zizumbo
18285 San Carlos Place
Morgan Hill, CA 95037


Systems Source, Inc.
3161 Michelson Drive
Suite 110
Irvine, CA 92612

Tabatha L. Scheinost & Ronald Wachter
28450 Avion Circle
Castaic, CA 91384


Tad M. & Mihaela N. Haas
1330 Alee Circle
Corona, CA 92882


Tad M. & Mihaela N. Haas
6821 Earhart Avenue
Fontana, CA 92336


Tai & Insook Kim
1069 Misty Creek Street
Chula Vista, CA 91913


Tammie & David Shears
1193 Matterhorn Drive
San Jose, CA 95132


Tammie & David Shears
1557 Arrigotti Lane
Tracy, CA 95377


Tanya & William B. Eames
1402 Brookside Place
Chula Vista, CA 91913


Tanya D. Porche
2949 Royal Avenue
Simi Valley, CA 93065

Tatiana Erokhin
15520 Andorra Way
San Diego, CA 92129


Ted & Susan Shreve
3123 Corte Del Cino
Pleasanton, CA 94566


Ted Schwarzmann
c/o Mancini & Associates
15303 Ventura Blvd., Suite 600
Sherman Oaks, CA 91403


Tena Marie Kenny
432 Tidland Circle
Placentia, CA 92870


Teneia & John C. Chupp
5090 Corwin Court
San Jose, CA 95111


Tennyson MacDonald
494 N Wendy Drive
Newbury Park, CA 91320


Terence A. & Melinda Duldulao
4214 W Ave J-13
Lancaster, CA 93536


Terence A. & Melinda Duldulao
5142 West Avenue L4
Quartz Hill, CA 93536

Teresa J. & Matthew A. Boyle
31465 Cherry Drive
Castaic, CA 91384


Terrence Allota
2318 Laurelwood Drive
Thousand Oaks, CA 91362


Terry A. Orlando
5030 W Avenue M12
Quartz Hill, CA 93536


Terry A. Orlando
9629 E. Avenue S 12
Littlerock, CA 93543


Terry O'Hare
2207 South Malcolm Avenue
Ontario, CA 91761


The Gas Company
PO Box C
Monterey Park, CA 91756-5111


The Guerrini Law Firm
106 South Mentor Avenue, Suite 150
Pasadena, CA 91106


The Menzies Company, Inc.
1048 Irvine Ave. No. 306
Newport Beach, CA 92660

The Taylor Law Firm
1880 Century Park East, Suite 615
Attn: Benjamin Taylor, Esq.
Los Angeles, CA 90067


TheHomeMag Orange County
16808 Armstrong Ave.
Suite 200
Irvine, CA 92606


Theresa & James Peifer
28173 Florence Lane
Santa Clarita, CA 91351


Theresa Soberanis
45021 Denmore Avenue
Lancaster, CA 93535


Thomas & Alissa Valeriote
12333 Ava Loma Street
Victorville, CA 92392


Thomas & Denise McCormick Robbins
40 Spring View Way
Rancho Santa Margarita, CA 92688


Thomas & Patricia Jones
41354 Bravos Court
Temecula, CA 92591


Thomas & Roxanne C. Wade
2815 Pinckard Avenue
Redondo Beach, CA 90278

Thomas & Susan J. Tisler
12816 Colonnade Drive
Rancho Cucamonga, CA 91739

Thomas & Terri Shanley
12556 Aspenview Street
Victorville, CA 92392

Thomas A. & Deanna K. Mitro
26962 Escondido Lane
Mission Viejo, CA 92691

Thomas E. Haight
26625 Via Sacramento
Capistrano Beach, CA 92624

Thomas F. & Carrin Minahan
1942 Old Warson Circle
Corona, CA 92883

Thomas Hill & Linda Talve
c/o Rod E. Fehlman, Attorney at Law
876 North Mountain Ave., Suite 202
Upland, CA 91786

Thomas M. & Judith E. Bamburg
4359 Rous Street
San Diego, CA 92122

Thomas M. & Soraya G. Sherwin
5272 Quaker Hill Lane
San Diego, CA 92130

Thomas N. & Patricia Murnighan
741 Alameda Boulevard
Coronado, CA 92118


Thomas R. & Sharon M. Baumgardner
5443 Conrad Avenue
San Diego, CA 92117


Thomas S. Ivers
20181 Crown Reef Lane
Huntington Beach, CA 92646


Tien Nguyen
1430 Yosemite Drive
Milpitas, CA 95035


Tiffany Small McKelvin & Mark McKelvin J
5624 West 78th Street
Westchester, CA 90045


Tim & Amy L. Collie
46282 Durango Drive
Temecula, CA 92592


Tim & Lorraine Iverson
1154 Sea Reef Drive
San Diego, CA 92154


TimeWarner Cable
PO Box 60074
City of Industry, CA 91716-0074

Timothy & Cynthia Higgins
2212 Cecelia Terrace
San Diego, CA 92110


Timothy & Rachel Hawkins
2242 Hemet Court
Brentwood, CA 94513


Timothy & Susan L. Harris
3032 Tourmaline Lane
Palmdale, CA 93550


Timothy A. & Amber M. Edwards-Reilly
2011 Highland Drive
Hollister, CA 95023


Timothy B. Guckes & Clara C. Diebolt-Guc
29553 Little Fox Court
Menifee, CA 92584


Timothy Brenner
24368 El Molina Avenue
Valencia, CA 91355


Timothy Brenner
23318 Cedartown Street
Newhall, CA 91321


Timothy D. & Susan J. Carter
2 Tejon
Rancho Santa Margarita, CA 92688

Timothy J. & Staci A. Gross
330 S Houser Drive
Covina, CA 91722


Timothy N. & Marjorie A. Stuber
587 El Portal Drive
Chula Vista, CA 91914


Timothy P. Fay & Andrea R. Miller-Fay
1838 Calle Tijera
Vista, CA 92084


Timothy Robins
623 Jami Lane
Santa Cruz, CA 95062


Timothy T. & Rosalie A. Driscoll
470 24th Avenue
San Mateo, CA 94403


Timothy W. & Lisa Ann K.L. Foxen
32720 Starlight Street
Wildomar, CA 92595


Tina Quaintance
5865 Valley Drive
Felton, CA 95018


Tod A. & Leith E. Devine
398 Tranquil Lane
Oak Park, CA 91377

Todd & Catherine A. Parker
29223 Black Pine Way
Santa Clarita, CA 91390


Todd & Donna Fitton
28003 Urbandale Avenue
Santa Clarita, CA 91350


Todd D. & Kiara M. Murphy
879 Bridgewood Street
Corona, CA 92881


Todd Hanson
1635 Carrizo Place
Escondido, CA 92027


Todd M. & Ginger Everett
32415 Magenta Court
Temecula, CA 92592


Toki & Victoria Endo
4451 Avenida de Las Estrell
Yorba Linda, CA 92886


Tom Bullard
18914 Claycrest Drive
Santa Clarita, CA 91351


Toni L. Stivers
1715 Hewitt Place
Simi Valley, CA 93065

Tony & Angela Homack
24548 Lincoln Avenue
Murrieta, CA 92562


Tony Archibold
27229 Myles Court
Menifee, CA 92585


Tony C. & Luz A. De La Rambelje
5275 Monet Court
Chino Hills, CA 91709


Tony Harris & Erin Mahoney
2526 31st Street
Santa Monica, CA 90405


Traci & Brandon Chewning
937 5th Street
Fillmore, CA 93015


Traci Merkel
13111 Currant Court
Lakeside, CA 92040


Tracy A. & Thomas S. Termini
32489 Rocky Bar Drive
Temecula, CA 92592


Tracy Matheny & Cleto Oxspring
40402 Clybourne Circle
Murrieta, CA 92562

Tracy Offutt
3936 Tortuga Cove
Oceanside, CA 92058


Trans Union LLC
PO Box 99506
Chicago, IL 60693-9506


Travis Peterson & Jessica Studley
665 Bartlett Court
Brentwood, CA 94513


Trevor & Kelly Unruh
703 E Cumberland Road
Orange, CA 92865


Tri City Printing
4501 E. La Palma Ave, Suite 210
Anaheim, CA 92807


Tridea Partners
420 Stevens Ave. Suite 350
Solana Beach, CA 92075


Truene A Lund & Robin E Shipley
810 Almond Drive
Watsonville, CA 95076


Tuancuong V. & Long Trung Nguyen
2706 Meadowfaire Drive
San Jose, CA 95111

Tuesday M. Rogers-Knigge & Aaron R. Knig
4139 Crooked Stick Lane
Corona, CA 92883


Turtle & Hughes, Inc.
1900 Lower Road
Linden, NJ 07036


Tyler & Corina Ramon
1722 Brampton Place
Brentwood, CA 94513


Tyler & Corina Ramon
1724 Brampton Place
Brentwood, CA 94513


Tyler G. & Shelby L. Mello
41784 Vardon Drive
Temecula, CA 92591


Tyler Otto
1400 Orangewood Street
La Habra, CA 90631


U.S. HealthWorks
P.O. Box 50042
Los Angeles, CA 90074


Ukkyong Yi & Wayne A Hefft
41 Camino Azulejo
San Clemente, CA 92673

Uline
PO Box 88741
Chicago, IL 60680-1741


Ulrich & Cristina Mulder
15876 Stetson Way
Victorville, CA 92394


Vahid & Mihdi McDougall
15535 Megan Drive
Santa Clarita, CA 91387


Valari Yen Hai Bui
5256 Streamview Drive
San Diego, CA 92105


Vale K. & Kathy M. Angel
930 8th Street
Ramona, CA 92065


Valencia Luckman
11657 Joyas Court
San Diego, CA 92124


Valentin Berrelleza & Maricela C-Berrell
42 College Road
Watsonville, CA 95076


Valentino Tong Jr. & Marizelle Tong
2690 Deerwood Drive
San Ramon, CA 94583

Valerie J. & Darrin E. Moore
8721 Sherwood Forest Court
Escondido, CA 92026


Valley Collision
1515 N Hacienda Blvd
La Puente, CA 91746


Varpas Salvador De Sa Pereira
4 Corte Estante
San Clemente, CA 92673


Veridiana Pontes
22061 Velicata Street
Woodland Hills, CA 91364


Veritext Legal Solutions
PO Box 71303
Chicago, IL 60694


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vernon & Caroline Ollison
28898 Topsfield Court
Temecula, CA 92591


Veronica J. & Sergio Lopez
1932 E Idahome Street
West Covina, CA 91791

Vicente Corona
31944 Honeysuckle Circle
Winchester, CA 92596


Victor & Kathryn Racette
715 Sherwood Dr
Oceanside, CA 92058


Victor E. & Gloria A. Tolle
905 West Merced Avenue
West Covina, CA 91790


Victor K. & Cynthia A. Griganavicius
23560 Kettle Road
Murrieta, CA 92562


Victor M. Masivi
7288 Silverwood Drive
Corona, CA 92880


Victor Villacorta & Cathy Lau-Villacorta
438 23rd Avenue
San Mateo, CA 94403


Victor Wolfe & Mike Heinzel
1077 Whitecliff Road
Thousand Oaks, CA 91360


Victoria Lorona
8071 San Helice Circle
Buena Park, CA 90620

Victoria S. & Daris D. Gamble
8690 Belfast Circle
San Diego, CA 92126

Viet & Ngoc Nguyen
3599 Rue Chene Dor
San Jose, CA 95148

Viet Nguyen & Connie Ng
7227 Tiburon Drive
Corona, CA 92880

Viet Phan
16760 Willow Circle
Fountain Valley, CA 92708

Vijay Pal & Satinder K. Singh
700 Petrig Street
Tracy, CA 95376

Vijay Tatkar & Vasundhara V. Deshpande
12111 Carol Lane
Saratoga, CA 95070

Vinh Ho
5044 Fir Street
San Diego, CA 92102

Vinit K. & Hema V. Kadakia
1265 Capri Drive
Campbell, CA 95008

Virginia A. Fitzpatrick
3270 Pedley Avenue
Norco, CA 92860


Vladimir & Irene M. Raskin
16 Calhoun
Irvine, CA 92620


Vladimir Ouzdin
18 Pacific Crest
Laguna Niguel, CA 92677


Vydhyanathan Kalyanasundharam & Manju Ra
351 Longhill Court
San Jose, CA 95138


Wai K Ko
522 Delany Court
La Puente, CA 91746


Walter J. & Margarita D. Scott
1031 Paloma Road
Del Rey Oaks, CA 93940


Walter Lewis & Joanna Wyatt
4871 Bluebell Avenue
Valley Village, CA 91607


Walters Wholesale Electric Co
PO Box 91929
Long Beach, CA 90809-1929

Ward J. III. Miottel & Jean G. Banker
3446 Rubin Drive
Oakland, CA 94602


Washington Gas Resources Corp.
c/o Karen Pancost
350 Hillandale Lane
Winchester, VA 22602


Wave Media Group
940 Natoma St
Suite 4
San Francisco, CA 94103


Wayne A. & Winter S. Ross
8445 Golden Avenue
Lemon Grove, CA 91945


Wayne E. & Melinda S. Stemmler
1010 East Walnut Avenue
Glendora, CA 91741


Wayne He & Hui Chan Wu
4200 Rio Hondo Avenue
Rosemead, CA 91770


Wayne Henry & Marylou Johnson
2906 Alforja
San Clemente, CA 92673


Wei Gong & Xu Leina
1130 Highland Oaks Drive
Arcadia, CA 91006

Wendy & Corey Bauman
2174 Russell Drive
Corona, CA 92879


Wendy Wilkinson
2461 Hawk Street
Simi Valley, CA 93065


Wesley Chong
2105 Coolngreen Way
Encinitas, CA 92024


West Tech  Mechanical Services
1908 Cadillac Drive
Pomona, CA 91767


WGSW, INC.
101 Constitution Avenue, NW
Washington, DC 20080


White Cap Constructin Supply
PO Box 6040
Cypress, CA 90630


Wilfred Kearse
4074 Via Cangrejo
San Diego, CA 92130


Wilfredo V. & Adoracion D. Rivera
2956 Gilbert Avenue
Corona, CA 92881

William & Amy Wu
607 E Norman Avenue
Arcadia, CA 91006

William & Georgia Marquardt
325 Vine Avenue
Upland, CA 91786

William & Lindy Y. Sum
28246 Rancho Pamelita
Laguna Niguel, CA 92677

William & Nancy Mackay
3260 La Canada
Lafayette, CA 94549

William & Stacey Rockwood
4965 Dunman Avenue
Woodland Hills, CA 91364

William Diebner
1786 Anastasia Drive
Brentwood, CA 94513

William E. & Linda C. Durbin
13525 Joshua Lane
Chino, CA 91710

William F. & Dawn M. Zoller
12391 Western Skies Way
Victorville, CA 92392

William F. Nolan Jr. & Mei L. Nolan
16254 Cayenne Ridge Road
San Diego, CA 92127


William H. & Beverly M. Quan
3331 Burning Tree Drive
San Ramon, CA 94583


William H. & Kristy A. Miller
3431 Withersed Lane
Walnut Creek, CA 94598


William Halsey
3563 Evening Canyon Road
Oceanside, CA 92056


William J. & Evelyn J. Smith
6341 Prescott Court
Chino, CA 91710


William J. & Evelyn J. Smith
6342 Prescott Court
Chino, CA 91710


William Leff & Jesse D. Sweetwater
160 Rickard Drive
Aptos, CA 95003


William Ludwig II
2808 W Pillsbury Street
Lancaster, CA 93536

William P. & Carina A. Arthur
28240 Langside Avenue
Santa Clarita, CA 91351


William R. & Renee R. Noble
4561 Rodeo Street
Montclair, CA 91763


William T. Rothermel
27571 Niguel Village Drive
Laguna Niguel, CA 92677


Wilson, Sonsini, Goodrich & Rosati
PO Box 742866
Los Angeles, CA 90074-2866


Winifred A. Liston
30432 Rainbow View Drive
Agoura Hills, CA 91301


Wright Express
PO Box 6293
Carol Stream, IL 60197-6293


Xin Guo
19799 Arroyo Crossing Drive
Walnut, CA 91789


Xiuquan Xu
20180 Volterra Ln
Yorba Linda, CA 92886

Yacov N. Telis & Eleonora Glater & Edwar
29038 San Remo Place
Castaic, CA 91384


Yan C. Lin & Yan C. H. Suen
502 East Camino Real Avenue
Arcadia, CA 91006


Yelena Smith
c/o Keith A. Fink & Associates
11500 W. Olympic Blvd.
Los Angeles, CA 90064


Yelena T. Maravilla
7410 Wilbur Avenue
Reseda, CA 91335


Yelena Travkina & Mark Povolotsky
6948 Orion Avenue
Van Nuys, CA 91406


Yerel & Stephanie Morales
7735 Minstead Avenue
Hesperia, CA 92345


Yesenia & Cord Nunez
15013 Mesa Oak Way
Salinas, CA 93907


Yiming Ma
91 Isabella Avenue
Atherton, CA 94027

Yin & Jose G. Rosa
11750 Maywind Court
San Diego, CA 92131


Yin M Yap & Gary K L Tsang
1121 Longfellow Avenue
Campbell, CA 95008


Ying Cui & Jiannliang B. Tsay
631 Dunwood Court
Brentwood, CA 94513


Yolanda & Daniel Gilliland
1544 Markerry Avenue
El Cajon, CA 92019


Young C. & Ok Y. Choi
6034 W Avenue K6
Lancaster, CA 93536


Young H. & Myong J. Song
3940 Southhampton Road
Moorpark, CA 93021


Yuanzhe Cai & Yan Wang
54 Bombay
Irvine, CA 92620


Yun Ho Kim & Catherine Margaret Grossi
66 Bangor Court
San Ramon, CA 94582

Yvonne A. Carrasco & Alida A. Paniaqua
141 Santa Clara Drive
Vista, CA 92083


Zachary Langton & Thomas & Christina Bro
201 Laurent Street
Santa Cruz, CA 95060


Zaleema & Bisram Samlall
1467 Whispering Wind Lane
Corona, CA 92881


Zaven Grigorian & Sandra Espinosa
19100 Kinzie Street
Northridge, CA 91324


Zhen Xia & Jin Xu
111 Santa Cruz Road
Arcadia, CA 91007


Zhi B. Xu & Jianwen Huang
17591 Edgewood Lane
Yorba Linda, CA 92886


Zoilo & Albina Contrano
23312 Figueroa Street
Carson, CA 90745

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

**Ron Bender**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **143364**

FOR COURT USE ONLY

☑ *Attorney for: Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**American Solar Direct, Inc.**

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.: 2:17-bk-16804-BR
ADVERSARY NO.:
CHAPTER:    **7**

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Andrew Schneider**_____ , the undersigned in the above-captioned case, hereby declare
　　　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Adenium Energy Capital Ltd.          33.707%
P.O. Box 506773
Liberty House Tower Suite 918
Dubai, United Arab Emirates

Roadmap ASD LP                       19.729%
c/o Hugh Cleland
Roadmap Innovation Fund I
130 Bloor Street, Suite 603
Toronto, ON M5S 1N5 Canada

*[For additional names, attach an addendum to this form.]*

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

June 16, 2017
_____
Date

By:  /s/ Andrew Schneider
_____
Signature of Debtor, or attorney for Debtor

Name:  **Andrew Schneider**
_____
Printed name of Debtor, or attorney for
Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | |
|---|---|
| **Ron Bender (SBN 143364)** **Juliet Y. Oh (SBN 211414)** **Jeffrey S. Kwong (SBN 288239)** **Levene, Neale, Bender, Yoo & Brill LLP** **10250 Constellation Blvd.** **Suite 1700** **Los Angeles, CA 90067** **(310) 229-1234** *Attorney for:* Debtor | CASE NO.: 2:17-bk-16804-BR CHAPTER: **7** ADVERSARY NO.: (if applicable) |

| In re: **American Solar Direct, Inc.** Debtor(s). | **ELECTRONIC FILING DECLARATION** **(CORPORATION/PARTNERSHIP)** **[LBR 1002-1(f)]** |
|---|---|

| | | |
|---|---|---|
| ☑ | Petition, statement of affairs, schedules or lists | Date Filed: **6/16/2017** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: |
| ☐ | Other *(specify)*: | Date Filed: |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

June 16, 2017
Date:

Signature (handwritten) of authorized signatory of Filing Party

**Andrew Schneider**
Printed name of authorized signatory of Filing Party

**President and Chief Executive Officer**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

June 16, 2017
Date:

Signature (handwritten) of attorney for Filing Party

**Jeffrey S. Kwong 288239**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                      F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL