HOWARD KOLLITZ (State Bar No. 059611)
hkollitz@dgdk.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Richard K. Diamond,
as Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:17-bk-16804-BR |
|---|---|
| AMERICAN SOLAR DIRECT, INC., | Chapter 7 |
| Debtor. | **STATUS REPORT** |
| | Date:    September 27, 2017<br>Time:    10:00 a.m.<br>Place:   Courtroom 1668<br>         255 E. Temple Street<br>         Los Angeles, California |

    Richard K. Diamond, as the Chapter 7 trustee (the "Trustee") for the Bankruptcy Estate of American Solar Direct, Inc. (the "Debtor"), hereby provides his status report in relation to the final hearing on his Motion for Authority to Assign Management Rights In and Control of ASD Solar LP (*docket no. 21*) (the "Motion") as follows:

    Comerica Bank ("Comerica") has informed the Trustee that it does not oppose approval of the Trustee's Emergency Motion for Authority to Assign Management Rights In and Control of ASD Solar LP (*docket no. 24*) on a final basis, provided that the reservations and clarifications

///

///

///

///

///

1449322.1  1716804A                                  1

contained in the interim order (*docket no. 27*) are included in the final order. The Trustee will work with Comerica on the language to be included in the final proposed order on the Motion.

DATED: September 13, 2017     DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
AARON E. DE LEEST
Attorneys for Richard K. Diamond,
as Chapter 7 Trustee

DATED: September 13, 2017     BUCHALTER

By: _____
WILLIAM BRODY
Attorneys for Comerica Bank

1449322.1  1716804A                     2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): STATUS REPORT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 13, 2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On September 13, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
American Solar Direct, Inc.
1556 W Embassy Street
Anaheim, CA 92802-1016

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 13, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

BY PERSONAL DELIVERY BY ALSSI ON SEPTEMBER 14, 2017
The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1660
255 E. Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2017 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Ron Bender on behalf of Debtor American Solar Direct, Inc.    rb@lnbyb.com

William S Brody on behalf of Creditor Comerica Bank
wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com

Richard K Diamond (TR)
RKDTrustee@dgdk.com, rdiamond@ecf.epiqsystems.com;DanningGill@Gmail.com

Monique D Jewett-Brewster on behalf of Creditor Independent Electric Supply, Inc.
mjb@hopkinscarley.com, vtorres@hopkinscarley.com

Howard Kollitz on behalf of Trustee Richard K Diamond (TR)
HKollitz@DGDK.Com, DanningGill@gmail.com;hkollitz@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Debtor American Solar Direct, Inc.
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

David N Lake on behalf of Creditor Duane A. Ruth    david@lakelawpc.com

Bryant C MacDonald on behalf of Interested Party Courtesy NEF    Maclaw51@verizon.net

Juliet Y Oh on behalf of Debtor American Solar Direct, Inc.    jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Interested Party Courtesy NEF    jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Trustee Timothy Yoo (TR)    jyo@lnbrb.com, jyo@lnbrb.com

George R Pitts on behalf of Creditor WGSW, Inc.
gpitts@sandsanderson.com, tkearns@sandsanderson.com

Gregory M Salvato on behalf of Creditor Ted Schwarzmann
gsalvato@salvatolawoffices.com,
calendar@salvatolawoffices.com;jboufadel@salvatolawoffices.com;gsalvato@ecf.inforuptcy.com

Pamela J Scholefield on behalf of Creditor OneSource Distributors, LLC
pam@construction-laws.com

Zev Shechtman on behalf of Trustee Richard K Diamond (TR)
zshechtman@dgdk.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Sonia Singh on behalf of Trustee Richard K Diamond (TR)
ss@dgdk.com, DanningGill@gmail.com,SSingh@ECF.Inforuptcy.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Jasmin Yang on behalf of Interested Party Courtesy NEF
jyang@swlaw.com, jmacneil@swlaw.com

Aaron E de Leest on behalf of Interested Party Courtesy NEF
aed@dgdk.com, DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

Aaron E de Leest on behalf of Trustee Richard K Diamond (TR)
aed@dgdk.com, DanningGill@gmail.com;adeleest@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**